```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0131--CV (JKS)
                                 "KIMBERLY ALLEN ET AL V USA"

                     Including terminated parties, excluding terminated counsel


     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
               Filed: 06/14/04
              Closed: NO

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

       Nature of Suit: (362) Personal injury - medical malpratice

              Origin: (1) Original Proceeding
              Demand: 5250
          Filing fee: Paid $150.00 on 06/14/04 receipt # 00123372
            Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | ALLEN, KIMBERLY | Donna J. McCready<br>Ashburn & Mason<br>1130 W. 6th Avenue, Suite 100<br>Anchorage, AK 99501-5914<br>907-276-4331<br>FAX 907-277-8235 |
| PLF 2.1 | ALLEN, TODD, ESTATE OF | Donna J. McCready<br>(see above) |
| PLF 3.1 | ALLEN, PRESLEY GRACE | Donna J. McCready<br>(see above) |
| DEF 1.1 | UNITED STATES OF AMERICA | Gary M. Guarino<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX    -    - |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0131--CV (JKS)
                   "KIMBERLY ALLEN ET AL V USA"
```

For all filing dates

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/14/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (362) Personal injury - medical malpratice

           Origin: (1) Original Proceeding
           Demand: 5250
       Filing fee: Paid $150.00 on 06/14/04 receipt # 00123372
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/14/04 | Complaint filed. |
| NOTE - 1 | 06/15/04 | Issued: summons re: US Atty Gen & US Atty. |
| 2 - 1 | 06/17/04 | PLF 1-3 Notice of filing lett of administration w/att letter. |
| 3 - 1 | 07/13/04 | PLF 1-3 Return of Service Executed on DEF 1 on 06/22/04 (Anchorage office) & 06/24/04 (Washington DC office). |
| 4 - 1 | 08/23/04 | Stipulation for ext of time until 9/27/04 to answer. |
| 4 - 2 | 08/23/04 | JKS Order granting stipulation for ext of time until 9/27/04 to answer (4-1).  cc: cnsl |
| 5 - 1 | 09/23/04 | PLF 1-3; DEF 1 Stipulation for ext of time until 10/14/04 to file answer. |
| 5 - 2 | 10/04/04 | JWS Order granting stipulation for ext of time to 10/14 to file answer to complaint (5-1). cc: cnsl |
| 6 - 1 | 10/14/04 | DEF 1 Answer to Complaint. |
| 7 - 1 | 10/14/04 | DEF 1 Certificate of service re: answer at dkt # 6. |
| 8 - 1 | 10/14/04 | JKS Minute Order re parties notice declining to participate in an ENE due 10/29/04. cc: cnsl, Judge von der Heydt |
| 9 - 1 | 10/25/04 | PLF 1-3 motion & memo in support of motion for substitution of cnsl. |
| 10 - 1 | 10/27/04 | DEF 1 Notice declining to participate in an Early Neutral Evaluation. |
| 9 - 2 | 10/28/04 | JKS Order granting motion & memo in support of motion for substitution of Donna McCready for Paula Jacobson (9-1). cc: cnsl |
| 11 - 1 | 10/28/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0131--CV (JKS)
                           "KIMBERLY ALLEN ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 11/01/04 | PLF 1-3 Attorney Appearance of D. Mc Cready. |
| 13 - 1 | 11/10/04 | PLF 1-3 motion & memo in support for substitution of counsel D. McCready for K. Roosa. |
| 13 - 2 | 11/10/04 | JKS Order granting motion & memo in support for substitution of counsel D. McCready for K. Roosa (13-1). cc: cnsl |
| 14 - 1 | 11/24/04 | DEF 1 Scheduling & Planning Conference Report. |
| 15 - 1 | 12/08/04 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 07/30/05; Dispositive motions deadline 08/30/05; Estimate of trial 5 days; TBC. cc: cnsl |
| 16 - 1 | 08/03/05 | PLF 1-3; DEF 1 Stipulation for ext of pretrial deadlines. |
| 16 - 2 | 08/16/05 | JKS Order granting stipulation for ext of pretrial deadlines (16-1) & setting the following dates: Discovery to close 01/20/06; Dispositive motions deadline 01/31/06. cc: cnsl |