UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Plaintiffs having moved for leave to file their Amended Complaint, and the Court being advised in the matter,

IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. The Amended Complaint filed with Plaintiffs' Motion for Leave to File Amended Complaint is hereby accepted.

DATED:_____    s/_____
                         United States District Court Judge

**CERTIFICATE OF SERVICE**

PROPOSED ORDER FOR LEAVE TO FILE AMENDED COMPLAINT                    PAGE 1 OF 2

AS ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

I hereby certify that on January 20, 2006, a copy of the foregoing Proposed Order for Leave to File Amended Complaint was served electronically on:

    Gary Guarino
    U.S. Attorney's Office
    222 West 7th Avenue, #9, - Room 253
    Anchorage, AK  99513

s/ Donna J. McCready