IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**[PROPOSED] ORDER** |

Defendant's request to have until February 10, 2006 to file its opposition or response to Plaintiffs' Motion For Leave To File Amended Complaint is hereby **GRANTED**.

_____
JAMES K. SINGLETON
U.S. Senior Judge