IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**ORDER** |

The parties' stipulation at **Docket No. 19** for Defendant to have until February 16, 2006 to file its opposition or response to Plaintiffs' Motion For Leave To File Amended Complaint, and Plaintiff to have until February 27, 2006 to file any reply memorandum is hereby **GRANTED**. Accordingly, the stipulation at Docket No. 18 is now MOOT.

| | |
|---|---|
| <u>February 13, 2006</u><br>Date | /s/ James K. Singleton, Jr.<br>JAMES K. SINGLETON<br>U.S. Senior Judge |