DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY AS TO PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT** |

      The parties, via undersigned counsel, stipulate that the Defendant shall have until February 28, 2006 to file its opposition or response to Plaintiffs' Motion For Leave To File Amended Complaint and Plaintiff shall have until March 7, 2006 to file any reply memorandum.

                                                ASHBURN & MASON

Dated: February 15, 2006                    s/Donna J. McCready (consent)
                                                Donna J. McCready
                                                Attorney for Plaintiffs


                                                DEBORAH M. SMITH
                                                Acting United States Attorney

Dated:  February 15, 2006                   s/Gary M. Guarino
                                                Assistant U.S. Attorney
                                                222 West 7th Ave., #9, Rm. 253
                                                Anchorage, AK 99513-7567
                                                Phone: (907) 271-5071
                                                Fax: (907) 271-2344
                                                E-mail: gary.guarino@usdoj.gov