IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**ORDER** |

Defendant's request to have until February 28, 2006, to file its opposition or response to Plaintiffs' Motion For Leave To File Amended Complaint, and Plaintiff to have until March 7, 2006, to file any reply memorandum is hereby **GRANTED**.

Dated: February 16, 2006.

                                                  /s/ James K. Singleton
                                                JAMES K. SINGLETON
                                                United States District Senior Judge