```
Clinic:  80   30   51
Triage Level:  1  2  3  (4)  5                 EMERGENCY VISIT RECORD           Primary Provider: 3 2 1  Initials/Code: D AK
Arrival Time: 0707                                                               Other Providers:
Triage Time: ____  Triage Initial: ____
Room #: 13                                          Informant: Pt
Chief Complaint/Triage Subjective: 0710 - ears & head are hurting - up all night
                                                    Temp 97.6  Pulse 58  Resp 20  B/P ?
P= 8                                                SaO2                                     Wt 118  H60
Triage Objective: Sitting c̄ ___ ___                 MEDS: pain contract                      LMP
                                                          percocet
                                                          valium
Provider: DF                                                                                 Allergies:
Called to Room: 0735                                                                         ASA -
Seen at: 0748                    CC ear/jaw pain                                             ? pcn

                        hpi: Pt relates in process of driving now
                        from Anch to Valdez - the
⊕ fever                 drive here he had r
⊕ chills                in pain ā(R) - wants
⊖ n/c/o                 to be sure not infected -          pinky
⊖ abd pain              can't keep percocet down so
                        nausea but no ___                   mandible Fx
                        did eat large meal last pm

                        ⊙ Alert ŃAD - speech slow
                        TM's bilat a bit cloudy but mobile
                        nares, etc
                        pharynx pk  ⊕ click/tenderness
                        neck supple    (R) Bilat TMJ
                        ⊙ no bs
                        lungs CTA H___
```

| Problem List A-N-C | Status | PURPOSE OF VISIT / PROBLEM LIST ADDITIONS OR CHANGES | CODING | E + M |
|---|---|---|---|---|
| | | chronic pain  TMJ - hx mandible Fx | | 99281 ER Visit |
| | | nausea | | **99282 ER Visit** |

Procedures:
Injury Cause: ___  Inj Place: ___  Employ. Related: Y N  Inj/Acc Form Initiated: Y N  ETOH: Y N  D.V.: Y N

MEDICATIONS / PROCEDURES / TREATMENTS / PLAN:
aware w/ pain contract - share ___
Phenergan 25 IM now
Phenergan 25 po Q1D prn #6
F/U w/ PCP        pt has no ___

```
03-53-62  M  DOB 03/30/67
ALLEN, TODD ANDREW
4/19/03@07:07  CLIN 80
VALDEZ
ACCT 6165682
```
Date: 4-19-03   Billing type: None  Medicare  Medicaid  3rd party Ins.  W/C___  MVA___  Date Of Injury:___

Provider Signature: Denna ___

Allen (ANMC) - 1

Exhibit A