Last revised 8/05/02

## ANMC Chronic Pain Program
## Patient Initial Assessment

| Item | Question | Response |
|------|----------|----------|
| 1 | What is your name? | Name  Todd Allu |
| 2 | What is your Medical Record Number? | Record #  3-30-67 |
| 3 | What is the best phone number to reach you at? | Phone  337-8891 |
| 4 | What is an emergency phone number to reach you at? | Emergency Phone 263-8340 |
| 5 | What is your work telephone number? | Work Phone 834-6913 |
| 6 | What is your birth date? | 3 / 30 / 67<br>date    month    year |
| 7 | How old are you? | Age in years  35 rys. 9 mo |
| 8 | Marital Status | Single..................................1<br>Married..................................(2)<br>Divorced..................................3<br>Widowed..................................4<br>Domestic Partner..................................5 |
| 9 | Who is your primary support person?<br>* Make sure this person is identified and a signed release has been obtained to contact this person on the "General Chronic Pain Agreement" | Name |
| 10 | What is the telephone number for your primary support person? | Phone |
| 11 | Who is your primary care provider? | Provider ·<br>Maria Freeman |
| 12 | Who is your case manager? | Case Manager<br>Sarah Carter |
| 13 | What is the most recent Prime MD Score? (retrieve from the Health Summary) | Score: |
| 14 | Date of most recent Prime MD score? (retrieve from the Health Summary) | Date: |
| 15a | Location of Pain: On Figure 1, please shade the area(s) where the patient feels pain. Mark an "X" in the areas that hurt the most.<br><br>*Provider: Please identify each separate pain complaint with letters (e.g., A, B, C...), in order from greatest to least, for later reference.* | Location A:<br>Right side head<br>Jaw joint area/in<br>side ear area due to<br>T.M.J. pain broken jaw |

Allen (ANMC) - 18

Exhibit C

Last revised 8/05/02

| 15b | Location of Pain (see Diagram 1) | Location B: left side head Jaw joint area |
|---|---|---|
| 15 c | Location of Pain (see Diagram 1) | Location C: Right side head-ear area |
| 15d | Location of Pain (see Diagram 1) | Location D: left side head- ear area |
| 16 | PIA Date (Today's Date) | |
| | For questions 16a through 16e, the patient rates the pain using either 0-10 numeric scale (where 0 = no pain or 10 = worst imaginable pain), or FACES Pain Scale. Please note which is used. Use FACES with children, non-English speaking or cognitively impaired individuals. | |
| 16a | Pain as it is right now | Rating (0 to 10) .................... 5 |
| 16b | Pain at its worst | Rating (0 to 10) .................... 10 |
| 16c | Pain at its best | Rating (0 to 10) .................... 2 |
| 16d | Pain on average during the last month | Rating (0 to 10) .................... 6 |
| 16e | Most acceptable level of pain | Rating (0 to 10) .................... 6 |
| 17 | Frequency of pain flares during the last month | # flares in past month Est 16 |
| 18 | Duration of pain flares during the last month 1-2 hrs to 2-3 days | Duration of flares in past month 2-hrs to 2-3 days |
| 19a 19b 19c 19d | Overall, what is your pain like? You can use your own words, or the following words:  (Aching)   (Sharp)   Penetrating  (Throbbing)   (Tender)   Nagging  (Shooting)   Burning   Numb  Stabbing   Exhausting   (Miserable)  (Gnawing)   Tiring   (Unbearable)  Intermittent   Continuous | Word Descriptors:  19a_____  19b_____  19c_____  19d_____ |
| 20 | What sorts of things make your pain feel better, or relieves the pain (for example: heat, rest, medicine)? | List: heat, rest. mecication Laying on my back not my sides |