UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal
Representative of the ESTATE
OF TODD ALLEN, Individually,
on Behalf of the ESTATE OF
TODD ALLEN, and on Behalf of
the Minor Child PRESLEY
GRACE ALLEN,

        Plaintiffs,

    vs.

UNITED STATES OF AMERICA,

        Defendant.
_____/

Case No. A04-0131 (JKS)

**DEPOSITION OF KIMBERLY ALLEN**

Pages 1 - 167, inclusive

Tuesday, April 12, 2005, 9:40 a.m.

Anchorage, Alaska

## Alaska Stenotype Reporters
### 511 West Ninth Avenue
### Anchorage AK 99501-3520
### *Serving Alaska Since 1953*

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016

Exhibit D

Kimberly Alen                    Deposition                    April 12, 2005

**Page 153**

1   me through that, that's helped me -- I don't know what
2   the right way to say this would be, but to not be so
3   anxious, I guess.
4      **Q.  Before you got the treatment with**
5   **medication, how often was it bothering you?**
6      A.  Every day.
7      **Q.  Okay.  And how long did it bother you before**
8   **you went to seek treatment?**
9      A.  A while, couple weeks, two, three weeks.
10     **Q.  And once you went to the doctor and he gave**
11  **you treatment, was it effective?**
12     A.  Yes.
13     **Q.  Do you know what medication he gives you for**
14  **that?**
15     A.  Zoloft.
16     **Q.  Zoloft?**
17     A.  Zoloft and Xanax.
18     **Q.  How often do you take it?**
19     A.  The Zoloft is every morning.
20     **Q.  You said Xanax is another one?**
21     A.  Xanax is for mostly the inability to sleep
22  and if I have any major panic attacks or something
23  crazy.
24     **Q.  So you feel like that is under control with**
25  **the medication?**

**Page 154**

1      A.  Yes.  I actually went back a couple days
2   ago, and he upped my Zoloft.  But yeah, it's helping
3   considerably.
4      **Q.  Has Dr. Wiggins indicated to you how long he**
5   **thinks you will be on the medication?**
6      A.  He has not indicated, no.  I anticipate,
7   though, once -- I don't think it will be long.
8      **Q.  I mean, he's not told you we're going to do**
9   **this for two weeks and then stop.  He's just**
10  **continuing to treat you?**
11     A.  Correct.
12     **Q.  How about the inability to sleep?  Did that**
13  **start at the same time as the anxiety?**
14     A.  Yeah.  Well, that -- yeah.
15     **Q.  And how often was that bothering you?  Every**
16  **night?**
17     A.  Yeah.
18     **Q.  And are you being treated for that now?**
19     A.  It's basically the Xanax, yes.
20     **Q.  Does that help?**
21     A.  Yeah.
22     **Q.  And recognizing that you're taking this**
23  **medication, do you feel like you're back to somewhat**
24  **normally functioning now?**
25     A.  Somewhat normal functioning so that I can

**Page 155**

1   process this better, yes.
2      **Q.  And I don't mean to suggest that you are**
3   **forgetting about your husband or that you're over that**
4   **problem.  But in terms of being able to do daily**
5   **activities and be able to sleep at night and get up**
6   **and go to work, are you able to do that now?**
7      A.  I don't have a choice.  I have to with
8   Presley.
9      **Q.  And have you been able to do that over the**
10  **last several months?**
11     A.  Yes.
12     **Q.  Aside from the medication that Dr. Wiggins**
13  **has prescribed for you, is there any other treatment?**
14  **For example, has he recommended that you go see a**
15  **therapist or seek counseling or anything like that?**
16     A.  He hasn't recommended it.  I would love to,
17  but I just don't have time.  I mean, I work 40 hours a
18  week.  I go to school part time, because I have to
19  provide for Presley's future.  And then I have
20  Presley, so, you know, I have to function.
21     **Q.  So if you had the time and opportunity, you**
22  **think you might benefit from counseling, but you**
23  **haven't had the opportunity yet?**
24     A.  Correct.
25     **Q.  All right.  And so then I would ask**

**Page 156**

1   follow-up questions if you had gone to a counselor to
2   see what they thought about it, but you haven't even
3   been able to talk to someone yet?
4      A.  Correct.
5      **Q.  What about, if not a counselor, have you had**
6   **any counseling with like a priest or**
7   **religious-affiliated person, counselor, something like**
8   **that?**
9      A.  No.
10        MR. GUARINO:  And I'll have my office -- if
11  you don't have the records for Dr. Wiggins, I guess
12  we'll either get a release to get --
13        MS. McCREADY:  Yeah, I don't have them.  I
14  asked for them.
15        THE WITNESS:  Yeah.  When I went that day,
16  they were just copying that day.
17  BY MR. GUARINO:
18     **Q.  Let me ask a few questions.  Aside from**
19  **those two conditions, anxiety, inability to sleep, is**
20  **there any other physical injury that you have that you**
21  **think is related to this lawsuit?**
22     A.  Physical injury?
23     **Q.  Physical injury.**
24     A.  No.
25     **Q.  Okay.  Any other mental or psychological**