## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Allen v. United States*
Case No. 3:04-cv-00131-JKS

By:  THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:  Dan Maus, Case Management: 677-6123*

PROCEEDINGS:  ORDER FROM CHAMBERS

Plaintiff's Motion to Amend the Complaint to add a claim for Negligent Infliction of Emotional Distress (NIED) at **Docket No. 17** is **GRANTED**.  In so granting, the Court is expressly declining to determine whether the amended claim is barred by the applicable statute of limitations.  The United States may conduct discovery regarding the amended claim.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: March 15, 2006

*   ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.