Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>      Plaintiffs,<br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No.: 3:04-CV-0131-JKS |

## STATUS REPORT

All but one expert has been deposed. The United States has additional discovery to take, including the deposition of one of plaintiff's experts and discovery regarding plaintiff's amended complaint. The plaintiff made a settlement offer on March 22, 2006 and she is awaiting a response from the United States. The United States will need additional time to review the medical expert witness discovery and to respond to

plaintiff's settlement offer.  The parties propose that the Court set a deadline of June 9, 2006 for another status report.

                                                ASHBURN & MASON, P.C.

DATED:   4/25/06         Donna J. McCready
                                              1130 West Sixth Avenue, Suite 100
                                              Anchorage, Alaska 99501
                                              Phone: (907) 276-4331
                                              Fax: (907) 277-8235
                                              E-mail: djm@anchorlaw.com
                                              Alaska Bar No. 9101003


                                              UNITED STATES OF AMERICA
                                              DEBORAH M. SMITH
                                              Acting United States Attorney

DATED:   4/25/06        /s/   Gary M. Guarino
                                              Assistant U.S. Attorney
                                              222 West Seventh Avenue, #9
                                              Anchorage, Alaska 99513-7567
                                              Phone: (907) 271-5071
                                              Fax: (907) 271-2344
                                              E-mail: gary.guarino@usdoj.gov
                                              Alaska Bar No. _____

P:\Clients\10194\Pleadings\Status Report 060425.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

STATUS REPORT
*Allen v. USA;* Case No. 3:04-CV-0131-JKS                         Page 2 of 2