Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>            Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.: 3:04-CV-0131-JKS |

**STATUS REPORT**

The plaintiff made an offer to settle on March 24, 2006. The government communicated with plaintiff on July 17th that it was not authorized to accept plaintiff's settlement offer. The parties stipulate that discovery will be completed by September 22, 2006 and then the parties will move for a trial date.

|  |  |
|---|---|
|  | ASHBURN & MASON, P.C. |
| DATED:   7/26/06 | Donna J. McCready<br>1130 West Sixth Avenue, Suite 100<br>Anchorage, Alaska 99501<br>Phone: (907) 276-4331<br>Fax: (907) 277-8235<br>E-mail: djm@anchorlaw.com<br>Alaska Bar No. 9101003 |
|  | UNITED STATES OF AMERICA<br>DEBORAH M. SMITH<br>Acting United States Attorney |
| DATED:   7/26/06 | /s/   Gary M. Guarino<br>Assistant U.S. Attorney<br>222 West Seventh Avenue, #9<br>Anchorage, Alaska 99513-7567<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>E-mail: gary.guarino@usdoj.gov<br>Alaska Bar No. _____ |

P:\Clients\10194\Pleadings\Status Report 060726.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

STATUS REPORT
*Allen v. USA;* Case No. 3:04-CV-0131-JKS                                    Page 2 of 2