IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:04-cv-00131-JKS<br><br><br>O R D E R |

　　　The parties have advised the Court in a status report filed at Docket No. 34 that settlement efforts have failed and that discovery will be completed on or before September 22, 2006. The status report will be accepted. The scheduling and planning order at Docket No. 15 is hereby amended to reflect a new date of September 22, 2006 for the close of discovery.

　　　**IT IS SO ORDERED**.

　　　Dated at Anchorage, Alaska, this 3rd day of August 2006.

　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1