Donna J. McCready
Ashburn & Mason, P.C.
1130 West 6th Avenue, Suite 100
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>                Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No.: 3:04-CV-0131-JKS |

### REQUEST FOR STATUS HEARING

The parties have met regarding this case and the Court's October 4th, 2006 order (re: certification of readiness for trial) and request that a status conference with the court be scheduled, preferably the week of October 30th.

                                            ASHBURN & MASON, P.C.

DATED:   10/18/06          Donna J. McCready
                                        1130 West Sixth Avenue, Suite 100
                                        Anchorage, Alaska 99501

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

                                                              Phone: (907) 276-4331
                                                               Fax: (907) 277-8235
                                                               E-mail: djm@anchorlaw.com
                                                               Alaska Bar No. 9101003

                                                               NELSON P. COHEN
                                                               UNITED STATES ATTORNEY
                                                               Attorneys for the Defendant

DATED:    10/18/06                       /s/   Gary M. Guarino (consent)
                                                                Assistant U.S. Attorney
                                                                222 West Seventh Avenue, #9
                                                                Anchorage, Alaska 99513-7567
                                                                Phone: (907) 271-5071
                                                                Fax: (907) 271-2344
                                                                E-mail: gary.guarino@usdoj.gov
                                                                Alaska Bar No. 8209082

P:\Clients\10194\Pleadings\Request for Status Hearing.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235