**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  KIMBERLY ALLEN, et al  </u>   v.   <u>  UNITED STATES OF AMERICA  </u>

THE HONORABLE JAMES K. SINGLETON

DEPUTY CLERK                                        CASE NO. <u> 3:04-cv-00131-JKS </u>

<u> Linda Christensen </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: October 20, 2006</u>

The unopposed request for a Status Hearing at docket 37 is **GRANTED**.  A Status Hearing is hereby set for **Monday, November 13, 2006, at 1:30 p.m.** in Anchorage Courtroom 4 before James K. Singleton.

[ ]{IA.WPD*Rev.12/96}