Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No.:  3:04-CV-0131-JKS |

**NOTICE OF CHANGE OF ADDRESS**

Ashburn & Mason, P.C., counsel for plaintiffs, has moved its offices.  The new address as of October 23, 2006 is:

    1227 W. Ninth Avenue, Suite 200
    Anchorage, Alaska 99501

Telephone and fax numbers remain the same.

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 · FAX 907.277.8235

|  |  |
|---|---|
|  | ASHBURN & MASON, P.C.<br>Attorneys for Plaintiff |
| DATED: 10/27/06 | /s/  Donna J. McCready<br>1227 West 9th Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Phone: (907) 276-4331<br>Fax: (907) 277-8235<br>E-mail: djm@anchorlaw.com<br>Alaska Bar No. 9101003 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2006, a copy of the foregoing Notice of Change of Address was served electronically on:

Gary Guarino
U.S. Attorney's Office
222 West 7th Avenue, #9 – Room 253
Anchorage, AK  99513

/s/ Donna J. McCready

P:\Clients\10194\Pleadings\Notice of Change of Address.doc

NOTICE OF CHANGE OF ADDRESS
*Allen v. USA,* Case No. 3:04-CV-0131-JKS