Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal Representative )
of the ESTATE OF TODD ALLEN, )
Individually, on Behalf of the ESTATE OF )
TODD ALLEN, and on Behalf of the Minor ) Case No.: 3:04-CV-0131-JKS
Child PRESLEY GRACE ALLEN, )
)
Plaintiffs, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Defendants. )

## MOTION TO EXTEND TIME TO FILE MOTIONS IN LIMINE

Plaintiff, Kimberly Allen, by and through counsel Ashburn & Mason, P.C., hereby moves this Court for an order extending the date to file motions in limine. Discovery in this case has been extended many times by the parties and was finally completed in September 2006. The trial date has not yet been set and a status hearing is scheduled for November 13, 2006. Therefore, plaintiff moves this Court to accept the Motion For Ruling Regarding Proof of Causation being filed October 27, 2006, which is

a motion relating to the offers of proof at trial, and to allow her until November 10, 2006 to file any other motions in limine. Consideration of these motions will assist both the parties and the Court in narrowing the issues for trial and may assist the parties in efforts to reach a resolution to this matter.

DATED this 30th day of October, 2006.

        ASHBURN & MASON, P.C.
        Attorneys for Plaintiff

        /s/   Donna J. McCready
        1227 West Ninth Avenue, Suite 200
        Anchorage, Alaska 99501
        Phone: (907) 276-4331
        Fax: (907) 277-8235
        E-mail: djm@anchorlaw.com
        Alaska Bar No. 9101003

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2006, a copy of the foregoing Motion to Extend Time to File Motions in Limine was served electronically on:

  Gary Guarino

 /s/ Donna J. McCready

P:\Clients\10194\Pleadings\Motion to Extend-In Limine 061027.doc