Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.: 3:04-CV-0131-JKS |

### PROPOSED
### ORDER EXTENDING TIME TO FILE MOTIONS IN LIMINE

The Court, having reviewed the Motion to Extend Time to File Motions in Limine, HEREBY ORDERS that the motion is GRANTED.

All Motions in Limine by the parties shall be accepted until November 10, 2006.

**DATED:** _____        _____
                     Honorable James K. Singleton

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2006, a copy of the foregoing Proposed Order Extending Time to File Motions in Limine was served electronically on:

Gary Guarino

/s/ Donna J. McCready

P:\Clients\10194\Pleadings\O-Motion to Extend-In Limine 061027.doc