Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No.:   3:04-CV-0131-JKS |

**MOTION FOR RULING
REGARDING PROOF OF CAUSATION**

Kimberly Allen, by and through counsel Ashburn & Mason, P.C., hereby moves this Court for a ruling on the appropriate standard for her burden of proof regarding causation given that the defendant's negligence in this case has made it more difficult for her to prove causation conclusively. Specifically, Ms. Allen moves this court to shift the burden of proof on causation to the United States upon her proving that the

United States was negligent and that the defendant's negligence has made it difficult for her to demonstrate causation conclusively.   Alternatively, the plaintiff moves this Court for a ruling preventing the defendant from relying on the lack of information resulting from its negligence to defend against liability in this case.

This motion is supported by the memorandum and attachments thereto filed simultaneously herewith.

ASHBURN & MASON, P.C.
Attorneys for Plaintiff

DATED:   10/31/06            /s/   Donna J. McCready
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-4331
Fax: (907) 277-8235
E-mail: djm@anchorlaw.com
Alaska Bar No. 9101003

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2006, a copy of the foregoing Motion for Ruling Regarding Proof of Causation was served electronically on:

Gary Guarino

/s/ Donna J. McCready

P:\Clients\10194\Pleadings\Motion re Burden Shifting 061031.doc

MOTION FOR RULING REGARDING PROOF OF CAUSATION
*Allen v. USA,* Case No. 3:04-CV-0131-JKS