Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal Representative )
of the ESTATE OF TODD ALLEN, )
Individually, on Behalf of the ESTATE OF )
TODD ALLEN, and on Behalf of the Minor )    Case No.:   3:04-CV-0131-JKS
Child PRESLEY GRACE ALLEN, )
)
Plaintiffs, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Defendants. )

## PROPOSED
## ORDER FOR RULING REGARDING PROOF OF CAUSATION

The Court, having reviewed the Motion and Memorandum for Ruling Regarding Proof of Causation and supporting exhibits, and having considered any opposition, HEREBY ORDERS that the motion is **GRANTED**. Upon the plaintiff proving by a preponderance of the evidence that the United States was negligent in failing to properly diagnose Mr. Allen's subarachnoid hemorrhage the morning of April 19th 2003, the

burden of proof shall shift to the United States to demonstrate that Mr. Allen's outcome would have been the same had his true condition been appreciated that morning.

**DATED:** _____

Honorable James K. Singleton

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2006, a copy of the foregoing Proposed Order For Ruling Regarding Proof of Causation was served electronically on:

   Gary Guarino

/s/ Donna J. McCready

P:\Clients\10194\Pleadings\O-Motion re Burden Shifting 061027.doc

PROPOSED ORDER FOR RULING REGARDING PROOF OF CAUSATION
*Allen v. USA,* Case No. 3:04-CV-0131-JKS