Page 45

1  Sometimes, if they go to the ER side, you may have
2  further contact with the patient. Is that correct?
3      A. Yes.
4      Q. If they go to the UCC side, do you generally
5  have more contact with the patient or --
6      A. Rare occasions, if they need drugs pushed,
7  IVs started.
8      Q. All right. Let me actually -- this is
9  what's already been marked as Exhibit 3.
10         MS. McCREADY: Gary, that's a copy for you.
11     Q. I'll just represent to you that this was
12  produced -- this was given to me by -- by the United
13  States as the triage policy that existed in the
14  emergency department/urgent care center at ANMC in
15  2003. And it's Bates stamped ANMC 894 to 904. Have
16  you seen this before?
17     A. Yes.
18     Q. Okay. Is this something that -- that you're
19  familiar with?
20     A. Yes.
21     Q. All right. And so going to the -- I want to
22  turn to ANMC 897. It looks like three -- four pages
23  in. And at the top of that page it says, "Triage
24  Acuity Level Guidelines." And then it has the
25  definitions, Level 1 to Level 5. Are those the levels

Page 46

1  that you were talking about with me earlier, the
2  acuity levels?
3      A. That we had at that time, yes.
4      Q. Okay. And you -- so you have seen these
5  levels before. And are these the levels that -- at
6  least this is your understanding, working as a triage
7  nurse at ANMC, that these are the levels that -- the
8  acuity levels --
9      A. Yes.
10     Q. -- that you're kind of employing as a triage
11  nurse?
12     A. Yes.
13     Q. Okay. And then on -- there's 899, 900, 901,
14  902, 903. Those are examples of triage acuity levels.
15  And then -- have you seen those before?
16     A. Yes.
17     Q. Okay. And you're familiar with those. Is
18  that correct?
19     A. Yes.
20     Q. And is -- do you -- is this something -- I
21  don't know whether or not this is a policy that you
22  generally could look at, if you have it physically
23  with you at the ER, or is this just something you know
24  because of your experience and work?
25     A. It's in the triage room.

Page 47

1      Q. It's in the triage room?
2      A. Yes.
3      Q. How often do you refer to it?
4      A. Not that often when you know it.
5      Q. Okay. That -- and that was what I was
6  curious about. So you feel like you know this, and
7  it's not something you have to look at, you know,
8  every day. Is that correct?
9      A. Yes.
10     Q. Okay. So how often would you -- or -- or do
11  you ever have occasion to -- to look at these acuity
12  levels?
13     A. No.
14     Q. So do you feel like back in April of 2003
15  that you would have the same answer: That you know
16  these acuity levels, that this isn't something that
17  you would have to -- to re-refer to?
18     A. Yes.
19     Q. And this is the -- that's been marked --
20  already been marked as Exhibit No. 8. I'm sorry. And
21  that's the emergency visit record. This is a record
22  that you reviewed recently. Is that correct?
23     A. Yes.
24     Q. Okay. And again, any other records that you
25  have looked at before coming here for your deposition?

Page 48

1      A. No.
2      Q. Okay. If you could tell me what -- on the
3  emergency visit record -- and this, again, is
4  Exhibit 8. If you could tell me what -- what's your
5  handwriting.
6      A. Right there where it says, "0710 - ears and
7  head are hurting - up all night. Pain level ten.
8  Sitting with ease."
9      Q. Okay. And then anything else that you have
10  written down?
11     A. Vital signs 977 orally. 58 pulse. 20
12  respiration. 128 over 71, blood pressure, and pain
13  contract.
14     Q. Okay. Anything --
15     A. Allergic to aspirin.
16     Q. I'm sorry. I didn't mean to cut you off.
17  Allergies. Okay. So under "Allergies," you wrote
18  ASA?
19     A. Aspirin.
20     Q. Aspirin, okay. And then this question, pcn,
21  what is that?
22     A. Penicillin.
23     Q. Okay. And is that your handwriting?
24     A. No.
25     Q. All right. Any other handwriting that's

Page 49

1   yours on the page?
2     A. Nope.
3     Q. Okay. At the top -- well, did you -- are
4   you the one that circled the triage level?
5     A. Yes.
6     Q. All right. And you -- you circled a four.
7   Is that correct?
8     A. Yes.
9     Q. Now it says, at the top, "Clinic: 80, 30,
10  51." What is that?
11    A. 80 is UCC, 30 is ER, and I think 51 is
12  telephone.
13    Q. Telephone being --
14    A. Calls from the villages.
15    Q. Okay. And then did you circle the 80 or did
16  someone else do that?
17    A. I circled the 80.
18    Q. All right. Who writes down the arrival time
19  in the triage room - I mean in the room number?
20    A. Clerk writes the arrival time. And I don't.
21  Nurse, I guess, writes the room number.
22    Q. Okay. Going back to that day, do you
23  remember back in 2003 what kind of shift you were
24  working in April of 2003?
25    A. 6:00 to 6:00.

Page 50

1     Q. 6:00 a.m. to 6:00 p.m.?
2     A. 6:00 p.m.
3     Q. What time does the -- back in April of 2003,
4   what time did the UCC open?
5     A. 7:00.
6     Q. Okay. And what would you -- I'm just
7   curious how that works. So if you would come at 6:00,
8   what kinds of tasks would you have before the clinic
9   actually opened?
10    A. Well, there's patients there. We take care
11  of patients.
12    Q. So can patients show -- do sometimes
13  patients show up to the UCC before 7:00?
14    A. Yes.
15    Q. Okay. Okay. So it says 7:10. And was that
16  the time you actually saw -- saw Todd Allen, who was
17  the patient in this case?
18    A. The time he came into the triage room.
19    Q. All right. So that's the time he came into
20  the triage room. Is that synonymous with the time
21  that he would -- is that the same thing as the time
22  that he would see you or --
23    A. Yes.
24    Q. Okay. And it says, "Ears and head are
25  hurting." How is it that you got this information,

Page 51

1   "ears and head are hurting"?
2     A. From him.
3     Q. Okay. Do you have any -- as you sit here
4   right now, do you have an independent recollection
5   of -- of him?
6     A. I remember him, yes.
7     Q. What do -- what do you remember?
8     A. That his ears and head were hurting.
9     Q. Okay. Anything else that you remember about
10  him.
11    A. As in what?
12    Q. Well, as in anything. I mean, I'm just
13  curious, as you sit here right now: Do you have,
14  like, a vision in your head? Do you remember what he
15  looked like?
16    A. Yes.
17    Q. Do you remember who he was with? Do you
18  remember anything else he said?
19    A. With his wife.
20    Q. Okay. Okay. What do you remember about his
21  wife?
22    A. She told me he took all his drugs, that he
23  had taken all his pills and he still had pain.
24    Q. So she said he had taken all his pills. And
25  what was your understanding of what he had taken?

Page 52

1     A. I cannot recall if she told me the Percocet
2   or not.
3     Q. Okay. Would -- would that be something that
4   you would generally ask if -- if the wife of a patient
5   came into the ER and said, you know, "He had taken all
6   his pills, but he's still in pain," would you want to
7   know what he had taken?
8     A. She may have told me.
9     Q. Okay. But I'm just curious: As a triage
10  nurse, is that something that you generally would
11  follow up on? You would want to know what he was on,
12  had been taking?
13    A. She must have told me.
14    Q. Okay. One of the things that -- you said
15  that when you do triage you want to know what
16  medications they're on, because you want to make sure
17  that the doctors know. Is that correct?
18    A. Yes.
19    Q. So is that something that you would have
20  asked, even if she hadn't told you?
21    A. Probably.
22    Q. Okay. So you have a recollection that the
23  wife said he had taken all his pills, and he was still
24  in pain?
25    A. Yes.