UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal
Representative of the ESTATE
OF TODD ALLEN, Individually,
on Behalf of the ESTATE OF
TODD ALLEN, and on Behalf of
the Minor Child PRESLEY
GRACE ALLEN,

      Plaintiffs,

vs.

UNITED STATES OF AMERICA,

      Defendant.
_____/
Case No. A04-0131 (JKS)

**VIDEOTAPED DEPOSITION OF RICHARD E. BRODSKY, M.D.**

Pages 1 - 147, inclusive

Monday, April 11, 2005, 8:05 a.m.

Anchorage, Alaska

**Alaska Stenotype Reporters**
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016

Exhibit – 2

Richard Brodsky                     Deposition                     April 11, 2005

Page 13

1  don't think there's specific guidelines different than
2  you would have for a physician who has, you know,
3  rules and regulations in terms of standards of
4  practice and stuff.
5      Q. Okay.
6      A. So I don't know of any particular State
7  licensing guidelines.
8      Q. Okay. And don't be distracted by my words.
9      A. Yeah.
10     Q. If I use a word and you haven't used it, and
11 it doesn't seem right to you, then --
12     A. Sure.
13     Q. -- please -- please correct me.
14     A. I will.
15     Q. What is the role of the ANPs? And ANP is --
16 I'm saying is Advanced Nurse Practitioner?
17     A. Uh-huh.
18     Q. What role do they play in the emergency
19 department?
20     A. Nurse practitioners in the emergency
21 department work in our urgent care arm of the
22 department, and so they see patients independently who
23 are triaged to that side of our operation.
24     Q. Okay. And then you said the -- the urgent
25 care center arm. If you could just describe for me

Page 14

1  then basically -- let me go back to the structure of
2  the emergency department.
3      A. Sure.
4      Q. How is it structured?
5      A. Sure. The department is structured in a way
6  that begins at the check-in triage area. To
7  understand how the emergency department works, you
8  have to really go to that area where a patient
9  presents to be seen in -- in one of two ways.
10         They either walk in and come to the front
11 area of the department or they come in the back by an
12 ambulance or other vehicle. And so people who come in
13 by ambulance are almost always seen by the physicians
14 in the department, go to a bed directly, and register
15 and things are taken care of there.
16         The patients who come to the front of the
17 department and request to be seen are immediately
18 assessed by our triage nurse. There's nursing
19 personnel that evaluate the level of urgency. So it's
20 a person who does a brief assessment of why they're
21 there. Usually takes their vital signs and other
22 information and determines how urgent it is and how to
23 categorize them.
24         We have a five-level triage system that puts
25 people in Level 1 to 5 based on their level of

Page 15

1  illness, the acuity of their illness, how urgent it is
2  to see them, and with 1 being the highest level and 5
3  being the lowest level.
4          And so a patient comes in, checks in, gets
5  assessed. They first might give their name to the
6  clerk at the front desk so can start a chart. Then
7  they're immediately triaged without delaying care.
8          And then if they're in a high level of
9  triage, they may go directly back to a bed and be
10 registered there in the bed. If they're a lower
11 level, they may go back and sit in the -- in the
12 waiting room and have a registration occur while
13 they're waiting to be seen by a provider. And then
14 they'll be called in to be seen.
15         The people who are triaged to our lower
16 levels are usually placed -- their charts are placed
17 in the urgent care rack. People in the higher levels
18 of triage will be placed in the physician rack.
19 And -- and then we see people generally in order
20 unless somebody sicker comes in, you know. And the
21 workload is kind of split between the physicians
22 seeing the sicker patients and the mid-level
23 practitioners seeing the less acutely ill patients in
24 what we call urgent care.
25     Q. Okay.

Page 16

1      A. Now sometimes physicians also see patients
2  in -- from the urgent care rack. Depends if they're
3  not busy. They'll take patients off the rack. Or if
4  we feel -- that provider sees the patient, feels
5  that -- that it's beyond their skill level or that
6  they need a consultation, they may move them to the
7  physician rack, based on their assessment.
8          We have some combined nursing functions and
9  some separate functions, so we have registered nurses
10 who do triage. We have -- excuse me -- LPNs who --
11 licensed practical nurses who work in the urgent care
12 side and registered nurses who work in the emergency
13 room side. And then we have emergency room
14 technicians who also work in the emergency room side
15 supporting the care.
16     Q. Okay. And the license -- what -- what's the
17 difference between the RNs and the licensed nurse
18 practitioners?
19     A. It's education, licensing, skill set. And
20 registered nurses can either have a two- or four-year
21 degree. And LPNs, I'm not sure if it's one year or
22 one and a half years or what it is, but they -- their
23 skill set is less, and they can do less than
24 registered nurses.
25     Q. Okay.

| Richard Brodsky | Deposition | April 11, 2005 |

### Page 93

to make often. And if you look at the literature again, you will find that most people who present with subarachnoid hemorrhage are not diagnosed when they first present, or a substantial portion of them are not. And so it's something that often doesn't present overtly with the obvious signs and symptoms that leads somebody to the diagnosis.

So if someone comes in with the worst headache of their life, that suddenly came on, and a stiff neck, you know, you're much more likely to say subarachnoid hemorrhage than somebody who comes in and says, I have a headache, or, you know, I'm nauseous or, you know, I'm -- you know, don't feel right. And so that many patients -- or even most patients who are initially seen are not diagnosed.

And the diagnosis requires, you know, imaging techniques or lumbar puncture, and so one has to make the leap to suspicion to do those things, and so probably a lot of people are missed.

Q. Okay. I wanted to ask you about imaging techniques --
A. Uh-huh. Sure.
Q. -- and technology --
A. Sure.
Q. -- in the emergency department.

### Page 94

A. Sure.
Q. Do you have -- I -- I'm going to take it you have got CT scans.
A. Twenty-four hours a day.
Q. Twenty-four hours a day. And was that the case in 2003?
A. Yes.
Q. All right. And what generation of technology is it?
A. At that time, I don't know the -- I can't tell you which scanner it was at that time. You know, we've upgraded since then to a 16-bit, you know, technology. So it was the previous technology. But certainly the resolution was enough to show subarachnoid hemorrhage and, you know, that's what we used as our --
Q. Oh, sure. Okay.
A. -- technique, you know, at the time.
Q. And then did you have arteriograms?
A. We do not have arteriograms available in the hospital. So if we need to do an arteriogram, we would -- at that time?
Q. Yeah.
A. Of course it's a different era now. With our new scanner, we have CT and geography available,

### Page 95

and so it's a little bit upgraded with this generation. But in that time period, we didn't have CT and geography capability. So if somebody was determined to need an angiogram, we would have made arrangements to transfer them to Alaska Regional Hospital and have the angiogram done there.

Q. And is there a difference between an angiogram and an arteriogram?
A. Same.
Q. Are they the same thing?
A. Same.
Q. Okay. So in 2003 you had CT technology and then -- and if -- and if somebody needed an angiogram, arteriogram, you would send them over --
A. Right.
Q. -- to Alaska Regional?
A. Right, uh-huh.
Q. Okay. Got it. And then now there's been some upgrades in technology and things?
A. There's upgrades in technology, in terms of having CT/angio capability. The resolution is not as good as a full, you know, core angiogram, and, you know, most neurosurgeons, if they're going to operate on somebody with a subarachnoid hemorrhage who might have an aneurysm, they would want to do an angiogram

### Page 96

first. They want --
Q. Sure.
A. -- want to get better verification of the site and determine, you know, what their approach is going to be. And they may even, with some subarachnoid hemorrhages in this day and age, particularly in the posterior circulation, they'll do angiography and coilings so that you can avoid doing a craniotomy. And so -- and that's not done in Alaska right now.

So -- and so our policy -- and I knew you were going to get to this. I might as well tell you now. Generally then, and continues to be now for most people with subarachnoid hemorrhage, most of our patients end up going to Seattle --
Q. Okay.
A. -- for subarachnoid hemorrhage definitive diagnosis and treatment. And back at that time, we were still sending many of those patients to Alaska Regional for an angiogram first before we made the decision as to whether they would go to Seattle --
Q. Okay.
A. -- or stay here in Anchorage. Today, even though we have a neurosurgeon on our own staff right now, we're sending all the patients to Seattle, and