ALLEN v. USA                                           DIANE "DEDE" DUNTZE, R.N.
                                                                      2/24/2006

Page 81

1   Q.  All right. We were talking about --
2       MR. GUARINO: Can I --
3       MS. McCREADY: Sure.
4       MR. GUARINO: We have been at this for an
5   hour and --
6       MS. McCREADY: Sure. Do you want to take a
7   break?
8       MR. GUARINO: -- 20 minutes. Can we take a
9   break?
10      MS. McCREADY: Absolutely.
11      THE VIDEOGRAPHER: Off record, 10:22 a.m.
12      (Recess taken.)
13      THE VIDEOGRAPHER: On record, 10:31 p.m. --
14  I'm sorry -- a.m.
15      MS. McCREADY: Okay. Thank you. Thanks.
16  Q.  On the topic of differential diagnosis of a
17  subarachnoid hemorrhage, aside from taking -- you
18  would agree that you would need to take a careful
19  history in order to determine whether or not a
20  patient has a subarachnoid hemorrhage. I mean,
21  would you agree with that?
22  A.  Yes.
23  Q.  Okay. And what else would you -- what
24  else -- what other tools, resources -- resources
25  might an emergency room practitioner use to make a

Page 82

1   differential diagnosis of a subarachnoid hemorrhage?
2   A.  Physical exam.
3   Q.  Okay. And tell me about the -- what about
4   a physical exam would assist in a differential
5   diagnosis?
6   A.  Of subarachnoid hemorrhage?
7   Q.  Yes.
8   A.  Well, you do a -- what I call an HEENT,
9   head, eyes, ears, nose, throat; and a neck exam.
10  And then if the person was complaining of a
11  headache, then I would do a neuro exam.
12  Q.  Okay. What do you mean by "neuro exam"?
13  A.  Whether they're alert, they're oriented,
14  what their level of consciousness is, what their
15  speech is like, what their gait is like,
16  coordination, ability to follow instructions,
17  cranial nerves.
18  Q.  Okay. Tell me about the cranial nerves.
19  What -- I mean, what do you mean -- how would you
20  test a person's cranial nerves?
21  A.  Okay. I would ask them to do things like
22  stick their tongue out. I'd use a tongue blade to
23  check the back of their throat and see if they have
24  a gag reflex, see if they can clench their teeth
25  together, pump their cheeks out, raise their

Page 83

1   eyebrows, shrug their shoulders, blink if you touch
2   their cornea, things like that.
3   Q.  Okay. How might the HEENT assist in making
4   a differential diagnosis of -- of a patient who has
5   got -- whether or not they have got a subarach- --
6   subarachnoid hemorrhage?
7   A.  If they have got a headache, could be sinus
8   infection. So like if you press on their cheeks and
9   they have head pain, face pain, could be a sinus
10  infection. If you look at their ears, if they have
11  an ear infection, could be, you know, causing head
12  pain, headache.
13  Q.  Okay. Anything else on the HEENT that
14  comes to mind --
15  A.  No.
16  Q.  -- right now? Okay. And how about the
17  neuro exam? What might that -- what would you be
18  looking for if you were trying to make a
19  differential diagnosis of a patient with a
20  subarachnoid hemorrhage?
21  A.  I would be looking to see whether they were
22  neurologically intact, whether their speech was
23  clear, whether they were walking normally, whether
24  they could heel to toe, balance is okay, they
25  could -- their cranial nerves were normal.

Page 84

1   Q.  Okay. Anything else that comes to mind?
2   A.  No.
3   Q.  Okay. Any other tools that you might use
4   as an emergency room practitioner to make a
5   differential diagnosis of a patient who has got a
6   subarachnoid bleed -- or to determine whether or not
7   they have a subarachnoid bleed?
8   A.  Well, you could consider doing a CAT scan.
9   You could consider doing a spinal tap.
10  Q.  Okay. In your experiences working at Cross
11  Roads, in the emergency department, do you -- as a
12  nurse practitioner, as an advanced nurse
13  practitioner, are you -- do you have the authority
14  to order CAT scans?
15  A.  Yes. But in order to do a CAT scan, the
16  patient has to be med-evac'd here to Anchorage.
17  Q.  Okay. Because you don't have CAT scan
18  capability out there?
19  A.  No.
20  Q.  All right. So -- all right. So if you --
21  so in the case of -- let's say the one patient you
22  discussed who -- well, it sounds like two patients
23  were med-evac'd to Anchorage and then to Seattle, at
24  least that you know of in your -- in your experience
25  or practice. And were those patients also -- were

ALLEN v. USA                                                                DIANE "DEDE" DUNTZE, R.N.
                                                                            2/24/2006

Page 85

1  they med-evac'd to Anchorage to have a CT done?
2  Do --
3     A.  Yes.
4     Q.  Is that the purpose of sending them to
5  Anchorage?
6     A.  Well, we don't keep patients out there if
7  they're, like, too sick for us to take care of. If
8  we can't diagnose them there, you know, then we
9  don't keep them there. That's the purpose, is to
10 get them to a higher level of care.
11    Q.  Got it. Okay. How about your experience
12 in training -- well, let me start with your
13 experience dealing with chronic pain patients. Is
14 that -- is that -- have you had experience dealing
15 with chronic pain patients in your practice?
16    A.  Yes.
17    Q.  All right. And I guess I'm going to focus
18 right now on your practice as a nurse practitioner
19 after you graduated with your master's in nursing.
20 What sort of experience have you had dealing with
21 chronic pain patients?
22    A.  I've had quite a number of patients who
23 have come repeatedly asking for, you know,
24 prescription refills, patients with chronic
25 headache, a patient with chronic back pain, a

Page 86

1  patient with chronic hip pain, knee pain.
2     Q.  Okay. And did you receive any training at
3  UAA about dealing with some chronic pain patients?
4     A.  Not that I can remember.
5     Q.  Okay. And so what's your practice in terms
6  of dealing with patients who have a chronic pain
7  problem? And -- and let me focus now on your
8  experience working in the emergency department.
9        And let me clarify. A moment ago when you
10 said, you know, you've had a lot of experience dealing
11 with chronic pain patients presenting looking for
12 refills in medication, are you talking about at the --
13 at the emergency department at Cross Roads or --
14    A.  No. It could be in any clinic.
15    Q.  Okay. And so how do you -- what's your
16 practice in terms of dealing with chronic pain
17 patients?
18    A.  My practice is initially to figure out
19 what's going on. Like is this a chronic pain issue?
20 Like the first time a person comes to me, I don't
21 know necessarily that it's going to turn out to be a
22 chronic thing. But if the patient comes to me
23 repeatedly or the patient gets a history of repeated
24 pain, you know, then I will treat them oftentimes to
25 a certain extent. And then if it becomes more and

Page 87

1  more like seeking more and more narcotics, then I
2  usually refer them to a chronic pain place. Like my
3  patients in the village, I refer them to ANMC to get
4  into the chronic pain contract. Private sector
5  patients I'll refer to a chronic pain person.
6     Q.  Okay. And one of the -- let me just ask
7  you this: If you're dealing with a patient who is a
8  chronic patient, one of the things you would want to
9  know, if they're presenting to you at a clinic or an
10 emergency room, is whether or not they're actually
11 looking for pain medication?
12    A.  Right.
13    Q.  Okay. And what else would you want to
14 know?
15    A.  I would want to know: Okay, what brings
16 them to the clinic right now? Is it because they
17 have run out of meds, and they just need a refill?
18 Is it because their pain is worse? Is their pain
19 new?
20        I would want to know the stresses that are
21 going on in life, because a lot of times the stressors
22 will increase chronic pain.
23    Q.  Okay.
24    A.  So I would want, you know, kind of a
25 psychosocial history as well as just probably a

Page 88

1  repeat physical exam.
2     Q.  And would you agree you also need to do a
3  careful history of the patient who is a chronic pain
4  patient --
5     A.  Yes.
6     Q.  -- who comes into either an emergency room
7  setting or clinic setting?
8     A.  Yes.
9     Q.  All right. Is it -- does getting a careful
10 history -- does it have the same importance for a
11 chronic pain patient as for a patient who comes in
12 that's not a chronic pain patient?
13    A.  Yes.
14    Q.  Okay. So it's -- it's the same level of
15 importance. You want to get a -- you want to
16 understand why the patient is there and to get a
17 current history and a past history. Is that
18 correct?
19    A.  Yes.
20    Q.  All right. And what -- and why would you
21 do that? What does it help you do as a
22 practitioner?
23    A.  Determine whether there's changes in the
24 patient's condition that warrant further evaluation.
25    Q.  Okay. And let me just go back to patients

25 (Pages 85 to 88)

Page 89

1  with a subarachnoid hemorrhage. Would you agree
2  that it's important that emergency care providers be
3  familiar with a presentation of a subarachnoid
4  hemorrhage?
5      A. Yes.
6      Q. Okay. And would you agree that it's
7  important that providers -- emergency room providers
8  have a basic understanding of -- that -- that the
9  presentation of a subarachnoid hemorrhage could
10 vary, that it's not always the same?
11     A. Yes.
12     Q. All right. Going back to patients with --
13 who may have a subarachnoid hemorrhage, where that's
14 part of a differential diagnosis. I just want to
15 make sure I have sort of exhausted everything that
16 you would be concerned about looking at as an
17 emergency room provider in a patient where -- that's
18 part of your differential diagnosis.
19        We have gone over the physical exam, the
20 neurological exam, and a history. Is there anything
21 else that you would want to know as a provider, in
22 terms of trying to figure out whether or not a patient
23 who presents has a subarachnoid hemorrhage?
24     A. And how is this patient presenting?
25     Q. Okay.

Page 90

1      A. No. I'm -- I'm asking you. Is this a
2  person -- like you're asking me, I think: How does
3  a person with a subarachnoid hemorrhage -- I don't
4  know. I -- I think I might be confused on what
5  you're asking me.
6      Q. Okay. Well, I guess I'm trying to
7  understand your -- you have worked as an emergency
8  room provider. Okay? And -- well, let me -- let me
9  just start back at the beginning.
10        MR. GUARINO: No, please don't do that.
11        THE WITNESS: Yeah, let's don't go back that
12 far.
13        MR. GUARINO: We're never getting her out of
14 here anytime if we're going to do that.
15 BY MS. McCREADY:
16     Q. Well, I don't mean back to the beginning,
17 but if you have a patient who presents -- in your --
18 in your experience as an emergency room
19 practitioner, when is it that a subarachnoid
20 hemorrhage would come into your differential
21 diagnosis?
22     A. If the patient had a sudden onset of a
23 really bad headache, often they, you know, refer to
24 that as a thunderclap headache. If the patient had
25 a stiff neck, if the patient had neurologic

Page 91

1  problems, like vision changes, nausea and vomiting,
2  all the things that I mentioned before, trouble with
3  speech, then I would think, hmm, you know, the red
4  flag would go up.
5      Q. Okay. When you say -- have you ever had a
6  patient come to you and say, I had a thunderclap
7  headache?
8      A. No, but patients will say -- you know, if
9  you say, did this come on suddenly or slowly, you
10 know, they will tell you whether it was sudden or
11 slow.
12     Q. And is that generally a question you would
13 ask if a patient came to you with a severe head
14 pain, that you would want to know if it came on
15 suddenly or if it came on slowly?
16     A. A lot of times.
17     Q. Is it important to know whether or not a
18 patient's headache is -- had a sudden onset?
19     A. Yes.
20     Q. Okay. And -- and -- and why would that be,
21 that you would want to know that? As an emergency
22 room provider, why would you want to know whether or
23 not their headache had a sudden onset?
24     A. So that you could work through what your
25 differential diagnosis is.

Page 92

1      Q. Okay. When you -- well, do you know -- let
2  me ask you this: Do you know what the standard of
3  care is for a patient, once they're diagnosed with a
4  subarachnoid hemorrhage, once they're actually --
5  it's determined that they have a subarachnoid
6  hemorrhage, do you know what the standard of care is
7  for treating them?
8      A. Well, you would turn them over to a
9  neurologist or a neurosurgeon.
10     Q. Okay. And anything else? I guess I'm just
11 trying to get at: Are you going to be offering any
12 opinions in this case on the standard of care of
13 treating a patient who has got a subarachnoid
14 hemorrhage?
15     A. No.
16        (Exhibit 2 marked.)
17 BY MS. McCREADY:
18     Q. Okay. On your report, which I have just
19 marked as Exhibit 2 -- and is that a copy of the --
20 your report in this case?
21     A. Yes.
22     Q. All right. I am just wondering what --
23 what it is you did review before you drafted that
24 report.
25     A. What it is I did review?