Page 129

1   A. If he came in and said, I have a severe
2   headache, no.
3   Q. Okay. And how would he be properly triaged
4   under ANMC's policy?
5   A. He would have been a three or a two. If he
6   said he had a severe headache, I think he would have
7   been a two.
8   Q. Okay. Well, let me just ask you: If a
9   patient says they have got ten out of ten pain, ears
10  and head are hurting, up all night, would that
11  indicate to you that that was a severe -- severe
12  pain?
13  A. Could be. It could be not.
14  Q. Okay. Do you -- have you developed any
15  sort of theory about why it is that that very same
16  day, on April 19, the wife would be reporting to an
17  ER physician, who actually documents it in the
18  patient's medical record, that he had had a severe
19  headache that morning?
20  A. No. But I do wonder why, if she thought
21  that -- I -- I don't know if I should say this, but
22  I guess that I wonder why she wouldn't have
23  interjected anything into his emergency room visit
24  at ANMC in the morning.
25  Q. Okay. Well, let me ask you that: In

Page 130

1   your -- in your practice as an emergency room
2   provider, do you usually actually give the emergency
3   visit record to the patient and his family for them
4   to review before they leave?
5   A. No.
6   Q. Okay. So you're wondering why Mrs. Allen
7   didn't volunteer certain information. Is that
8   correct?
9   A. That's right.
10  Q. Well, what if she had been in -- just bear
11  with me for a moment. What if she had been in the
12  room with her husband and she heard him describe
13  that he had had a severe headache? Would she need
14  to interject and tell the medical provider that he
15  had a severe headache, if he had told the provider
16  that he had a severe headache?
17  A. No.
18  Q. Have you developed any opinions or theories
19  as to why, later that day at Providence, there's a
20  history given that the patient had a severe headache
21  that morning, and yet that's not in the ANMC record
22  that morning?
23  A. No. That's very hard to reconcile, because
24  there's two totally different sets of information.
25  (Exhibit 8 marked.)

Page 131

1   BY MS. McCREADY:
2   Q. Okay. I'm going to ask you about -- this
3   is Exhibit 8. This is Dr. Lee's record. And it's
4   Bates stamped Allen (Providence) 21, 22 and 23.
5   MR. GUARINO: Do you have an extra copy of
6   that one?
7   MS. McCREADY: I'm sorry. Yes, I do.
8   Q. Did you note that Dr. Lee had obtained a --
9   a history from both Dr. Deitz, the emergency room
10  physician, and -- and also the patient's wife, Kim
11  Allen?
12  A. Uh-huh. Yes.
13  Q. Okay. And had you noted, when you were
14  reviewing this case, that Dr. Lee had documented
15  that, according to the patient's wife, he had been
16  complaining of a headache in his right jaw area
17  radiating to the back of his head and then up to the
18  top of his head along the back side of his head?
19  A. Yes, I saw that.
20  Q. Did that have any significance to you in
21  terms of the description of the location of the
22  headache?
23  A. No.
24  Q. Okay. Would that be consistent with a
25  patient who's presenting with a subarachnoid

Page 132

1   hemorrhage?
2   A. It could be. It could be -- some of it
3   could be related to his TMJ also.
4   Q. Sure. I understand that. But is it also
5   consistent with a patient who has got a subarachnoid
6   hemorrhage?
7   A. Could be.
8   Q. Okay. And again, as a provider, you would
9   want to get -- take a careful history to determine
10  whether or not the patient's pain was related to the
11  TMJ or related to something else. Is that correct?
12  A. Yes.
13  Q. So as you sit here right now, you don't
14  know whether or not you think it was an appropriate
15  triage decision on the part of Patricia Ambrose to
16  triage this patient as an acuity level four and put
17  him over to the UCC side. Is that correct?
18  A. Based on what I see in the chart, I think
19  that that was a -- an appropriate decision.
20  Q. How about her testimony about what
21  information she had gotten from the wife: That "She
22  told me he took all his drugs, that he had taken all
23  his pills and he still had pain"?
24  A. Then that makes you wonder if he should
25  have been another higher acuity level.

ALLEN v. USA                                    DIANE "DEDE" DUNTZE, R.N.
                                                                    2/24/2006

Page 133

1  Q. All right. And do you have an
2  understanding about whether or not, if patients get
3  a higher acuity level at ANMC, they see a mid-level
4  practitioner versus an ER physician?
5  A. I believe if they're a one or a two, they
6  see a physician, for sure. If they're a three,
7  depending on how busy it is, they could see either a
8  physician or a mid-level. If they're a four or
9  five, they see a mid-level.
10 Q. Sure. And had you looked at the logs of,
11 you know, what -- which patients saw which providers
12 the morning of April 19th?
13 A. No.
14 Q. Okay. Is the -- since you're giving
15 opinions about -- I assume you're giving an opinion
16 about the standard of care of the nurse practitioner
17 in this case. Is that correct?
18 A. Yes.
19 Q. Are nurse practitioners held to the same
20 standard of care as emergency room physicians?
21 A. Yes.
22 Q. Do nurse practitioners working in the
23 emergency department generally have the same
24 training and experience as emergency room
25 physicians?

Page 134

1  A. I'm not sure about that.
2  Q. Okay. Going to that -- again, we're on the
3  last paragraph your report. And in the middle of
4  that, one of the things that you note that was
5  significant to you, it says: "Of significance in
6  this case is that his neck was supple," that is,
7  Todd Allen's neck was supple. And why is that
8  significant to you?
9  A. Because anytime that you have a person with
10 a neck stiffness, then you have to think: You know,
11 do they have a bleed, do they have meningitis, do
12 they have encephalitis?
13 Q. What if a majority of patients that have a
14 subarachnoid bleed, who present within the first
15 24 hours of their bleed, have -- don't have neck
16 stiffness?
17 A. What if?
18 Q. Yeah. I mean -- I mean, is -- how
19 significant -- I mean, I guess I'm trying to get at:
20 How significant is that fact to you in rendering
21 the -- the opinion that you have rendered in this
22 case?
23    MR. GUARINO: Which -- which fact?
24    MS. McCREADY: That -- that his neck was
25 supple.

Page 135

1     MR. GUARINO: Oh, okay.
2     THE WITNESS: I think that you have to look
3  at more than just was his neck supple. Okay?
4  BY MS. McCREADY:
5  Q. Sure.
6  A. I mean, there's more than that. That's
7  just one piece of it to me that -- that I looked at,
8  but you have to look at more than that.
9  Q. Sure.
10 A. You know, how did the patient look to you?
11 Did the patient -- like you do a lot of things by:
12 How does the patient look? Does the patient look
13 sick to you? Is the patient -- you know, if he said
14 to me, I have blurry vision, you know, a severe
15 headache, then I would think about a subarachnoid
16 bleed. But I think I'm digress- -- digressing from
17 your question.
18 Q. No, that's okay. I wanted to know how
19 significant it was to you that in rendering the
20 opinion that you're rendering in this case, that
21 Nurse Fearey's exam that morning didn't follow the
22 standard of care. Her care of this patient didn't
23 follow the standard of care. And I think you
24 have -- let me see if I understand -- that that's
25 just one factor, that the fact that his neck was

Page 136

1  supple is just one factor that you looked at.
2  A. Right.
3  Q. Is that correct?
4  A. Right.
5  Q. Okay. So you're not -- it's not your
6  belief, as you sit here, that, you know, whether or
7  not a patient's neck is stiff or supple is sort of,
8  you know, the defining factor in terms of whether or
9  not they have a subarachnoid bleed?
10 A. That's correct.
11 Q. Okay.
12 A. You would look at: Do they have other
13 neurologic deficits?
14 Q. Okay. And you -- going to page two of your
15 report. And did he have other neurological
16 deficits? I'm sorry.
17 A. He's alert, so his level of consciousness
18 apparently is not impaired. It's difficult to say,
19 because there's not a lot of documentation.
20 Q. Okay. And did you get more information
21 about how neurologically intact this patient was
22 from Donna Fearey's deposition?
23 A. I don't think so.
24 Q. Did you get any more information about how
25 neurologically intact he was when you spoke with her

Page 169

1    A. Yeah. He doesn't -- he doesn't need to
2  come in to get pain medication, so what's the real
3  reason that he's coming in?
4    Q. Okay. So my question is: Does it have any
5  significance --
6    A. Yes.
7    Q. -- to you at all? Okay. Did you -- were
8  there any other visits that you noted of Todd Allen
9  to ANMC or anywhere else that kind of were
10 significant to you in terms of rendering your
11 opinion in this case that Donna Fearey's care met
12 the standard of care?
13   A. No, I don't think so. I think these were
14 the main ones.
15   Q. All right. And "main ones" meaning these
16 are the ones that had some significance to you. Is
17 that right?
18   A. Right.
19   Q. All right. And I think we talked about
20 this, but you said, "History of the 4/19/03 urgent
21 care visit could have been more detailed."
22     Is there anything else that you wanted to
23 include in there, aside from what we talked about?
24   A. No.
25   Q. And "aside from what we talked about"

Page 170

1  meaning there could have been a neurological exam.
2  Is that correct?
3    A. Yes.
4    Q. And there could have been a more detailed
5  history. Is that correct?
6    A. Yes.
7    Q. Anything about the physical exam that you
8  would have liked to have seen more detail on?
9    A. Maybe an abdominal exam.
10   Q. Because of the patient reporting nausea and
11 vomiting?
12   A. Yes.
13   Q. Okay. And it says, "In retrospect it would
14 have helped to know if he had a headache or if" his
15 "ears/head pain documented by the triage RN was
16 referring to the ear/jaw pain documented by Donna
17 Fearey." And we don't really know that, do we?
18   A. No, we don't.
19   Q. Okay.
20   A. And I guess that was the main reason I
21 called Donna, was to find out, you know, if she had
22 any recall about the head pain, the head hurting
23 versus, you know, what he told her.
24   Q. All right. And then you also note that the
25 "Timing of onset, intensity, and if different from

Page 171

1  usual head/ear/jaw pain would have been helpful to
2  know."
3     And in fact, we don't know that from her
4  note. Is that correct?
5    A. That's correct.
6    Q. And we don't know that from her deposition
7  testimony. Is that correct?
8    A. That's correct.
9    Q. And "Based on the complaint of nausea
10 further history regarding nausea and vomiting would
11 have been helpful to obtain as was as doing an
12 abdominal exam." And I think we talked about that.
13 You would want to know about the nausea and vomiting
14 to want to know -- first, it might help you figure
15 out what's going on with the patient. Is that
16 correct?
17   A. Yes.
18   Q. And would you also want to know it in
19 relation to what was going on in terms of whether or
20 not he was actually able to keep his pain medication
21 onboard?
22   A. Yes.
23   Q. And "onboard" meaning, you know, in his
24 body.
25   A. Yes.

Page 172

1    Q. Is that correct?
2       I'm just looking at this and taking a moment,
3  because I -- I don't want to get over old ground.
4       You said, "Based on the history and findings
5  documented, I do not think a neurological examination
6  was indicated - but again, in hindsight, it may have
7  helped to more clearly rule out or pick up significant
8  pathology."
9       We have talked a little bit about that. Is
10 there anything else that you wanted to note about why
11 you didn't think a neurological examination was
12 indicated?
13   A. No. I think we have talked about it.
14   Q. Okay. And you didn't think a neurological
15 examination was indicated because?
16   A. He was complaining of ear and jaw pain,
17 according to what Donna Fearey wrote, and he was
18 looking to see if his ear was infected.
19   Q. Okay. And in those circumstances, in an
20 emergency room setting, you wouldn't need to do a
21 neurological exam?
22   A. You know, I would look at the whole
23 picture: Where his vital signs okay, was he alert,
24 was he in distress, all the things that we have
25 already talked about.

46 (Pages 169 to 172)