# Level 2

- Respiratory distress, moderate--mild/moderate use accessory muscles, 1-2 word dyspnea
- Chest pain, R/O MI (cardiac hx, age>40), SOB, diaphoresis, syncope, palpitations
- Significant burns
- Overdose patients
- Chemical spills in the eye
- Smoke inhalation
- Penetrating eye trauma
- Abdominal pain, elderly, r/o ectopic, significant vag bleeding, hx trauma, fever
- Nose bleeds with uncontrolled bleeding
- Acute visual loss
- Altered mental status, w/hx head trauma, w/ or w/o hx ETOH
- Acute scrotal pain
- Sore throats w/potential airway obstruction
- Stroke symptoms
- Active GI bleed
- Extremity trauma w/obvious deformity, evidence of neurovascular compromise
- Allergic reactions w/stridor, wheezing
- Suicidal ideation or other acute psychosocial issues
- Headache, severe, w/ or w/o hx trauma (worst in life)
- Pain--severe, any etiology
- GSW other than life/limb threatening
- Obtunded, unconscious, etc.
- Large laceration, uncontrolled bleeding
- Fever in infants < 3 month of age
- Employee needlestick < 4 hrs old

# Level 3

- Alcohol withdrawal with VS changes, N/V
- Large/complex lac, controlled bleeding
- Anyone < 3 months of age, normal VS
- Abdominal pain, VSS, no vaginal bleeding
- Vomiting w/o signs of shock
- Pain--significant, any etiology, i.e. headaches, earaches, back pain
- Cough w/fever, low O2 sats > or = 94%
- Repeat visits, worsening condition
- Extremity fracture w/obvious deformity
- Vaginal bleeding/pregnancy, normal VS, +/- < 2 pads/hr
- ETOH hx, but not oriented x2 or better, non-ambulatory
- Mild respiratory distress, mild use accessory muscles, 4-5 word dyspnea
- CSP quick clear
- Urgent psychosocial issues

## Level 4

- Sore throats, mild, no significant inflammation
- Lacerations, minor
- Burns, minor--old (> same day)
- Vaginal discharge
- STD check
- Pink eye
- Earaches
- Dental pain
- Suture Removals
- Simple UTI
- Dysuria, afebrile
- Lice, scabies
- Extremity injuries, sprain/fracture, simple, no angulation/deformity, nursemaid's elbow
- Wound check, VS normal
- Foreign body, excluding eye (fishhook in body)
- Minor GI symptoms
- Infected lacerations, simple
- URI
- Vaginal bleeding, not pregnant
- Repeat visit, same complaint, no change in status
- Chest pain, non cardiac

# Level 5

- Medication refills
- Work releases/ workman's comp paperwork
- TB tests
- STD contact, treatment needed
- Pregnancy test, no other complaints
- Ingrown toenails
- Immunizations
- Chronic problems, no acute discomfort
- Contusions, minor
- Fatigue
- Laceration, old (> 1day)
- Rashes, minor
- Follow up blood tests
- Second opinions

## Patients who must see MD regardless of acuity

- Lacerations that require suturing
- Infants < 3 months of age
- Employee needlestick
- On-the-job injuries (who present with their paperwork)

ANMC0000000904