Frank Mannix, M.D.  -  February 14, 2006
A000F65

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

- - -

KIMBERLY ALLEN, Personal )
Representative of the Estate of )
Todd Allen, Individually on Behalf )
of the Estate of Todd Allen and )
on Behalf of the Minor Child, )
PRESLEY GRACE ALLEN, )
)
                Plaintiffs, )
)
vs. ) NO. 3:04-CV-0131-JKS
)
UNITED STATES OF AMERICA, )
)
                Defendant. )
)

VIDEOTAPED DEPOSITION OF

FRANK MANNIX, M.D.

CARDIFF BY THE SEA, CALIFORNIA

FEBRUARY 14, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
www.depo.com
(800) 288-3376
REPORTED BY:   MICHELLE K. BAILEY, CSR NO. 10713

FILE NO.: A000F65

1

Atkinson-Baker, Inc., Court Reporters      Exhibit – 4

Frank Mannix, M.D.   -   February 14, 2006
A000F65

### Page 126

16:29:22 1  who's triaged at a level 2; is that correct?
16:29:25 2  A. As a general statement, that's probably accurate.
16:29:28 3  Q. And someone triaged at a level two, would, again,
16:29:33 4  all things being equal, would be expected to be seen sooner
16:29:37 5  than a level 3?
16:29:38 6  A. Well, that's partly true. But the triage decision
16:29:42 7  also has to do with the level of illness and the level of
16:29:46 8  evaluation required. So when you triage somebody — when we
16:29:50 9  do this in our emergency department, when you triage somebody
16:29:53 10 to the emergent side, you're saying this person had something
16:29:56 11 serious enough they needed to see a doctor. If they need to
16:30:01 12 see a doctor now, then that becomes -- you move them up in
16:30:04 13 that range to a 1 or whatever that says they need to see the
16:30:08 14 doctor now. But the real triage decision is do they need to
16:30:11 15 see a doctor in the main ER and how soon.
16:30:13 16    If you triage somebody to the urgent care side,
16:30:16 17 you're saying, generally, they don't need to see a doctor
16:30:19 18 necessarily and they don't need to be seen now. So you're
16:30:22 19 pretty much ruling out life threatening problems with that
16:30:25 20 triage decision.
16:30:26 21 Q. And I'm just focusing for the moment, I'll get to
16:30:29 22 the second part, on the question of how soon they're seen.
16:30:32 23 And maybe I can simplify this. Do you think there's any
16:30:35 24 causal connection as to indicate in terms of the time when
16:30:38 25 Mr. Allen was seen and his injuries in this case?

### Page 127

16:30:41 1  A. Well, let me refresh my memory about the times. I
16:30:45 2  think he was triaged at 7:10 and seen at 7:35. And honestly,
16:30:51 3  Counselor, that's good in any ER.
16:30:54 4  Q. So the fact that it took 25 or 30 minutes to see
16:30:57 5  him, that's not a problem that you're critical in the case?
16:30:59 6  A. It's not.
16:31:00 7  Q. Okay.
16:31:00 8     And I take it what you are critical of is the fact
16:31:04 9  that he was seen by a nurse practitioner as opposed to by an
16:31:08 10 emergency room physician?
16:31:09 11 A. Well, let me backtrack. What I'm really critical
16:31:13 12 of is the triage assessment itself which focuses again on his
16:31:17 13 recurrent pain problem and doesn't ask any of the key
16:31:20 14 question about differentiating -- I mean, by her own
16:31:24 15 admission, it's a ten out of ten pain in the head and in the
16:31:29 16 ears. That in any emergency department is going to be
16:31:33 17 triaged in a fairly emergent way. But she asks none of those
16:31:37 18 questions, and it's very clear that she made some decisions
16:31:41 19 about him when she saw him based on the previous history.
16:31:45 20 She initially said, "He's in all the time. I see him all the
16:31:48 21 time." When she's pushed on that, the best she could come up
16:31:52 22 with was, "Well, I think I saw him when he came in with the
16:31:55 23 initial injury." And then she says, "I didn't really believe
16:31:58 24 that he was having as much pain as he said." Well, you make
16:31:58 25 those kind of assumptions at your own jeopardy. And none of

### Page 128

16:32:02 1  the other critical questions -- what was the onset of his
16:32:04 2  headaches. Subarachnoids usually start right now. The
16:32:08 3  patient can tell you. That's not the way jaw pain starts.
16:32:12 4  Is this just like the pain you've had before? And we're back
16:32:14 5  into the same conversation. So there was a misevaluation and
16:32:17 6  triage. And a result of that was that he was triaged in a
16:32:22 7  way that he went to the nurse practitioner.
16:32:27 8  Q. And that part I understood. I guess I'm trying to
16:32:29 9  explore -- I understand you're critical of that. But in
16:32:31 10 terms of practical results, I guess is what I'm looking at,
16:32:33 11 you're not critical of how long it took them to see him. So
16:32:36 12 I can set that aside.
16:32:37 13 A. That's correct.
16:32:38 14 Q. Now, in terms of who saw him, you're critical in
16:32:42 15 that you think he should have been seen by an emergency
16:32:47 16 physician, not by a nurse practitioner.
16:32:49 17 A. Well, what I'm saying is that their own internal
16:32:52 18 guidelines say that they should have been triaged to the main
16:32:56 19 emergency department. Now, category 3 makes — and he's very
16:32:56 20 clearly a category 2 in their guidelines. Category 3 makes
16:33:00 21 room for the possibility that if the triage is busy, a
16:33:03 22 midlevel practitioner would see that patient. But my review
16:33:03 23 of the log that day indicates that all the level 3 patients
16:33:07 24 were seen by doctors. So had the patient been triaged 2 or
16:33:24 25 3, a doctor would have seen the patient. And in my judgment,

### Page 129

16:33:24 1  although I think the standard of care still applies to the
16:33:24 2  nurse practitioner, I think the likelihood that this
16:33:24 3  diagnosis would have been or at least suspected was higher.
16:33:26 4  Q. And that's what I was trying to get to. Your
16:33:30 5  critique ultimately is that if a triage at 2 or 3 had been
16:33:32 6  seen by an emergency room physician as opposed to a nurse
16:33:35 7  practitioner, that it's more likely that he would have --
16:33:38 8  there would have ben a diagnosis of this subarachnoid
16:33:41 9  hemorrhage?
16:33:41 10 A. I believe so.
16:33:41 11 Q. Okay.
16:33:42 12    Now, before we get to that, is it -- do you agree
16:33:45 13 that at any time if Nurse Feary had thought that he was more
16:33:50 14 seriously ill or that he should have been triaged at a higher
16:33:55 15 level of 3 or 2 or 1, she could have referred him or
16:33:58 16 consulted with emergent room physicians?
16:34:01 17 A. Absolutely.
16:34:02 18 Q. So it's not like you get triaged once and the game
16:34:06 19 is over, you never get a chance to see an ER doctor, shut in
16:34:12 20 to another facility for that initial term at all. It
16:34:17 21 indicates Ms. Nurse Feary assessed him. In her own
16:34:19 22 testimony, she said if she thought he was more seriously ill,
16:34:23 23 she could have consulted with a doctor; correct?
16:34:25 24 A. Correct.
16:34:25 25 Q. And you would expect a nurse practitioner, I take

33 (Pages 126 to 129)