Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 3:04-CV-0131-JKS |

**NOTICE OF SUBMISSION**

Kimberly Allen, by and through counsel Ashburn & Mason, P.C., hereby gives notice that the Exhibits attached hereto are a continuation of the Exhibits to Memorandum For Ruling Regarding Proof of Causation filed at Docket 42 in this matter.

|  |  |
|---|---|
|  | ASHBURN & MASON, P.C.<br>Attorneys for Plaintiff |
| DATED:  10/31/06 | /s/  Donna J. McCready<br>1227 West Ninth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Phone: (907) 276-4331<br>Fax: (907) 277-8235<br>E-mail: djm@anchorlaw.com<br>Alaska Bar No. 9101003 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2006, a copy of the foregoing Notice of Submission was served electronically on:

  Gary Guarino

 /s/ Donna J. McCready

P:\Clients\10194\Pleadings\Notice of Submission 061031.doc