```
                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ALASKA
                          ---oOo---

KIMBERLY ALLEN, Personal
Representative of the ESTATE OF
TODD ALLEN, Individually, on Behalf
of the ESTATE OF TODD ALLEN, and on
Behalf of the Minor Child PRESLEY GRACE
ALLEN,
            Plaintiff,
vs.                            No.  304-CV-0131 (JKS)
UNITED STATES OF AMERICA,
            Defendants.
_____/



         DEPOSITION OF RICHARD A. RUBENSTEIN, M.D.
                    February 22, 2006
RICHMOND, CA



Reported by:
DANUTA KRANTZ
CSR NO. 4782

Atkinson-Baker, Inc.

Court Reporters

www.depo.com

File No.:  A000DE4
```

Page 54

1  familiar with a subarachnoid hemorrhage
2  presentation?
3      A. Yes.
4      Q. Would you agree that emergency room
5  care providers should consider subarachnoid
6  hemorrhage when a patient presents with their head
7  hurting?
8      MR. GUARINO: Donna, that faded out. I
9  heard half of the question.
10     MS. McCREADY: Q. Would you agree that
11 the emergency room care provider -- sorry. Let me
12 start over.
13     Would you agree that emergency room care
14 providers should consider a subarachnoid
15 hemorrhage when the patient presents to the ER
16 with their head hurting?
17     A. I would not agree with that.
18     Q. Why not?
19     A. Because you didn't qualify the
20 question. You need to qualify the question and be
21 very specific. I mean, are you referring
22 generically, are you referring to Mr. Allen
23 specifically in terms of a patient who is a
24 chronic pain, chronic headache -- you know, he had
25 a long history of headache before this.

Page 55

1      In someone who has chronic headaches,
2  who is on narcotic medication, patients who have a
3  preexisting history of headache as opposed to
4  someone who arrives in an emergency setting
5  de novo, you know, without any prior history of
6  headache, and has a severe, excruciating headache,
7  the worst headache they have ever experienced in
8  their life, you've got to be very specific.
9      In the one instance of a patient like
10 Mr. Allen, who was a chronic pain patient, chronic
11 headache patient, on narcotics, on a narcotic
12 contract, or somebody with preexisting migraine,
13 frequent migraines, et cetera, in other words, a
14 chronic headache patient, certainly someone who
15 presents in an emergency room, the diagnosis of
16 subarachnoid hemorrhage would not be high on my
17 differential.
18     Q. And the question is not whether or
19 not it's high on the differential. Should it be
20 considered?
21     A. I don't even think it needs to be
22 considered, you know, unless there is something
23 that is sufficiently atypical about the
24 presentation that would warrant an elevated level
25 of suspicion that there was something new going

Page 56

1  on, as opposed to someone who presented without
2  any prior history of headache, you know, as I
3  said, had a severe excruciating headache,
4  obviously then, the first thing you would think of
5  would be a subarachnoid hemorrhage.
6      Q. Would you agree that once a
7  patient -- assume for a moment there is a high
8  suspicion of a subarachnoid hemorrhage, would you
9  agree that the standard of care is then to order a
10 CAT scan?
11     A. Yes.
12     Q. Would you agree that a CAT scan,
13 generally, the sensitivity is that it will pick up
14 90 to 95 percent of bleeds?
15     A. About 95 percent of subarachnoid
16 hemorrhage, yes.
17     Q. Would you agree if that was -- if a
18 CT was negative, then you would go do a lumbar
19 puncture if you had a high suspicion -- index of
20 suspicion of a subarachnoid bleed?
21     A. If somebody presented with a
22 sentinel headache that was, you know, as I said,
23 arose basically de novo out of nowhere, severe
24 headache, the sequence of events certainly would
25 be a CT. If that was negative, then a spinal

Page 57

1  fluid evaluation.
2      Q. At least in your experience and
3  your review of the literature, CTs pick up most, I
4  mean, 95 percent of bleeds?
5      A. Correct.
6      Q. Would you agree that, just in
7  general, talking about the --
8      A. Let's say, CTs pick up about 95
9  percent of acute subarachnoid hemorrhage if done,
10 you know, within the first 12 to 24 hours after
11 the bleed. You know, by, let's say, five days
12 after the bleed, the sensitivity of the CT is
13 about 50 percent.
14     Q. Sure. But in at least that first,
15 did you say 24 hours?
16     A. 24 hours.
17     Q. Right. It's going to have a 95
18 percent sensitivity rate?
19     A. Correct.
20     Q. I just want to ask some general
21 questions about treatment of patients who are
22 diagnosed with subarachnoid hemorrhage.
23     It sounds like that is at least where
24 your area of expertise is. You worked in terms of
25 treating patients with subarachnoid hemorrhage?

Page 58

1   A. Yes.
2   Q. Would you agree that one of the
3   primary goals of treatment of somebody who has
4   been diagnosed with a subarachnoid hemorrhage is
5   to prevent a rebleed?
6   A. Yes.
7   Q. And also to prevent, if I'm
8   pronouncing it correctly, vasospasm?
9   A. Yes.
10  Q. Is that how you would say that,
11  vasospasm?
12  A. Yes. Delayed cerebral ischemia.
13  Q. What exactly is that?
14  A. That is where there is spasm of the
15  blood vessels. The mechanism is unclear, but it
16  seems to be related to the volume of blood that is
17  in the subarachnoid space and the clots that are
18  in the subarachnoid space. In other words, how
19  bad the hemorrhage is. And so the delayed
20  cerebral ischemia is either a focal or multifocal
21  process that can cause brain infarctions and
22  strokes, et cetera.
23  Q. All right. What is the standard of
24  care -- once a patient has been diagnosed, let's
25  say, they have been diagnosed with a subarachnoid

Page 59

1   bleed on CT scan, what then is the standard of
2   care in terms of treating the patient?
3   A. Well, aside from securing an
4   airway, you know, making sure they are ventilated
5   properly and that they don't have any other acute
6   complications, such as pulmonary edema, cardiac
7   arrhythmias that need to be treated, electrolyte
8   imbalances, you know, metabolic abnormalities,
9   then is to treat the subarachnoid hemorrhage
10  certainly by the acute CT scan; is there anything
11  surgically emerging, do they have -- do they need
12  an EVD, external ventricular drain, to drain
13  intraventricular blood or ventricular blood, or do
14  they have a, you know, a big hematoma with
15  herniation that needs to be, let's say, addressed
16  by surgical evacuation.
17      Absent that, then they need to be
18  admitted to a neurointensive care unit. They need
19  to have their blood pressure monitored, not
20  necessarily treated. They need to be started on a
21  calcium channel blocking drug called Nimodipine.
22  They need to be prevented or be put on medicine to
23  reduce a stress ulcer. Most people would treat
24  with anticonvulsants for at least seven days after
25  the subarachnoid hemorrhage, Dilantin or, you

Page 60

1   know, other anticonvulsants.
2       And so that would be really the acute
3   management of the subarachnoid hemorrhage.
4   Q. I want to follow up on a couple of
5   the things you mentioned.
6   A. But by the way, that would not
7   encompass, which it may well encompass, that at
8   the time that the subarachnoid hemorrhage was
9   documented on the imaging study, the CT scan,
10  presuming the patient was reasonably stable, in
11  other words, there wasn't any pulmonary
12  neurogenic, pulmonary edema or other causes, you
13  know, and cardiac, he was at least stable, no
14  striking metabolic abnormalities, seizures were
15  controlled, if any, and the other medications were
16  induced, you know, obviously, he would then go to
17  have an angiogram.
18      In tertiary care medical centers or good
19  community hospitals, the real study of choice is a
20  CTA, computerized tomographic angiogram now.
21  And --
22  Q. Was that the case in 2003 as well?
23  A. No. I am just saying what the case
24  is. We are not dealing with a hospital that had
25  those kind of facilities. But then would be

Page 61

1   addressing this aneurysm with perhaps endovascular
2   coiling, you know, versus a surgical procedure to
3   ablate the aneurysm.
4   Q. Let me follow up on a couple of
5   things you said before in terms of you put the
6   patient in the neurointensive care unit, and you
7   would monitor blood pressure. You wouldn't
8   necessarily treat it unless it became a problem;
9   is that correct?
10  A. Well, blood pressure is not treated
11  in a subarachnoid hemorrhage. If blood pressure
12  gets too low, hypertensive agents are given.
13  Generally, you know, blood pressure in
14  subarachnoid hemorrhage, you know, is maintained
15  at the upper limits between, let's say, 180 to 220
16  systolic, because you want a significant head of
17  pressure going to the cerebral vasculature to
18  really prevent vasospasm, delayed cerebral
19  ischemia. That is one of the triple H therapies
20  that has been shown to prevent vasospasm.
21      So, of course, if blood pressure goes
22  sky high, obviously, you have to treat it. But
23  hydration and hemodilution are the other two H's
24  of the triple H therapy that are specifically
25  designed to address the issue of delayed cerebral