### Page 70

1    to make sure they are not hypotensive, because
2    that is a clear predictor of vasospasm.
3        Q.  Would it be below the standard of
4    care to discharge a patient to go home after they
5    have been diagnosed with a subarachnoid
6    hemorrhage?
7        A.  The question is a little confusing.
8        Q.  Patient comes into the ER, let's
9    just say they're diagnosed with a subarachnoid
10   hemorrhage --
11       A.  You mean that their CT shows --
12       Q.  -- after taking a CT --
13       A.  -- and it shows subarachnoid
14   hemorrhage blood?
15       Q.  Yes.
16       A.  Yes.
17       Q.  Would it be below the standard of
18   care to discharge them home?
19       A.  Correct.
20       Q.  Are the chances of preventing a
21   rebleed greater if the patient's blood pressure
22   and other vital signs are being monitored than if
23   they are not?
24       A.  If their blood pressure -- first of
25   all, you know, blood pressure is not basically

### Page 71

1    treated in cases of subarachnoid hemorrhage unless
2    it gets to very high levels, let's say over 220
3    systolic.  So anything under 220 systolic would
4    not be treated.
5        And so, but in somebody who has a clear
6    evidence, you know, who has a clear subarachnoid
7    hemorrhage, it would -- you know, as I said, they
8    need to be admitted to the hospital, admitted to
9    the neurointensive ICU, and, yeah, their vital
10   signs would have to be rigorously monitored.
11       Q.  Right.  And so let me just ask the
12   question a little bit differently.
13       A patient who is actually being
14   monitored in a neurointensive care unit, wouldn't
15   their chances of rebleeding be less than if they
16   were discharged home?
17       A.  Well, why would somebody who was in
18   a neurointensive care unit -- the question is --
19   basically, I don't want to put words in your
20   mouth, but are you asking me if there was a
21   misdiagnosis and somebody somehow was -- had a
22   documented imaging study that showed a
23   subarachnoid hemorrhage and somehow they were
24   discharged from the emergency -- it's confusing
25   what you're asking.

### Page 72

1        Q.  I am saying -- I am just asking if
2    a patient has been diagnosed with a subarachnoid
3    hemorrhage, if their chances for rebleeding are
4    really -- let me ask it a little bit differently.
5    Sorry.  Let me back up.
6        If you have got a patient who has got a
7    subarachnoid bleed and it's been diagnosed, aren't
8    their chances of rebleeding less if they are
9    actually in a neurointensive care unit than if
10   they're discharged home --
11       A.  Of course.  Yes.
12       Q.  -- without being monitored?
13       A.  Sure.
14       Q.  Do you know whether or not the
15   majority of patients who present to an emergency
16   department with a subarachnoid hemorrhage are
17   operated on within the first 24 hours?
18       A.  Well, that is a very generalized
19   question.  It really is highly dependent on where
20   they present to.  As I said, you know, the
21   mortality of subarachnoid hemorrhage under optimum
22   circumstances is about 50 percent.  And as I said,
23   about ten percent of subarachnoid hemorrhage cases
24   die before they ever hit the hospital or receive
25   medical care.

### Page 73

1        So of those that hit the hospital and
2    are seen, depends where they hit the hospital.  If
3    they are in some rural environment where they
4    don't have access to neurosurgery or to, you know,
5    significant technology, no, surgery would be
6    delayed perhaps for days.
7        And if they present to UCSF or the
8    University of Washington emergency room, surgery
9    probably would be the same day they had -- or to
10   Mass. General Hospital, they probably would have
11   surgery the same day that the aneurysm was
12   diagnosed, if it was surgically accessible, by the
13   way.
14       Q.  Right.  Let me follow up on a
15   couple of things you just said.
16       First of all, did you say that 50
17   percent of people that have a subarachnoid
18   hemorrhage die?
19       A.  Yes.
20       Q.  Is that --
21       A.  Whether they received optimum
22   treatment or not.
23       Q.  Is that 50 percent of the entire
24   population of people with subarachnoid hemorrhages
25   or is that the people that show up --

Page 82

1  reading from Merritt's Neurology. This is the
2  Tenth Edition. "The most important determinant of
3  outcome after subarachnoid hemorrhage is a
4  patient's neurologic condition on arrival at
5  hospital."
6       You would disagree with, that is, you
7  would think that is an improper statement, if the
8  patient's neurologic status or condition
9  deteriorates before surgery?
10      A. Correct. You want me to keep this
11 or do you want this?
12      Q. We can keep it with the stack.
13 That's fine.
14      A. Okay.
15      Q. Just very briefly, what is the Hunt
16 and Hess scale? What is it?
17      A. It's a scale that was, you know,
18 devised by Hunt and Hess to grade subarachnoid
19 hemorrhage. And it is the following: Grade zero
20 is an asymptomatic aneurysm. Grade 1 is an
21 asymptomatic -- the patient is either asymptomatic
22 or has a mild headache at the time it's diagnosed.
23 Grade 2 is moderate to severe headache, nuchal
24 rigidity, cranial nerve palsy.
25      Grade 3 is lethargy, confusion, and a

Page 83

1  focal -- mild focal neurologic deficit. Grade 4
2  is stupor, moderate to severe hemiparesis, early
3  decerebrate rigidity, and grade 5 is deep coma,
4  decerebrate rigidity and they are moribund.
5       Q. I'm just curious, was it developed
6  to determine outcome or was it -- what was the
7  basis for developing this classification system?
8       A. It was because early on, Hunt and
9  Hess -- this scale was first devised, I think, in
10 about 1968. And there have been about 30 other
11 scales that have been promulgated over the last 40
12 years, you know, to grade the severity of
13 subarachnoid hemorrhage.
14      But the idea is that, there again, can
15 be some unanimity for grading subarachnoid
16 hemorrhage for research studies, so that
17 investigators all over the world who are
18 evaluating this condition, you know, are using the
19 same criteria to grade subarachnoid hemorrhage for
20 research purposes, as well as clinical purposes,
21 because it was clear from early onset that the
22 level of consciousness was an important
23 determinant in determining outcome.
24      Q. Other factors that may determine
25 outcome, I think you mentioned one, is that

Page 84

1  patients who are younger, that is, tend to do
2  better than patients that are older; is that
3  correct?
4       A. Correct.
5       Q. And when we say younger, patients
6  under 50; is that correct?
7       A. Correct.
8       Q. All right.
9       And then patients -- how about patients
10 who are generally healthy, that is, patients that
11 don't have hypertension or, you know, heart
12 disease and that sort of thing, does that play a
13 role?
14      A. I think the only risk factors for
15 subarachnoid hemorrhage are, I mean, in terms of a
16 worse outcome --
17      Q. Uh-huh.
18      A. -- are age, hypertension, and
19 alcoholism, those three factors.
20      Q. Does gender play a role at all?
21      A. I don't think so.
22      Q. Do you think it's true that
23 preoperative treatment of patients with
24 subarachnoid hemorrhages have improved outcomes in
25 the past 15 years?

Page 85

1       A. Yes.
2       Q. Do you think as treatment in
3  surgical procedures for ruptured aneurysms
4  improve, would you agree it becomes more and more
5  important to institute appropriate therapeutic
6  measures as soon as possible, that is, as soon as
7  possible after a subarachnoid hemorrhage is
8  diagnosed?
9       A. Yes.
10      Q. Would you ideally want a patient
11 with a subarachnoid hemorrhage to be treated at a
12 facility that is considered sort of a
13 state-of-the-art kind of evaluation -- well, let's
14 see, kind of state-of-the-art facility for
15 evaluating and treating aneurysms and subarachnoid
16 bleeds?
17      A. Yes.
18      MR. GUARINO: That question broke up. I
19 didn't hear it.
20      MS. McCREADY: I will try to ask it
21 again. We'll take a break in a moment.
22      I was asking whether or not it would be
23 ideal -- ideally, if a patient has got a
24 subarachnoid bleed, if they would be treated at a
25 facility that is sort of state-of-the-art, I

### Page 86

1  guess, a state-of-the-art facility for diagnosis
2  and treatment of aneurysm or subarachnoid bleeds,
3  and the doctor answered yes.
4     Q. Is that correct?
5     A. Yes.
6     MR. GUARINO: Thank you.
7     MS. McCREADY: Q. Then are you familiar
8  with Harbor View?
9     A. Yes.
10    Q. How are you familiar with it?
11    A. Well, it's just part of U Dub.
12 It's one of their teaching hospitals.
13    Q. Have you ever worked up there?
14    A. No.
15    Q. Are you familiar with it just
16 because you are in the medical community and --
17    A. Yes.
18    Q. Have you ever had any patients that
19 have been sent there?
20    A. I can't accurately recollect.
21    Q. Do you know whether or not they
22 have a department within their neurosurgical, or a
23 division within their neurosurgical department
24 that is sort of dedicated to cerebral vascular
25 diseases?

### Page 87

1     A. I think they have got everything
2  there.
3     Q. Would you call that a
4  state-of-the-art facility in terms of treating or
5  diagnosing aneurysms?
6     A. I would call the University of
7  Washington Medical Center a state-of-the-art
8  facility in terms of treating aneurysms. I don't
9  know specifically about Harbor View, I mean,
10 whether their neurovascular setup is at Harbor
11 View or another hospital.
12    Q. I'm just curious whether or not you
13 have ever consulted on, as a neurologist, on
14 patients at University of Washington or if you
15 have ever had any sort of professional connection
16 with the University of Washington.
17    A. No, none. Only UCSF.
18    Q. Do you know -- and UCSF, University
19 of California San Francisco?
20    A. Correct.
21    Q. Then do you know any of the
22 neurosurgeons at the University of Washington who
23 actually operate on patients with aneurysms?
24    A. The only neurosurgeon that I know
25 is the chief of neurosurgery at UCSF, who formerly

### Page 88

1  was at U Dub, Mitchell Berger.
2     Q. Okay. Let's take a break.
3     THE VIDEOGRAPHER: This is the end of
4  tape No. 1, volume 1, of the deposition of
5  Dr. Richard Rubenstein. The time is 3:09. We are
6  off the record.
7     (Short recess.)
8     THE VIDEOGRAPHER: This is the beginning
9  of tape No. 2 in the deposition of Dr. Richard A.
10 Rubenstein. The time is 3:20. We are back on the
11 record.
12    MS. McCREADY: Thank you.
13    Q. Dr. Rubenstein, I wanted to turn to
14 Exhibit 1, which is your report. Before we get to
15 the substance of your report, I wanted to ask you
16 if you have received any other records or
17 documents other than what we discussed earlier,
18 and what is listed in your report?
19    A. Yes, I have.
20    Q. What have you received?
21    A. I have received the plaintiff and
22 the defense reports and -- let me just -- hang on
23 for a second.
24    I think that is it.
25    Q. So nothing else aside from those

### Page 89

1  reports?
2     A. No.
3     Q. Have you consulted with any of the
4  other defense experts in this case? That is, have
5  you spoken with any of them?
6     A. Yes.
7     Q. Who have you spoken with?
8     A. Ron Shallat.
9     Q. When did you speak with
10 Dr. Shallat?
11    A. Shallat? 11-21-05.
12    Q. Do you have notes of your
13 discussion with him?
14    A. No.
15    Q. Were you referring to, like a
16 billing statement? I'm just curious --
17    A. Yes, billing statement.
18    Q. Let me stop on that for a second.
19    MR. GUARINO: Donna, can I -- the
20 question is not clear to me what your question was
21 in terms of additional information that
22 Dr. Rubenstein received. I think you asked him a
23 couple of questions back about additional records
24 or information that he received. Was that after
25 his opinion?