Page 130

1  has presented to ANMC, either to the Family
2  Medicine Clinic or to the ER, where he could not
3  control his pain after taking his Percocet or any
4  other pain medication?
5      A.  I think there were a number of
6  times when he presented with breakthrough pain
7  requesting additional pain medication. Let's go
8  back and look at the record.
9      Q.  Let's -- I want to do that.
10     A.  Sure.
11     Q.  Because I want to know when -- let
12 me just clarify this.
13         On this morning of April 19 he was not
14 seeking pain medication; isn't that true?
15     A.  You know, I don't have any way of
16 knowing. I mean, he came in for symptoms, and he
17 reported that he had ear and jaw and head pain and
18 that he had taken Percocet. You know, I don't
19 know. That is -- you know, I don't know whether
20 he was drug seeking, I don't know, you know -- I
21 just know that he was complaining of pain.
22     Q.  Do you recall from Donna Fearey's
23 deposition that she said he was not looking for
24 pain medication and that she didn't think he was
25 looking for pain medication?

Page 131

1      A.  She also said, just as Nurse
2  Ambrose says, that he didn't appear to be in that
3  much pain. He was not any different in appearance
4  than -- I mean, he was not sitting there holding
5  his head like I would, you know, expect an acute
6  subarachnoid hemorrhage to do, with his head
7  between his legs, et cetera. She said he
8  didn't -- and Nurse Ambrose corroborated her by
9  saying he didn't really look that -- he didn't
10 look different than he had ever looked before.
11     Q.  But my question was, do you recall
12 from her deposition testimony that she said that
13 she didn't think he was looking for pain
14 medication, that's not why he was there?
15     A.  Let me go back and look at her
16 deposition.
17     Q.  When you say you are looking at
18 his -- you're looking at your chronology; is that
19 correct?
20     A.  Correct. Repeat your question
21 again.
22     Q.  I was asking if you recall from her
23 deposition testimony that he was not there looking
24 for pain medication.
25     A.  She said that she was asked -- this

Page 132

1  is page 76 -- that he was -- if he presented to
2  the ER in pain, and she said his ears and head --
3  she stated that his ears and head were hurting,
4  and she was asked if she described his pain as
5  significant. She answered no. It did not seem
6  odd to her that someone showed up in the ER with a
7  complaint of pain.
8      She did not think that his pain was any
9  different than what he had experienced in the
10 past. He had had a history of pain in his ear and
11 jaw on the right with a history of mandibular
12 fracture.
13         She didn't talk to him about whether
14 this pain was different than what he had
15 experienced before. And she did not talk to him
16 about whether this was worse than pain he had had
17 in the past.
18         I don't see exactly, you know, where you
19 are referring to, at least in my summary.
20     Q.  I will pull that in a moment, but
21 you just read your -- from your summary, and
22 certainly you noted that Nurse Fearey didn't talk
23 to him about whether or not this pain was
24 different than what he had had before?
25         MR. GUARINO: I object to foundation on

Page 133

1  that. If we are going to quote her deposition, we
2  should quote the deposition.
3          MS. McREADY: I am -- Gary, your
4  objection is noted. Dr. Rubenstein can answer the
5  question. He is reading from his summary, which
6  was based on --
7      Q.  That's based on your review of her
8  deposition; is that correct?
9      A.  Correct, Yes.
10     Q.  And so she didn't -- she
11 acknowledged that she didn't talk to him whether
12 or not the pain was different than what he had had
13 before; is that your understanding?
14         MR. GUARINO: I object to the foundation
15 of that question.
16         MS. McREADY: Q.  Go ahead.
17     A.  Yes, she stated that.
18     Q.  And she also stated that she didn't
19 discuss with him whether or not this was the worst
20 pain he had ever had?
21     A.  Correct.
22         MR. GUARINO: Same objection to that
23 question.
24         MS. McREADY: Q.  And would you agree
25 that in taking a history of a patient who presents