Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF ALASKA      Hand Delivered
 3         _____
                                           )
 4   KIMBERLY ALLEN, Personal              )    RECEIVED
     Representative of the ESTATE          )    MAR 1 3 2006
 5   OF TODD ALLEN, Individually,          )
     on Behalf of the ESTATE OF            )   ASHBURN & MASON
 6   TODD ALLEN, and on Behalf of          )
     the Minor Child PRESLEY               )       COPY
 7   GRACE ALLEN,                          )
                                           )
 8                    Plaintiffs,          )
                                           )
 9        vs.                              )
                                           )
10   UNITED STATES OF AMERICA,             )
                                           )
11                    Defendant.           )
     _____)
12   Case No. A04-0131 (JKS)
13   _____

14
           VIDEOTAPED DEPOSITION OF MICHAEL LEVY, MD
15   _____

16
                 Pages 1 - 195, inclusive
17
                 Friday, February 24, 2006
18                      2:12 P.M.
19
            Taken by Counsel for Plaintiffs
20                         at
                    ASHBURN & MASON
21         1130 West 6th Avenue, Suite 100
                  Anchorage, Alaska
22
23
24
25
```

ALLEN v. USA                                                MICHAEL LEVY, M.D.
                                                            2/24/2006

Page 36

1   Q. Okay. And is that something that's written
2   about in the literature, that is, subarachnoid
3   hemorrhages being sort of misdiagnosed?
4   A. We've all -- it's -- it's a point of great
5   concern for all emergency physicians that we might
6   miss that.
7   Q. Okay. And why is that a point of great
8   concern?
9   A. Because it's an easy diagnosis to miss.
10  Q. Okay. And why do you say that?
11  A. Headaches are very common.
12  Q. Okay. So headaches are very common and --
13  well, subarachnoid hemorrhage, is -- is that
14  something that could be potentially fatal?
15  A. Sure. Yes, it is.
16  Q. And be fair to say that a small number of
17  people who present with headaches actually have a
18  subar- -- subarachnoid hemorrhage. Is that right?
19  A. Yes.
20  Q. Okay. But is it -- is there a
21  statistically significant number of patients who
22  present with headache that actually do have a
23  subarachnoid hemorrhage?
24  A. Yes.
25      MR. GUARINO: I guess I'm not sure what you

Page 37

1   mean by "statistically significant." That -- that has
2   no -- has no legal meaning. It's not defined. I
3   mean --
4       MS. McCREADY: Well, did you under- --
5       MR. GUARINO: -- does that mean one percent
6   is enough? Is -- is a half of one percent enough?
7   Is --
8       MS. McCREADY: Well, that's not my question.
9   Q. Did you understand my question?
10  A. I guess I didn't. I thought -- well, you
11  asked me whether some people have that, and I don't
12  think that's what you were asking me about.
13  Q. Okay. Well, is it -- is it -- are there
14  enough people who present with headaches who have a
15  subarachnoid hemorrhage -- is that -- is that number
16  great enough that it's of concern to emergency room
17  physicians?
18  A. Any potential disease process that we would
19  have the opportunity to diagnose and the opportunity
20  to miss is a concern to us.
21  Q. Okay. But specifically with subarachnoid
22  hemorrhages, I mean, is that something that's been a
23  concern within the emergency medical profession
24  for -- is it fair to say a few decades: They might
25  miss that diagnosis?

Page 38

1   A. Yes.
2   Q. All right. And is that -- is that
3   something that you have seen written about in the
4   literature?
5   A. Yes.
6   Q. Is that something that you actually
7   train -- when you're actually training your
8   emergency room physicians or -- or personnel, is
9   that -- is that something that you have actually
10  discussed with them, that is, the diagnosis of
11  subarachnoid hemorrhage?
12  A. Yes.
13  Q. Okay. And what do you generally -- in --
14  in your training of other physicians or care
15  providers who are working in the emergency room,
16  what -- what, in fact, do you train them -- or how
17  do you train them in terms of making the diagnosis
18  or suspect the diagnosis of a subarachnoid
19  hemorrhage?
20  A. Well, the first thing is to always be
21  vigilant, that it could be something different. It
22  could be a subarachnoid hemorrhage, if they have a
23  headache.
24  Q. Okay.
25  A. So we want to look for a change in the

Page 39

1   quality or nature of pain, pain that's more severe
2   than what may have been experienced by the person in
3   the past, the classic worst headache of one's life.
4   Q. And to do that, would you need to take a
5   care- -- careful history of the patient?
6   A. Yes.
7   Q. And do you consider that to be the standard
8   of care, that is, that you would take a careful
9   history of a patient who presented with a headache?
10  A. The -- well, with any patient, we want to
11  have sufficient information from them so we can make
12  a diagnosis.
13  Q. Okay. So for any patient, would you agree
14  that the standard of care is to take a care- --
15  careful history so that you can make a diagnosis of
16  the patient?
17  A. Yes. We always wants to be careful. I
18  mean, that's -- and I guess it just depends. One --
19  start splitting hairs in terms of how much one has
20  to dress something up to call it a careful history,
21  perhaps --
22  Q. Sure.
23  A. -- because in any given situation, a
24  careful history could be a couple words.
25  Q. Okay. But -- but a -- fair enough. But at

12 (Pages 36 to 39)

Page 40

1  least with a patient presenting with a headache, you
2  would want to understand the -- the quality of the
3  pain?
4    A. Yes.
5    Q. And the -- the quality and nature of the
6  pain, I think you said. Is that correct?
7    A. Yes.
8    Q. And whether or not the pain was more severe
9  than pain they've had before?
10   A. Yes.
11   Q. All right. And whether or not, as you
12 said, it could be the worst headache of their life.
13 Is that right?
14   A. Yes.
15   Q. And how about the -- would the location of
16 the pain make any difference?
17   A. The location of the pain I don't believe
18 makes a difference per se.
19   Q. Okay.
20   A. Although if it has changed from their
21 typical pain, I'll say, then that would be something
22 a person might want to note.
23   Q. Okay. And how about the onset of pain?
24 Would that be important?
25   A. Yes.

Page 41

1    Q. All right. And why would that be
2  important?
3    A. The -- a more abrupt onset of pain may mean
4  something a little different than pain that starts
5  more gradually.
6    Q. Okay.
7    A. There are exertional headaches, for
8  example, thunderclap headaches associated with
9  sexual activity, those kind of things.
10   Q. Would you want to know what the patient was
11 doing when the pain began, in addition to the --
12 whether or not it was abrupt?
13   A. If the patient stated that they had an
14 abrupt onset of headache, then you might ask what
15 they were doing when it started.
16   Q. Okay. But would that be something if -- if
17 a patient -- in your practice, if the patient
18 presents with a headache, do you ask them what the
19 onset was and whether or not it was abrupt?
20   A. Yes.
21   Q. Okay.
22   A. What I might say more typically was: Is
23 this one of your typical headaches? Was there
24 anything unusual about the headache?
25   Q. Sure.

Page 42

1    A. So I might not say, was it abrupt, was it
2  sudden in onset. It'd be sufficient for me if they
3  said, "This is what I've had before."
4    Q. Okay. And -- and let me ask you if you --
5  you've dealt with patients who have chronic pain, I
6  assume --
7    A. Oh, yes.
8    Q. -- working in the emergency room?
9    A. Yes.
10   Q. Okay. And would the -- is the standard of
11 care different for a patient who has got chronic
12 pain, in terms of taking a history, whether or not
13 that's important?
14   A. The -- is the standard of care different?
15 The approach to the patient is similar, but it's
16 usually more focused, because typically the patient
17 has had many prior experiences with the emergency
18 department, with the health care system. And so
19 quite honestly one can pretty much move forward and
20 ask if anything has changed or if we're just dealing
21 with the same thing. If they have other concerns,
22 what -- what their main concern for being in the
23 emergency department is on that day.
24   Q. Sure. If you've got a patient that
25 presents at the emergency room with chronic pain, is

Page 43

1  one of the first things that you want to know
2  whether or not they're there to get pain medication?
3    A. Well, that's always in there somewhere,
4  isn't it? But the issue really is: What is it
5  today that makes you want to come to the emergency
6  department? If the issue is pain medication, sure,
7  be upfront and say it. If it's something else, let
8  me know, so I can figure out what it is.
9    Q. Okay. But you would want to know, with a
10 chronic pain patient, whether or not -- if they're
11 presenting with pain, whether or not that pain is
12 different than what they've before?
13   A. Yes.
14   Q. All right. Well, let me ask this: If
15 someone said, you know what, it's really not that
16 important to take a history of the patient who
17 presents in the emergency department with chronic
18 pain, would you agree with that?
19   A. No.
20   Q. Would you agree that one of the primary
21 functions of the emergency department in a hospital
22 is to determine if a patient has a condition that's
23 serious, treatable and urgent?
24   A. Yes.
25   Q. Okay. And would you agree that one of the