Page 44

1  fundamental principles of emergency medicine is to
2  assume the worst first and rule out serious or
3  life-threatening illnesses?
4      A. Yes.
5      Q. And why would you want to do that?
6      A. If somebody has something that is, quote,
7  the worst, then you would want to see if you can do
8  something to diagnose and treat it.
9      Q. Okay. And is subarachnoid hemorrhage
10 something that's treatable?
11     A. Not always.
12     Q. Well, in the experience that you have
13 described, that is, the three patients that you saw
14 back in 2005 -- I don't know what happened to the
15 patient that was obtunded, but at least two of them
16 were treated. Is that correct?
17     A. That's true.
18     Q. Okay. So --
19     A. It kind of is -- but treating, I mean,
20 there's -- is it curable? Is it -- can you change
21 the natural history of it? Can I treat it? And my
22 treatment might be to provide comfort measures for
23 somebody who is going to die. My treatment might be
24 to diagnose and provide oxygen and talk to the
25 neurosurgeon.

Page 45

1      Q. Okay.
2      A. So there's a whole spectrum of disease, and
3  not all of it would be treatable or curable, if
4  that's what you mean.
5      Q. Okay. And maybe that's not -- maybe I
6  didn't ask it very well. But I'm just curious: Is
7  subarachnoid hemorrhage -- is it never treatable?
8      A. Of course not. There's a number of cases
9  which are treatable.
10     Q. So there's a significant number of cases of
11 patients who have a subarachnoid hemorrhage that are
12 treatable. Is that correct?
13     A. Yes.
14     Q. And are you aware of patients with
15 subarachnoid hemorrhage who are treated who have a
16 good outcome?
17     A. Yes.
18     Q. And we have been talking about headaches.
19 Is it a classic symptom of a subarachnoid hemorrhage
20 that somebody would have a severe headache?
21     A. Yes.
22     Q. And that it would be a sudden onset?
23     A. Yes.
24     Q. Is a common associated symptom of a
25 subarachnoid hemorrhage nausea and vomiting?

Page 46

1      A. Yes.
2      Q. Would you agree that -- at least in the
3  literature, that a majority of the patients that
4  present with a subarachnoid hemorrhage who have
5  been bled -- started bleeding in the past 24 hours
6  don't have neck stiffness?
7      A. I'm not sure that that's true. Anytime
8  that the blood goes down and irritates the meninges
9  and starts to travel down the neck -- now, they may
10 not have rigidity, they may not be as rigid as a
11 board, but at least, in my experience - and I think
12 it's probably borne out - is that if they have
13 sufficient blood to cause symptoms and they've had
14 sufficient time for it to develop, then they
15 probably have some degree of meningismus, some
16 degree of neck discomfort with movement.
17     Q. Okay. Neck discomfort with movement, but
18 not necessarily neck rigidity? I want to make sure
19 I understand it.
20     A. Yeah. I -- and the patients that I saw
21 don't -- they were not board stiff as if they had
22 meningitis or something like that. These are people
23 that if you moved their neck, it hurt them. But it
24 wasn't the most excruciating thing. It didn't cause
25 them to become board-like, but it was -- it was a

Page 47

1  finding.
2      Q. Okay.
3      A. It was not -- these people, most recently,
4  I could not easily move their head back and forth
5  without them saying, "That's uncomfortable for me."
6      Q. Okay. And what texts -- I'm curious.
7  There's been some discussion about emergency room
8  textbooks. Is there -- is there any text that you
9  use that you refer to in your practice?
10     A. Not much anymore, honestly.
11     Q. All right.
12     A. I mean, I have specific things that I go
13 to, a source of information, like just in terms of
14 my focus, practice. But I rarely use the typical
15 Tintinalli or Peter's book or those for much, except
16 for maybe procedural issues of where to -- what
17 landmarks you use for a procedure or something like
18 that.
19     Q. Okay. And how about Rosen's --
20     A. Peter Rosen's book.
21     Q. Peter -- okay. Sorry. I didn't understand
22 that. So Peter -- you're familiar with Peter
23 Rosen's text on emergency medicine. Is that right?
24     A. Yes.
25     Q. And Tintinalli's text on emergency

ALLEN v. USA

MICHAEL LEVY, M.D.
2/24/2006

Page 116

1  Q. All right. And so -- and at least in terms
2  of the notes that you would expect to be taken about
3  a patient, it's going to be different on the UCC
4  side as opposed to the ER side. Is that right?
5  A. Yes.
6  Q. Okay. What other differences would you
7  expect between the ER side, where you're seen by a
8  physician, and the UCC side, where you're seen by a
9  mid-level practitioner?
10  **A. I would assume the patients would be**
11  **sicker.**
12  Q. Okay. And -- and is there an expectation
13  that -- that the patients would -- certainly there
14  would be an expectation that the patients are sicker
15  if they go to the ER side versus the UCC side. Is
16  that correct?
17  A. Yes.
18  Q. Okay. And so sometimes -- so if you're
19  working as a mid-level practitioner -- scratch that.
20      If you're an ER physician -- the physician --
21  the physicians that are -- sorry. It is getting late.
22      If you're an ER physician working at ANMC, or
23  in any facility where patients are triaged to
24  mid-level practitioners is versus ER physicians, if
25  you're the physician, you're going to expect to see

Page 117

1  patients that are sicker. Is that right?
2  A. Yes.
3  Q. All right. You said, "Overall her clinic
4  note is sparse." And what do you mean by that?
5  **A. There's -- you know, I meant that there's**
6  **not a lot in that note.**
7  Q. Right. Go ahead. I didn't mean to cut you
8  off. It looked like you were going to say something
9  else.
10  **A. No, no.**
11  Q. There's not a lot in that note.
12  **A. It's very focused.**
13  Q. It's very focused on ear and jaw pain. Is
14  that right?
15  A. Yes.
16  Q. Okay. And do you think that, where it says
17  "ear/jaw pain," do you think that's consistent with
18  "ears and head are hurting, up all night"?
19  **A. It's different.**
20  Q. Okay. If you were seeing a -- a patient
21  who was triaged to you, that is, you're the
22  physician, you're seeing a patient who is triaged to
23  you with "ears and head are hurting, up all night,"
24  ten out of ten pain, would you be suspicious of a --
25  and they've got a -- and they're a chronic pain

Page 118

1  patient. Would you -- would it be -- part of your
2  differential diagnosis would be that this person
3  could potentially have a -- a bleed?
4  **A. Those kinds of things, looking for every**
5  **extreme case, always go through my mind in the most**
6  **prosaic situations.**
7  Q. When you say, "the most prosaic
8  situations," what do you mean?
9  **A. With every child with a runny nose and an**
10  **earache, I always think about the possibility of**
11  **meningitis or an AV malformation or something**
12  **completely crazy. I have not found one yet, but**
13  **that's sort of what we do.**
14  Q. And that's sort of what you do; that is,
15  that's your function in the emergency room as an
16  emergency room physician. Is that correct?
17  A. Yes.
18  Q. And do you think that that function, that
19  is, you know, thinking about the worst-case scenario
20  in even the most prosaic cases, that that's also the
21  function of somebody working at the UCC?
22  **A. Should be.**
23  Q. All right. So my question was: If this
24  patient, a chronic pain patient, presented to you,
25  "ears and head are hurting, up all night," ten out

Page 119

1  of ten pain, it would be included within your
2  differential diagnosis that this person could have a
3  bleed. Is that correct?
4  A. Yes.
5  Q. All right. And how would you rule that
6  out?
7  **A. By talking with them.**
8  Q. And getting a history?
9  A. Yes.
10  Q. Would you want to know whether or not the
11  pain was different than the pain they had before?
12  **A. Yes, I would.**
13  Q. Okay. And would you want to know whether
14  or not it was the worst pain they ever had?
15  A. Yes.
16  Q. Okay. And would you want to know how --
17  how the pain started and whether or not it was
18  abrupt?
19  A. Yes.
20  Q. Okay. Anything else that you would want to
21  know?
22  **A. Oh, I would want to know if they ever had**
23  **anything like it before, if there were any unusual**
24  **features to it. I would want to know if they were**
25  **having fevers, have there been any trauma recently.**

Page 120

1  Q. Okay. And would you want to know if they
2  were -- if you knew they were taking pain
3  medications, would you want to know how much?
4  A. If -- with a person that was on chronic
5  pain management, I would ask them maybe when they
6  had their last dose, but I probably wouldn't be very
7  interested at all in how much they had taken.
8  Q. Would you be interested in all whether --
9  at all in whether or not their pain was usually
10 controlled by pain medication?
11 A. Yeah. I would want to know what they
12 thought had changed, if they're having break-through
13 pain.
14 Q. Okay. Is there anywhere documented on this
15 note and -- and is Donna Fearey -- scratch that.
16     Is there anywhere documented in this note
17 that Donna Fearey determined whether or not this was
18 the worst pain this patient had ever had?
19 A. No.
20 Q. And is there anywhere documented in this
21 note whether or not this was pain that was different
22 in nature and quality than what the patient had had
23 before?
24 A. No.
25 Q. Can you tell from her note how much pain

Page 121

1  medication he had had?
2  A. No. I would just concede that she
3  recognized that he was taking Percocet, but there's
4  no mention made of how much.
5  Q. Or how much he vomited that night?
6  A. No.
7  Q. In her note where she says, "speech slow,"
8  what do you understand that to mean?
9  A. I didn't know what to mean from it, from
10 looking at this note initially. And it was of
11 concern to me if it meant something focal.
12     In reading her deposition, what it meant to
13 her, when she wrote it, from what I could tell, was
14 that she was saying that he seemed to be in no
15 significant distress, that he was speaking slowly, he
16 wasn't pressured.
17 Q. Does that make any sense to you, that you
18 would document that a patient is speaking normally
19 by saying that their speech is slow?
20 A. Well, I can't speak to what -- how other
21 people would, you know, try to document something.
22 I can say that we often, in emergency medicine, try
23 to put something in that allows a person to get a
24 picture of the person we're seeing.
25     And in reading her deposition and putting

Page 122

1  this in context, that was what I understood her to be
2  doing, which was to say I considered the possibility
3  this person has something else going on. I considered
4  the possibility that this patient's ten out of ten
5  pain means the same to him as it does to me. And at
6  this point in time, the person seems relatively
7  comfortable.
8  Q. And that's what "speech slow" means to you?
9  I mean, is that what you take from that?
10 A. It wasn't when I first read it. But once I
11 read her deposition, that was my understanding, was
12 that she was trying to infer that he was speaking in
13 a slow and controlled fashion.
14 Q. Is that reasonable to you? I mean, does
15 that seem like a reasonable way to document that?
16 A. It's not the way I would do it, but it's
17 how she chose to document it.
18 Q. I know. But is that how the way -- have
19 you ever seen normal speech documented that way?
20 A. When I say that people -- the answer is:
21 I'm not sure I have. But to elaborate on that, when
22 I say this is a sparse note, I don't know how much
23 opportunity you've had to look at people's clinic
24 notes, they are very telegraphic.
25     When I do a note in the emergency department,

Page 123

1  I dictate everything I see, from the most minuscule to
2  the major cases. And as a consequence, it's much
3  easier, honestly, to expand on things.
4      When you're doing written notes, you tend to
5  have less documentation. So honestly, I -- I think
6  the written notes are kind of inferior, and they lend
7  themselves to not putting as much in as you should.
8  Q. And certainly this note, as you say, is
9  sparse, there's not a lot of information in there
10 as -- as you just -- as you stated previously. And
11 so would you expect her to at least document things
12 that she felt were clinically significant?
13 A. She put on the side, "no fever, no chills."
14 I can't -- what does that other one say? I don't
15 have her typed thing. And no abdominal pain, I
16 think, is the other one or something. So she did
17 list some pertinent negatives on the side.
18 Q. Well, could "speech slow" also be a -- an
19 indication that the person had a neurological
20 deficit?
21 A. When I first read this thing, when I was
22 being asked to look at this case, that was a
23 significant concern to me. When I read her
24 explanation of why she wrote the way she did, I took
25 her -- what she said as why she put it that way.