ALLEN v. USA

MICHAEL LEVY, M.D.
2/24/2006

Page 160

1  before, a patient who has been diagnosed with a
2  subarachnoid bleed, they might be in the emergency
3  department for -- for some period of time while
4  you're transferring their care. Is that correct?
5      A. Yes.
6      Q. Okay. And so you would -- you wouldn't --
7  let me ask this: Would it be below the standard of
8  care for you to say, to a patient who's been
9  diagnosed with a subarachnoid bleed who's under your
10 care, that it's okay to lift heavy objects?
11     A. Right. I wouldn't tell them that.
12     Q. And why would that be?
13     A. It would be because it would be my
14 suspicion that it wouldn't be a good idea. I'm not
15 sure there's a medical study that's ever been done,
16 is why I say it that way, but it -- it wouldn't pass
17 the commonsense test to tell people to do that.
18     Q. Okay. And you wouldn't actually send them
19 out to go walking around the street and go shopping?
20     A. I would not do that.
21     Q. Okay. And that would be below the standard
22 of care, wouldn't it?
23     A. In that setting, where one had been
24 diagnosed, it definitely would.
25     Q. Okay. Now, I'm sorry. It's getting so --

Page 161

1  it's getting sort of late, so I want to try to wrap
2  this up. But I do want to ask you about your time
3  line. And -- and quickly, here -- here's what
4  I'm -- here's what my question is about your time
5  line. I don't -- I don't have -- I certainly don't
6  have a reason to question your conservative time
7  line in terms of how soon this patient would be
8  transported to Seattle if, in fact, that was -- if
9  there was a decision to transport the -- the patient
10 to Seattle.
11     What I'm trying to understand is your
12 qualifications for -- for saying that this patient
13 wouldn't be a candidate to be transferred to Seattle,
14 that, in fact, there's no way this patient could have
15 survived the subarachnoid bleed, that there would be
16 no way, had he been diagnosed the morning of April 19,
17 2003, that he would have survived. I don't understand
18 that.
19     A. Okay. Based on the outcome, for one,
20 because his outcome was that he didn't survive.
21     Number two, I don't think there's anything
22 that would have -- I look at it from the standpoint:
23 What would have been done that would have changed the
24 outcome?
25     So there's mention made of such things as

Page 162

1  Mannitol. I mean, is there a study somewhere in the
2  medical literature that shows that Mannitol improves
3  outcome from a ruptured subarachnoid hemorrhage? I'm
4  not sure there is.
5      Subarach- -- and in terms of temporizing, it
6  may temporize briefly, which may allow more room for
7  arterial bleeding to occur, but it doesn't
8  fundamentally change anything.
9      In fact, repeated doses of Mannitol actually
10 make intracranial pressure higher. So you have only
11 got the small window of time to give Mannitol. And
12 then all the other things that are mentioned.
13     Well, head of bed elevated. Neurolit- --
14 neurosurgical literature shows that really doesn't
15 make a difference in terms of intracranial pressure.
16 The use of blood pressure control. Well, there's a
17 huge variation on how you treat that. Some people
18 would induce hypertension with hemodilution. Other
19 people might lower the blood pressure.
20     Again, what -- what is the effect on outcome
21 of those things? I mean, those have never been shown
22 to improve outcome in this setting.
23     So what's to say when a person has a huge
24 bleed in Anchorage that he's going to do well? Who's
25 going to take care of him? Are we going to transfer

Page 163

1  this patient in that setting or not? I mean, to get
2  a -- to get an accepting physician -- Anchorage
3  neurosurgeons are not going to operate on this person
4  at this setting.
5      Q. No. And in fact, if you had a loved one
6  who had a bleed, a brain bleed, would you -- would
7  your preference be that they be treated at a place
8  like Harborview as opposed to a facility here in
9  Anchorage?
10     A. Next question?
11     Q. No. I -- I'm serious. If -- if you knew
12 someone who had brain bleed, someone you knew --
13     A. Yeah.
14     Q. -- wouldn't you -- wouldn't your preference
15 be that they be treated at a -- and I'm not -- I'm
16 not criticizing the care here. Let me -- let me be
17 clear about my question.
18     Would it be fair to say that the University
19 Washington, Harborview, has a more -- well, compared
20 to what we have here, a state-of-art facility, in
21 terms of dealing with people with aneurysm and brain
22 bleeds?
23     A. I guess it's getting late, Donna, but you
24 know, on the one hand, you won't let me be an expert
25 on the neurosurgical side, but you want me to make