```
 1              UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF ALASKA

 3                       ---oOo---

 4

 5  KIMBERLY ALLEN, Personal
    Representative of the ESTATE Of
 6  TODD ALLEN, Individually, on Behalf
    of the ESTATE OF TODD ALLEN, and on
 7  Behalf of the Minor Child PRESLEY GRACE
    ALLEN,
 8           Plaintiff,

 9  vs.                    No.  304-CV-0131 (JKS)

10  UNITED STATES OF AMERICA,
              Defendants.
11  ---------------------------/

12

13

14

15       DEPOSITION OF RONALD F. SHALLAT, M.D.

16              February 17, 2006

17           San Francisco, California

18

19

20

21

22  ATKINSON-BAKER, INC.
    COURT REPORTERS
23  (800) 288-3376
    www.depo.com
24  Reported by:  DANUTA KRANTZ, CSR NO. 4782

25  FILE NO.:  A000DA7
```

Exhibit – 7

**Page 50**

1  have been on the receiving end. The children's
2  hospital where I worked had a heli-pad. And they
3  received MedEvac patients from all over the --
4  Northern California.
5     Q. So you have been on the receiving
6  end. Have you ever been on the sending end?
7     A. Probably not, no.
8     Q. So at least you are familiar, at
9  least on the receiving end, Children's Hospital
10 where somebody may be, you know -- do they call it
11 MedEvac here? Do they call it Life Flight or how
12 do they --
13    A. Anything like that is fine.
14    Q. What is your experience in that
15 situation, a patient would be transferred in a
16 helicopter, would they have medical personnel with
17 them?
18    A. Yes. It wouldn't be a physician.
19 It usually is a nurse and/or EMTs or, you know,
20 emergency medical technicians or, you know, what
21 is the other designation? You know, somebody with
22 medical training for sure. Usually also a nurse.
23    Q. Then have you ever been in a
24 situation where they are -- you are in contact
25 with the helicopter as it is coming to Children's

**Page 51**

1  Hospital if you were there waiting for a patient?
2     A. Yes. Well, usually I wouldn't be
3  working the radio, but I mean, someone at
4  Children's Hospital would be in contact with the
5  helicopter saying they are five minutes out and
6  this is the status of the patient and so forth.
7     Q. Going back to the standard of care
8  for a patient who has been diagnosed with a
9  subarachnoid hemorrhage, you would generally admit
10 them to a facility, and I understand, you know,
11 you would want to ideally admit them to a facility
12 where there is a neurosurgeon or had angiography;
13 is that correct?
14    A. That's correct.
15    Q. If you didn't have a facility that
16 had a neurosurgeon on staff, would you still want
17 to see that patient admitted to the hospital?
18    A. Well, that depends on the logistics
19 and the whole timing and what is available and
20 where they could go. If you can't do much for
21 them, I mean, maybe the best thing is to expedite
22 their transfer right away, you know. Again, if
23 you have a hospital that doesn't have a real high
24 intensity level ICU and you don't have a
25 neurosurgeon on staff, then it wouldn't

**Page 52**

1  necessarily help that patient to admit them to
2  ICU. They are better off getting transferred by
3  ambulance to another hospital or by helicopter or
4  what have you.
5     Q. Okay. But certainly you would want
6  to make sure if you didn't have the appropriate
7  treatment right there, you would want to get them
8  to a place where they could get appropriate
9  treatment; is that correct?
10    A. Exactly. That's correct.
11    Q. And would it be below the standard
12 of care after a patient has been diagnosed with a
13 subarachnoid hemorrhage to just discharge them to
14 go home?
15    A. Yes, I would think so.
16    Q. Would it be below the standard of
17 care to tell a patient, Look, you know, we
18 can't -- you know, if a facility didn't have a
19 neurosurgeon, you know, We can't treat you right
20 now, you know, go home and wait until we can
21 actually, you know, arrange for you to be
22 transferred somewhere else?
23    A. Yes, that would be -- I believe
24 that would be below the standard of care.
25    Q. And why is that?

**Page 53**

1     A. Well, I think that you are obliged
2  to, No. 1, assure that that patient gets to the
3  proper facility, and you are obliged to do what
4  you can to watch that patient until they do get
5  transferred to -- I mean, maybe they just need an
6  IV or some medication that you can give. In other
7  words, you may not have the facility to take care
8  of them definitively, but you can certainly give
9  them medical care of some kind if they should need
10 it while they are waiting for the transport.
11    Q. Right. Would it be the standard of
12 care, then, to immediately start monitoring the
13 vital signs of a patient who is diagnosed with a
14 subarachnoid hemorrhage?
15    A. Well, again, it kind of depends on
16 the -- on the nature of the bleed and what their
17 status is. If they are wide awake and alert, you
18 would certainly put them in a bed in a high
19 visibility area. I mean, I don't know that you
20 would go by every few minutes and monitor their
21 blood pressure and pulse or you could hook them up
22 to a monitor, yes.
23    Q. Let me make sure I understand.
24 Would you -- would it be the standard of
25 care if a patient is diagnosed with a subarachnoid

**Page 54**

1 hemorrhage to monitor their blood pressure? 10:57:40
2 A. Yes. I mean, but monitor means 10:57:42
3 different things. Does it mean going by every 10:57:47
4 three minutes to check it or does it mean hooking 10:57:49
5 them up to something that is reading constantly 10:57:51
6 and that somebody is there to read the monitor 10:57:54
7 constantly? In other words, if you are in a busy 10:57:56
8 emergency room, there is only one doctor, one 10:57:59
9 nurse and you put them over in a corner and hook 10:58:02
10 them up to a monitor, even if it's reading 10:58:04
11 continuously, if you have nobody looking at it, it 10:58:06
12 doesn't do you any good to be monitoring it 10:58:08
13 continuously, you know. 10:58:11
14     So you have to have the capability of 10:58:12
15 doing it right. I mean, just saying "monitoring" 10:58:16
16 doesn't mean anything, in other words. 10:58:18
17     Q. Well, I guess I mean it in a 10:58:19
18 meaningful way. Would be important for you to 10:58:27
19 check on the patient's blood pressure -- 10:58:30
20     A. Sure. 10:58:32
21     Q. -- if they were diagnosed with a 10:58:33
22 subarachnoid hemorrhage? 10:58:35
23     A. Yes, absolutely. 10:58:35
24     Q. Why would that be important? 10:58:36
25     A. Well, if the blood pressure got 10:58:38

**Page 55**

1 real high and the patient is not normally 10:58:42
2 hypertensive, you might want to give them 10:58:45
3 medications to bring their blood pressure down. 10:58:47
4     Q. Why would that be important? 10:58:50
5     A. Well, because high blood pressure 10:58:52
6 might lead to further bleeding. 10:58:54
7     Q. Right. And is that one of the 10:58:56
8 primary goals of treating a patient with a 10:58:57
9 subarachnoid, you want to see -- 10:59:00
10     A. Well -- 10:59:03
11     Q. Let me finish my question. 10:59:03
12     You want to see if you can -- let me 10:59:04
13 back up. Let me make it a little simpler. 10:59:09
14     Is one of the concerns for a patient who 10:59:10
15 has got a subarachnoid hemorrhage that they might 10:59:15
16 rebleed? 10:59:17
17     A. Yes. 10:59:17
18     Q. So you would want to do what you 10:59:17
19 could to avoid a rebleed; would that be fair to 10:59:21
20 say as a medical provider? 10:59:24
21     A. That would be fair to say, yes. 10:59:25
22     Q. How would that relate to monitoring 10:59:27
23 a patient's blood pressure? 10:59:28
24     A. As I just said, if it got out of 10:59:29
25 hand, if it got up high, you might want to lower 10:59:31

**Page 56**

1 it a little bit. You don't want to lower it if 10:59:35
2 it's already normal, because then you might not 10:59:39
3 perfuse to the brain adequately. So only if it 10:59:42
4 reached high levels and the patient was not 10:59:48
5 normally hypertensive would you want to lower it. 10:59:51
6     Q. Sure. What kinds of things might 10:59:54
7 raise somebody's blood pressure? 10:59:55
8     A. Excitement, anxiety, tension, pain, 10:59:58
9 anything like that. 11:00:03
10     Q. How about lifting things, would 11:00:04
11 that -- could that raise somebody's blood 11:00:06
12 pressure? 11:00:09
13     A. Sure. 11:00:09
14     Q. And walking around, exercise, would 11:00:09
15 that raise somebody's blood pressure? 11:00:11
16     A. Well, vigorous, strenuous exercise, 11:00:12
17 sure, and that depends on how good a shape you are 11:00:15
18 in. The better shape you are in, the less it goes 11:00:17
19 up when you exercise. 11:00:19
20     Q. Okay. All right. What other -- 11:00:20
21 going back to the standard of care of caring for a 11:00:26
22 patient who has been diagnosed with a subarachnoid 11:00:30
23 hemorrhage. So we have talked about -- is it -- I 11:00:33
24 just want to make sure I am not mischaracterizing 11:00:36
25 it. 11:00:38

**Page 57**

1     It would be the standard of care; you 11:00:38
2 would want to at least start monitoring a 11:00:40
3 patient's blood pressure; is that correct? 11:00:41
4     A. Yes. 11:00:42
5     Q. What other things would you want to 11:00:43
6 monitor? 11:00:44
7     A. Their level of consciousness is 11:00:44
8 probably the single most important thing, I think. 11:00:47
9     Q. Why is that important? 11:00:50
10     A. Because that is probably the first 11:00:52
11 thing that would change if they were developing 11:00:54
12 either rebleeding or swelling of the brain or 11:00:59
13 vasospasm or what have you. If they went from 11:01:02
14 being alert and oriented to sleepy and confused, 11:01:09
15 well, that is -- that is important to know. 11:01:14
16     Q. How would you measure somebody's -- 11:01:16
17 or how would you monitor somebody's level of 11:01:19
18 consciousness? 11:01:20
19     A. You have to just go by and check 11:01:21
20 them, talk to them, and say, how are you, where 11:01:25
21 are you, what is your name, what are you doing 11:01:28
22 here, you know. Are their answers appropriate, do 11:01:30
23 they answer promptly, and do they answer 11:01:34
24 correctly. 11:01:37
25     Q. And so that -- you would think 11:01:37