
**Page 58**

1  level of consciousness would be probably the most   11:01:40
2  important thing to monitor?   11:01:43
3     A.  Yes.   11:01:44
4     Q.  And blood pressure.  What else   11:01:44
5  would you be monitoring, or within the standard of   11:01:46
6  care of a patient who has been diagnosed with a   11:01:47
7  subarachnoid hemorrhage?   11:01:51
8     A.  Well, you would -- if you are   11:01:51
9  monitoring blood pressure, you are usually   11:01:53
10 monitoring pulse, you are monitoring respirations,   11:01:55
11 you might be monitoring oxygen saturation in the   11:02:00
12 blood and so forth.   11:02:07
13    Q.  Let me ask you about that.  How   11:02:08
14 would you monitor respirations?   11:02:10
15    A.  Well, you can hook a patient up to   11:02:11
16 a monitor that literally, you know, counts the   11:02:16
17 excursions of your chest, or you can simply just   11:02:23
18 go by there periodically as a nurse and count   11:02:25
19 them, you know, breathing 12 times a minute or 20   11:02:29
20 times a minute or what have you.   11:02:33
21    Q.  Why is it important -- is it   11:02:34
22 important to monitor respirations in a patient who   11:02:36
23 has been diagnosed with a subarachnoid hemorrhage?   11:02:39
24    A.  Well, it's less important in an   11:02:41
25 awake, alert patient than in someone who is   11:02:42

**Page 59**

1  sleepy, sleepy or drowsy or obtunded or comatose,   11:02:45
2  it's very important to monitor then.  But in an   11:02:51
3  awake patient, whether they are, you know, if they   11:02:53
4  are anxious or tense, as I said, they are more   11:02:55
5  likely to have their heart rate up, their blood   11:02:57
6  pressure up, their breathing is more rapid and so   11:02:59
7  forth, and that is not necessarily an ominous sign   11:03:03
8  in those cases.   11:03:07
9     Q.  Would there be any sort of   11:03:08
10 medications that you would -- that a health care   11:03:10
11 provider would be thinking about giving a patient   11:03:13
12 who has been diagnosed with a subarachnoid   11:03:15
13 hemorrhage?   11:03:16
14    A.  Mm-hmm.  Well, there are those who   11:03:16
15 believe that a calcium channel blocker, such as   11:03:22
16 Nimodipine, is appropriate in a setting of   11:03:27
17 subarachnoid hemorrhage.  It is supposed to   11:03:32
18 decrease the incidence of vasospasm, which is one   11:03:33
19 of the complications of subarachnoid hemorrhage.   11:03:37
20    Q.  I am going stop you there for a   11:03:39
21 second so you can define vasospasm, and then I   11:03:40
22 will go back to the calcium channel blocker.   11:03:43
23 What is a vasospasm?   11:03:45
24    A.  Yes.  It's a constriction of the   11:03:46
25 blood vessels in the brain, thought to be due to   11:03:50

**Page 60**

1  the release of some as yet unidentified chemical   11:03:57
2  from blood that irritates the vessel wall and   11:04:02
3  causes them to constrict.   11:04:07
4     And the bad part of constriction of the   11:04:09
5  blood vessels is that may mean that they may not   11:04:14
6  deliver enough blood to the brain, or perfuse the   11:04:17
7  brain as we call it.   11:04:20
8     Q.  That would lead to some pretty dire   11:04:22
9  consequences potentially?   11:04:25
10    A.  Yes.   11:04:26
11    Q.  So you were talking about -- we   11:04:27
12 were talking about medications that you might give   11:04:30
13 a patient who has a subarachnoid hemorrhage, and   11:04:32
14 you mentioned the calcium channel blockers.   11:04:33
15    And is that something that -- was that   11:04:36
16 your opinion -- is it your opinion that that is   11:04:39
17 something that should be given to a patient or   11:04:41
18 could be given to a patient to --   11:04:43
19    A.  Well, it's --   11:04:45
20    Q.  -- help prevent vasospasm?   11:04:46
21    A.  -- from the literature, and I did   11:04:48
22 use it when I was caring for such patients.  But I   11:04:53
23 think that the literature is not overwhelmingly   11:04:57
24 conclusive that it prevents vasospasm.  I think it   11:05:03
25 suggests that the incidence is somewhat less on   11:05:09

**Page 61**

1  those patients that take Nimodipine.   11:05:11
2     Q.  Okay.  But you used it in your   11:05:15
3  practice; is that correct?   11:05:19
4     A.  Yes.   11:05:19
5     Q.  Did you use it over the course of,   11:05:19
6  you know, the time -- I don't know when this --   11:05:25
7  the calcium channel blockers became available,   11:05:28
8  but --   11:05:31
9     A.  Yeah.  I don't either, but it   11:05:31
10 probably was 10 to 15 years ago that it -- not at   11:05:32
11 the time I trained and began practice, somewhere   11:05:39
12 in the middle or near the end, in fact.   11:05:42
13    Q.  Was this a medication where you   11:05:44
14 used it for a while and you thought, you know, I   11:05:46
15 just don't think this is doing anything, I'm not   11:05:48
16 going to use it anymore, or was it something you   11:05:49
17 used throughout your practice?   11:05:50
18    A.  You don't see any immediate   11:05:51
19 effects.  As I said, the literature suggests that   11:05:53
20 the incidence of vasospasm is less or that the   11:05:57
21 degree of vasospasm that the patient subsequently   11:06:01
22 gets might be less, so it's, I think, iffy kind of   11:06:05
23 literature, but most patients can tolerate it.  I   11:06:11
24 think that some patients can't tolerate the   11:06:16
25 medication if their pulse rate is too slow or the   11:06:20

Page 62

```
 1  blood pressure is too low, and this might           11:06:23
 2  aggravate both of those things. And so you can't    11:06:25
 3  give it to every patient.                           11:06:28
 4       Q.  Right. Okay. What other                    11:06:30
 5  medications would you think about giving to a       11:06:32
 6  patient who has got a subarachnoid hemorrhage?      11:06:34
 7       A.  Well, there was a time when they           11:06:36
 8  were giving, I think it was Aminocaproic acid, to   11:06:43
 9  try and prevent the lysis of the blood clot that    11:06:48
10  was presumably sealing off the aneurysm from the    11:06:52
11  first bleed.                                        11:06:56
12       And, again, the literature suggested           11:06:57
13  that the incidence of rebleeding when given this    11:07:00
14  drug was less, that the downside was that they had  11:07:04
15  other complications. So to my knowledge, it's not   11:07:10
16  widely used anymore.                                11:07:15
17       Q.  Is that something that has not been        11:07:16
18  widely used for a couple of years or --             11:07:18
19       A.  Probably at least five, maybe ten.         11:07:20
20       Q.  All right. I am not going to               11:07:24
21  necessarily include that in my list --              11:07:28
22       A.  Okay.                                      11:07:30
23       Q.  -- since it was not widely used.           11:07:30
24       What other medications -- as a                 11:07:31
25  neurosurgeon or a health care provider be           11:07:33
```

Page 63

```
 1  concerned about giving to a patient with a          11:07:37
 2  subarachnoid hemorrhage?                            11:07:39
 3       A.  Well, I don't know if there is a           11:07:39
 4  routine that every patient gets. I think some       11:07:46
 5  doctors give anticonvulsants prophylactically.      11:07:51
 6       Q.  Why is that?                               11:07:56
 7       A.  Because anything that irritates the        11:07:56
 8  brain, in this case it's blood, can have the        11:07:59
 9  potential of causing a seizure.                     11:08:01
10       Q.  So anticonvulsants, antiseizure            11:08:03
11  medication?                                         11:08:08
12       A.  Yes.                                       11:08:08
13       Q.  Anything else, any other                   11:08:09
14  medication?                                         11:08:10
15       A.  Well, not that I am aware of               11:08:10
16  routinely. Again, you might end up giving           11:08:14
17  something to lower blood pressure if it's           11:08:18
18  abnormally high.                                    11:08:20
19       Q.  What would that be?                        11:08:22
20       A.  Gosh, there is a whole variety of          11:08:24
21  antihypertensive agents that can be given.          11:08:28
22       And you might give some pain medication,       11:08:32
23  but you have to balance the desire to make the      11:08:41
24  patient comfortable with the caveat that you don't  11:08:46
25  want to sedate them so that you interfere with the  11:08:51
```

Page 64

```
 1  observation. So you can't give a lot of pain        11:08:54
 2  medicine or really strong pain medicine,            11:08:59
 3  especially if it ends up sedating the patient to    11:09:01
 4  the point where it interferes with your             11:09:04
 5  observations.                                       11:09:06
 6       Q.  Is the issue of sedating the               11:09:07
 7  patient, is it just a matter of observing the       11:09:09
 8  patient or are there concerns with how that might   11:09:11
 9  affect their respirations, or are there other       11:09:14
10  concerns?                                           11:09:17
11       A.  Well, the first concern is simply          11:09:18
12  that you don't want a patient who is alert and you  11:09:22
13  can monitor easily by talking to them to become     11:09:25
14  drowsy. You know, that is the most important.       11:09:28
15       I mean, if you give way too much pain          11:09:30
16  medicine, yeah, you can depress their               11:09:34
17  respirations, but that takes a lot more than just   11:09:36
18  making them a little bit sedated.                   11:09:39
19       Q.  When you say a lot more, what would        11:09:42
20  you mean?                                           11:09:46
21       A.  Well, I can't give you numbers,            11:09:46
22  but, you know, if a patient is alert and            11:09:50
23  responsive and talking to you, a normal dose of a   11:09:55
24  pain medication will not make them apneic or        11:10:02
25  suppress their respiration so that they don't       11:10:08
```

Page 65

```
 1  breathe.                                            11:10:10
 2       Q.  Would you give a patient who has           11:10:11
 3  got a subarachnoid hemorrhage, would you give them  11:10:14
 4  Percocet?                                           11:10:16
 5       A.  Sure, you could if they were               11:10:17
 6  tolerating things by mouth, but that is an oral     11:10:20
 7  drug. And if you were going to perform              11:10:24
 8  angiography or possible surgery on that patient,    11:10:28
 9  you wouldn't want to give them anything by mouth.   11:10:31
10  But if you thought, well, we are not going to do    11:10:35
11  anything until tomorrow, let's say. Let's say the   11:10:39
12  patient is admitted 10:00 at night and you can't    11:10:41
13  get the angiogram until 8:00 a.m. the next morning  11:10:44
14  and the surgery after that, yeah, you can give      11:10:46
15  them Percocet, sure.                                11:10:49
16       Q.  Would you give them Phenergan on           11:10:50
17  top of Percocet?                                    11:10:54
18       A.  Yes. That would be no problem. If          11:10:55
19  they were nauseated, you would give them            11:10:57
20  Phenergan.                                          11:11:00
21       Q.  And with a patient who you had             11:11:00
22  given -- is Percocet a narcotic?                    11:11:02
23       A.  Yes.                                       11:11:04
24       Q.  With a patient with a subarachnoid         11:11:04
25  bleed where you had given a narcotic and then       11:11:07
```