## Page 74

1  diagnosed or misdiagnosed or delayed in diagnosis,   11:28:04
2  so there is quite a few.   11:28:09
3      Q. Right. Actually, this has been --   11:28:10
4  you know, this is something that has been written   11:28:13
5  in the literature for 30 years or more; is that   11:28:14
6  correct, about this delayed diagnosis of   11:28:17
7  subarachnoid hemorrhage?   11:28:18
8      A. That's correct.   11:28:19
9      Q. So this is a well-known problem in   11:28:19
10 the literature and in the medical community; is   11:28:21
11 that right?   11:28:24
12     A. Right.   11:28:24
13     Q. I guess -- I think -- here is my   11:28:24
14 question. You know, if it would be below the   11:28:31
15 standard of care to send a patient home who has   11:28:34
16 been diagnosed with subarachnoid hemorrhage, and   11:28:36
17 it would be within the standard of care to admit   11:28:39
18 them to the hospital and at least monitor them for   11:28:41
19 the things we talked about, vital signs, neural   11:28:46
20 signs, with the potential of intervening medically   11:28:49
21 if appropriate, then why do that if it doesn't   11:28:51
22 make any difference in a patient's outcome?   11:28:55
23     A. Why admit them?   11:28:57
24     Q. Yes, if it's not going to make any   11:29:01
25 difference in a patient's outcome, why would you   11:29:03

## Page 75

1  do that?   11:29:04
2      A. I didn't say it didn't make a   11:29:04
3  difference. I just said I don't know if the   11:29:05
4  literature supports a difference, but --   11:29:08
5      Q. What do you --   11:29:10
6      A. The sooner you have them admitted   11:29:12
7  to the hospital, the sooner you can get on with   11:29:14
8  the workup. I mean, just diagnosing subarachnoid   11:29:16
9  hemorrhage is not the end of the line. You have a   11:29:21
10 lot of other things to do.   11:29:23
11     Q. Sure. And I want to talk about   11:29:24
12 that, too. But I guess I want to know your   11:29:26
13 opinion, not just your review of the literature.   11:29:28
14     What is your opinion? I mean, isn't a   11:29:30
15 patient more likely to have a better outcome if   11:29:32
16 they are in a hospital setting -- a patient who   11:29:36
17 has been diagnosed with a subarachnoid hemorrhage,   11:29:36
18 if they are in a hospital setting where their   11:29:38
19 vital signs, neural signs are being monitored and   11:29:41
20 where medical intervention then can take place   11:29:44
21 versus if they are home with no monitoring?   11:29:46
22     MR. GUARINO: I guess I have an   11:29:48
23 objection to form at this point in terms of the   11:29:49
24 use of "more likely," whether you are meaning are   11:29:53
25 they more than 50 percent likely or do you mean   11:29:55

## Page 76

1  one percent --   11:29:59
2      MS. McCREADY: More likely than not --   11:30:00
3      MR. GUARINO: Let me explain my   11:30:00
4  difficulty.   11:30:01
5      If it's one percent have a good   11:30:02
6  outcome -- I am making up a number just to show   11:30:04
7  the problem. If one percent have a good outcome   11:30:06
8  when they go home and two percent have a good   11:30:08
9  outcome if they are admitted to the hospital, then   11:30:11
10 yes, there is a difference. But whether that is   11:30:13
11 more likely in the legal term of more likely than   11:30:15
12 not that someone is going to have a better   11:30:16
13 outcome, that is a different question, and so you   11:30:18
14 are mixing the two concepts.   11:30:19
15     MS. McCREADY: Q. But do you understand   11:30:21
16 my question, Doctor? In your opinion, is it more   11:30:21
17 likely than not -- I mean, do you understand what   11:30:23
18 I mean by more likely than not?   11:30:26
19     A. Yes. Again, I would have trouble   11:30:29
20 quantifying it, but in concept, yes, there is no   11:30:31
21 question that they would be better off if the   11:30:34
22 diagnosis were made earlier and they were admitted   11:30:38
23 earlier.   11:30:41
24     Q. And that is certainly the goal. I   11:30:42
25 mean, you would want -- it would be important to   11:30:44

## Page 77

1  institute some sort of appropriate medical or   11:30:46
2  therapeutic care of a patient with a subarachnoid   11:30:51
3  hemorrhage as early as possible; wouldn't that be   11:30:54
4  true?   11:30:56
5      A. Right.   11:30:56
6      Q. That certainly would be the goal?   11:30:57
7      A. Sure, no question.   11:30:58
8      Q. And so the issues there would be,   11:30:59
9  you would want to monitor the patient because   11:31:03
10 certainly you want to do --   11:31:06
11     A. Correct.   11:31:08
12     Q. You want to avoid a rebleed; is   11:31:09
13 that correct?   
14     A. Mm-hmm.   
15     Q. And you certainly want to avoid   11:31:11
16 vasospasm; is that right?   11:31:12
17     A. That's right.   11:31:12
18     Q. Now, patients, certainly -- you   11:31:13
19 just alluded to you want to work them up further,   11:31:15
20 that you are just sort of beginning. You get them   11:31:18
21 in the hospital and you start monitoring and there   11:31:19
22 are other things do; is that correct?   11:31:22
23     A. That's correct.   11:31:23
24     Q. Tell me about the other things that   11:31:23
25 you want to do.   11:31:25

**Page 134**

```
 1  sentinel bleed, which may or may not have shown up      12:40:49
 2  on the CAT scan.                                         12:40:52
 3       Q.  But I want to be clear about this.              12:40:53
 4       A.  Okay.                                           12:40:56
 5       Q.  Do you think that it's more likely              12:40:56
 6  than not that Mr. Allen did not have a bleed,            12:40:58
 7  sentinel or otherwise, the morning of April 19           12:41:02
 8  when he presented at the Alaska Native Medical           12:41:04
 9  Center complaining of 10 out of 10 pain, nausea          12:41:07
10  and vomiting?                                            12:41:11
11       A.  So more likely than not does --                 12:41:12
12       Q.  That he did not have --                         12:41:13
13       A.  -- that means more than a 50/50                 12:41:14
14  chance, you know?                                        12:41:15
15       Q.  Yes.                                            12:41:16
16       A.  No, I think there is at least a                 12:41:16
17  50/50 chance that he had a sentinel bleed.               12:41:20
18       Q.  I want to know whether or not --                12:41:22
19  and I guess I didn't ask it very well.                   12:41:24
20       Is it more likely than not, that is, is             12:41:25
21  it more than 50 percent likely that he had a bleed       12:41:27
22  that morning, sentinel or otherwise?                     12:41:30
23       A.  I don't know if I can put a number              12:41:32
24  on it.  It may be -- so if I said maybe 60 percent       12:41:35
25  chance, you would say yes, that is your answer,          12:41:39
```

**Page 135**

```
 1  that it's more likely than not?                          12:41:41
 2       Q.  I am not asking you to put a                    12:41:43
 3  percentage on it, but I do want to know whether or       12:41:44
 4  not you think it's more --                               12:41:47
 5       A.  Well, you are asking whether you                12:41:47
 6  want it greater than 50 percent?                         12:41:48
 7       Q.  That's true, I am asking that.  But             12:41:49
 8  I am not asking you to say 70 or 90.  I am asking        12:41:50
 9  you whether or not you think it's -- this is a           12:41:53
10  really important issue, and I want to understand        12:41:55
11  your opinions on it, because I want to know             12:41:57
12  whether or not you think it's more likely               12:41:59
13  not, that is, it's more than a 50 percent chance        12:42:01
14  that this gentleman presented on the morning of         12:42:03
15  April 19 to the emergency department and he did         12:42:05
16  not have a bleed, sentinel or otherwise.                12:42:07
17       A.  No.  I would probably say that it's            12:42:09
18  maybe more likely than not that he had a sentinel       12:42:13
19  bleed.  I will give you that.                           12:42:17
20       Q.  When you say sentinel bleed, what              12:42:18
21  do you mean?                                            12:42:20
22       A.  I mean a small leak of the                     12:42:21
23  aneurysm.                                               12:42:23
24       Q.  What is that based on?                         12:42:24
25       A.  Based on --                                    12:42:24
```

**Page 136**

```
 1       Q.  Why do you think it was a -- if                 12:42:28
 2  it's -- you know, given that it's more likely than       12:42:29
 3  not that he had a sentinel bleed --                      12:42:30
 4       A.  Why is it a sentinel bleed and not              12:42:32
 5  a big bleed?                                             12:42:34
 6       Q.  Or I guess at first I need to know              12:42:35
 7  what you mean by sentinel bleed.                         12:42:38
 8       A.  Small bleed.  A warning leak they               12:42:39
 9  sometimes call it.                                       12:42:43
10       Q.  How big are those, usually?                     12:42:43
11       A.  Well, you can't quantitate them.                12:42:46
12  All you can say is it's small.  In other words,          12:42:50
13  the aneurysm leaks a little bit, enough to cause         12:42:53
14  some symptoms, but then the leak stops, the              12:42:54
15  bleeding stops, the clot forms.                          12:42:58
16       Based on his clinical presentation at               12:43:02
17  the emergency room, that is why I am saying that         12:43:05
18  at most, it was a sentinel bleed, not a major            12:43:09
19  bleed, because he was not sick enough.                   12:43:13
20       Q.  Are you basing that specifically on             12:43:16
21  Exhibit 2, this record by the triage nurse and           12:43:20
22  Donna Fearey?                                            12:43:23
23       A.  Right.  The fact that he walked in,             12:43:24
24  that he talked about his symptoms, he was sitting        12:43:28
25  there not in distress, that he left the emergency        12:43:30
```

**Page 137**

```
 1  room after his Phenergan shot and had a big              12:43:33
 2  breakfast and went to Sam's Club afterward, all of       12:43:36
 3  those things don't happen if you have a major            12:43:39
 4  bleed.  So I would concede that he might have and        12:43:43
 5  maybe more likely than not had a sentinel bleed, a       12:43:48
 6  small bleed.                                             12:43:51
 7       Q.  As you sit here right now, or after             12:43:53
 8  reviewing the records, you say you can't render an       12:43:58
 9  opinion as to whether or not it's more likely than       12:44:02
10  not had a CT scan been taken that morning, it            12:44:05
11  would have detected a bleed?                             12:44:08
12       A.  Yeah, I can't say that that would               12:44:09
13  be more than 50/50 chance that it would have shown       12:44:11
14  the bleed.                                               12:44:14
15       Q.  Do you think it's more likely than              12:44:14
16  not that a CT scan would not have shown a bleed?         12:44:17
17       A.  I think it's at least as likely                 12:44:20
18  that it wouldn't have shown it.  Mm-hmm.                 12:44:22
19       Q.  And that is based on -- and that                12:44:30
20  is -- let me just make sure I understand.                12:44:32
21       And that is really just based on his                12:44:34
22  clinical presentation as documented by the triage        12:44:35
23  nurse and Donna Fearey?                                  12:44:39
24       A.  Correct.                                        12:44:41
25       Q.  Can you explain why it is that the              12:44:41
```

35 (Pages 134 to 137)