**Page 146**

| | | |
|---|---|---|
| 1 | If you lower it too far, then you can get ischemia | 12:52:59 |
| 2 | of the brain. It can constrict the vessels too | 12:53:03 |
| 3 | much and adversely affect it. | 12:53:05 |
| 4 | You can give Mannitol, but there is a | 12:53:07 |
| 5 | theoretical risk of that of causing the aneurysm | 12:53:12 |
| 6 | to bleed because you shrink the brain away from | 12:53:15 |
| 7 | the aneurysm, which may be actually kind of | 12:53:19 |
| 8 | sealing the clot off and cause it to bleed. | 12:53:24 |
| 9 | So, you know, there is a fine line | 12:53:28 |
| 10 | there. If the patient is getting such severe | 12:53:32 |
| 11 | pressure that they look like they are going to | 12:53:36 |
| 12 | herniate and die, then you will give Mannitol and | 12:53:38 |
| 13 | you won't care if you cause bleeding. But if it's | 12:53:41 |
| 14 | mild pressure that you can control with other | 12:53:44 |
| 15 | means, you don't give Mannitol. | 12:53:46 |
| 16 | Q. There are other conservative means, | 12:53:48 |
| 17 | such as lifting the head of the bed 30 degrees? | 12:51:51 |
| 18 | A. Yes. You can give diuretics, but, | 12:53:53 |
| 19 | you know, it all depends on what you are going to | 12:53:58 |
| 20 | do about the aneurysm and whether you are going | 12:54:05 |
| 21 | to -- or first of all, after you have diagnosed an | 12:54:05 |
| 22 | aneurysm and how are you going to treat it and so | 12:54:08 |
| 23 | forth. | 12:54:10 |
| 24 | Q. I am going back to your report. It | 12:54:10 |
| 25 | says, "I don't believe it's possible to determine | 12:54:16 |

**Page 147**

| | | |
|---|---|---|
| 1 | from the CT scan that was done upon his return to | 12:54:18 |
| 2 | the hospital" -- and that is the CT at Providence | 12:54:21 |
| 3 | Hospital, I assume. | 12:54:25 |
| 4 | A. Mm-hmm. | |
| 5 | Q. -- "whether there was an aneurysm | 12:54:26 |
| 6 | or if so, at what area, anterior positive | 12:54:27 |
| 7 | circulation." | 12:54:30 |
| 8 | We discussed that. I mean, | 12:54:31 |
| 9 | statistically, it's more likely that an aneurysm | 12:54:32 |
| 10 | caused a subarachnoid hemorrhage just because that | 12:54:37 |
| 11 | is the most common cause; is that right? | 12:54:39 |
| 12 | A. Yes. | 12:54:41 |
| 13 | Q. And the most common location is the | 12:54:41 |
| 14 | circle of Willis; is that correct? | 12:54:42 |
| 15 | A. That's correct. | 12:54:44 |
| 16 | Q. And the most common -- and again, | 12:54:44 |
| 17 | we are just talking statistics. We don't know | 12:54:46 |
| 18 | from this individual, but at least statistically, | 12:54:48 |
| 19 | the most common area would be the anterior? | 12:54:49 |
| 20 | A. Anterior circulation, right. | 12:54:52 |
| 21 | Q. It says, "I understand the nature | 12:54:55 |
| 22 | of neurosurgical practice in Anchorage at the time | 12:54:58 |
| 23 | of this incident, some patients with very | 12:55:00 |
| 24 | favorable types of aneurysms might have been | 12:55:02 |
| 25 | treated locally." | 12:55:03 |

**Page 148**

| | | |
|---|---|---|
| 1 | **Let me just ask you just generally about** | 12:55:04 |
| 2 | **your understanding of the neurosurgical practice** | 12:55:05 |
| 3 | **in Anchorage in 2003.** | 12:55:07 |
| 4 | **What is your understanding of what it** | 12:55:11 |
| 5 | **was or what kind of treatment was available?** | 12:55:14 |
| 6 | A. Well, I think that there were a | 12:55:15 |
| 7 | couple of neurosurgeons that did some aneurysm | 12:55:16 |
| 8 | surgery. I can't remember whether it was | 12:55:20 |
| 9 | Dr. Cohen or Dr. Goderski or somebody. I don't | 12:55:22 |
| 10 | know. There were a couple that apparently did | 12:55:25 |
| 11 | some occasional aneurysms, not huge numbers. | 12:55:27 |
| 12 | My understanding is they did not have | 12:55:30 |
| 13 | the capability of doing interventional techniques | 12:55:33 |
| 14 | to obliterate aneurysms. | 12:55:38 |
| 15 | Q. Meaning -- do you mean clipping? | 12:55:41 |
| 16 | A. No, I mean catheter coil, you know. | 12:55:42 |
| 17 | Q. Oh, coiling. I'm sorry. | 12:55:46 |
| 18 | A. Yes. That is called | 12:55:47 |
| 19 | interventional. | 12:55:50 |
| 20 | Q. At least what your understanding | 12:55:52 |
| 21 | was is they could do -- they could treat some | 12:55:55 |
| 22 | aneurysms? | 12:55:57 |
| 23 | A. And they did treat some that were | 12:55:58 |
| 24 | favorable, in other words, you know, relatively | 12:56:01 |
| 25 | technically easier than others and straightforward | 12:56:04 |

**Page 149**

| | | |
|---|---|---|
| 1 | cases, I guess. And anything that was complex or | 12:56:07 |
| 2 | difficult would be shipped down to Seattle. | 12:56:11 |
| 3 | Q. In Seattle where? Do you know? | 12:56:15 |
| 4 | A. Well, I don't know. Some medical | 12:56:16 |
| 5 | center in Seattle where they did a lot of | 12:56:18 |
| 6 | aneurysms. I don't know which one. | 12:56:21 |
| 7 | Q. Do you know whether or not it was | 12:56:22 |
| 8 | Harbor View? | 12:56:24 |
| 9 | A. Probably. | 12:56:25 |
| 10 | Q. Do you have an understanding in | 12:56:26 |
| 11 | 2003 whether or not the -- what the Alaska Native | 12:56:29 |
| 12 | Medical Center did if they had a patient that they | 12:56:34 |
| 13 | diagnosed with a subarachnoid hemorrhage? | 12:56:36 |
| 14 | A. My understanding is they would, | 12:56:37 |
| 15 | maybe the emergency room physician would call a | 12:56:40 |
| 16 | neurosurgeon, describe the situation and ask if | 12:56:43 |
| 17 | they would want them -- want to come see the | 12:56:46 |
| 18 | patient or do they want them transferred to one of | 12:56:49 |
| 19 | the other hospitals where they would then see the | 12:56:52 |
| 20 | patient and decide what they were going to do with | 12:56:55 |
| 21 | them. But it's my understanding they wouldn't be | 12:56:57 |
| 22 | treated there at the Alaska Native Regional | 12:57:00 |
| 23 | Center. | 12:57:02 |
| 24 | Q. Are you -- I'm just curious if are | 12:57:03 |
| 25 | you are familiar with Harbor View at all. Have | 12:57:06 |

1  A.  Well, it was mostly the kind of  13:00:54
2  information that they put in my time line here, as  13:01:00
3  to where the patient -- you know, as I mentioned  13:01:05
4  earlier, that the patient initially was at Alaska  13:01:10
5  Regional Center.  They would have called a  13:01:15
6  neurosurgeon.  13:01:17
7  The neurosurgeon, when -- if and when  13:01:18
8  they responded might have said, I will come over  13:01:21
9  and look at him, or, ship him over to this  13:01:24
10  hospital or that, in which case, then, they would  13:01:27
11  have come over and looked at him and studied the  13:01:30
12  scan and then decided that they needed emergent  13:01:33
13  surgery or they needed an angiogram.  13:01:36
14  If they needed an angiogram, you know, I  13:01:39
15  got the impression that I put down here, in terms  13:01:44
16  of time, that it would have taken, you know, an  13:01:46
17  hour or two to schedule it and another couple of  13:01:50
18  hours to perform it.  13:01:53
19  And so I am just trying to kind of  13:01:54
20  present a time line as to what would have  13:01:57
21  transpired had this whole thing gone down a  13:02:00
22  different pathway, based on my understanding of  13:02:04
23  how they were dealt with at that time in  13:02:08
24  Anchorage.  13:02:11
25  Q.  Right.  And gone down a different  13:02:12

Page 154

1  path, as in, had he been diagnosed with a  13:02:15
2  subarachnoid bleed that morning; is that right?  13:02:18
3  A.  Right.  13:02:18
4  Q.  What else did you learn from the  13:02:20
5  emergency room physician that you spoke with?  13:02:22
6  A.  Probably -- I don't remember  13:02:23
7  anything else specific that helped me in this case  13:02:25
8  or that is pertinent.  13:02:29
9  Q.  And I am just curious, do you  13:02:30
10  remember whether or not that was Dr. Brodsky?  I  13:02:31
11  don't want you to guess.  I just want to know what  13:02:35
12  your --  13:02:36
13  A.  I would be guessing.  13:02:36
14  Q.  Did you ever talk to Donna Fearey?  13:02:37
15  A.  No.  13:02:40
16  Q.  Did you talk to any of the other  13:02:40
17  folks that were named in the medical records  13:02:45
18  involved in the treatment of Todd Allen?  13:02:48
19  A.  No.  13:02:49
20  Q.  Did you -- in writing this report,  13:02:49
21  aside from -- it sounds like you talked to either  13:02:53
22  a neurosurgeon or neurosurgeons in Anchorage --  13:02:56
23  A.  Mm-hmm.  13:02:56
24  Q.  -- is that right?  And then you  13:02:58
25  talked to an emergency room physician?  13:02:59

Page 155

1  A.  Right.  13:03:00
2  Q.  Did you -- do you know whether or  13:03:01
3  not that emergency room physician was working at  13:03:05
4  the Alaska Native Medical Center?  13:03:05
5  A.  I don't know.  I can't tell you.  13:03:07
6  I'm sorry.  13:03:09
7  Q.  That's okay.  13:03:09
8  Do you -- anybody else that you spoke  13:03:09
9  with in Anchorage about this case --  13:03:11
10  A.  No.  13:03:14
11  Q.  -- aside from Mr. Guarino, of  13:03:15
12  course?  13:03:17
13  A.  No.  13:03:17
14  Q.  Anyone else you consulted with in  13:03:17
15  writing this report?  13:03:22
16  A.  No.  13:03:23
17  Q.  Did you talk to any other, like,  13:03:23
18  neurosurgeons down here?  13:03:27
19  A.  I don't think so, no.  13:03:28
20  Q.  I am going to go to the next  13:03:30
21  paragraph of your report.  13:03:36
22  A.  Sure.  13:03:36
23  Q.  It says, "The rapidity of clinical  13:03:37
24  deterioration in Mr. Allen's case suggests to me  13:03:39
25  that his prognosis was extremely poor regardless  13:03:41

Page 156

1  of treatment."  13:03:43
2  And I would just ask you, in fairness,  13:03:44
3  isn't that speculation that regardless of  13:03:47
4  treatment --  13:03:49
5  A.  Yeah, it is speculation, of course.  13:03:50
6  Yeah.  I mean, there are some patients who  13:03:56
7  deteriorate rapidly and go to clinical grades 4 or  13:03:59
8  5 that survive, and some of them even have useful  13:04:04
9  survival, but that number is low.  13:04:08
10  Q.  The number is low in terms of  13:04:11
11  people that deteriorate quickly to 4 or 5 and then  13:04:12
12  go on to survive; is that what you mean?  13:04:16
13  A.  Yes.  13:04:17
14  Q.  Okay.  But I guess my question is,  13:04:18
15  isn't it speculation that -- I mean, because  13:04:19
16  Mr. Allen, not only did he not get any  13:04:22
17  treatment -- and we know he didn't get any  13:04:23
18  treatment, right, because he was discharged from  13:04:25
19  the hospital; is that right?  13:04:27
20  A.  Right.  13:04:27
21  Q.  And certainly, as you said, that  13:04:28
22  would be below the standard of care had he been  13:04:29
23  diagnosed with a subarachnoid hemorrhage and then  13:04:32
24  been discharged?  13:04:33
25  A.  Right.  13:04:34

Page 157

40 (Pages 154 to 157)