Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>          Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No.:  3:04-CV-0131-JKS |

**NOTICE OF SECOND SUBMISSION**

Kimberly Allen, by and through counsel Ashburn & Mason, P.C., hereby gives notice that the Exhibits attached hereto are a continuation of the Exhibits to Memorandum For Ruling Regarding Proof of Causation filed at Docket 42 in this matter.

ASHBURN & MASON, P.C.
Attorneys for Plaintiff

DATED:  10/31/06            /s/  Donna J. McCready
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-4331
Fax: (907) 277-8235
E-mail: djm@anchorlaw.com
Alaska Bar No. 9101003

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2006, a copy of the foregoing Notice of Submission was served electronically on:

Gary Guarino

/s/ Donna J. McCready

P:\Clients\10194\Pleadings\Notice of Submission 061031.doc

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 · FAX 907.277.8235

NOTICE OF SUBMISSION
*Allen v. USA,* Case No. 3:04-CV-0131-JKS

Page 2 of 2