**Page 158**

1  Q. But not only did he not get  13:04:35
2  treatment, wasn't it -- he was not even told not  13:04:37
3  to lift anything. I mean, he went -- let me  13:04:41
4  strike that. Let me ask a question.  13:04:44
5  Wasn't it really worse than not getting  13:04:48
6  medical treatment for Mr. Allen in that he went on  13:04:50
7  to do certain activities that, in fact, could have  13:04:52
8  made his condition worse?  13:04:54
9  MR. GUARINO: Object to foundation.  13:04:56
10  THE WITNESS: Well, you know, I guess if  13:04:58
11  he went to the gym and started weight-lifting,  13:05:03
12  that would have been bad, but I mean, to -- since  13:05:06
13  the diagnosis was not made, I don't know that  13:05:09
14  there was any reason for them to give him any  13:05:12
15  special precautions. And, in fact, it sound like  13:05:16
16  he didn't do much.  13:05:18
17  I mean, he laid down on a swing at Sam's  13:05:19
18  Club while she was shopping, and when they got  13:05:22
19  back to the hotel he laid down. He might have  13:05:24
20  brought some packages in, but I don't know how  13:05:27
21  much they weighed or how much, you know, exertion  13:05:30
22  he did. But it sounds like he didn't do much.  13:05:32
23  But I mean, you can always use hindsight  13:05:37
24  and say, gee, if we had known his diagnosis, we  13:05:40
25  should have told him not to do this or that, but  13:05:41

**Page 159**

1  we didn't -- they didn't know, so I can't fault  13:05:44
2  them for not saying don't do this or that.  13:05:47
3  MS. McCREADY: Q. And I'm sorry, my  13:05:51
4  question probably was not very clear, because I  13:05:51
5  didn't mean criticize -- I didn't mean to ask you  13:05:54
6  to criticize or not criticize the staff at Alaska  13:05:57
7  Native Medical Center because they didn't give him  13:06:00
8  precautions when he left.  13:06:03
9  But my question really is, not only did  13:06:04
10  Mr. Allen -- you would agree with me that  13:06:07
11  Mr. Allen certainly didn't get any medical  13:06:10
12  treatment when he left Alaska Native Medical  13:06:12
13  Center that morning.  13:06:14
14  A. Okay. Other than the Phenergan.  13:06:15
15  Q. Other than the Phenergan.  13:06:16
16  A. Okay.  13:06:17
17  Q. But he did things -- I mean,  13:06:17
18  lifting things certainly would not be something  13:06:21
19  you would recommend to a patient with a  13:06:24
20  subarachnoid hemorrhage to do; wouldn't that be  13:06:26
21  fair?  13:06:27
22  A. That's correct.  13:06:27
23  Q. Would you recommend to a patient  13:06:28
24  with a subarachnoid hemorrhage that they lay down  13:06:30
25  and go to sleep without any monitoring?  13:06:34

**Page 160**

1  A. No.  13:06:35
2  Q. So not only was he not treated, he  13:06:39
3  was doing things that could have been  13:06:42
4  contraindicated for his condition; is that fair to  13:06:46
5  say?  13:06:47
6  A. That is fair to say.  13:06:47
7  Q. So isn't it speculation that he  13:06:47
8  would have had a poor prognosis regardless of  13:06:49
9  treatment?  13:06:52
10  A. I still think -- yes, I still think  13:06:53
11  his prognosis was very poor, because, as I said,  13:06:57
12  even if the diagnosis had been made, the time line  13:07:01
13  of how quickly he could have been worked up and/or  13:07:05
14  treated was such that I think he -- by the time  13:07:09
15  the diagnosis was made, the definitive one with an  13:07:14
16  angiogram, was about the time he probably started  13:07:18
17  deteriorating. And, you know, I am not sure that  13:07:21
18  anything that anybody could have done could have  13:07:27
19  turned that around.  13:07:30
20  Q. Doctor, let me ask you, isn't one  13:07:31
21  of the purposes of when you are monitoring a  13:07:35
22  patient who has got a subarachnoid bleed, before  13:07:38
23  you do an angiogram or before you do surgery or  13:07:39
24  before you do any sort of further testing, isn't  13:07:42
25  one of the reasons to monitor the patient so that  13:07:45

**Page 161**

1  you can prevent them from deteriorating?  13:07:47
2  MR. GUARINO: Object to the foundation.  13:07:50
3  THE WITNESS: Well, I will try to answer  13:07:51
4  that. Let's say he was being monitored. Let's  13:07:53
5  say he was in the hospital being monitored, and  13:07:57
6  then at 1:00 in afternoon they say, Okay, we are  13:08:00
7  ready for you, Mr. Allen, for your angiogram. And  13:08:02
8  they take him down and sedate him to do the  13:08:05
9  angiogram.  13:08:08
10  And during the course of the angiogram,  13:08:09
11  you know, because that is about the time that he  13:08:12
12  started going down the hill. There is not much  13:08:13
13  you could do, I mean, you know. So it didn't  13:08:16
14  matter. I am presenting a hypothetical case, as  13:08:20
15  you are, too.  13:08:24
16  MS. McCREADY: Q. Sure. But we only  13:08:28
17  have hypotheticals because we have got a lack of  13:08:28
18  data in this case; isn't that right?  13:08:30
19  A. Yeah. But I mean, I am saying  13:08:31
20  that, you know, he started going downhill very  13:08:32
21  rapidly about the time that, my understanding of  13:08:37
22  the logistics and the time line of how he could  13:08:41
23  have been worked up and treated, you know, and he  13:08:44
24  certainly -- I don't think that they could have  13:08:50
25  gotten him in good enough shape to ship him down  13:08:57

**Page 170**

| | | |
|---|---|---|
| 1 | improved his condition; is that correct? | 13:26:37 |
| 2 | A. Correct. | 13:26:38 |
| 3 | Q. It's not that, you know, had he had | 13:26:38 |
| 4 | a subarachnoid bleed -- if you have got somebody | 13:26:42 |
| 5 | who has -- strike all that. | |
| 6 | If you have a patient with a | 13:26:46 |
| 7 | subarachnoid bleed and they present to a medical | 13:26:47 |
| 8 | facility and they are actually neurologically | 13:26:50 |
| 9 | intact, that is not necessarily going to make a | 13:26:52 |
| 10 | big difference whether they have hydrocephalus or | 13:26:55 |
| 11 | a clot; is that right? | 13:26:58 |
| 12 | A. That's correct. | 13:26:58 |
| 13 | Q. So when you state the opinion that | 13:26:59 |
| 14 | Mr. Allen's CT scan showed neither of these | 13:27:06 |
| 15 | conditions, that is, the hydrocephalus or this | 13:27:09 |
| 16 | clotting issue, which in my opinion means that his | 13:27:10 |
| 17 | prognosis was very poor, regardless of when or | 13:27:13 |
| 18 | where or what kind of treatment was instituted, | 13:27:16 |
| 19 | that is based on the fact that he -- at the point | 13:27:18 |
| 20 | where they took the CT scan, he was in such bad | 13:27:22 |
| 21 | shape; is that right? | 13:27:26 |
| 22 | A. That's correct. | 13:27:26 |
| 23 | Q. I am going to jump down toward the | 13:27:28 |
| 24 | end of your report, because I think we have spoken | 13:27:38 |
| 25 | quite a bit about that -- the one paragraph I am | 13:27:43 |

**Page 171**

1. going to skip over for now. — 13:27:46
2. It says, "In general, aneurysms are — 13:27:47
3. ideally treated within 72 hours of the initial — 13:27:49
4. bleed." — 13:27:52
5. And why is that? — 13:27:52
6. A. Well, a couple of reasons. One is — 13:27:56
7. the sooner you deal with them, the sooner you — 13:28:04
8. eliminate the possibility of rebleeding. The — 13:28:09
9. second reason is that the peak incidence of — 13:28:12
10. vasospasm is probably between three and ten days — 13:28:17
11. post bleed. — 13:28:22
12. Q. Could you tell by looking at — 13:28:24
13. Mr. Allen's CAT scan on the 19th whether or not he — 13:28:26
14. had suffered a vasospasm? — 13:28:30
15. A. Can't tell from CAT scan. — 13:28:31
16. Q. Can you tell by looking at his CAT — 13:28:33
17. scan whether or not that is a rebleed? — 13:28:37
18. A. No. — 13:28:38
19. Q. Do you have an opinion about — 13:28:39
20. whether or not he rebled that day? — 13:28:40
21. A. I think it's more likely than not — 13:28:42
22. that he had the sentinel bleed the night before or — 13:28:48
23. early that morning, and that he rebled sometime — 13:28:52
24. when he was in his hotel room that afternoon. — 13:28:57
25. Q. Why do you -- I'm just curious. — 13:29:01

**Page 172**

1. What is that based on? I want to know everything — 13:29:03
2. that you are looking at to come to that opinion. — 13:29:07
3. A. Well, to me it's the best — 13:29:08
4. explanation of why he went downhill so quickly. — 13:29:12
5. As I said earlier, if we accept the fact that he — 13:29:18
6. probably had a sentinel bleed in the morning, you — 13:29:25
7. usually don't go downhill that rapidly from a — 13:29:29
8. small sentinel bleed. You usually don't develop — 13:29:32
9. severe brain swelling, ischemia, vasospasm, — 13:29:35
10. et cetera. — 13:29:39
11. And so, the way I put this together is — 13:29:40
12. that the most likely scenario is that he had the — 13:29:45
13. major bleed or rebleed, if you will, sometime that — 13:29:48
14. afternoon while he was in the hotel room sleeping. — 13:29:53
15. Q. So you base that on the -- just the — 13:29:58
16. description of his course through the day? Is — 13:30:03
17. that fair to say? — 13:30:06
18. A. Yes. — 13:30:06
19. Q. Is any of that based on the wife's — 13:30:06
20. deposition testimony? That is, that opinion about — 13:30:10
21. whether or not he rebled, is that based at all on — 13:30:14
22. the wife's testimony about what happened during — 13:30:17
23. the day? — 13:30:18
24. A. No. — 13:30:19
25. Q. Is it based on, in part, on the — 13:30:19

**Page 173**

1. record from the Alaska Native Medical Center, the — 13:30:26
2. emergency room visit record from the 19th? — 13:30:29
3. A. Well, only to the extent that, as I — 13:30:32
4. said earlier, his condition when he was seen at — 13:30:36
5. the Alaska Native Regional Center was such that I — 13:30:41
6. don't think he had had a major bleed at that time. — 13:30:46
7. And that's why I don't think that he would have — 13:30:50
8. had that terrible decline in clinical condition — 13:30:53
9. unless he rebled. — 13:30:58
10. Q. I am just trying to hit on all the — 13:31:01
11. factors that went into your opinion about him — 13:31:03
12. rebleeding. — 13:31:06
13. And so, was it based on the CT scan in — 13:31:07
14. the afternoon? — 13:31:09
15. A. Well, to some extent the CT scan — 13:31:11
16. showed, A, that he had a significant bleed; B, — 13:31:15
17. that he had cerebral edema; C, that he had — 13:31:19
18. ischemia. All of those things, in my opinion, are — 13:31:24
19. more likely the result of a major bleed, and in my — 13:31:28
20. opinion, the morning bleed, if he had one, was not — 13:31:32
21. a major one. — 13:31:35
22. Q. Now, I want to just explore the, — 13:31:36
23. sort of, possibilities. And I understand it's — 13:31:41
24. your opinion it's more likely than not that he had — 13:31:43
25. a sentinel bleed the night before, sometime before — 13:31:46