**Page 138**

1 wife, who was present that morning, and that very 12:44:45
2 same day, has a -- describes her husband as having 12:44:49
3 a severe headache and had pain going up the back 12:44:52
4 of his head to the top of his head? 12:44:55
5     A. No, I can't. I mean, I can't put 12:44:56
6 myself in her shoes. I don't know. But why would 12:44:58
7 two medical personnel who are trained to take 12:45:03
8 histories accurately and -- why would they 12:45:06
9 indicate it differently than what the wife's 12:45:10
10 recollection is later on? They document it. They 12:45:14
11 wrote it down presumably the same day. And they 12:45:17
12 are trained to take histories. 12:45:21
13     There is no reason for them to fudge it 12:45:22
14 and say, Oh, no, I am going to make it sound like 12:45:23
15 it's ear and jaw and then head versus just 12:45:26
16 headache. I mean, I don't -- there would be no 12:45:29
17 reason for them to skew it in that direction. 12:45:32
18     Q. But given -- well, Donna -- you 12:45:37
19 know the training of Donna Fearey. She is not a 12:45:41
20 medical doctor. You understand that; is that 12:45:44
21 correct? 12:45:44
22     A. I understand. 12:45:44
23     Q. Given what we know about what 12:45:45
24 happened with this gentleman, that he subsequently 12:45:51
25 died of a subarachnoid bleed, do you think that -- 12:45:53

**Page 139**

1 do you have any opinion as to whether or not it's 12:45:56
2 more likely than not that he had severe head pain 12:45:59
3 going up the back of his head to the top of his 12:46:02
4 head that morning? 12:46:04
5     A. I have no way of knowing that. I 12:46:05
6 just have to go by what is written down there. 12:46:08
7     Q. I am going to go to the next 12:46:10
8 paragraph of your report. 12:46:20
9     MR. GUARINO: Is that Exhibit 2 now, 12:46:26
10 just for -- 12:46:27
11     MS. McCREADY: Yes, it is. Thank you. 12:46:27
12     Q. It says, "Since there was no proof 12:46:28
13 that Mr." -- 12:46:29
14     MR. GUARINO: Excuse me. I am just 12:46:29
15 trying to find my place. Hold on a second. 12:46:30
16     MS. McCREADY: Q. "Since there was no 12:46:34
17 proof" -- and I am reading from your report -- 12:46:38
18 "that Mr. Allen actually had any aneurysm, it is 12:46:40
19 pure speculation his outcome could have been 12:46:42
20 altered if the correct diagnosis was made in a 12:46:43
21 timely manner and appropriate treatment 12:46:45
22 instituted." 12:46:48
23     I have a couple of questions about that 12:46:48
24 sentence. 12:46:50
25     When you say there is no proof that

**Page 140**

1 Mr. Allen actually had an aneurysm, what do you 12:46:51
2 mean? 12:46:55
3     A. Just what I said. The only -- 12:46:55
4 there is no proof. There is speculation based on 12:47:03
5 statistics, and I would agree with the statistics. 12:47:06
6 I already said that I think it is more likely than 12:47:09
7 not that he did have an aneurysm. 12:47:12
8     Q. And there is no proof because we 12:47:14
9 don't -- there was no CT taken and he was not 12:47:18
10 worked up for having a subarachnoid bleed that 12:47:20
11 morning, so we don't have the data that; is 12:47:23
12 correct? 12:47:25
13     A. That's correct. 12:47:25
14     Q. And that it's "pure speculation 12:47:25
15 that his outcome could have been altered if the 12:47:30
16 correct diagnosis had been made in a timely manner 12:47:32
17 and appropriate treatment instituted"? 12:47:35
18     If you could explain that. Why is that 12:47:38
19 pure speculation? 12:47:40
20     A. Well, I think I explained it more 12:47:41
21 with this -- the subsequent, you know, things. 12:47:47
22     Q. Sure. Please do. 12:47:47
23     A. And I think it has to do with the 12:47:52
24 time line of his whole clinical course. I think 12:47:56
25 that is my point, that I think it would have been 12:47:59

**Page 141**

1 very difficult to have a good outcome in his case, 12:48:05
2 even if the correct diagnosis were made that 12:48:11
3 morning based on what I say here. 12:48:14
4     Q. I mean, it's true, isn't it, that 12:48:18
5 this gentleman was discharged after given a shot 12:48:20
6 of Phenergan; is that right? 12:48:23
7     A. That's right. 12:48:24
8     Q. He was sent to do whatever he was 12:48:24
9 going to do; is that right? 12:48:26
10     A. Mm-hmm. 12:48:27
11     Q. He went to -- and according -- you 12:48:27
12 know, you have read the wife's deposition; is that 12:48:30
13 right? 12:48:31
14     A. Yes. 12:48:31
15     Q. And they went Sam's Club and they 12:48:31
16 walked around; is that true? 12:48:41
17     A. They first went to breakfast. He 12:48:41
18 ate a large breakfast, she said. 12:48:41
19     Q. Is that something that is of 12:48:41
20 consequence to you or is that -- 12:48:41
21     A. Again, in my mind, that is not the 12:48:41
22 picture of someone who has had a major bleed at 12:48:44
23 that point in time. You know, he is too well to 12:48:48
24 have had a major bleed. He probably, more likely 12:48:52
25 than not, as you have got me to say, that he had a 12:48:55

**Page 142**

1  minor bleed. But he is walking around, he is
2  going to breakfast, he is keeping it down.
3      The Phenergan might have helped him keep
4  the food down, but it wouldn't alter any other of
5  his symptoms from a subarachnoid hemorrhage.
6      Q. If you admitted a patient to the
7  hospital after diagnosing them with a subarachnoid
8  bleed, would you recommend that they have a really
9  big breakfast?
10     A. I already told you, I keep them
11 NPO.
12     Q. Right, you don't give them
13 anything.
14     A. So I don't give them oral pain
15 medicines, right, so certainly not breakfast.
16     Q. I'm sorry, let me -- I am not sure
17 I followed up on that.
18     Is that because of further testing you
19 are going to give them or is that -- why is that?
20     A. A combination of things. It's
21 because, yes, there will be further tests for
22 which he might receive sedation or anesthesia, and
23 you would want an empty stomach for that. It's
24 also because you don't want him retching or
25 vomiting.

**Page 143**

1      Q. And I don't know whether or not
2  eating a large breakfast would have anything to do
3  with your blood pressure or other -- or
4  electrolytes or anything like that.
5      A. No, it shouldn't have anything.
6      Q. So any other reasons why you would
7  want to make sure that a patient didn't either
8  have a big breakfast or take anything by mouth?
9      A. No. Those two reasons would be the
10 main ones.
11     Q. So this patient was discharged, he
12 had a big breakfast, and he walked around Sam's
13 Club. And then did you review the part of the
14 wife's deposition where they went back to the
15 hotel and they unloaded the truck, they unloaded
16 their truck?
17     A. Yes.
18     Q. Because they were in the middle of
19 moving to Valdez. Is that your understanding?
20     A. Yes.
21     Q. Again, what would either walking
22 around or lifting things, how would that affect a
23 person's blood pressure, if at all?
24     A. Well, if it were very heavy objects
25 and you had to strain and do what we call a

**Page 144**

1  Valsalva maneuver, hold your breath and strain
2  lifting a very heavy object, that could certainly
3  adversely affect your blood pressure, intracranial
4  pressure, causing an aneurysm to bleed again.
5      Q. And certainly, if you had admitted
6  a patient to the hospital who had a subarachnoid
7  bleed, do you really want him to be lifting
8  anything?
9      A. No weight-lifting. Write that in
10 the orders.
11     Q. How about a patient or a person
12 laying down on a bed? I mean, when you admit
13 somebody to the hospital, is there anything you do
14 to either elevate the patient's head? Again, a
15 person who has been diagnosed with a subarachnoid
16 hemorrhage.
17     A. No. It's more a level of comfort.
18 If you think the patient has increased
19 intracranial pressure, which not all subarachnoid
20 patients do, then you elevate the head 30 degrees,
21 but only if they have increased intracranial
22 pressure.
23     Q. How would you monitor that, the
24 increased intracranial pressure?
25     A. Well, if the patient is obtunded or

**Page 145**

1  comatose, then you actually have to put a monitor
2  in their head to monitor pressure. If they are
3  awake and alert, then they probably don't have
4  increased intracranial pressure, if they are
5  talking to you and they are perfectly appropriate
6  and --
7      Q. Is that something that goes back to
8  this, you know, monitoring of somebody for a level
9  of consciousness, that if their level of
10 consciousness is changing, that could be a sign of
11 increased intracranial pressure?
12     A. That's correct.
13     Q. So if somebody starts becoming more
14 lethargic, that could indicate that they are
15 having increased intracranial pressure?
16     A. That's right.
17     Q. Would that be something -- so it
18 sounds like you could elevate a patient's bed 30
19 degrees. Are there other things you could do to
20 affect the increased intracranial pressure?
21     A. Yes. You -- if they are
22 unresponsive and you have to breathe for them, you
23 put a tube in their windpipe and breathe for them.
24 You can lower the partial pressure of carbon
25 dioxide, and that lowers intracranial pressure.

37 (Pages 142 to 145)