**Page 186**

1  heavy objects or have a bump in your blood
2  pressure to have a rebleed. The sentinel bleed is
3  stopped by a very fragile little clot that --
4  normal physiologic mechanisms dissolve that clot.
5  That is the normal thing that bodies do. They
6  dissolve clots that form in your system.
7  Q. But certainly a patient is more
8  likely to rebleed if they do something that
9  could --
10  A. That certainly could increase your
11  chances of rebleeding, but as statistics will
12  show, rebleeding happens many times even in
13  patients who are hospitalized in medical centers
14  with aneurysm care of the latest variety before
15  they get to surgery. It happens. There doesn't
16  have to be a causative incident to make them
17  rebleed.
18  Q. But certainly there could be a
19  causative incident that does cause rebleeding?
20  A. Yes.
21  Q. For instance, a patient exerting
22  himself, that could cause a rebleed; isn't that
23  right?
24  A. It could be, yes.
25  Q. Before you go on, let me just make

**Page 187**

1  sure that I followed up on that.
2  Had he been diagnosed with a
3  subarachnoid hemorrhage in the morning when he
4  presented at the Alaska Native Medical Center
5  Emergency Department, his best Hunt-Hess grade at
6  that point would have been a 1; isn't that right?
7  A. That's right.
8  Q. And, in fact, his worst Hunt-Hess
9  grading system would have been a 1; isn't that
10  right? Certainly at that time in the morning had
11  he been diagnosed --
12  A. Well, at 8:00 in morning, yeah.
13  But that is irrelevant. What I am saying is what
14  is relevant is his worst grade prior to treating
15  the aneurysm. Okay. I am saying that --
16  Q. And you define treatment, then, in
17  that instance as surgery?
18  A. Surgery or interventional coiling.
19  Q. But not medical treatment?
20  A. That's right, because medical
21  treatment can't stop bleeding.
22  Q. Can it -- does it change -- let me
23  make sure I understand that.
24  Does it change at all? Medical
25  treatment, that is, preoperative medical treatment

**Page 188**

1  of the patient with a subarachnoid bleed, does
2  that influence at all whether or not a patient
3  rebleeds?
4  A. Well, only to the extent that, as
5  you said earlier, you are keeping him in bed and
6  trying to prevent him from vomiting so he doesn't
7  raise his pressure. You prevent his blood
8  pressure from jumping up. You can do things to
9  try and minimize outside factors from causing a
10  rebleed, but rebleeding is inevitable in a certain
11  percentage of cases no matter what you do and
12  where you are treated and how you are treated.
13  Q. Do you know what the percentage --
14  that percentage of cases is?
15  A. No. I can't quote the number.
16  Q. Do you know whether or not it's
17  less than 50 percent?
18  A. Well, it probably is, but, I mean,
19  that is -- it's hard to quote a number because it
20  depends on what time frame you are talking about.
21  Are you talking about in 24 hours or in 72 hours
22  or ten days? I mean, some centers, you know, will
23  sit on patients for ten days and then operate, you
24  know, and their incidence of rebleeding is
25  significant in that time. If you operate in the

**Page 189**

1  first 72 hours, it's less.
2  But so, in quoting a number, it has to
3  be tied in to how many days you are talking, over
4  what period of time from the initial bleed.
5  Q. Do you have an opinion as to when
6  Mr. Allen rebled on the date of the -- on the
7  19th?
8  A. Well, I can only say that it likely
9  happened sometime between the time he laid down
10  and went to sleep, which was, what, about -- was
11  it 1:00 or 1:30? I mean, there are little
12  discrepancies in the time frame, I think, from the
13  different stories, but basically, I think it's
14  somewhere around 1:00 or 1:30 in the afternoon
15  that he went to sleep, and she went out for
16  McDonald's or something and then came back. But
17  sometime between there and, say, 3:00 or 4:00, I
18  would say.
19  Q. Why do you say there -- the time,
20  whatever time he laid down, to 3:00 or 4:00?
21  A. Well --
22  Q. I am focused on the 3:00 or 4:00
23  part.
24  A. Yeah. I am assuming that when he
25  had the sonorous or stertorous breathing, that --