UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal
Representative of the ESTATE
OF TODD ALLEN, Individually,
on Behalf of the ESTATE OF
TODD ALLEN, and on Behalf of
the Minor Child PRESLEY
GRACE ALLEN,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/
Case No. A04-0131 (JKS)

**VIDEOTAPED DEPOSITION OF DONNA A. FEAREY**

Pages 1 - 102, inclusive

Monday, April 11, 2005, 1:53 p.m.

Anchorage, Alaska

## Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016

Exhibit – 11

| Donna Fearey | Deposition | April 11, 2005 |

### Page 53

1  important?
2  A. Because of the -- because when somebody has
3  a severe headache and -- and is vomiting, that can be
4  an indication that they have got increased pressure in
5  their head --
6  Q. Okay.
7  A. -- and that causes them to vomit.
8  Q. Increased pressure, would that be -- and are
9  you talking about increased --
10 A. Like from a bleed --
11 Q. -- cranial pressure?
12 A. -- from a bleed or tumor.
13 Q. Okay. Would it be clinically significant to
14 you if somebody with a chronic pain problem presenting
15 at the ER with a severe headache, that -- that the
16 pain would be different than something they had
17 experienced before?
18 A. Can you say that -- I'm not sure --
19 Q. Yeah. If somebody with chronic pain
20 presents, they've got a severe headache, but the pain
21 they're describing -- they describe it as something
22 different than what they had experienced in the past.
23 A. Uh-huh.
24 Q. And --
25 A. Yes.

### Page 54

1  Q. Yeah. Okay. I want to just go to -- or
2  maybe I haven't given it to you. I'm going to give --
3  I'm just going to show you what's -- it's already been
4  marked as an exhibit. It's -- it's Exhibit 8. And is
5  this the -- the note from April 19th --
6  A. Yes.
7  Q. -- from the -- the visit with Todd Allen in
8  the UCC?
9  A. Yes.
10 Q. And if you can tell me what -- let's see.
11 And show you what -- am I here? Thank you.
12           (Exhibit 11 marked.)
13 BY MS. McCREADY:
14 Q. And then I have just marked as Exhibit 11,
15 you know, a typewritten sheet. And have you seen that
16 before?
17 A. Yes.
18 Q. Did you prepare that?
19 A. Yes.
20 Q. Okay. I appreciate you preparing that.
21 Whose handwriting is at the top of the -- let's -- let
22 me just go through this. On the arrival time, who
23 would have written that down?
24 A. A clerk.
25 Q. And -- and the clerk or -- or is it -- when

### Page 55

1  you say the clerk, is there somebody sitting --
2  A. I -- yeah. I -- I -- I would think it would
3  be the clerk. It could be the nurse but...
4  Q. And the clerk, is that just somebody who
5  sits -- somebody sitting at the desk --
6  A. Yeah.
7  Q. -- who is receiving patients who come in?
8  A. Uh-huh.
9  Q. Okay. And so room number 13, is that -- is
10 that --
11 A. That's the room I saw him in.
12 Q. Okay. And is that -- that's a room on the
13 urgent care center side?
14 A. Uh-huh.
15 Q. And then whose handwriting is under the
16 chief complaint/triage subjective, at the top, if --
17 if you know?
18 A. Pat Ambrose.
19 Q. Okay. And my understanding is Pat
20 Ambrose -- well, that's all right. I can ask another
21 witness that. Did she write in this top box that --
22 from "chief complaint/triage subjective" to "triage
23 objective"?
24 A. Yes.
25 Q. Did you write in that box at all?

### Page 56

1  A. Yes -- no.
2  Q. Okay. And how about to the -- to the right
3  of that, in the box that says temp, pulse --
4  A. Uh-huh.
5  Q. -- respirations? Would that be your
6  handwriting, or is that --
7  A. No. That's Pat's.
8  Q. That's Pat's. Okay. How about on this far
9  right-hand side where it says blood pressure, weight,
10 allergies? Who -- who took that down?
11 A. Blood -- the blood pressure she would have
12 written. The allergies, the "ASA" is her writing, but
13 questionable PCN is mine.
14 Q. Okay. And what is -- I'm just curious.
15 What's questionable PCN?
16 A. I'm not sure if he had an allergy to
17 penicillin or not.
18 Q. All right. And then the disposition of the
19 case, would that be your writing or -- or --
20 A. No. That would be the LPN.
21 Q. This is the LPN. Okay. And how about --
22 again, right below the "Disposition of Case, Acuity
23 Level, Scheduled Visit," it says "ER visit." Who --
24 who would -- whose handwriting is that?
25 A. The circle?