```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3                          - - -

 4   KIMBERLY ALLEN, Personal Representative )
     Of the Estate of TODD ALLEN,            )
 5   Individually, and on Behalf of the      )
     Estate of the Minor Child, PRESLEY GRACE)
 6   ALLEN,                                  )
                              Plaintiffs     )
 7                                           ) Case No.
                     vs.                     ) A04-0131 CV
 8                                           ) (JKS)
     UNITED STATES OF AMERICA,                )
 9                            Defendant      )
     -----------------------------------------
10

11

12

13

14                      DEPOSITION OF

15   ROBERT CLARK CANTU, M.A., M.D., F.A.C.S., F.A.C.S.M.

16                  CONCORD, MASSACHUSETTS

17              WEDNESDAY, FEBRUARY 15, 2006

18

19

20   ATKINSON-BAKER, INC.
     COURT REPORTERS
21   500 North Brand Boulevard, Third Floor
     Glendale, California  91203
22   818.551.7300

23   REPORTED BY:  PATRICIA M. McLAUGHLIN, CSR

24   FILE NO.: A000F66

25
```

**Page 138**

1  it would have been earlier in the day?
2      A.  To the extent that the inability to
3  arouse him was not due to medication, something
4  that I don't know the answer to, but if we can in
5  a hypothetical way say it's not due to
6  medication, which I can't, but let's
7  hypothetically say it's not medication, then
8  unquestionably if he's unarousable at that point
9  in time, the outcome is much more grave than it
10 was earlier in the day.
11     My problem is he -- we don't know how
12 much, if any, medication he took, meaning the
13 Percocets and the Valium, and/or the Phenergan
14 shortly prior to going to sleep at 2 o'clock.
15     Q.  And you'd have to know that if you
16 are going to assume or assess whether the
17 medication was having an effect at that point?
18     A.  Yes, sir.
19     Q.  As opposed to based on your prior
20 assumptions, you would assume as a fact that he
21 was being affected by the cerebral edema and the
22 other developing problems that you've testified
23 about?
24     A.  I would.
25     Q.  So that you'd be -- you're fairly

**Page 139**

1  certain of, but you don't know whether he had any
2  medication at that point?
3      A.  That is correct.
4      Q.  You made reference a couple of
5  times to the Hunt-Hess grade or levels?
6      A.  Yes.
7      Q.  And you said -- I think you said
8  Mr. Allen would have been a Hunt-Hess 1 or 2 on
9  the morning of April 19th?
10     A.  Yes.
11     Q.  Could you describe for me what that
12 means in terms of his condition?  What is a
13 Level 1 or 2?
14     A.  Well, Level 1 normally is an
15 asymptomatic individual or somebody that's got
16 headache but no neurologic deficit, and generally
17 speaking, a solid Grade 2 is any kind of focal
18 neurologic deficit.  But also in the Grade 2 is
19 severe headache.
20     And I don't really know where we
21 stand with regard to the severe headache.  The
22 wife says it's severe; it's been that way all
23 night; nausea and vomiting would go and confirm
24 it and yet the medical records don't.  So you
25 could call him at the worse a Grade 2 and you'd

**Page 140**

1  call him at the best a Grade 1.  Either one of
2  those grades statistically much more than 50
3  percent do well following a subarachnoid
4  hemorrhage.  So most probably, he would have done
5  well had the hemorrhage been recognized at that
6  point based on the Hunt and Hess grading and
7  outcomes.
8      Q.  What other levels are there?  Does
9  it go up to Level 5?
10     A.  It goes up to 5, in which one is
11 very deeply comatose, and it deteriorates from
12 Grade 2 to Grade 3 as you add increasing
13 neurologic deficit and as you add decreasing
14 level of alertness.  A Grade 3 is now with an
15 individual that could have neurologic deficit,
16 but definitely is drowsy and confused but still
17 conscious.
18     Grade 4, one is no longer
19 conscious; they're in stupor.  They may have a
20 hemiparesis.  They may have decerebra movements,
21 and then Grade 5 is, as indicated, is deeply
22 comatose with no response to pain.
23     Q.  Those individuals who are at
24 Grades 3 or 4 or 5, do they have a worse outcome?
25     A.  Yes, they do, and in fact, Grades 4

**Page 141**

1  and 5, certainly 5, almost no neurosurgeon would
2  operates on, that is, directly do a craniotomy.
3  Those grades, some in those grades, some people
4  will still do interventional procedures.
5      Q.  Is that at Grade 5?
6      A.  Well, it's been done.  Some might.
7      Q.  How about a Grade 4?
8      A.  Grade 4 still might be coiled,
9  usually not subjected to an intracranial
10 operation.
11     Q.  And what about a Grade 3, what's
12 the outcome for patients who get to that level?
13     A.  Depending on the timing, in other
14 words, if one came in with a Grade 3, most
15 neurosurgeons would probably want to see them get
16 a little better before they operated on them, but
17 clearly, that's a group that can have a useful
18 survival.  And it becomes a situation of trying
19 to do the surgery if you're going to do it before
20 somebody rehemorrhages, so you might not go in as
21 quickly on a Grade 3 as you would a Grade 1 or 2.
22     Those are the grades normally
23 where, not uncommonly, the arteriogram is done
24 within the first 24 hours or so of admission to a
25 neurosurgical unit, and then if the individual is