**A0039F7**
**DR. SUSAN SHOTT, Ph.D.   MAY 2, 2006**

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF ALASKA

3

4    KIMBERLY ALLEN, PERSONAL              )
     REPRESENTATIVE OF THE ESTATE         )
5    OF TODD ALLEN, INDIVIDUALLY,         )
     ON BEHALF OF THE ESTATE OF           )
6    TODD ALLEN AND ON BEHALF             )
     OF THE MINOR CHILD,                  )
7    PRESLEY GRACE ALLEN,                 )
                                          )
8                    PETITIONER,          )
                                          )
9          vs.                            )  No. 03:04-CV-0131-JKS
                                          )
10   UNITED STATES OF AMERICA,            )
                                          )
11                   RESPONDENT,          )

12

13              This is the discovery deposition of DR.

14   SUSAN SHOTT, Ph.D, taken in the above-entitled cause before

15   GWENDOLYN BEDFORD, a Notary Public and Certified Shorthand

16   Reporter within and for the County of Cook, State of

17   Illinois, taken at the Amata Office Suites, 150 North

18   Michigan Avenue, 28th Floor, Chicago, Illinois, held on the

19   2nd day of May, 2006 at the hour of 1:30 o'clock p.m.

20   pursuant to notice.

21   ATKINSON BAKER
     Court Reporters
22   1-800-288-3376
     www.depo.com
23
     File NO. A0039F7
24

25

A0039F7

DR. SUSAN SHOTT, Ph.D.    MAY 2, 2006

**Page 62**

1    A    Probably not much at all.  Because over and over again,

2  what we find in the literature is what is stated here, that the

3  neurological condition of the patient on admission, particularly

4  level of consciousness, is the most important determinate of how

5  they are going to end up.

6    Q    And let me see if I am clear on that.  So even if we

7  were able to come up with evidence that Mr. Allen had bled

8  extensively prior to showing up at ANMC, that would not change

9  your opinion in this regard?

10    A    No, because his neurological condition was so good and

11  that is the Number 1 prognostic factor.

12    Q    And if I could state it conversely then, if Mr. Allen

13  did have extensive bleeding before he showed up at ANMC that

14  morning, you would not consider that to be a negative factor

15  with regard to predicting his outcome?

16    A    Not given his neurologic condition.

17    MS. MCREADY: My objection to the question, I guess you

18  can sort of let it stand, but there is sort of inconsistent -- I

19  mean, you know -- never mind.  I just don't think the question

20  makes sense, but you can ask it and she can answer if she can.

21  BY MR. GUARINO:

22    Q    I guess I am just trying to find out.  We don't have

23  any information, but you're telling me that it really wouldn't

24  matter what the answer was, because even if he had extensive

25  bleeding before he showed up at ANMC, you think since his

**Page 63**

1  neurological status was intact when he showed up, that is the

2  prime predictor of his outcome?

3    A    That is what the research shows.

4    Q    What about the question of rebleeding.  Do you know

5  what I am referring to?

6    A    Yes.

7    Q    And in fact if you look at the next page of your

8  report, you cite one article referenced 26 that notes that one of

9  the main problems for patients with subarachnoid hemorrhage, is

10  that they may have an episode of rebleeding.  Do you see that?

11    A    Yes.

12    Q    Would it be fair to say that patients who experience an

13  episode of rebleeding before they receive treatment have worse

14  outcomes?

15    A    That's a good question.

16    MS. MCREADY: I need to lodge an objection, because I

17  think the word "treatment" is ambiguous.  Do you mean surgery or

18  medical treatment?

19    MR. GUARINO: I can break it up, but let's start with

20  just the basic concept.

21  BY MR. GUARINO:

22    Q    Do patients who experience rebleeding, patients with

23  subarachnoid hemorrhage, who have had an initial bleed and then

24  have a rebleed, do they have worse outcomes?

25    A    That is obviously not a good thing to have a rebleed,

**Page 64**

1  but what you have to bear in mind is the fact that the studies

2  that look at the neurological condition of the patient on

3  admission and find that that's, if it is -- if they are in good

4  condition, that is a very positive factor for outcome, those

5  studies will include patients who came in in good condition and

6  subsequently had a rebleed before they were treated.  Those

7  patients are inevitably going to be included those studies.

8    Q    And when you say they are inevitably included, can you

9  point to the parts of the study that you have cited where they

10  identify patients, specifically patients who came in and

11  neurologically intact and had a rebleed and still had good

12  outcome?

13    A    Unless they state that the patients were specifically

14  excluded, unless those are exclusion criteria, those patients are

15  almost inevitably going to be in those studies.  And there is

16  well-known cases in the literature where patients have come in in

17  good condition, they have had a rebleed and they have nonetheless

18  had good outcomes.

19    Q    The question is for purposes of comparison, would you

20  expect based on your knowledge of the research that patients who

21  experience rebleeding are more likely to have had bad outcomes than

22  patients who don't experience rebleeding?

23    A    That would certainly be true.

24    Q    And, in fact, if you look at one of the references,

25  Reference 23, let's see if I can -- it is the article titled

**Page 65**

1    "Stroke".

2    A    What is the number for the reference?

3    Q    Number 23 according to your list in your report.

4    A    Okay.

5    Q    Do you have that article?

6    A    Let me check.  Yes, I do.

7    Q    If you look at the opening paragraph of that article,

8    "Subarachnoid hemorrhage accounts for 25 percent of all cerebral

9  vascular deaths.  The fatality rate of subarachnoid hemorrhage is

10  reported to be as high as 50 percent.  Among the remaining

11  survivors, 50 percent are less severely disabled.  The ideology

12  of 80 percent of the cases is ruptured intracranial aneurysm.

13  Morbidity and mortality are largely due to rebleeding aneurysms

14  and vaso spasm."  Do you see that?

15    A    Yes.

16    Q    At least according to the report, the morbidity and

17  mortality are based on whether patients experience rebleeding or

18  vaso spasm?

19    A    That's correct.

20    Q    So in your assessment, did you assess whether Mr. Allen

21  experienced any episode of rebleeding on the morning or afternoon

22  when he presented at ANMC?

23    A    Indirectly in the sense that the studies that look at

24  the neurological condition at admission, again do include

25  patients that experience a rebleed.  Unless they specifically

17 (Pages 62 to 65)

A0039F7

## DR. SUSAN SHOTT, Ph.D.    MAY 2, 2006

**Page 74**

1    Q    And I am going to use a little bit of an extreme

2    example here just to test the definition. If someone walks in

3    the emergency room and they are a Grade 1 and 45 minutes later,

4    while they are in the emergency room, their aneurysm bursts and

5    they go into a coma, you would still consider them Grade 1 on

6    admission?

7    A    That is the way it is done. That's correct.

8    Q    And that would be true for any time period after they

9    walk in the door and have the first contact with the provider.

10    If they're a Grade 1 or 2 when they walk in the door and see the

11    provider, whether it is a doctor or nurse care provider, a

12    half hour later or an hour later or two hours later, they have a

13    catastrophic event, they go into coma, you would still classify

14    them as Grade 1 or Grade 2?

15    A    On admission. Yes, that is the definition of the terms

16    and that is how it is used in the literature.

17    Q    And that is the way you're using it in your report?

18    A    I'm using it in the way that is consistent with the

19    literature. That's correct.

20    Q    And your report lumps together all patients that show

21    up at the door and are seen by a provider at whatever grade

22    they're at. And it lumps them with any other patient who may

23    have shown up at a Grade 1 or Grade 2, but within an hour or two

24    hours or three hours has a severe change in status. Your report

25    would lump all those together and consider them all to be what

**Page 75**

1    they were when they first walked in the door?

2    A    As does the literature, yes. My report is consistent

3    with the way that term is used in the literature and that is how

4    it's used.

5    Q    And I did it to you and I apologize. I went off on a

6    tangent and now I am coming back to an earlier question. In

7    terms of the location of the aneurysm, could the location of the

8    aneurysm affect the surgical procedure that would be used?

9    A    I would assume so, but at this point I don't recall the

10    manner in which that would be affected.

11    Q    And, Doctor, I want to be real careful. Your

12    assumptions don't really help me or give me any information

13    unless they're based on either your professional experience or

14    your research. I would like to be careful. What I would like to

15    know is whether you have any basis to offer an opinion about

16    whether the location of the aneurysm may affect what surgical

17    procedure would be used?

18    A    Not that I recall at this time. But that doesn't mean

19    that I haven't reviewed something at some point that is relevant

20    to the question. I do not recall anything as I sit here today.

21    Q    And in terms of -- well, let me ask you, do you have

22    any way to know whether the location might make the surgery more

23    difficult?

24    A    Again, not that I recall at this time.

25    Q    And assume for the moment that some patients have

**Page 76**

1    aneurysms that are more difficult to operate on than others, is

2    that a factor that you would consider in terms of predicting

3    their outcomes?

4    A    Again, I am repeating myself, but it would depend on

5    how you did the analysis. And again, I'm repeating myself, but

6    it bears repeating. When you do a multivariate analysis there is

7    all kinds of factors, that might be related. And your goal is to

8    find the things that really stand out, so that once you take that

9    into account, these other factors sort of fall into a relevance

10    once you have taken into account these major factors.

11            Yes, those things might matter if you look at

12    them just by themselves, but they turn out not to matter if

13    you have already taken into account the primary

14    prognosticator which is the condition on admission.

15    Q    Is it your opinion that the condition on admission

16    gives you enough information about the difficulty of the surgery

17    that might be required to treat that person that you don't need

18    separately consider the difficulty of the surgery?

19            MS. MCREADY:  Objection.

20            THE WITNESS:  No. Are we taking about outcome or the

21    nature of the surgery?  What are we trying to predict here, the

22    nature of the surgery or the outcome?

23    BY MR. GUARINO:

24    Q    It is a longer connection than that. I asked you

25    whether the location of the aneurysm might cause the the

**Page 77**

1    difference in the surgical procedure and your answer is your

2    answer. I don't want to go back through it. And then I asked

3    you whether the location of the aneurysm might result in the

4    surgery being more difficult to perform. And again your answer

5    is your answer and I don't need to go back through it. But my

6    follow-up question is assuming that the aneurysm was -- that the

7    surgery was more difficult to perform, either because of the size

8    or the location or some other factor, is that something that you

9    would consider before you would determine what the person's

10    likelihood of having a good outcome was?

11    A    Not unless I saw good quality research that indicated

12    that once you have taken into account condition on admission,

13    that remains an important factor.

14    Q    We've got some background beeping.

15    A    That was my pager, but we can ignore that.

16    Q    And so I want to be clear. Your view is as long as you

17    know what the condition is of the patient when they walk in the

18    door, you don't need to look at whether their surgery is going to

19    be more difficult than another patient in order to predict their

20    outcome?

21    A    My view is the research has consistently shown that

22    once you have taken into account the patient's initial condition,

23    other factors which by themselves would matter, and which common

24    sense tells you matters, simply do not have a significant impact

25    on determining or predicting the outcome.

20 (Pages 74 to 77)