Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | Case No.:  3:04-CV-0131-JKS |

**MOTION IN LIMINE TO LIMIT DEFENDANT'S EXPERTS TO ONLY TESTIFY WITHIN THE SCOPE OF THEIR EXPERTISE**

Kimberly Allen, by and through counsel Ashburn & Mason, P.C., hereby moves this Court for an order limiting Defendant's experts to only testify within the scope of their expertise.

This motion is supported by the memorandum and attachments thereto filed simultaneously herewith.

ASHBURN & MASON, P.C.
Attorneys for Plaintiff

DATED:  11/13/06           /s/  Donna J. McCready
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-4331
Fax: (907) 277-8235
E-mail: djm@anchorlaw.com
Alaska Bar No. 9101003

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2006, a copy of the foregoing Motion in Limine to Limit Defendant's Experts to Only Testify Within the Scope of Their Expertise was served electronically on Gary Guarino.

 /s/ Donna J. McCready

P:\Clients\10194\Pleadings\MIL Expert Scope 061113.doc