```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ALASKA
 3                      ---oOo---
 4
 5   KIMBERLY ALLEN, Personal
     Representative of the ESTATE OF
 6   TODD ALLEN, Individually, on Behalf
     of the ESTATE OF TODD ALLEN, and on
 7   Behalf of the Minor Child PRESLEY GRACE
     ALLEN,
 8            Plaintiff,
 9   vs.                      No.  304-CV-0131 (JKS)
10   UNITED STATES OF AMERICA,
              Defendants.
11   ---------------------------/
12
13
14        DEPOSITION OF RICHARD A. RUBENSTEIN, M.D.
15                  February 22, 2006
16   RICHMOND, CA
17
18
     Reported by:
19   DANUTA KRANTZ
     CSR NO. 4782
20
     Atkinson-Baker, Inc.
21
     Court Reporters
22
     www.depo.com
23
     File No.: A000DE4
24
25
```

A000DE4
RICHARD RUBENSTEIN - February 22, 2006

```
                                           Page 15
 1   conduction studies?
 2       A.  Correct.
 3       Q.  Then you have a special interest in
 4   traumatic brain injury?
 5       A.  In cognitive neurology.
 6       Q.  In cognitive --
 7       A.  Or behavioral neurology.
 8       Q.  Do you know how it was that you
 9   were selected to be an expert witness in this
10   case?
11       A.  No.
12       Q.  What were you asked to do in this
13   case?
14       A.  I was asked to review all of the
15   records, depositions, et cetera, and formulate an
16   opinion.
17       Q.  An opinion about what?
18       A.  About causation.  In other words,
19   whether Mr. Allen's subarachnoid hemorrhage was
20   representative of a condition that could have
21   reasonably been prevented had it been diagnosed in
22   a timely fashion.
23       Q.  All right.  And let me ask you
24   this.  What, in your training, practice,
25   education, do you think allows you the background
```

Atkinson-Baker, Inc., Court Reporters

A000DE4
RICHARD RUBENSTEIN - February 22, 2006

Page 34

1  the country or are there particular areas that --
2  where you mainly are doing expert work?
3      A. Well, most, I would say, of the
4  cases that I have worked on pretty much have been
5  west of the Mississippi.
6      Q. Have you ever had any training in
7  emergency medicine?
8      A. Well, not emergency medicine. You
9  mean like treating heart attacks and pulmonary
10 emboli and --
11     Q. Like doing ER work?
12     A. Well, I mean, I did ER work as an
13 intern, and I'm thoroughly familiar with
14 neurologic emergencies, but in terms of any
15 ongoing work as an emergency room physician, let's
16 say, no, I have not done that.
17     Q. Let me ask this. Is emergency
18 medicine a specialty within medicine?
19     A. Yes.
20     Q. Do doctors or medical students that
21 want to become doctors actually do residencies in
22 emergency medicine?
23     A. Yes.
24     Q. Have you done a residency in
25 emergency medicine?

Page 35

1      A. No.
2      Q. When you talk about neurological
3  emergencies, if you could just give me an example
4  what that would be.
5      A. Yeah. Like subarachnoid
6  hemorrhage, intracerebral hemorrhage, myasthenic
7  crises, traumatic brain injury.
8      Q. Have you ever worked in an
9  emergency room setting, I mean, aside from being
10 in medical school?
11     A. Well, I have -- maybe what you are
12 confused about is, I have been in emergency rooms
13 hundreds and hundreds of times consulting on my
14 patients, you know, when I was doing hospital
15 work.
16     But in terms of working in an emergency
17 room and treating colds and sniffles looking in
18 eardrums and that kind of thing, I have never done
19 that.
20     Q. Actually, that's what I do want to
21 understand, the hospital work, the work you have
22 done in emergency rooms.
23     Is that something where you would be
24 called to an emergency room because one of your
25 patients has presented in the emergency room?

Page 36

1      A. Or I was on the emergency room
2  panel and I would be called in to see, you know, a
3  new acute patient that was just presenting himself
4  in the emergency room.
5      Q. Are you doing that sort of work
6  now?
7      A. No.
8      Q. When were you doing that?
9      A. The last emergency room work, per
10 se, that I did was about 1997. So it was -- I
11 stopped doing that essentially nine years ago.
12     Q. When you were doing it, if you
13 could describe for me what that practice was like
14 then before 1997.
15     A. Well, in -- I had two associates,
16 one of whom I still have. And we covered an area
17 of a half a million people in this area. And we
18 were the only neurologists for half a million
19 people. So, bigger than Anchorage.
20     And so we were extremely busy. And we
21 covered two hospital emergency rooms in this area
22 for neurology -- neurologic issues.
23     Q. For neurologic consults?
24     A. Yes.
25     Q. So the emergency doctor would maybe

10 (Pages 34 to 37)

Atkinson-Baker, Inc., Court Reporters                    800-288-3376

Page 72

1  Q. I am saying -- I am just asking if
2  a patient has been diagnosed with a subarachnoid
3  hemorrhage, if their chances for rebleeding are
4  really -- let me ask it a little bit differently.
5  Sorry. Let me back up.
6      If you have got a patient who has got a
7  subarachnoid bleed and it's been diagnosed, aren't
8  their chances of rebleeding less if they are
9  actually in a neurointensive care unit than if
10 they're discharged home --
11     A. Of course. Yes.
12     Q. -- without being monitored?
13     A. Sure.
14     Q. Do you know whether or not the
15 majority of patients who present to an emergency
16 department with a subarachnoid hemorrhage are
17 operated on within the first 24 hours?
18     A. Well, that is a very generalized
19 question. It really is highly dependent on where
20 they present to. As I said, you know, the
21 mortality of subarachnoid hemorrhage under optimum
22 circumstances is about 50 percent. And as I said,
23 about ten percent of subarachnoid hemorrhage cases
24 die before they ever hit the hospital or receive
25 medical care.

Page 73

1      So of those that hit the hospital and
2  are seen, depends where they hit the hospital. If
3  they are in some rural environment where they
4  don't have access to neurosurgery or to, you know,
5  significant technology, no, surgery would be
6  delayed perhaps for days.
7      And if they present to UCSF or the
8  University of Washington emergency room, surgery
9  probably would be the same day they had -- or to
10 Mass. General Hospital, they probably would have
11 surgery the same day that the aneurysm was
12 diagnosed, if it was surgically accessible, by the
13 way.
14     Q. Right. Let me follow up on a
15 couple of things you just said.
16     First of all, did you say that 50
17 percent of people that have a subarachnoid
18 hemorrhage die?
19     A. Yes.
20     Q. Is that --
21     A. Whether they received optimum
22 treatment or not.
23     Q. Is that 50 percent of the entire
24 population of people with subarachnoid hemorrhages
25 or is that the people that show up --

19 (Pages 70 to 73)

800-288-3376