Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendants.

Case No.:   3:04-CV-0131-JKS

**PROPOSED
ORDER LIMITING DEFENDANT'S EXPERTS TO
ONLY TESTIFY WITHIN THE SCOPE OF THEIR EXPERTISE**

The Court, having reviewed the Motion and Memorandum Limiting Defendant's Experts to Only Testify Within the Scope of Their Expertise and supporting exhibits, and having considered any opposition, HEREBY ORDERS that the motion is **GRANTED**.

- Dr. Rubenstein should be restricted from testifying regarding the standard of care for diagnosis and treatment in an emergency room setting and from testifying regarding the logistics of treating emergency neurological conditions *in Anchorage, Alaska*;

- Dr. Levy should be restricted from testifying regarding Mr. Allen's neurological prognosis and chances for survival; and

Dr. Rubenstein and Dr. Levy should both be restricted from testifying regarding the standard of care applicable to an advanced nurse practitioner.

**DATED:** _____

Honorable James K. Singleton

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2006, a copy of the foregoing Proposed Order Limiting Defendant's Experts To Only Testify Within the Scope of Their Expertise was served electronically on Gary Guarino.

/s/ Donna J. McCready

P:\Clients\10194\Pleadings\O-Motion re Expert Scope.doc

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 · FAX 907.277.8235

ORDER LIMITING DEFENDANT'S EXPERTS TO ONLY TESTIFY WITHIN THEIR SCOPE OF EXPERTISE
*Allen v. USA,* Case No. 3:04-CV-0131-JKS                                    Page 2 of 2