```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

      KIMBERLY ALLEN, ET AL      vs.    UNITED STATES OF AMERICA

BEFORE THE HONORABLE  JAMES K. SINGLETON  CASE NO  3:04-CV-00131-JKS

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:    DONNA MCCREADY

               DEFENDANT:    GARY M. GUARINO

PROCEEDINGS: STATUS CONFERENCE HELD 11/13/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:34 p.m. court convened.

Court and counsel heard re trial status, pretrial procedures and trial scheduling.

Trial by jury set for **6/25/2007 at 9:00 a.m.**

Parties to file by **11/30/2006** a joint stipulation re pretrial deadlines and new response dates re pending motions.

At 2:13 p.m. court adjourned.

DATE:   November 13, 2006   DEPUTY CLERK'S INITIALS:     SCL