Donna J. McCready
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 276-4331 / phone
(907) 277-8235 / fax

Attorney for Kimberly Allen

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN, Individually, on Behalf of the ESTATE OF TODD ALLEN, and on Behalf of the Minor Child PRESLEY GRACE ALLEN,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendants. | Case No.: 3:04-CV-0131-JKS<br><br>**PROPOSED PRETRIAL DEADLINES** |

   COME NOW the parties, by and through their respective counsel, and propose the following pretrial deadlines for approval by the Court:

| | |
|---|---|
| Motions in Limine/Pretrial Motions | March 16, 2007 |
| Responses to Motions in Limine | April 2, 2007 |
| Reply to Responses to Motions in Limine | April 9, 2007 |
| Pretrial documents (trial brief, exhibit lists, final witness lists) | April 30, 2007 |

|  |  |
|---|---|
| Proposed Pretrial Order meeting | May 4, 2007 |
| Supplemental Trial Briefs | May 11, 2007 |
| Proposed Pretrial Order | May 24, 2007 |
| Final pretrial conference | June 11, 2007 |
| Trial Date | June 25, 2007 |

Dated:   11/30/2006

ASHBURN & MASON, P.C.
Attorneys for Plaintiff
/s/   Donna J. McCready
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-4331
Fax: (907) 277-8235
E-mail: djm@anchorlaw.com
Alaska Bar No. 9101003

NELSON P. COHEN
UNITED STATES ATTORNEY
Attorneys for the Defendant

DATED:   11/30/2006

/s/   Gary M. Guarino (consent)
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2006, a copy of the foregoing was served electronically on Gary Guarino.

/s/ Donna J. McCready

P:\Clients\10194\Pleadings\Proposed Pretrial Deadlines.doc

PROPOSED PRETRIAL DEADLINES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS