NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BRIEFING ON PLAINTIFFS' MOTION FOR RULING REGARDING PROOF OF CAUSATION (Docket 41) and PLAINTIFFS' MOTION IN LIMINE (Docket 48)** |

The parties, via undersigned counsel, stipulate and agree to the following

extension of time and proposed dates to complete the briefing for Plaintiffs' Motion For

Ruling Regarding Proof Of Causation (Docket 41) and Plaintiffs' Motion In Limine To Limit Defendant's Expert Testimony (Docket 48):

| | |
|---|---|
| 12/22/06 | Defendant's Opposition to Plaintiffs' Motion for Ruling Regarding Proof Of Causation (Docket 41) |
| 12/31/06 | Plaintiffs' Reply to Defendant's Opposition |
| 02/16/07 | Defendant's Opposition to Plaintiffs' Motion In Limine To Limit Defendant's Experts' Testimony (Docket 48) |
| 02/28/07 | Plaintiffs' Reply to Defendant's Opposition |

Dated: 12/06/2006            s/Donna J. McCready
                             DONNA J. MCCREADY
                             Attorney for Plaintiffs


                             NELSON P. COHEN
                             UNITED STATES ATTORNEY


Dated: 12/06/2006            s/Gary M Guarino
                             GARY M. GUARINO
                             Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2006,
a copy of the foregoing STIPULATION FOR
EXTENSION OF TIME FOR BRIEFING ON
PLAINTIFFS' MOTION FOR RULING
REGARDING PROOF OF CAUSATION AND
PLAINTIFFS' MOTION IN LIMINE
was served electronically on Donna J. McCready

s/Gary M. Guarino