NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**[PROPOSED] ORDER** |

      Based upon the parties' stipulation, it is ORDERED that the United States shall have until December 22, 2006 to file the Defendant's Opposition to Plaintiffs' Motion for Ruling Regarding Proof Of Causation; the Plaintiff shall have until December 31, 2006 to file any Reply to Defendant's Opposition; the United States shall have until February 16, 2007 to file

the Defendant's Opposition to Plaintiffs' Motion In Limine to Limit Defendant's Experts' Testimony ; and the Plaintiff shall have until February 28, 2007 to file any Reply to Defendant's Opposition.

_____    _____
Date:                               James K. Singleton
                                    United States District Court Judge