IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**ORDER** |

Based upon the parties' stipulation, it is ORDERED that the United States shall have until December 22, 2006, to file the Defendant's Opposition to Plaintiffs' Motion for Ruling Regarding Proof Of Causation; the Plaintiff shall have until December 31, 2006, to file any Reply to Defendant's Opposition; the United States shall have until February 16, 2007, to file the Defendant's Opposition to Plaintiffs' Motion In Limine to Limit Defendant's Experts' Testimony; and the Plaintiff shall have until February 28, 2007, to file any Reply to Defendant's Opposition.

| | |
|---|---|
|   12/8/2006                    <br>Date: |     /s/James K. Singleton, Jr.       <br>James K. Singleton, Jr.<br>United States District Court Judge |