EXHIBIT TABLE OF CONTENTS

EXHIBIT A - Deposition of Kimberly Allen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-19

EXHIBIT B - ANMC-Chronic Pain Program General Agreement . . . . . . . . . . . . . . . . . . . 1-2

EXHIBIT C - ANMC-Chronic Pain Program Agreement for Long-term Use of Opioid Pain Medications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-12

EXHIBIT D - Medical Records . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

EXHIBIT E - Videotaped Deposition of Patricia A. Ambrose . . . . . . . . . . . . . . . . . . . . . . . 1-3

EXHIBIT F - Videotaped Deposition of Donna A. Fearey . . . . . . . . . . . . . . . . . . . . . . . . . . 1-7

EXHIBIT G - Videotaped Deposition of Richard E. Brodsky, M.D. . . . . . . . . . . . . . . . . . . 1-4

EXHIBIT H - Deposition of Loretta Lee, M.D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-5

EXHIBIT I - Deposition of Susan K. Dietz, M.D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

EXHIBIT J - Certificate of Death . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

EXHIBIT K - Report of Michael Levy, M.D., FACEP, FACP . . . . . . . . . . . . . . . . . . . . . . 1-9

EXHIBIT L - Report of Richard A. Rubenstein, M.D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-6

EXHIBIT M - Report of Ronald F. Shallat, M.D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

EXHIBIT N - Report of Diane Duntze, FNP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-5

EXHIBIT O - Videotaped Deposition of Michael Levy, M.D. . . . . . . . . . . . . . . . . . . . . . 1-18

EXHIBIT P - Deposition of Richard A. Rubenstein, M.D. . . . . . . . . . . . . . . . . . . . . . . . . 1-12

EXHIBIT Q - Deposition of Ronald F. Shallat, M.D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-14

EXHIBIT R - Videotaped Deposition of Diane "DeDe" Duntze, RN, ANP . . . . . . . . . . . . 1-4

**DOCUMENT NAME**
Kimberly Allen
Case No. 3:04-cv-0131-JKS