Last revised 4/23/02

## ANMC Chronic Pain Program
## Agreement for Long-term Use of Opioid Pain Medications

Opioid pain medications such as morphine, oxycodone, and codeine are some of the strongest known pain relievers. These medicines may be very helpful for some patients with chronic pain. Some patients say they are able to do more activities when they take these medicines. Most people also say they get a great deal of relief from their pain but do not get complete pain relief.

When I sign this paper I am saying that I understand that taking these opioid medications over a long period of time may cause some side effects. These opioid pain medications could decrease my ability to concentrate and think clearly, though this side effect usually decreases in time. Other side effects may include constipation, dizziness, itching, nausea, and difficulty passing urine. If I already have any of these problems, I will tell my provider.

I know that taking these opioid pain medications for a long period of time may cause me to become dependent. That means that if I stop taking the opioid pain medications suddenly, I could have withdrawal symptoms such as tearing, runny nose, difficulty sleeping, agitation, abdominal pain, and severe discomfort.

I also understand that taking these opioid pain medications over a long period of time may put me at risk for developing an addiction. This means that I could start thinking only about taking opioid pain medications or other drugs so that other important parts of my life, such as my family, friends, work, and health could suffer. I understand that people with addictions are often not aware of the signs of addiction. I know it is very important that my provider follows me closely to see whether I am developing an addiction. To make sure I do not become addicted, I know that my provider may need to check my urine for these opioid pain medications or other drugs. My provider may randomly ask me to bring all of my opioid pain medications to the clinic for a pill count between my scheduled appointments; then, I would be required to report to the clinic within 24 hours. My provider may also need to be in contact with my family members and/or friends, because the symptoms of addiction may be seen by others I know before I see them.

WOMEN: Taking regular doses of opioid pain medications during pregnancy may be harmful to growing babies. I know I am not pregnant now and I will make sure as best I can that I will not become pregnant while I am taking opioid pain medications.

Write your Initials beside the responses:

A. ___TA___    I will do my best to take my opioid pain medications exactly as my provider tells me. If I am not taking them as my provider tells me, I will contact my provider. I will not take more opioid pain medications than my provider tells me to.

(Patient ID Sticker Here)

Todd Allen
3-30-07
35362

1

Copyright © 2006
Allen (ANMC) - 14

Exhibit C Page 1 of 12

B. ___X___  I will not share or sell any opioid pain medications with anyone else.

C. ___X___  I will not drink alcohol on days I am taking opioid pain medications. I will not use illegal drugs.

D. ___X___  If I feel tired or mentally foggy, I will not drive, operate heavy machinery, or serve in any capacity related to public safety.

E. ___X___  I will give a urine sample when my provider requests it, to test for opioid pain medications and other drugs, to help test for drug use and monitor for physical dependence or addiction. My provider may ask a clinic staff member (of the same gender) to observe me as I produce the specimen. If I decline, I agree to give a blood sample.

F. ___X___  I will bring all of my opioid pain medications to the clinic every time I come to the Family Medicine Clinic to see a provider so that a staff member can count the number of pills I have. This will help my provider know if I am taking the opioid pain medications in the right way. My provider or case manager may ask me to come to the clinic just for this purpose and I will be required to bring all my opioid pain medications to the clinic within 24 hours.

G. ___X___  I will allow my provider to talk to my family, friends, and/or people I work with, as identified in the Chronic Pain Program General Agreement, to help monitor my progress, as well as to look for early signs of addiction.

H. ___X___  If my provider recommends, I will see a special provider for the purpose of finding out whether I am developing an addiction to opioid pain medications.

I. ___X___  It is my job to call my provider at least 3 business days in advance of running out of my opioid pain medications. I understand that my provider will not be able to prescribe pain medication during evenings and weekends. My provider's partners may not provide me with refills by phone, especially at night or on weekends.

J. ___X___  I understand that in the beginning my provider will ask me to keep written notes about my pain and when I take my opioid pain medications. I will share these notes with my provider. This will help my provider to keep track of my medication use and how well the medication is working.

K. ___X___  My provider may not be able to renew my prescription if I do not bring required information and all unused opioid pain medications to each provider visit.

L. ✗  I will not receive medications for my pain (such as opioid pain medications, sleeping pills, tranquilizers, stimulants, and illicit drugs) from anyone other than my regular provider or my provider's partners. If I have an emergency that requires more pain medication, I will call my provider's office first unless an emergency makes me to go straight to the emergency room. If this happens, I will tell the provider in the emergency room or hospital about my special arrangement for use of opioid pain medications. After the emergency is over I will tell my provider that I got pain medication from another provider.

M. ✗  I will go to pain education classes. These classes will include information on how to measure my pain as well as non-drug pain control techniques. I must go to all of these pain education classes within 9 weeks after the start of treatment in order to continue to get my opioid pain medications.

N. ✗  I will work with my provider and case manager in making a care plan at the end of the pain education classes. I will try very hard to meet the goals we set. I understand that the care plan will be reviewed and changed every 3 months and I will continue to work hard to meet the goals. I know I must be active in trying to meet these goals in order to keep getting my opioid pain medications.

O. ✗  I will allow my provider to receive information from any other health care provider or pharmacist to evaluate for possible misuse or abuse of alcohol or other drugs. The aforementioned permission shall expire only upon written cancellation of this agreement.

P. ✗  I will have all my opioid pain medications filled at the ANMC Pharmacy. I give my provider permission to contact all other pharmacies and physicians to request that they not provide me with any addictive opioid pain medications. This permission shall expire only upon written cancellation of this agreement.

Q. ✗  I understand that if my opioid pain medications are lost, stolen, or destroyed, they will not be replaced until my next scheduled refill date.

R. ✗  I understand if I chose to change my primary care provider, my medical care will be changed to the new primary care provider during a visit that includes myself, the new primary care provider and the primary care provider I am transferring from.

S. ✗  I understand that my provider may slowly take me off opioid pain medications if my provider believes that the opioid pain medications are harming me or not helping me.

T. _____  I understand that if I do not follow this pain medication agreement my provider will continue to provide my healthcare, but, my provider may choose to slowly take me off my opioid pain medications. Opioid pain medications may not be part of my treatment plan and I may be designated as Maintenance Opioid Ineligible in which case no ANMC provider will prescribe maintenance opioid medications to me.

Copyright © 2006
Allen (ANMC) - 16

Exhibit C Page 3 of 12

U. _____ FOR WOMEN: I will do everything I can do to avoid getting pregnant while I take these opioid pain medications. To the best of my knowledge I am not pregnant now.

_Todd A. Allen_, has voluntarily entered into this agreement for long-term pain management.

_T.H Allen_     _1-11-05_     _____
1. Patient signature    3. Date        6. Provider Signature    Date

For provider:

| 2. Patient signed agreement | Yes, patient signed ............... 1 Patient refused to sign ......... 2 Other _____ ..... 3 |
|---|---|
| 4. Renewal date | |
| 5. Patient given copy of contract | Yes No |

Agreement for Long-term Use of Opioid Pain Medications    4

Copyright © 2006
Allen (ANMC) - 17

Exhibit C Page 4 of 12

Last revised 8/05/02

### ANMC Chronic Pain Program
### Patient Initial Assessment

| Item | Question | Response |
|---|---|---|
| 1 | What is your name? | Name Todd Allen |
| 2 | What is your Medical Record Number? | Record # 3-30-67 |
| 3 | What is the best phone number to reach you at? | Phone 337-8895 |
| 4 | What is an emergency phone number to reach you at? | Emergency Phone 263-8340 |
| 5 | What is your work telephone number? | Work Phone 834-6913 |
| 6 | What is your birth date? | 3 / 30 / 67  date  month  year |
| 7 | How old are you? | Age in years 35 yrs. 9 mo |
| 8 | Marital Status | Single...........1<br>Married........(2)<br>Divorced......3<br>Widowed.....4<br>Domestic Partner.....5 |
| 9 | Who is your primary support person?<br>* Make sure this person is identified and a signed release has been obtained to contact this person on the "General Chronic Pain Agreement" | Name |
| 10 | What is the telephone number for your primary support person? | Phone |
| 11 | Who is your primary care provider? | Provider Maria Freeman |
| 12 | Who is your case manager? | Case Manager Sarah Carter |
| 13 | What is the most recent Prime MD Score? (retrieve from the Health Summary) | Score: |
| 14 | Date of most recent Prime MD score? (retrieve from the Health Summary) | Date: |
| 15a | Location of Pain: On Figure 1, please shade the area(s) where the patient feels pain. Mark an "X" in the areas that hurt the most.<br><br>Provider: Please identify each separate pain complaint with letters (e.g., A, B, C...), in order from greatest to least, for later reference. | Location A: Right side head Jaw joint area/inside ear area due to T.M.J. pain broken jaw |

Last revised 8/05/02

| | | |
|---|---|---|
| 15b | Location of Pain (see Diagram 1) | Location B: left side head Jaw joint area |
| 15c | Location of Pain (see Diagram 1) | Location C: Right side head-ear area |
| 15d | Location of Pain (see Diagram 1) | Location D: left side head-ear area |
| 16 | PIA Date (Today's Date) | |
| | For questions 16a through 16e, the patient rates the pain using either 0-10 numeric scale (where 0 = no pain or 10 = worst imaginable pain), or FACES Pain Scale. Please note which is used. Use FACES with children, non-English speaking or cognitively impaired individuals. | |
| 16a | Pain as it is right now | Rating (0 to 10) ............ 5 |
| 16b | Pain at its worst | Rating (0 to 10) ............ 10 |
| 16c | Pain at its best | Rating (0 to 10) ............ 2 |
| 16d | Pain on average during the last month | Rating (0 to 10) ............ 6 |
| 16e | Most acceptable level of pain | Rating (0 to 10) ............ 6 |
| 17 | Frequency of pain flares during the last month | # flares in past month Est 16 |
| 18 | Duration of pain flares during the last month 1-2 hrs to 2-3 days | Duration of flares in past month 2-hrs to 2-3 days |
| 19a 19b 19c 19d | Overall, what is your pain like? You can use your own words, or the following words:<br><br>(Aching)   (Sharp)   Penetrating<br>(Throbbing)  (Tender)  Nagging<br>(Shooting)  Burning  Numb<br>Stabbing  Exhausting  (Miserable)<br>(Gnawing)  Tiring  (Unbearable)<br>Intermittent  Continuous | Word Descriptors:<br><br>19a_____<br>19b_____<br>19c_____<br>19d_____ |
| 20 | What sorts of things make your pain feel better, or relieves the pain (for example: heat, rest, medicine)? | List: heat, rest, medication Laying on my back not my sides |

Last revised 8/05/02

| | | |
|---|---|---|
| 21 | What sorts of things make your pain feel worse, or increases your pain (for example: walking, standing, lifting)? | List: long days of laborous work, cold- cold-freezing weather, traveling through mts. |
| 22 | When and how did your pain problem start (onset and duration)? Broken Jaw from an Auto/pedestrian incident. | Hx of pain: |
| 23 | As far as you know, what is the cause of your pain (i.e., the diagnosis)? T.M.J. | Cause of pain: Broken Jaw, |
| 24 | Do you notice variations and rhythms in the pattern of your pain? | Variations and Rhythms in pain: |
| 25 | In regards to your pain, what providers (anywhere) have you seen? When did you see them? What did they do? (For example: Doctor did physical exam, ordered tests, prescribed medication) | Names of providers seen: Dr. Todd - Valdez AK Ph# 835-4811 - last visit nov. month? Est. |
| 25b1 25b2 | Previous Primary Care Provider 1 Date of change | |
| 25c1 25c2 | Previous Primary Care Provider 2 Date of change | |
| 25d1 25d2 | Previous Primary Care Provider 3 Date of change | |
| 26 | What tests and studies have been done in regards to your pain (e.g., MRI, CT-Scan, X-Rays) ← All. Reconstructive Surgery R. side mandible | Tests and studies done: |
| 27 | What clinics have you been to other than Family Medicine at ANMC in order to address your pain? Valdez medical clinic Valdez, AK Ph. (907) 835-4811 | Orthopedics............1<br>Neurology............2<br>ADATT............3<br>Mental Health............4<br>Physical Therapy............5<br>Women's Health Clinic............6<br>Internal Medicine............7<br>Complementary Medicine............8<br>Traditional Healing Program............9<br>Other (List_____)............10 |

Patient Initial Pain Assessment   3

Copyright © 2006

Allen (ANMC) - 20

Exhibit C Page 7 of 12

Last revised 8/05/02

| 28a1 | What medications have you taken in the past for your pain? — Been the same | 28a1 Medication _Percocet_ |
|---|---|---|
| 28b1 | How effective has the medication been? | 28b1 Effectiveness _7-8_ (0=not effective; 10=extremely effective) |
| 28c1 | Comments: If prescribed outside of ANMC, please note the prescriber's name. _Dr. Todd V.MC. 8354811_ | |

| 28a2 | What other pain medications have you taken in the past? _Valium_ | 28a2 Medication _Valium_ |
|---|---|---|
| 28b2 | How effective has the medication been? | 28b2 Effectiveness _7-8_ (0=not effective; 10=extremely effective) |
| 28c2 | Comments: If prescribed outside of ANMC, please note the prescriber's name. | |
| 28a3 | What other pain medications have you taken in the past? | 28a3 Medication _____ |
| 28b3 | How effective has the medication been? | 28b3 Effectiveness _____ (0=not effective; 10=extremely effective) |
| 28c3 | Comments: If prescribed outside of ANMC, please note the prescriber's name. | |

Patient Initial Pain Assessment    4

Allen (ANMC) - 21

Copyright © 2006

Exhibit C Page 8 of 12

Last revised 8/05/02

| | | |
|---|---|---|
| 28a4 | What other pain medications have you taken in the past? | 28a4 Medication _____ |
| 28b4 | How effective has the medication been? | 28b4 Effectiveness _____ (0=not effective; 10=extremely effective) |
| 28c4 | Comments: If prescribed outside of ANMC, please note the prescriber's name. | |
| 28a5 | Please list any over-the-counter medications you are currently taking. | 28a5 List: *advil, motrin* |
| 29a to 29r | Whether here at ANMC or in the community, what non-drug treatments have you received for your pain, and how effective have they been? | Technique and  Effectiveness  Please rate on a scale of 0 - 10 (0 = not effective; 10 = extremely effective)  29a Biofeedback.........1 _____  29b Exercise...............2 _____  29c Group Thx............3 _____  29d Distraction..........4 _____  29e Tens Unit.............5 _____  29f Bedrest................6 _____  29g Healing Hands.....7 _____  29h Poking..................8 _____  29I Blessings..............9 _____  29j Imagination.........10 _____  29k Psychotherapy...11 _____  29l Heat/Cold............12 _____  29m Massage/Rubbing 13 _____  29n Dancing................14 _____  29o Cleansing............15 _____  20p Dream..................16 _____  2oq Plant Medicine....17 _____  29r Food Ceremony..18 _____ |

Patient Initial Pain Assessment   5

Copyright © 2006

Exhibit C Page 9 of 12

Last revised 8/05/02

| | For the following questions (30a to 30u) please indicate how your pain has interfered with your daily functioning on a scale of 0 – 10 (0 = does not interfere; 10 = completely interferes) | (0 = does not interfere; 10 = completely interferes) |
|---|---|---|
| 30a. | Daily functioning | Rating (0 to 10) ........................ 2 |
| 30b | Quality of life | Rating (0 to 10) ........................ 5 |
| 30c | Enjoyment of life | Rating (0 to 10) ........................ 5 |
| 30d | General activity | Rating (0 to 10) ........................ |
| 30e | Walking ability | Rating (0 to 10) ........................ 0 |
| 30f | Normal work routine | Rating (0 to 10) ........................ 2 |
| 30g | Stomach | Rating (0 to 10) ........................ 0 |
| 30h | Sleep | Rating (0 to 10) ........................ 2 |
| 30I | Appetite | Rating (0 to 10) ........................ 2 |
| 30j | Elimination (urination or bowel movements) | Rating (0 to 10) ........................ 0 |
| 30k | Breathing | Rating (0 to 10) ........................ 0 |
| 30l | Skin | Rating (0 to 10) ........................ 0 |
| 30m | Mood | Rating (0 to 10) ........................ 2 |
| 30n | Relations with people | Rating (0 to 10) ........................ 5 |
| 30o | Ability to concentrate | Rating (0 to 10) ........................ 2 |
| 30p | Hygiene | Rating (0 to 10) ........................ 0 |
| 30q | Sexual functioning | Rating (0 to 10) ........................ 5 |
| 30r | Physical appearance | Rating (0 to 10) ........................ 3 |
| 30s | Energy level | Rating (0 to 10) ........................ 3 |
| 30t | Other | Rating (0 to 10) ........................ |
| 31a | **Economic Issues** Please rate your overall concern regarding economic issues, *such as housing, food, transportation, clothing, childcare, medical bills, prescriptions, insurance, etc.* <u>Provider's Comments:</u> | (0 =no concern; 10 = greatest concern) Rating (0 to 10) ........................ 2 |
| 31b | **Emotional Issues** Please rate your overall level of concern regarding emotional issues, *such as depression, frustration, anger, anxiety, panic attacks, mood swings, loss of motiv-ation, difficulty concentrating, psychotic, suicidal, fearful of medical procedures.* <u>Provider's comments:</u> | (0 =no concern; 10 = greatest concern) Rating (0 to 10) ........................ 0 |

Patient Initial Pain Assessment  6

Allen (ANMC) - 23

Copyright © 2006

Exhibit C Page 10 of 12

Last revised 8/05/02

| 31c | Social Support<br>Please rate your overall concern regarding social support issues, *such as availability of support, communication with medical team, recent loss, role changes.*<br>Provider's Comments: | (0 = no concern; 10 = greatest concern)<br><br>Rating (0 to 10) .................... 7 |
|---|---|---|
| 31d | Coping and Pain Management<br>Please rate your overall level of concern regarding your ability to cope or manage your pain, such as distraction, search for meaning, previous stress such as abuse having direct impact on current situation, counseling, medications, chemicals.<br>Provider's Comments: | (0 = no concern; 10 = greatest concern)<br><br>Rating (0 to 10) .................... 3 |

Patient's Signature _Jeff al___    Date _1-16-03_

Case Manager Signature _____    Date _____

Provider's Signature _____    Date _____

Patient Initial Pain Assessment    7

Allen (ANMC) - 24

Copyright © 2006

Exhibit C Page 11 of 12

Last revised 8/05/02



Figure 1.

Patient Initial Pain Assessment   8

Allen (ANMC) - 25

Copyright © 2006

Exhibit C Page 12 of 12