**EMERGENCY VISIT RECORD**

Clinic: 80 30 51
Triage Level: 1 2 3 (4) 5
Arrival Time: 0707
Triage Time: _____ Triage Initial: _____
Room #: 13

Chief Complaint / Triage Subjective: 0710 – ears & head are hurting – up all night
P= 10
Triage Objective: Sitting c eyes closed

Temp 97.0  Pulse 56  Resp 20  B/P 124/71
SaO2 ___  MEDS: Pain contract, percocet, valium
Wt 118  #60
LMP ___
Allergies: ASA – ?PCN

Primary Provider: 3  2  1  DAK
Other Providers: ___

Provider: DF
Called to Room: 0735
Seen at: 0745

CC ear/jaw pain

hpi: in process of divorce now. From Anchor to Valdez. The drive here he had R ear pain now (R) – wants to be sure not infected – can't keep percocet down 2° nausea last noc – did eat large meal last pm

Other chills aux 26/0 abd pain

c Alert NAD – speech slow
TMJ's bilat a click loud, but mobile
nares pt
pharynx pk (+) click/tenderness
neck supple (+) Bilat TMJ
+ no bis
lungs CTA HANF

only mandible Fx

Orders | Initials
Td |
PPD |
Hep B # |
Influenza |
MMR |
OPV |
Pneumovax |
OTHER |

Disposition of Case:
☐ Admit
☐ Transfer
☒ Discharge
☐ Other/AMA Deceased

Departure Time: 0807
RN: ___ 08
Condition: P= 8
Acuity Level: I II III IV V
99201 Scheduled Visit

**PURPOSE OF VISIT / PROBLEM LIST ADDITIONS OR CHANGES**
Chronic pain TMJ's – hx mandible Fx
nausea

E + M
99281 ER Visit
99282 ER Visit ✓
99283 ER Visit
99284 ER Visit
99285 ER Visit
99291 Critical Care 1st hour
99292 (99291+) 30 Min.

Education: AFTERCARE INSTRUCTIONS GIVEN

**MEDICATIONS / PROCEDURES / TREATMENTS / PLAN:**
aware w/ pain contract onares [signature]
Phenergan 25mg IM now
phenergan 25mg po Q1D prn #6
f/u w/ PCP     pt has m.o.___

03-53-62  M  DOB 03/30/67
ALLEN, TODD ANDREW
4/19/03 07:07  CLIN 80
VALDEZ
ACCT 6165682

Date: 4-19-03   Billing type: None  Medicare  Medicaid  3rd party ins.  W/C___  MVA___  Date Of Injury:___

**DIAGNOSIS:** nausea, TMJ/ear pain

| AFTERCARE INSTRUCTIONS | |
|---|---|
| **LACERATION/WOUND CARE**<br>○ Wound Check on: _____<br>○ Stitch Removal on _____<br>○ Keep Clean and Dry<br>○ Change Dressing | ○ Keep elevated to decrease swelling<br>○ Aspirin or Tylenol for pain (circle one)<br>○ Return if signs of infection:<br>   redness, swelling, fever, pus, hot |
| **HEAD INJURY**<br>○ Wake patient every 2 hours for next 24 hours<br>○ No aspirin products<br>○ No alcohol<br>○ Return if any of the following occur:<br>   confusion, unable to wake patient, nausea or vomiting, pupils unequal | **COUGH/COLD SYMPTOMS**<br>○ Fluids<br>○ No smoking<br>○ Medication as prescribed<br>○ Cool mist humidifier<br>○ Return if symptoms worsen, fever present |
| **FRACTURES/SPRAINS**<br>○ Keep injured part elevated for next 2 days, use ice to decrease swelling<br>○ Move fingers or toes often in cast or bandage<br>○ Do not insert objects under cast or wrap to scratch<br>○ Use crutches as instructed, use special care on ice/steps<br>○ Rewrap ace wrap if extremity becomes numb, cold, discolored or swollen<br>○ If no improvement - return | **BACK/NECK PAIN**<br>○ Firm surface to rest on<br>○ No heavy lifting until better<br>○ Wear collar as advised<br>○ Gentle, firm massage if approved by provider<br>○ Contact Physical Therapy at 729-1249<br>○ Return if pain increases or you begin to experience tingling or numbness in ____ |
| **NAUSEA**<br>○ Clear liquids for 12-24 hours or until nausea is gone<br>○ Avoid milk products, spicy or greasy foods, alcohol<br>○ Return if worse or not better in 24 hours | **SEXUALLY TRANSMITTED DISEASES**<br>○ Medication as prescribed<br>○ No unprotected sex for ___ days<br>○ Notify recent partners.<br>○ Return if symptoms worsen |
| **DIARRHEA**<br>○ Clear liquids frequently for 24 hours or until stools become firmer (Pedialyte, Resol, or Rice lyte in infants)<br>○ Advance slowly: rice cereal, bananas, applesauce, crackers, clear soup<br>○ Return if no improvement in 48 hours | |
| **PELVIC INFLAMMATORY DISEASE**<br>○ Bedrest until fever is gone<br>○ Warm baths to lessen pain<br>○ Use pads instead of tampons<br>○ No sex until symptoms gone, use condoms after that.<br>○ Return for increased fever, worsening symptoms | **URINARY TRACT INFECTION**<br>○ Drink large amounts of fluids (water, cranberry or other juices)<br>○ Medication as prescribed<br>○ Return if fever, more pain, worsening symptoms |

**MEDICATION AS DIRECTED:** Take your meds as prescribed for pain
○ PMIS given to patient

**ADDITIONAL INSTRUCTIONS:** Phenergan for nausea (caution drowsiness) F/u w/ your provider

**CALL FOR LAB RESULTS ON:**

Return to ED/UCC if symptoms worsen or do not improve by: _as needed_

You were seen on _4/19/03_ by _AydaP_. This advice was received and understood by _[signature]_ (patient signature) and explained by _AE_.

Additional handouts: _____

**Follow up Appointment:**
Clinic:          Date:          Time:

○ Referral made.
The _____ clinic will call you on the next working day to set up an appointment.

(stamper)

ALASKA NATIVE MEDICAL CENTER
Emergency Dept./Urgent Care Center
4315 Diplomacy Drive
Anchorage, AK 99508
phone: 729-1729

03-53-62 M DOB 03/30/67
ALLEN, TODD ANDREW
4/19/03 07:07  CLIN 80
VALDEZ
ACCT 6165682

Allen(ANMC)-42

Copyrighted Material

*April 18, 2005 Visit to ER. @ 7:00 pm all night. in Ke kar ID#)*



# ALASKA NATIVE MEDICAL CENTER

## NOTICE OF PRIVACY PRACTICES

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE READ AND REVIEW IT CAREFULLY.

The Alaska Native Medical Center respects your privacy and understands that your personal health information is very sensitive. We make a record of the care and services you receive at the medical center. This information is needed to give you quality health care and comply with the law. For example, this information includes your symptoms, test results, diagnosis, treatment, health information from other medical providers, and billing and payment information related to those services. We will not disclose your information to others unless you tell us to do so, or unless the law authorizes or requires us to do so.

This privacy notice will tell you about: (1) the way that we may use and give out medical information about you; (2) your medical privacy rights; and (3) the responsibilities of the medical center in using and disclosing your medical information.

## HOW WE MAY USE AND DISCLOSE YOUR MEDICAL INFORMATION

The list below describes different ways that we use and disclose medical information. For each category of uses or disclosures we explain what we mean and try to give an example.

*For Treatment:*

Information obtained by a member of our health care team will be recorded in your medical record and used to help decide what care may be right for you. We may also provide information to others providing your care. This will help them stay informed about your care so they may help you if needed. For example, a doctor may ask if you have high blood pressure to avoid giving you a medication that may make this condition worse. This information could be shared with nurses, pharmacists, dieticians or physical therapists so they know of the problem and avoid items that might make it worse.

*For Payment:*

We may use and disclose medical information about you so that the treatment and services you receive at the medical center may be billed to and payment may be collected from the government, insurance company, third party or other responsible person. For example, insurance companies may need information about surgery you had at the medical center in order to pay us. In addition, if someone else is responsible for your medical costs, we may disclose information to that person when we seek payment.

1

Allen(ANMC)-49
Copyright © 2006

*A Phenadryn*