```
 1              UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF ALASKA

 3

 4   KIMBERLY ALLEN, Personal
     Representative of the ESTATE
 5   OF TODD ALLEN, Individually,
     on Behalf of the ESTATE OF
 6   TODD ALLEN, and on Behalf of
     the Minor Child PRESLEY
 7   GRACE ALLEN,

 8              Plaintiffs,

 9        vs.

10   UNITED STATES OF AMERICA,

11              Defendant.
     _____/
12   Case No. A04-0131 (JKS)

13

14

15          DEPOSITION OF SUSAN K. DIETZ, M.D.,

16   taken on behalf of the Plaintiffs, pursuant to notice,

17   at the offices of Delaney, Wiles, Hayes, Gerety, Ellis &

18   Young, 1007 West 3rd Avenue, Suite 400, before Gary

19   Brooking, Registered Professional Reporter for Alaska

20   Stenotype Reporters and Notary Public for the State of

21   Alaska.

22

23

24

25
```

Alaska Stenotype Reporters   Copyright © 2006

Exhibit I Page 1 of 3

Page 9

1  Code 99. What was your understanding of what was
2  going on with him when he appeared at the ER?
3     A. Well, he was basically dead in the field
4  when the medics found him. And they resuscitated and
5  got cardiac activity back. And he basically came in
6  as that.
7     Q. Okay. And then did you know why — you
8  know, when he first presented, did you have any idea
9  as to what caused him to be in that condition?
10    A. I don't remember when I -- typically, what
11 will happen is I'll get an ambulance report prior to
12 them coming in. And that will just basically tell me
13 that they're Code 99 and what -- what -- what's been
14 done in the field. It won't give me any history.
15    Q. But typically then, if there's a Code 99 and
16 the ambulance is rushing a patient to the ER, do you
17 get some information ahead of time then from the
18 transport team?
19    A. I will get some information ahead of time
20 that's usually given to me from a nurse that took the
21 medic report over the radio. And that will basically
22 just tell me that it's a 30-ish, 40-ish -- in this
23 case, it would have said something like "30-ish male
24 down in the field and resuscitated." It would be very
25 basic.

Page 10

1     Q. And then do you --
2     A. And then the rest of the report comes from
3  the medic who's transporting the patient in.
4     Q. And then I'm just curious how it works.
5  Generally, when you get a call like that, do you have
6  folks kind of ready at the ER that --
7     A. Yes. A code team would have been assembled.
8  And our code team, it consists of a physician,
9  numerous emergency medicine nurses. It would consist
10 also of a critical care pharmacist, x-ray, laboratory.
11    Q. And when the patient presents -- under these
12 circumstances, it's a Code 99, you get the call ahead
13 of time, you assemble a team. And obviously, the
14 patient can't give you a history. What do you do in
15 terms of getting a history on the patient?
16    A. As the medics are bringing the patient in,
17 transporting them from their gurney to our gurney,
18 they're giving us a history. One of them has been
19 assigned to give us the history.
20    Q. And the history is?
21    A. The history in this case was -- was a
22 gentleman that had been brought -- I have to refer
23 over to the chart.
24    Q. Sure. That's fine.
25    A. A gentleman that had been brought from a

Page 11

1  hotel. And I think his wife was en route behind us.
2  I don't remember exactly where she came in. But that
3  he had -- and if I recall, I think I was seeing him in
4  the early evening hours; and that he had had a
5  headache since the -- since the morning, and had been
6  basically in bed in the hotel with a headache; and
7  that his wife had found him, if I -- I think I might
8  have put in here that she just described him in
9  respiratory distress and called medics. And when they
10 arrived, they found him.
11    Q. In a situation where you have a patient
12 showing up in the circumstances of, you know, Todd
13 Allen, where he can't give you a history but he has
14 got a family member there, do you generally rely on
15 the family member to give you a history?
16    A. Well, the initial history, when somebody is
17 critical, is coming from the medics, because usually
18 the family is not right there or they're distraught in
19 the hallway with clerical -- clergical support. Now,
20 as soon as I can, I would usually excuse myself
21 outside the room and talk with the family to get more
22 history. But that's going to be variable when that
23 occurs.
24    Q. And in this case, did you actually talk
25 directly to the wife?

Page 12

1     A. I did, uh-huh.
2     Q. Do you remember anything about her?
3     A. Yeah. I remember -- I mean, I remember her.
4     Q. Okay. What do you remember about her?
5     A. Just remember that she was a young lady and
6  distraught.
7     Q. Do you remember whether or not she was able
8  to communicate with you kind of directly about what
9  had happened that day or --
10    A. Yeah.
11    Q. Was she able to impart information to you, I
12 guess is what I'm -- I mean, I understand she was
13 distraught, but was she able to communicate with you?
14    A. Yes. She could communicate, yeah.
15    Q. What did she tell you?
16    A. She basically told me essentially what the
17 medics had told me, was that they were up -- I don't
18 know why I remember this, but they were shopping for
19 paint for their new house. And that's why they were
20 in -- because I -- I didn't know why he was in a
21 hotel. That was -- I mean, I didn't know if he was a
22 transient in a hotel or what. I don't get too many
23 codes from a hotel. That's probably why that stands
24 out to me. But that they were out shopping for paint,
25 and that he had developed a headache; and that he had

### Page 21

1  surgical candidate, and so the initial phone
2  conversation I had was with a neurosurgeon.
3      Q. And was that Dr. Godersky?
4      A. Dr. Godersky. And based off of the phone
5  consultation I had with him, I did not admit to him,
6  because there was not a surgical thing that he could
7  correct.
8      Q. And then did Dr. Godersky look at any --
9  were any films e-mailed to him or sent to him, or was
10 this based on a conversation?
11     A. No. This was based strictly off a
12 conversation that I had with him.
13     Q. Okay. And what did he tell you? I mean,
14 what was your understanding as to why he said, "I
15 can't do anything"?
16     A. Because of the patient's clinical
17 presentation, because the patient wasn't responding.
18     Q. Again, on Exhibit 22, on the next page -
19 it's Bates stamped Allen(Providence)-60 - it says
20 emergency -- and I'm looking under the "Emergency
21 Department Course." It says, "His STAT head CT showed
22 a subarachnoid hemorrhage with very significant
23 amounts of cerebral edema." And what is cerebral
24 edema?
25     A. Brain swelling.

### Page 22

1      Q. It says, "No evidence of hydrocephalus."
2  What is hydrocephalus?
3      A. That's water in the ventricles, where the
4  ventricles might be swollen.
5      Q. Okay. And it says, "I consulted by phone to
6  Dr. Godersky on this. I did not ask him to attend to
7  the patient as he indicated, that there was no
8  operative treatment for this given no hydrocephalus."
9  If you could explain that to me. What was --
10     A. With a subarachnoid hemorrhage, they can go
11 in and put in a shunt to relieve a lot of the pressure
12 and help the edema. The indication for doing that is
13 if the ventricles are enlarged, meaning they have
14 hydrocephalus, then that's an indication to go in and
15 decompress that to help the brain out. But in this
16 case, her ventricles -- his ventricles wouldn't --
17 were fairly normal, and so that wouldn't -- that
18 wouldn't help.
19     Q. Okay. So it was your understanding that he
20 wasn't going to be able to help the patient, first of
21 all, because of his clinical presentation?
22     A. Correct, yeah.
23     Q. Was it also because of the extent of
24 cerebral edema?
25     A. No. No. Well, yes, secondarily. I mean,

### Page 23

1  that's why his clinical presentation --
2      Q. That's why he presented the day he did?
3      A. Right. But, no, the second reason he
4  couldn't operate is because there wasn't -- there
5  wasn't any hydrocephalus.
6      Q. And if you want to take a break at any
7  time --
8      A. I will give her (baby daughter Madison) a
9  few more minutes.
10     Q. And then you admitted him to Dr. Lee's care?
11     A. Right.
12     Q. Tell me what your thinking was at that
13 point.
14     A. Well, if it's nonsurgical, then the patient
15 needs to go to a critical care bed and is usually
16 treated by a nonsurgeon. Since he was on a
17 ventilator, I would often admit that to either
18 pulmonary -- it just kind of becomes a toss-up whether
19 you admit to a neurologist, to a pulmonary, or to
20 internal medicine. In this case, I spoke with all
21 three, and I ended up admitting to internal medicine
22 because he was impending death.
23     Q. Okay. And I copied one of Dr. Lee's notes
24 just because I wanted to ask you if reading it in any
25 way, you know, helps your memory about this case, not

### Page 24

1  that I'm expecting you to testify about Dr. Lee's
2  assessment of this patient. That's not my intent of
3  showing that to you. So Exhibit 23, at the top, it
4  says, "Date of Admission: 4/19; Date of Discharge:
5  4/20." Is that correct?
6      A. Correct.
7      Q. And this is admitting diagnoses, discharge
8  diagnoses by Dr. Lee. Is that correct?
9      A. Yes.
10     Q. She noted that he had been -- "He apparently
11 had been complaining of a headache" -- and I'm looking
12 under "Introduction."
13        "He apparently had been complaining of a
14 headache beginning the night before. The patient's
15 wife stated that he complained of a headache was
16 located in the back of his head and radiated up to the
17 top. He went to ANMC for an evaluation at 10 a.m."
18        Do you have any recollection of the wife
19 describing the headache to you that her husband had?
20     A. I don't. I don't think I probably would
21 have gotten that specific with her.
22     Q. And is that just because that this was an
23 emergent situation or --
24     A. Correct.
25     Q. And your focus was on trying to attend to