ALLEN-470



Copyright © 2006

PROV00000000372

Exhibit J Page 1 of 1