```
 1              UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF ALASKA

 3                      ---oOo---

 4

 5   KIMBERLY ALLEN, Personal
     Representative of the ESTATE Of
 6   TODD ALLEN, Individually, on Behalf
     of the ESTATE OF TODD ALLEN, and on
 7   Behalf of the Minor Child PRESLEY GRACE
     ALLEN,
 8              Plaintiff,

 9   vs.                      No.   304-CV-0131 (JKS)

10   UNITED STATES OF AMERICA,
                Defendants.
11   ---------------------------/

12

13

14

15         DEPOSITION OF RONALD F. SHALLAT, M.D.

16                  February 17, 2006

17                San Francisco, California

18

19

20

21

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24   Reported by:  DANUTA KRANTZ, CSR NO. 4782

25   FILE NO.:  A000DA7
```

**Page 10**

1  Q. So aside from articles that
2  Mr. Guarino sent to you, you didn't do any review
3  of the literature yourself; is that correct?
4  A. No. That's correct.
5  Q. I am just curious, why did you --
6  in terms of the depositions of people involved in
7  this case, you reviewed Donna Fearey, Mrs. Allen
8  and Patricia Ambrose.
9      Did Mr. Guarino ask you specifically to
10 review those particular depositions?
11 A. No. I just thought that would be a
12 good idea.
13 Q. And why those particular ones as
14 opposed to, like, Dr. Dietz or Dr. Lee or --
15 A. Well, I think that those other
16 doctors were involved after the fact, and I assume
17 the areas in dispute will be involving the
18 depositions of the people that I reviewed, you
19 know. That's all. Just that was the way I
20 reasoned it out.
21 Q. In terms of other materials that
22 you were given by Mr. Guarino, were you given all
23 of Mr. -- as far as you knew, all of Mr. Allen's
24 medical records?
25 A. As far as I know.

**Page 11**

1  Q. Were you given any of his
2  employment records?
3  A. I don't know. If they were in
4  there, I didn't look at them.
5  Q. You don't recall seeing any
6  employment records?
7  A. No.
8  Q. Did you review the actual CT, the
9  brain CT scans from Providence Hospital that were
10 taken on April 19, 2003?
11 A. Yes.
12 Q. Let me ask you about your current
13 practice. And you and I spoke, I think it was
14 maybe two or three years ago; is that correct?
15 A. That's right.
16 Q. What -- currently, are you still
17 semi -- would semi-retirement be the --
18 A. Semi-retired would be --
19 Q. -- a good way to describe --
20 description?
21 A. -- the appropriate term, right. I
22 am working just two days a week at UC Med Center
23 in San Francisco.
24 Q. What are you doing at the med
25 center?

**Page 12**

1  A. I am teaching. I help other
2  attending neurosurgeons there deal with the
3  residents. I see patients with the residents, I
4  review cases with them. I occasionally assist in
5  surgery.
6  Q. When you say you occasionally
7  assist in surgery, are you assisting the residents
8  or the attendings or --
9  A. Either.
10 Q. How many patients are you seeing a
11 week at U.C. Med Center? I'm sorry, U.S. Med
12 Center.
13 A. About probably ten.
14 Q. All right. And is this any
15 particular department of the -- I mean, is this in
16 the neurosurgery department?
17 A. It is in the neurosurgery
18 department.
19 Q. Do they have any particular -- is
20 there sort of a subdepartment there that deals
21 with, let's say, since it's the subject of this
22 case, aneurysms?
23 A. Yes, but I don't usually work with
24 that department.
25 Q. That is a separate department; is

**Page 13**

1  that correct?
2  A. Well, it's a division, if you will,
3  or a subspecialty of neurosurgery. That's right.
4  Q. Would it be fair to say that is not
5  your subspecialty?
6  A. That's correct.
7  Q. What is that subspecialty called?
8  A. Vascular neurosurgery.
9  Q. And is your particular interest or
10 has -- let me back up.
11     You have been a neurosurgeon for 40
12 years; is that correct?
13 A. That's correct.
14 Q. Has your particular interest been
15 in pediatric neurosurgery?
16 A. That -- when I was in practice,
17 that made up half of my practice.
18 Q. What was the other half of your
19 practice?
20 A. Adult, general adult neuro --
21 everything.
22 Q. General everything that came in the
23 door?
24 A. Right.
25 Q. The -- and I understand you are

## Page 78

1  A. Well, you want to try to make a
2  definitive diagnosis as to the cause of the
3  subarachnoid hemorrhage.
4  Q. Would you do that through
5  angiography?
6  A. That is the gold standard.
7  Nowadays, they are getting closer to relying on a
8  test called CT angiography, but --
9  Q. And I do want to sort of go back to
10 2003, what you think the technology that was
11 available at that point?
12 A. Well, they had CT angiography, but
13 I am not sure it was the gold standard. The gold
14 standard would still be transfemoral cerebral
15 angiography.
16 Q. When you say the gold standard --
17 A. Meaning the best available, the
18 most likely to make the clearest and most
19 definitive diagnosis.
20 Q. Okay. What else would that tell
21 you? What would the angiography tell you?
22 A. It would tell you if you already
23 had vasospasm.
24 Q. What else would it tell you?
25 A. Well, it tells you about collateral

## Page 79

1  circulation, which may be important in designing a
2  treatment plan.
3  Q. Is art -- if you could help me out.
4  Arteriography, is that -- is angiography the same
5  as arteriography?
6  A. Yes.
7  Q. They are sort of synonymous?
8  A. Yeah. Technically, angiography
9  means the study of blood vessels, whereas
10 arteriography means the study of arteries, but you
11 end up studying them both.
12 Q. How long does it take to get -- I
13 am just curious in your own practice, how long
14 would it take you to get an angiography if you
15 wanted one?
16 A. Depended on the time of day. If a
17 patient came in at 10:00 at night, you would have
18 to call in the team to do angiography. And in
19 those cases, if they would assure you that they
20 would do it first thing in the morning, you might
21 set it up for first thing in the morning rather
22 than bringing them in at midnight to do it, in
23 other words.
24 If it happened during the day, then it
25 depended on what else they were doing and whether

## Page 80

1  you would have to bump somebody who was scheduled
2  for an angiogram for some elective procedure or
3  what have you, you know.
4  So it could take a minimum of an hour to
5  get it done and it could take several hours to get
6  it done.
7  Q. How --
8  A. By "done" I mean to get the patient
9  to the suite. Then it takes more time, you know.
10 Q. How long does it take to do an
11 angiography?
12 A. It could take anywhere from one to
13 two or three hours, I think. It depends on the
14 skill of the angiographer, the type of equipment
15 they have, the help they have and so forth.
16 Q. Then we have talked -- you have
17 talked a little bit about surgery, that that is a
18 potential treatment for aneurysm; is that correct?
19 A. That's correct.
20 Q. And what -- if you could just
21 describe for me what are the kind of -- in 2003
22 what were the possible surgeries?
23 A. Well, if we assume that the problem
24 is an aneurysm as a cause of subarachnoid
25 hemorrhage --

## Page 81

1  Q. Let's assume that for a moment.
2  A. Right. Surgery would consist of a
3  craniotomy, meaning an opening in the head, and
4  approaching the aneurysm under the microscope, the
5  ultimate goal is usually to try to put a metal
6  clip on the aneurysm, on the neck of the aneurysm
7  to exclude it from the circulation without
8  compromising the parent vessel.
9  Q. Is it more -- is there a typical
10 location -- I mean, statistically, is there a more
11 typical location of the aneurysms that cause
12 subarachnoid hemorrhages?
13 A. Well, most aneurysms occur on what
14 is called the circle of Willis, at the base of the
15 brain. I am not sure of the exact percentage, but
16 probably somewhere in the neighborhood of 80
17 percent occur on the so-called anterior part of
18 the circle of Willis and 20 percent on the
19 posterior part, roughly.
20 Q. What are the consequences of that
21 location in terms of having, you know, being able
22 to have surgery or --
23 A. Right. Well, the aneurysms of the
24 posterior part of the circle of Willis are
25 technically more difficult.

**Page 82**

| | | |
|---|---|---|
| 1 | Q. So the anterior being less | 11:36:15 |
| 2 | difficult? | 11:36:18 |
| 3 | A. That's right, but still technically | 11:36:18 |
| 4 | challenging. I mean, it's a -- it was probably | 11:36:23 |
| 5 | the most hazardous kind of surgery that I did in | 11:36:26 |
| 6 | neurosurgery, I mean, the highest risk and some of | 11:36:31 |
| 7 | the most technically challenging surgery. | 11:36:36 |
| 8 | Q. So really, it would be -- you know, | 11:36:39 |
| 9 | in an ideal world you would really want a patient | 11:36:41 |
| 10 | who is being treated at a center where really the | 11:36:43 |
| 11 | focus was on aneurysms and doing that type of | 11:36:46 |
| 12 | surgery; would that be fair to say? | 11:36:48 |
| 13 | A. I think the patient has, you know, | 11:36:50 |
| 14 | a much better chance of a good outcome. | 11:36:52 |
| 15 | Q. So a much better chance of a good | 11:36:56 |
| 16 | outcome if they are in a facility which actually | 11:36:58 |
| 17 | really specializes in that particular type of | 11:36:59 |
| 18 | surgery? | 11:37:01 |
| 19 | A. Exactly. | 11:37:02 |
| 20 | Q. Would you agree with me that it's | 11:37:03 |
| 21 | actually unusual that surgery would occur within | 11:37:11 |
| 22 | the first 24 hours of a patient having a | 11:37:14 |
| 23 | subarachnoid hemorrhage bleed? | 11:37:19 |
| 24 | A. Well, I think it's unusual only in | 11:37:20 |
| 25 | the sense that the logistics sometimes are hard to | 11:37:24 |

**Page 83**

| | | |
|---|---|---|
| 1 | arrange in 24 hours between getting the angiogram | 11:37:28 |
| 2 | and then assembling an experienced and well-rested | 11:37:36 |
| 3 | team to do it, you know. Again, most surgeons | 11:37:41 |
| 4 | would not want to tackle this at 10:00 at night | 11:37:46 |
| 5 | with a relief crew of nurses in the operating room | 11:37:49 |
| 6 | and so forth, and so very often they are put off | 11:37:53 |
| 7 | for 24, 48, 72 hours, just to make the logistics | 11:37:56 |
| 8 | optimal. | 11:38:01 |
| 9 | Q. Sure. But statistically, I mean, | 11:38:03 |
| 10 | that is -- would you agree that statistically that | 11:38:04 |
| 11 | is true, most surgeries take place more than 24 | 11:38:06 |
| 12 | hours after the patient presents with a bleed? | 11:38:10 |
| 13 | A. Probably so. | 11:38:12 |
| 14 | Q. Okay. Let me ask you about the | 11:38:12 |
| 15 | report, which I know I have. I have two copies of | 11:38:27 |
| 16 | it. | 11:38:44 |
| 17 | (Document marked Plaintiff's | 11:38:53 |
| 18 | Exhibit 2 for identification.) | 11:38:54 |
| 19 | MS. McCREADY: Q. What exactly were you | 11:38:54 |
| 20 | asked to do in this case? | 11:38:58 |
| 21 | A. I don't remember the exact charge. | 11:39:00 |
| 22 | I guess just to render an opinion about the whole | 11:39:06 |
| 23 | case, you know, in some capacity, but I don't | 11:39:12 |
| 24 | remember what the exact charge was. | 11:39:15 |
| 25 | Q. As you sit here today, what is your | 11:39:17 |

**Page 84**

| | | |
|---|---|---|
| 1 | understanding of what your role is in this case? | 11:39:19 |
| 2 | A. I think that my role is to comment | 11:39:20 |
| 3 | on the care of this patient and the course, in his | 11:39:23 |
| 4 | subsequent clinical course, and the actions | 11:39:32 |
| 5 | involved in and around his case. | 11:39:35 |
| 6 | Q. When you say comment on the care -- | 11:39:38 |
| 7 | and let me just explain. The reason why I want | 11:39:41 |
| 8 | to -- I want to understand exactly what the | 11:39:44 |
| 9 | expectation of your testimony is going to be at | 11:39:46 |
| 10 | trial because it could affect the length of this | 11:39:48 |
| 11 | deposition. | 11:39:50 |
| 12 | A. Okay. | 11:39:51 |
| 13 | Q. I hope you understand. | 11:39:51 |
| 14 | So when you say comment on the care, | 11:39:53 |
| 15 | what do you mean? | 11:39:55 |
| 16 | A. Well, as I told you earlier, I am | 11:39:56 |
| 17 | not here to comment on whether the nurse | 11:39:59 |
| 18 | practitioner met the standard of care. It's not | 11:40:03 |
| 19 | my role and it's not my expertise to do so. | 11:40:06 |
| 20 | Q. All right. Again, the same thing | 11:40:09 |
| 21 | is for the triage nurse? | 11:40:11 |
| 22 | A. Correct. | 11:40:12 |
| 23 | Q. So your comment or opinions would | 11:40:13 |
| 24 | be, then, about his course or his likely course? | 11:40:18 |
| 25 | A. I would say that is probably a good | 11:40:21 |

**Page 85**

| | | |
|---|---|---|
| 1 | characterization of it. | 11:40:24 |
| 2 | Q. Okay. | 11:40:25 |
| 3 | MR. GUARINO: Just so it is clear, you | 11:40:28 |
| 4 | have got his report. You can expect he would | 11:40:30 |
| 5 | testify about anything in terms of the statements | 11:40:32 |
| 6 | that are made in his report. | 11:40:34 |
| 7 | MS. McCREADY: Okay. | 11:40:35 |
| 8 | MR. GUARINO: You keep raising in terms | 11:40:36 |
| 9 | of standard of care and in terms of whether he is | 11:40:38 |
| 10 | going to be asked to comment on standard of care. | 11:40:39 |
| 11 | That is a legal term. I mean, to explain the | 11:40:41 |
| 12 | concept of subarachnoid hemorrhage does not mean | 11:40:43 |
| 13 | you are going to comment on the standard of care | 11:40:45 |
| 14 | about something. | 11:40:47 |
| 15 | MS. McCREADY: Let's make sure we | 11:40:48 |
| 16 | understand this. | 11:40:51 |
| 17 | In your -- is it your idea, Gary, that | 11:40:51 |
| 18 | you can call an expert witness, you can just sort | 11:40:55 |
| 19 | of comment on the care provided, so Dr. Shallat | 11:40:58 |
| 20 | could comment that he thinks, well, gee, you know, | 11:41:02 |
| 21 | it was perfectly reasonable for the nurse | 11:41:03 |
| 22 | practitioner to have misdiagnosed this patient, | 11:41:05 |
| 23 | but he is not going to talk about the standard of | 11:41:10 |
| 24 | care? That doesn't make any sense to me. | 11:41:12 |
| 25 | MR. GUARINO: If that's the point of | 11:41:15 |

**Page 86**

1  question, I don't know, but he can certainly  11:41:16
2  testify about whether subarachnoid hemorrhage is a  11:41:19
3  difficult condition to diagnose. Why is that? It  11:41:21
4  has nothing to do with whether a nurse  11:41:24
5  practitioner should or should not on that  11:41:27
6  particular occasion diagnose it. It just explains  11:41:29
7  to a fact finder why it's a difficult condition to  11:41:30
8  diagnose. That's not a standard of care question.  11:41:32
9      But we can talk all day about that.  11:41:35
10 That is not the point of the deposition. You  11:41:36
11 should question him about what is in the report.  11:41:38
12     MS. McCREADY: Yeah, I will.  
13     MR. GUARINO: Yeah, I am sure you will.  11:41:41
14 But am I going to ask him, did Nurse Fearey breach  11:41:43
15 the standard of care? He just told you no, that  11:41:46
16 is not what he is going to be asked about.  11:41:47
17     MS. McCREADY: Right. But there are  11:41:49
18 other ways. Certainly I would -- there are other  11:41:50
19 ways of commenting on care that you don't use the  11:41:52
20 talismanic phrase "standard of care," but it's  11:41:56
21 still the same thing. That's all. But that's all  11:41:57
22 right.  11:41:59
23     MR. GUARINO: And then he may not  11:41:59
24 understand all of those other ways. So you have  11:42:00
25 asked the question, he answered it. If that  11:42:02

**Page 87**

1  shortens your questioning today, great, but, you  11:42:04
2  know, you have got his report. You can assume  11:42:07
3  anything in his report, he could testify about.  11:42:09
4      MS. McCREADY: That's fine. We will  11:42:12
5  move on.  11:42:14
6      Q. I have your report. We have marked  11:42:14
7  it as Exhibit 2. Do you have that in front of  11:42:36
8  you, Dr. Shallat?  11:42:38
9      A. Yes.  11:42:38
10     Q. Okay. Certainly you have the  11:42:39
11 opinion that Mr. Allen had a subarachnoid  11:42:43
12 hemorrhage bleed; is that correct?  11:42:47
13     A. That's correct.  11:42:48
14     Q. All right. And that -- was that  11:42:48
15 based on the CT scan that was taken at Providence  11:42:51
16 on April 19, 2003?  11:42:53
17     A. Yes.  11:42:55
18     Q. Anything else that you relied on in  11:42:56
19 determining that he had a subarachnoid bleed that  11:42:58
20 day?  11:43:01
21     A. No.  11:43:01
22     Q. You said, "Probably the most  11:43:01
23 common" -- and I am reading from your report.  11:43:05
24 "Probably the most common cause of this condition  11:43:06
25 other than trauma in a young person is that of  11:43:09

**Page 88**

1  cerebral aneurysm."  11:43:11
2      And that is correct, isn't it, that  11:43:13
3  statistically, most people with subarachnoid  11:43:15
4  bleeds such as this, the cause would be a cerebral  11:43:18
5  aneurysm?  11:43:21
6      A. I believe that is true.  11:43:22
7      Q. Is it your opinion that it's more  11:43:23
8  likely than not that Mr. Allen had a  11:43:25
9  subarachnoid -- I'm sorry, that he had a cerebral  11:43:27
10 aneurysm?  11:43:29
11     A. I believe that statistically that  11:43:29
12 would be the best likelihood, yes.  11:43:32
13     Q. Sure. And it was like more than 50  11:43:35
14 percent chance that he had a cerebral aneurysm; is  11:43:37
15 that right?  11:43:38
16     A. I believe that is correct.  11:43:38
17     Q. Now, it says, "Certain categories  11:43:39
18 of drugs, such as cocaine and amphetamines, can  11:43:42
19 induce this type of bleeding."  11:43:45
20     Now, there is not any evidence in all  11:43:46
21 the records you have reviewed, and you reviewed a  11:43:48
22 lot of medical records; is that right?  11:43:50
23     A. That's right.  11:43:51
24     Q. There is not any evidence that  11:43:52
25 Mr. Allen was using cocaine or amphetamines; is  11:43:54

**Page 89**

1  that right?  11:43:57
2      A. That's correct.  11:43:57
3      Q. All right. And so again,  11:43:57
4  statistically, most likely he had an aneurysm; is  11:44:00
5  that right?  11:44:03
6      A. That's right.  11:44:03
7      Q. Now, you go on to say that the  11:44:04
8  diagnosis of subarachnoid hemorrhage is often  11:44:08
9  overlooked on initial presentation. And that is  11:44:13
10 correct, isn't it?  11:44:14
11     A. Yes, it is.  11:44:14
12     Q. And as we just discussed, I mean,  11:44:15
13 that has been talked about in the literature for  11:44:16
14 over 30 years; is that right?  11:44:18
15     A. That's right.  11:44:19
16     Q. And there is a problem where --  11:44:20
17 there is a concern expressed generally in the  11:44:22
18 literature, that, gee, you know, patients with  11:44:24
19 subarachnoid hemorrhages, it's important that  11:44:27
20 practitioners who are in emergency departments  11:44:31
21 actually, you know, learn how to do the  11:44:34
22 differential diagnosis and diagnose subarachnoid  11:44:37
23 hemorrhages earlier.  11:44:41
24     I mean, is that a general concern that  11:44:42
25 ER physicians, medical practitioners are missing  11:44:45

**Page 98**

1  thing?
2      MR. GUARINO: Objection, foundation,
3  because I think it's very careful in the questions
4  whether you are asking about headache or pain in
5  the head, because that is an ambiguous term in
6  this case.
7      MS. McCREADY: No, it is not an
8  ambiguous term. I think the doctor understands
9  what I mean, and I can ask my questions.
10     MR. GUARINO: That is my objection.
11     THE WITNESS: Well, it's always
12 important in medicine to take a history that is
13 accurate and careful.
14     MS. McCREADY: Q. Well, there is a
15 difference between accurate and detailed; would
16 you agree?
17     A. Yes.
18     Q. You can get accurate information
19 and ask one question; is that correct?
20     A. Right. Okay. I guess I will go
21 along with that.
22     Q. Would it be important, then, to
23 get -- to take a -- well, of course, it depends on
24 what you are trying to ferret out from the
25 patient, but it would be important, at least if

**Page 99**

1  you have got a patient who presents with a severe
2  pain in their head, reporting severe pain in their
3  head, that you would want to get a history as to
4  understanding location of the pain; would you
5  agree with that?
6      A. Well, you already just said where
7  the location was, in the head. But if the patient
8  says the pain is in the ear, then that is -- it
9  connotes a different concept, you know.
10     So you are listening to the patient when
11 you take a history. You are reacting to what they
12 tell you, you know. You can't go in there with a
13 prejudice and say, I think this guy has a headache
14 or I think he has an earache. You have to listen
15 to the patient and what they say and then go from
16 there.
17     Q. Exactly. You have to listen to the
18 patient, and then as a medical provider,
19 especially in an emergency department, it would
20 also be your job to actually ask questions to
21 glean certain information so you can make a
22 differential diagnosis; would that be right?
23     A. Sure.
24     Q. And certainly you have to listen to
25 the patient. That would be probably the most

**Page 100**

1  important thing.
2      A. Right.
3      Q. But in that setting, where you are,
4  you know, a patient is reporting severe pain in
5  the head, would you -- you would want to know the
6  location, but would you want to know the location
7  where in the head?
8      A. Well, sometimes that is important,
9  but most of the time, if it's head, meaning, you
10 know, up here on the calvarium, on the -- whether
11 it's frontal or occipital may not make a
12 difference. Sometimes it makes a difference if
13 the headache is unilateral versus bilateral.
14     It makes a big difference if you are
15 talking about headache versus pain, pain, such as
16 ear pain, nose pain, eye pain, cheek pain, you
17 know. I mean, so again, it's important to get an
18 accurate and detailed description by the patient
19 of the location of the pain, yes.
20     Q. How about the onset of the pain,
21 would that be something you would want to know?
22     A. Yes.
23     Q. And whether or not there were
24 associated symptoms with that pain, would that be
25 something you would want to know?

**Page 101**

1      A. Sure.
2      Q. How about the history, whether or
3  not it was pain that was like, you know, the pain
4  the patient had had in the past?
5      A. Very important.
6      Q. Would it be important to know
7  the -- when the intensity of the pain peaked or,
8  you know, the natural history of the pain? Does
9  that matter?
10     A. Sure, it's all important in helping
11 to come to a conclusion. Yes.
12     Q. Going to the -- back to your
13 report, that next paragraph, the fourth paragraph
14 down, it says, "The diagnosis was especially
15 difficult in Mr. Allen's case, since he had a long
16 history of headache and/or facial pain. He was
17 followed and treated for this condition, which was
18 posttraumatic, by a pain clinic which dispensed
19 and controlled his narcotic analgesic medicine."
20     And I want to focus on the first
21 sentence. When you say a long history of headache
22 pain, what is that based on?
23     A. The medical records.
24     Q. What medical records specifically
25 are you basing that on?

Page 102

1  A. Well, I saw it referred to several
2  times in his medical records that he complained of
3  headache, and that it was either associated with
4  or emanated from the ear and jaw, but it
5  specifically used the term "headache" in some of
6  his medical records.
7  Q. It's important to me to know which
8  those records are.
9  A. Well, I couldn't tell you. I would
10 have to go back and look at them one by one. And
11 I didn't write it down and say this is on page
12 three or what. But I remember specifically, I
13 think in one instance in the physical therapy
14 paper and in one instance in the pain contract
15 paper that I think that was referred to. If you
16 want me to look at those papers now, I might be
17 able to find it.
18 Q. When we go on a break, I will ask
19 you to look for those.
20 A. Okay.
21 Q. That raises another question.
22 Did you do a chronology in this case in
23 terms of any sort of chronology of what was going
24 on with Mr. Allen, either before the 19th of April
25 '03 or in taking notes?

Page 103

1  A. I looked at some of his, you know,
2  his previous medical records from the time of his
3  accident and his reconstructive surgery and the
4  pain contract.
5  Q. But did you yourself take any notes
6  and make yourself a chronology?
7  A. No.
8  Q. Did you make -- did you take any
9  notes -- and maybe you just answered this, but I
10 want to be clear.
11 Did you take any notes and write down
12 what visits or when he referred to having
13 headaches?
14 A. No.
15 Q. Did Mr. Guarino supply you with any
16 sort of medical chronology?
17 A. He supplied me with the medical
18 records, but not --
19 Q. I am asking specifically about like
20 a chronology?
21 A. No, he did not.
22 Q. Did you take any handwritten notes
23 on this case?
24 A. I wrote out this report by hand
25 before I typed it on the computer, but that --

Page 104

1  then I threw that away. So that is the only
2  thing.
3  Q. I was going to ask you --
4  A. I don't have any other handwritten
5  notes.
6  Q. You prepared this report? You
7  wrote it out; is that right?
8  A. I wrote it out, typed it and threw
9  it away.
10 Q. So no other handwritten notes?
11 A. No.
12 Q. How important is it that Mr. Allen
13 has -- how important is it to your opinion that
14 the diagnosis was difficult in this case that this
15 issue that Mr. Allen had a long history of
16 headache pain?
17 A. I think it's very important.
18 Q. Why is that?
19 A. Because if he presents in the
20 emergency room with symptoms that he has been
21 having on and off for two years, it makes your
22 level of concern about subarachnoid hemorrhage
23 less than concern about his usual problem.
24 Q. Did you note at all when he
25 previously had come to the -- presented at the

Page 105

1  emergency department of Alaska Native Medical
2  Center complaining of 10 out of 10 pain in his
3  head?
4  A. I don't remember. I can't tell you
5  the date or the actual record that I saw.
6  Q. Can you tell me whether or not you
7  ever saw on this gentleman's medical record where
8  he presented to the emergency department, any
9  emergency department, complaining of 10 out of 10
10 pain in his head, and also reporting vomiting and
11 nausea and unable to keep his pain medications
12 down?
13 A. No.
14 Q. No, you don't remember or, no, you
15 don't think you ever saw that?
16 A. I don't think I recall seeing that.
17 Q. Do you know whether or not, as you
18 sit here, whether or not when the last time
19 Mr. Allen had even presented to the emergency
20 department at Alaska Native Medical Center prior
21 to April 13, 2003?
22 A. I don't remember.
23 Q. Can you tell me whether or not he
24 ever presented to any medical facility ever in the
25 medical records you reviewed complaining of pain

**Page 114**

```
1    A. It certainly sounds like it. He           12:20:35
2  walked in. He was alert and he appropriately   12:20:37
3  answered questions appropriately. So it sounds 12:20:40
4  like he didn't have any neurological definite. 12:20:43
5  That's right.                                  12:20:46
6    Q. When you say, "his symptoms did not       12:20:46
7  significantly differ from his chronic complaints," 12:20:48
8  what is that based on?                         12:20:50
9    A. Well, when he signed in to the            12:20:51
10 emergency room, I think that was the case where I 12:20:56
11 saw his notation that said his chief complaint was 12:21:00
12 right ear pain or ear pain.                    12:21:04
13   And he went on to tell them that he was      12:21:06
14 worried about an ear infection and that he     12:21:10
15 typically got these symptoms when he would go over 12:21:14
16 mountains and/or a mountain pass, and that -- as I 12:21:18
17 understand it, he relayed that past history to the 12:21:23
18 people in the urgent care.                     12:21:29
19   Q. I am going to mark as Exhibit 3          12:21:31
20 that emergency visit record from April 19.     12:21:33
21      (Document marked Plaintiff's              12:21:47
22      Exhibit 3 for identification.)            12:21:48
23   MR. GUARINO: That first packet of           12:21:57
24 things that I gave you, did that not get marked,
25 the letters that --                            12:21:58
```

**Page 115**

```
1    MS. McCREADY: I didn't mark those yet.       12:21:58
2    MR. GUARINO: Okay. All right. I
3  thought you had. All right.
4    MS. McCREADY: But thank you for
5  reminding me.
6    Q. Dr. Shallat, I just handed you what       12:22:00
7  has been marked as Exhibit 3.                  12:22:01
8    Is this the record that you were             12:22:03
9  referring to?                                  12:22:04
10   A. Yes.                                      12:22:05
11   Q. So this is the emergency visit            12:22:05
12 record from April 19, 2003; is that correct?   12:22:06
13   A. Correct.                                  12:22:09
14   Q. And so, your opinion that his             12:22:09
15 symptoms did not significantly differ from his 12:22:19
16 chronic complaints is based on this; is that   12:22:21
17 right?                                         12:22:23
18   A. Well, and the subsequent -- the           12:22:25
19 testimony or depositions of the triage nurse and a 12:22:27
20 the nurse practitioner in the urgent care clinic. 12:22:32
21   Q. So the triage nurse, Ms. Ambrose,         12:22:37
22 and Donna Fearey; is that right?               12:22:40
23   A. That's correct.                           12:22:42
24   Q. Did you also review the deposition        12:22:43
25 testimony of Dr. Dietz or Dr. Lee?             12:22:45
```

**Page 116**

```
1    A. I did.                                    12:22:48
2    Q. Was that sometime ago?                    12:22:51
3    A. Yes.                                      12:22:53
4    Q. Do you remember who Dr. Dietz and         12:22:53
5  Dr. Lee are?                                   12:22:56
6    A. Was Dr. Lee an internal medicine          12:22:57
7  doctor who --                                  12:23:01
8    Q. Yes.                                      12:23:01
9    A. -- admitted him when he came into         12:23:01
10 the hospital comatose? I don't remember        12:23:04
11 Dr. Dietz. Tell me about him, if you would.    12:23:08
12   Q. Okay. Dr. Dietz is the emergency          12:23:09
13 room physician who admitted Mr. -- does that sound 12:23:12
14 familiar?                                      12:23:15
15   A. Yes.                                      12:23:15
16   MS. McCREADY: I am going to mark as          12:23:15
17 Exhibit 4 a Providence Alaska Medical Center
18 record, date of service, April 19, '03, with Susan
19 Dietz's his name on the bottom of it.
20   Sorry, Gary. I know I have got another
21 copy. Oh, here we are.                         12:23:19
22      (Document marked Plaintiff's              12:23:19
23      Exhibit 4 for Identification.)            12:23:19
24   MS. McCREADY: Q. Do you remember             12:23:19
25 reviewing this record?                         12:23:42
```

**Page 117**

```
1    A. Yes.                                      12:23:44
2    Q. Is it your understanding that             12:23:44
3  Dr. Dietz, as we just discussed, is the emergency 12:23:46
4  room physician that admitted Todd Allen to     12:23:49
5  Providence Alaska Medical Center on the afternoon 12:23:52
6  of the 19th?                                   12:23:54
7    A. Yes.                                      12:23:55
8    Q. So you have reviewed this record          12:23:56
9  before?                                        12:23:57
10   A. That's correct.                           12:23:58
11   Q. So did you -- I want to ask you           12:23:59
12 about where Dr. Dietz discusses the history of the 12:24:03
13 present illness, and specifically -- and I am  12:24:06
14 going to read from her record. "The history    12:24:10
15 obtained over the course of his resuscitation  12:24:13
16 indicates that this gentleman was visiting from 12:24:16
17 Valdez, therefore, staying in a hotel while he was 12:24:18
18 doing shopping for his new home in Valdez. He  12:24:20
19 apparently developed a severe headache earlier in 12:24:22
20 the morning. His wife states he has a history of 12:24:26
21 some episodes of chronic pain from a facial    12:24:27
22 reconstruction from a significant motor vehicle 12:24:30
23 accident one year ago, when he had to have some 12:24:31
24 titanium plates placed in his face and jaw."   12:24:34
25   Now, Dr. Dietz had the idea that             12:24:37
```

## Page 138

1  wife, who was present that morning, and that very    12:44:45
2  same day, has a -- describes her husband as having   12:44:49
3  a severe headache and had pain going up the back     12:44:52
4  of his head to the top of his head?                  12:44:55
5       A.  No, I can't.  I mean, I can't put           12:44:56
6  myself in her shoes.  I don't know.  But why would   12:44:58
7  two medical personnel who are trained to take        12:45:03
8  histories accurately and -- why would they           12:45:06
9  indicate it differently than what the wife's         12:45:10
10 recollection is later on?  They document it.  They   12:45:14
11 wrote it down presumably the same day.  And they     12:45:17
12 are trained to take histories.                       12:45:21
13      There is no reason for them to fudge it         12:45:22
14 and say, Oh, no, I am going to make it sound like    12:45:23
15 it's ear and jaw and then head versus just           12:45:26
16 headache.  I mean, I don't -- there would be no      12:45:29
17 reason for them to skew it in that direction.        12:45:32
18      Q.  But given -- well, Donna -- you             12:45:37
19 know the training of Donna Fearey.  She is not a     12:45:41
20 medical doctor.  You understand that; is that        12:45:44
21 correct?                                             12:45:44
22      A.  I understand.                               12:45:44
23      Q.  Given what we know about what               12:45:45
24 happened with this gentleman, that he subsequently   12:45:51
25 died of a subarachnoid bleed, do you think that --   12:45:53

## Page 139

1  do you have any opinion as to whether or not it's    12:45:56
2  more likely than not that he had severe head pain    12:45:59
3  going up the back of his head to the top of his      12:46:02
4  head that morning?                                   12:46:04
5       A.  I have no way of knowing that.  I           12:46:05
6  just have to go by what is written down there.       12:46:08
7       Q.  I am going to go to the next               12:46:10
8  paragraph of your report.                            12:46:20
9       MR. GUARINO:  Is that Exhibit 2 now,            12:46:26
10 just for --                                          12:46:27
11      MS. McCREADY:  Yes, it is.  Thank you.          12:46:27
12      Q.  It says, "Since there was no proof          12:46:28
13 that Mr." --                                         12:46:29
14      MR. GUARINO:  Excuse me.  I am just             12:46:29
15 trying to find my place.  Hold on a second.          12:46:30
16      MS. McCREADY:  Q.  "Since there was no          12:46:34
17 proof" -- and I am reading from your report --       12:46:38
18 "that Mr. Allen actually had any aneurysm, it is     12:46:40
19 pure speculation his outcome could have been         12:46:42
20 altered if the correct diagnosis was made in a       12:46:43
21 timely manner and appropriate treatment              12:46:45
22 instituted."                                         12:46:48
23      I have a couple of questions about that         12:46:48
24 sentence.                                            
25      When you say there is no proof that             12:46:50

## Page 140

1  Mr. Allen actually had an aneurysm, what do you      12:46:51
2  mean?                                                12:46:55
3       A.  Just what I said.  The only --              12:46:55
4  there is no proof.  There is speculation based on    12:47:03
5  statistics, and I would agree with the statistics.   12:47:06
6  I already said that I think it is more likely than   12:47:09
7  not that he did have an aneurysm.                    12:47:12
8       Q.  And there is no proof because we            12:47:14
9  don't -- there was no CT taken and he was not        12:47:18
10 worked up for having a subarachnoid bleed that       12:47:20
11 morning, so we don't have the data that; is          12:47:23
12 correct?                                             12:47:25
13      A.  That's correct.                             12:47:25
14      Q.  And that it's "pure speculation              12:47:25
15 that his outcome could have been altered if the      12:47:30
16 correct diagnosis had been made in a timely manner   12:47:32
17 and appropriate treatment instituted"?               12:47:35
18      If you could explain that.  Why is that         12:47:38
19 pure speculation?                                    12:47:40
20      A.  Well, I think I explained it more           12:47:41
21 with this -- the subsequent, you know, things.       12:47:47
22      Q.  Sure.  Please do.                           12:47:47
23      A.  And I think it has to do with the           12:47:52
24 time line of his whole clinical course.  I think     12:47:56
25 that is my point, that I think it would have been    12:47:59

## Page 141

1  very difficult to have a good outcome in his case,   12:48:05
2  even if the correct diagnosis were made that         12:48:11
3  morning based on what I say here.                    12:48:14
4       Q.  I mean, it's true, isn't it, that           12:48:18
5  this gentleman was discharged after given a shot     12:48:20
6  of Phenergan; is that right?                         12:48:23
7       A.  That's right.                               12:48:24
8       Q.  He was sent to do whatever he was           12:48:24
9  going to do; is that right?                          12:48:26
10      A.  Mm-hmm.                                     12:48:27
11      Q.  He went to -- and according -- you          12:48:27
12 know, you have read the wife's deposition; is that   12:48:30
13 right?                                               12:48:31
14      A.  Yes.                                        12:48:31
15      Q.  And they went Sam's Club and they           12:48:31
16 walked around; is that true?                         12:48:41
17      A.  They first went to breakfast.  He           12:48:41
18 ate a large breakfast, she said.                     12:48:41
19      Q.  Is that something that is of                12:48:41
20 consequence to you or is that --                     12:48:41
21      A.  Again, in my mind, that is not the          12:48:41
22 picture of someone who has had a major bleed at      12:48:44
23 that point in time.  You know, he is too well to     12:48:48
24 have had a major bleed.  He probably, more likely    12:48:52
25 than not, as you have got me to say, that he had a   12:48:55

### Page 158

1  Q. But not only did he not get  13:04:35
2  treatment, wasn't it -- he was not even told not  13:04:37
3  to lift anything. I mean, he went -- let me  13:04:41
4  strike that. Let me ask a question.  13:04:44
5  Wasn't it really worse than not getting  13:04:48
6  medical treatment for Mr. Allen in that he went on  13:04:50
7  to do certain activities that, in fact, could have  13:04:52
8  made his condition worse?  13:04:54
9  MR. GUARINO: Object to foundation.  13:04:56
10  THE WITNESS: Well, you know, I guess if  13:04:58
11  he went to the gym and started weight-lifting,  13:05:03
12  that would have been bad, but I mean, to -- since  13:05:06
13  the diagnosis was not made, I don't know that  13:05:09
14  there was any reason for them to give him any  13:05:12
15  special precautions. And, in fact, it sound like  13:05:16
16  he didn't do much.  13:05:18
17  I mean, he laid down on a swing at Sam's  13:05:19
18  Club while she was shopping, and when they got  13:05:22
19  back to the hotel he laid down. He might have  13:05:24
20  brought some packages in, but I don't know how  13:05:27
21  much they weighed or how much, you know, exertion  13:05:30
22  he did. But it sounds like he didn't do much.  13:05:32
23  But I mean, you can always use hindsight  13:05:37
24  and say, gee, if we had known his diagnosis, we  13:05:40
25  should have told him not to do this or that, but  13:05:41

### Page 159

1  we didn't -- they didn't know, so I can't fault  13:05:44
2  them for not saying don't do this or that.  13:05:47
3  MS. McCREADY: Q. And I'm sorry, my  13:05:51
4  question probably was not very clear, because I  13:05:51
5  didn't mean criticize -- I didn't mean to ask you  13:05:54
6  to criticize or not criticize the staff at Alaska  13:05:57
7  Native Medical Center because they didn't give him  13:06:00
8  precautions when he left.  13:06:03
9  But my question really is, not only did  13:06:04
10  Mr. Allen -- you would agree with me that  13:06:07
11  Mr. Allen certainly didn't get any medical  13:06:10
12  treatment when he left Alaska Native Medical  13:06:12
13  Center that morning.  13:06:14
14  A. Okay. Other than the Phenergan.  13:06:15
15  Q. Other than the Phenergan.  13:06:16
16  A. Okay.  13:06:17
17  Q. But he did things -- I mean,  13:06:17
18  lifting things certainly would not be something  13:06:21
19  you would recommend to a patient with a  13:06:24
20  subarachnoid hemorrhage to do; wouldn't that be  13:06:26
21  fair?  13:06:27
22  A. That's correct.  13:06:27
23  Q. Would you recommend to a patient  13:06:28
24  with a subarachnoid hemorrhage that they lay down  13:06:30
25  and go to sleep without any monitoring?  13:06:34

### Page 160

1  A. No.  13:06:35
2  Q. So not only was he not treated, he  13:06:39
3  was doing things that could have been  13:06:42
4  contraindicated for his condition; is that fair to  13:06:46
5  say?  13:06:47
6  A. That is fair to say.  13:06:47
7  Q. So isn't it speculation that he  13:06:47
8  would have had a poor prognosis regardless of  13:06:49
9  treatment?  13:06:52
10  A. I still think -- yes, I still think  13:06:53
11  his prognosis was very poor, because, as I said,  13:06:57
12  even if the diagnosis had been made, the time line  13:07:01
13  of how quickly he could have been worked up and/or  13:07:05
14  treated was such that I think he -- by the time  13:07:09
15  the diagnosis was made, the definitive one with an  13:07:14
16  angiogram, was about the time he probably started  13:07:18
17  deteriorating. And, you know, I am not sure that  13:07:21
18  anything that anybody could have done could have  13:07:27
19  turned that around.  13:07:30
20  Q. Doctor, let me ask you, isn't one  13:07:31
21  of the purposes of when you are monitoring a  13:07:35
22  patient who has got a subarachnoid bleed, before  13:07:38
23  you do an angiogram or before you do surgery or  13:07:39
24  before you do any sort of further testing, isn't  13:07:42
25  one of the reasons to monitor the patient so that  13:07:45

### Page 161

1  you can prevent them from deteriorating?  13:07:47
2  MR. GUARINO: Object to the foundation.  13:07:50
3  THE WITNESS: Well, I will try to answer  13:07:51
4  that. Let's say he was being monitored. Let's  13:07:53
5  say he was in the hospital being monitored, and  13:07:57
6  then at 1:00 in afternoon they say, Okay, we are  13:08:00
7  ready for you, Mr. Allen, for your angiogram. And  13:08:02
8  they take him down and sedate him to do the  13:08:05
9  angiogram.  13:08:08
10  And during the course of the angiogram,  13:08:09
11  you know, because that is about the time that he  13:08:12
12  started going down the hill. There is not much  13:08:13
13  you could do, I mean, you know. So it didn't  13:08:16
14  matter. I am presenting a hypothetical case, as  13:08:20
15  you are, too.  13:08:24
16  MS. McCREADY: Q. Sure. But we only  13:08:28
17  have hypotheticals because we have got a lack of  13:08:28
18  data in this case; isn't that right?  13:08:30
19  A. Yeah. But I mean, I am saying  13:08:31
20  that, you know, he started going downhill very  13:08:32
21  rapidly about the time that, my understanding of  13:08:37
22  the logistics and the time line of how he could  13:08:41
23  have been worked up and treated, you know, and he  13:08:44
24  certainly -- I don't think that they could have  13:08:50
25  gotten him in good enough shape to ship him down  13:08:57

**Page 162**

1  to Seattle based on what I know of when he went  13:09:00
2  downhill and how long it would have taken them to  13:09:03
3  get him worked up and then shipped out.  13:09:06
4      Now, if they didn't take the time to do  13:09:08
5  the angiogram and just said, Hey, we have got a  13:09:11
6  guy that we really think has a subarachnoid  13:09:12
7  hemorrhage. We are going to ship you down right  13:09:15
8  now; and I don't know how long that would have  13:09:16
9  taken to get the helicopter and get him to  13:09:19
10 Seattle, but that might have been a better  13:09:24
11 scenario than admitting him, working him up, doing  13:09:30
12 the angiogram there, and then deciding where he  13:09:33
13 should go.  13:09:36
14     But I still think, you know, it was a  13:09:38
15 case that would have been very difficult to have a  13:09:43
16 good outcome no matter what.  13:09:46
17     Q.  I guess I want to ask about your  13:09:48
18 opinion about that.  13:09:52
19     Do you think it's more likely than not  13:09:53
20 that regardless of the treatment he would have had  13:09:56
21 the same outcome? And more likely than not  13:09:58
22 meaning, you know, is it more than 50 percent  13:10:01
23 likely that he would have had the same outcome  13:10:03
24 regardless of treatment?  13:10:05
25     A.  Yes.  13:10:06

**Page 163**

1      Q.  You reviewed the CAT scan from  13:10:07
2  Providence; is that right?  13:10:11
3      A.  Yes.  13:10:12
4      Q.  Tell me what you gleaned from that  13:10:12
5  CAT scan.  13:10:14
6      A.  Well, the first thing that I  13:10:14
7  gleaned was the absence of two conditions that  13:10:17
8  could have helped him a lot if he had them and  13:10:22
9  they were dealt with, and the local neurosurgeons  13:10:26
10 could have dealt with that. And that is, one is a  13:10:30
11 clot, intercerebral hemorrhage. And if that was a  13:10:35
12 large clot and causing mass effect on the brain,  13:10:41
13 they could have gone in and evacuated that clot  13:10:46
14 and got him in much better shape for subsequent  13:10:49
15 treatment of the aneurysm.  13:10:53
16     The second condition that he could have  13:10:54
17 had on that CAT scan, but he didn't, was  13:10:58
18 hydrocephalus, enlarged ventricles to the blood  13:11:02
19 obstructing the flow or absorption of spinal  13:11:07
20 fluid. And they could have put in a ventricular  13:11:10
21 drain, an external ventricular drain, or EVD,  13:11:14
22 that, again, could have made him better to the  13:11:17
23 point where then they could have either dealt with  13:11:24
24 the aneurysm or shipped him out or what have you.  13:11:27
25     He didn't have either of those  13:11:30

**Page 164**

1  conditions. Those are the two things that you  13:11:32
2  look for in someone who is very severely impaired  13:11:36
3  as he was at the time he had that CAT scan, in the  13:11:40
4  hopes that you can deal with that and make him  13:11:43
5  better.  13:11:45
6      He did have subarachnoid hemorrhage, for  13:11:46
7  sure, and he had cerebral edema or brain swelling.  13:11:50
8      Q.  Let me ask you about the -- do we  13:11:56
9  know whether or not he had either of those two  13:12:00
10 conditions, the hydrocephalus or a blood clot,  13:12:02
11 earlier in the day?  13:12:04
12     A.  No. They have would have showed up  13:12:05
13 on the CAT scan.  13:12:07
14     Q.  They would have showed up on the  13:12:07
15 CAT scan --
16     A.  Oh, yeah.  13:12:08
17     Q.  -- in the afternoon?  13:12:08
18     And when -- and the CAT scan was taken  13:12:09
19 after he was -- went into respiratory arrest and  13:12:11
20 was taken to the hospital; is that right?  13:12:16
21     A.  Right.  13:12:17
22     Q.  And then, so he certainly had  13:12:17
23 subarachnoid --  13:12:18
24     A.  Hemorrhage.
25     Q.  -- hemorrhage?  13:12:20

**Page 165**

1      A.  Mm-hmm.  13:12:20
2      Q.  And then he had brain swelling?  13:12:20
3      A.  Right.  13:12:21
4      Q.  And then did Mr. --
5      A.  And he probably also had signs of  13:12:23
6  ischemia to the brain.  13:12:27
7      Q.  Did you see that he had signs of  13:12:29
8  ischemia to the brain?  13:12:31
9      A.  Yeah, because the distinction  13:12:32
10 between the gray matter and the white matter was  13:12:34
11 indistinct or blurred, and that is usually an  13:12:36
12 indication that there has been some ischemic  13:12:39
13 change to the brain.  13:12:41
14     Q.  Let me ask you to explain that.  13:12:42
15 What are the signs -- I mean, what is  13:12:44
16 ischemia, and then how does that relate to gray  13:12:46
17 and white matter being --  13:12:49
18     A.  Well, ischemia means that there is  13:12:50
19 lack or insufficient blood supply to the brain.  13:12:55
20 And when you have that it causes damage to the  13:13:00
21 brain, and that can be visualized or imaged on the  13:13:07
22 CAT scan by blurring of the gray-white junction,  13:13:13
23 the -- where the gray matter and the white matter  13:13:18
24 meet should be clearly demarcated, and when you  13:13:21
25 see it kind of blend together, as it is in this  13:13:24

RONALD F. SHALLAT, M.D.   FEBRUARY 17, 2006

**Page 170**

```
1   improved his condition; is that correct?                13:26:37
2        A. Correct.                                         13:26:38
3        Q. It's not that, you know, had he had              13:26:38
4   a subarachnoid bleed -- if you have got somebody         13:26:42
5   who has -- strike all that.                              13:26:46
6        If you have a patient with a                        13:26:46
7   subarachnoid bleed and they present to a medical         13:26:47
8   facility and they are actually neurologically            13:26:50
9   intact, that is not necessarily going to make a          13:26:52
10  big difference whether they have hydrocephalus or        13:26:55
11  a clot; is that right?                                   13:26:58
12       A. That's correct.                                  13:26:58
13       Q. So when you state the opinion that               13:26:59
14  Mr. Allen's CT scan showed neither of these              13:27:06
15  conditions, that is, the hydrocephalus or this           13:27:09
16  clotting issue, which in my opinion means that his       13:27:10
17  prognosis was very poor, regardless of when or           13:27:13
18  where or what kind of treatment was instituted,          13:27:16
19  that is based on the fact that he -- at the point        13:27:18
20  where they took the CT scan, he was in such bad          13:27:22
21  shape; is that right?                                    13:27:26
22       A. That's correct.                                  13:27:26
23       Q. I am going to jump down toward the               13:27:28
24  end of your report, because I think we have spoken       13:27:38
25  quite a bit about that -- the one paragraph I am         13:27:43
```

**Page 171**

```
1   going to skip over for now.                              13:27:46
2        It says, "In general, aneurysms are                 13:27:47
3   ideally treated within 72 hours of the initial           13:27:49
4   bleed."                                                  13:27:52
5        And why is that?                                    13:27:52
6        A. Well, a couple of reasons. One is                13:27:56
7   the sooner you deal with them, the sooner you            13:28:04
8   eliminate the possibility of rebleeding. The             13:28:09
9   second reason is that the peak incidence of              13:28:12
10  vasospasm is probably between three and ten days         13:28:17
11  post bleed.                                              13:28:22
12       Q. Could you tell by looking at                     13:28:24
13  Mr. Allen's CAT scan on the 19th whether or not he       13:28:26
14  had suffered a vasospasm?                                13:28:30
15       A. Can't tell from CAT scan.                        13:28:31
16       Q. Can you tell by looking at his CAT               13:28:33
17  scan whether or not that is a rebleed?                   13:28:37
18       A. No.                                              13:28:38
19       Q. Do you have an opinion about                     13:28:39
20  whether or not he rebled that day?                       13:28:40
21       A. I think it's more likely than not                13:28:42
22  that he had the sentinel bleed the night before or       13:28:48
23  early that morning, and that he rebled sometime          13:28:52
24  when he was in his hotel room that afternoon.            13:28:57
25       Q. Why do you -- I'm just curious.                  13:29:01
```

**Page 172**

```
1   What is that based on? I want to know everything         13:29:03
2   that you are looking at to come to that opinion.         13:29:07
3        A. Well, to me it's the best                        13:29:08
4   explanation of why he went downhill so quickly.          13:29:12
5   As I said earlier, if we accept the fact that he         13:29:18
6   probably had a sentinel bleed in the morning, you        13:29:25
7   usually don't go downhill that rapidly from a            13:29:29
8   small sentinel bleed. You usually don't develop          13:29:32
9   severe brain swelling, ischemia, vasospasm,              13:29:35
10  et cetera.                                               13:29:39
11       And so, the way I put this together is              13:29:40
12  that the most likely scenario is that he had the         13:29:45
13  major bleed or rebleed, if you will, sometime that       13:29:48
14  afternoon while he was in the hotel room sleeping.       13:29:53
15       Q. So you base that on the -- just the              13:29:58
16  description of his course through the day? Is            13:30:03
17  that fair to say?                                        13:30:06
18       A. Yes.                                             13:30:06
19       Q. Is any of that based on the wife's               13:30:06
20  deposition testimony? That is, that opinion about        13:30:10
21  whether or not he rebled, is that based at all on        13:30:14
22  the wife's testimony about what happened during          13:30:17
23  the day?                                                 13:30:18
24       A. No.                                              13:30:19
25       Q. Is it based on, in part, on the                  13:30:19
```

**Page 173**

```
1   record from the Alaska Native Medical Center, the        13:30:26
2   emergency room visit record from the 19th?               13:30:29
3        A. Well, only to the extent that, as I              13:30:32
4   said earlier, his condition when he was seen at          13:30:36
5   the Alaska Native Regional Center was such that I        13:30:41
6   don't think he had had a major bleed at that time.       13:30:46
7   And that's why I don't think that he would have          13:30:50
8   had that terrible decline in clinical condition          13:30:53
9   unless he rebled.                                        13:30:58
10       Q. I am just trying to hit on all the               13:31:01
11  factors that went into your opinion about him            13:31:03
12  rebleeding.                                              13:31:06
13       And so, was it based on the CT scan in              13:31:07
14  the afternoon?                                           13:31:09
15       A. Well, to some extent the CT scan                 13:31:11
16  showed, A, that he had a significant bleed; B,           13:31:15
17  that he had cerebral edema; C, that he had               13:31:19
18  ischemia. All of those things, in my opinion, are        13:31:24
19  more likely the result of a major bleed, and in my       13:31:28
20  opinion, the morning bleed, if he had one, was not       13:31:32
21  a major one.                                             13:31:35
22       Q. Now, I want to just explore the,                 13:31:36
23  sort of, possibilities. And I understand it's            13:31:41
24  your opinion it's more likely than not that he had       13:31:43
25  a sentinel bleed the night before, sometime before       13:31:46
```

## Page 174

1  he presented to the ER, and then a rebleed that    13:31:49
2  afternoon before he was taken to Providence; is    13:31:54
3  that right?    13:31:57
4     A.  That's correct.    13:31:57
5     Q.  So now I want to understand    13:31:58
6  possibilities.    13:31:59
7     I don't know, is it possible he could    13:32:01
8  have had a significant bleed before he presented    13:32:02
9  to the ER on the morning of April 19th?    13:32:05
10    A.  I don't think so.    13:32:07
11    Q.  Is that based on the note?    13:32:08
12    A.  On how he presented.  As I said, he    13:32:12
13 didn't seem sick enough to be someone who had a    13:32:16
14 major subarachnoid hemorrhage.    13:32:20
15    Q.  Is that based on your own    13:32:24
16 experience or the literature or what would that --    13:32:26
17    A.  On my own experience and the    13:32:29
18 literature, yes.    13:32:30
19    Q.  Let me ask you this.  Would you    13:32:31
20 agree that it's, at least in most of the cases    13:32:50
21 involving patients with subarachnoid bleeds, that    13:32:52
22 they usually rebleed after the first 24 hours?  I    13:32:54
23 mean, is that generally the case?    13:33:02
24    A.  Well, I don't know what the    13:33:02
25 statistics are exactly, but I know that patients    13:33:06

## Page 175

1  do rebleed in the first 24 hours.    13:33:10
2     Q.  Sure, they do, and I am just    13:33:13
3  wondering, do you know what the statistics are on    13:33:14
4  that?    13:33:19
5     A.  No.    13:33:19
6     Q.  When you say the peak of incidence    13:33:19
7  of vasospasm is between three and ten days post    13:33:24
8  bleed, what is that based on?    13:33:26
9     A.  The literature.    13:33:27
10    Q.  What are some of the other    13:33:28
11 factors -- I want to talk about patient outcomes    13:33:52
12 and -- of patients who have aneurysms that    13:33:55
13 resulted in subarachnoid bleeds.    13:33:57
14    What are some of the factors that -- we    13:33:59
15 have talked about the Hunt-Hess scale, you know,    13:34:01
16 how somebody is doing neurologically.  Are there    13:34:04
17 other factors that would play a role in how a    13:34:06
18 patient is likely to do?    13:34:12
19    A.  Yes.  In the first place, there are    13:34:13
20 other grading scales beside the Hunt-Hess.  I    13:34:17
21 think the Hunt-Hess is probably the most widely    13:34:21
22 used, but there are other grading scales.  I think    13:34:23
23 that the statistics would say that the younger the    13:34:30
24 patient, the better the outcome in general.    13:34:33
25    Q.  And the younger meaning less than    13:34:37

## Page 176

1  40?    13:34:39
2     A.  Sure.    13:34:40
3     Q.  What else?    13:34:42
4     A.  The magnitude of the bleed bears on    13:34:42
5  the outcome.  I mean, in other words, how much    13:34:50
6  blood do you see when you go in surgically, or how    13:34:53
7  much blood do you see on the CAT scan, is it a    13:34:56
8  little bit or is it a lot?  And that seems to have    13:34:59
9  a prognostic significance.    13:35:03
10    Q.  And just in terms of quantities, I    13:35:05
11 don't know how neurosurgeons talk about it.  Do    13:35:11
12 they talk about it in terms of, you know, gee, it    13:35:13
13 was like a pint of blood?  I'm just curious.  How    13:35:15
14 do they measure it or have they --    13:35:20
15    A.  Well, you don't really quantitate    13:35:20
16 it, other than to say, yeah, there was a lot of    13:35:22
17 blood in the subarachnoid space or in the cistern    13:35:24
18 is what we call it.  But surgically, you -- in    13:35:30
19 fact, one of the goals of surgery is to evacuate    13:35:33
20 as much of the local clot around the area of the    13:35:37
21 aneurysm as you can because that seems to lessen    13:35:41
22 the subsequent incidence of vasospasm.    13:35:46
23    But on CAT scan, as far as quantifying    13:35:50
24 it, you know, it's generally just more whether you    13:35:55
25 see localized blood in one area, like in the    13:36:01

## Page 177

1  Sylvian fissure, or generalized or diffuse, such    13:36:04
2  as in Mr. Allen's case.    13:36:08
3     Q.  What is the significance if it's    13:36:10
4  diffuse versus --    13:36:11
5     A.  Well, that just means that there is    13:36:13
6  a greater quantity of blood in the subarachnoid    13:36:14
7  space, that there was a major bleed and it's    13:36:19
8  spread all over.    13:36:22
9     Q.  Would you describe Mr. Allen's CT,    13:36:24
10 is there -- is it just -- is it really just like    13:36:28
11 there is a little bit of blood or there is a lot    13:36:30
12 of blood?    13:36:32
13    A.  There is a lot of blood.    13:36:32
14    Q.  But in terms of characterizing the    13:36:33
15 amount of blood that you might see on a CT, is    13:36:35
16 that generally how neurosurgeons talk about it,    13:36:37
17 there is a little blood, there is a lot of blood?    13:36:40
18    A.  Well, or they might say it is    13:36:42
19 diffuse rather than localized.  That's probably a    13:36:43
20 more common characterization, I would say.    13:36:46
21    Q.  Are there any opinions, just    13:36:48
22 generally, that you -- is there anything that you    13:36:54
23 have seen, any documents, reports, anything you    13:36:56
24 have seen, since you have drafted your report    13:37:01
25 which would make you want to amend your report or    13:37:03

**Page 186**

```
 1  heavy objects or have a bump in your blood         13:47:12
 2  pressure to have a rebleed. The sentinel bleed is  13:47:15
 3  stopped by a very fragile little clot that --      13:47:18
 4  normal physiologic mechanisms dissolve that clot.  13:47:23
 5  That is the normal thing that bodies do. They      13:47:28
 6  dissolve clots that form in your system.           13:47:32
 7      Q.  But certainly a patient is more            13:47:35
 8  likely to rebleed if they do something that        13:47:37
 9  could --                                           13:47:39
10      A.  That certainly could increase your         13:47:39
11  chances of rebleeding, but as statistics will      13:47:41
12  show, rebleeding happens many times even in        13:47:47
13  patients who are hospitalized in medical centers   13:47:52
14  with aneurysm care of the latest variety before    13:47:55
15  they get to surgery. It happens. There doesn't     13:48:00
16  have to be a causative incident to make them       13:48:05
17  rebleed.                                           13:48:09
18      Q.  But certainly there could be a             13:48:09
19  causative incident that does cause rebleeding?     13:48:10
20      A.  Yes.                                       13:48:14
21      Q.  For instance, a patient exerting           13:48:14
22  himself, that could cause a rebleed; isn't that    13:48:16
23  right?                                             13:48:18
24      A.  It could be, yes.                          13:48:18
25      Q.  Before you go on, let me just make         13:48:20
```

**Page 187**

```
 1  sure that I followed up on that.                           13:48:30
 2      Had he been diagnosed with a                           13:48:31
 3  subarachnoid hemorrhage in the morning when he             13:48:40
 4  presented at the Alaska Native Medical Center              13:48:44
 5  Emergency Department, his best Hunt-Hess grade at          13:48:47
 6  that point would have been a 1; isn't that right?          13:48:52
 7      A.  That's right.                                      13:48:53
 8      Q.  And, in fact, his worst Hunt-Hess                  13:48:54
 9  grading system would have been a 1; isn't that             13:48:59
10  right? Certainly at that time in the morning had           13:49:01
11  he been diagnosed --                                       13:49:03
12      A.  Well, at 8:00 in morning, yeah.                    13:49:03
13  But that is irrelevant. What I am saying is what           13:49:05
14  is relevant is his worst grade prior to treating           13:49:09
15  the aneurysm. Okay. I am saying that --                    13:49:13
16      Q.  And you define treatment, then, in                 13:49:19
17  that instance as surgery?                                  13:49:21
18      A.  Surgery or interventional coiling.                 13:49:22
19      Q.  But not medical treatment?                         13:49:25
20      A.  That's right, because medical                      13:49:29
21  treatment can't stop bleeding.                             13:49:30
22      Q.  Can it -- does it change -- let me                 13:49:35
23  make sure I understand that.                               13:49:37
24      Does it change at all? Medical                         13:49:39
25  treatment, that is, preoperative medical treatment         13:49:40
```

**Page 188**

```
 1  of the patient with a subarachnoid bleed, does      13:49:43
 2  that influence at all whether or not a patient     13:49:45
 3  rebleeds?                                          13:49:47
 4      A.  Well, only to the extent that, as          13:49:48
 5  you said earlier, you are keeping him in bed and   13:49:52
 6  trying to prevent him from vomiting so he doesn't  13:49:55
 7  raise his pressure. You prevent his blood          13:49:58
 8  pressure from jumping up. You can do things to     13:50:01
 9  try and minimize outside factors from causing a    13:50:03
10  rebleed, but rebleeding is inevitable in a certain 13:50:10
11  percentage of cases no matter what you do and      13:50:15
12  where you are treated and how you are treated.     13:50:17
13      Q.  Do you know what the percentage --         13:50:19
14  that percentage of cases is?                       13:50:21
15      A.  No. I can't quote the number.              13:50:22
16      Q.  Do you know whether or not it's            13:50:24
17  less than 50 percent?                              13:50:26
18      A.  Well, it probably is, but, I mean,         13:50:27
19  that is -- it's hard to quote a number because it  13:50:33
20  depends on what time frame you are talking about.  13:50:37
21  Are you talking about in 24 hours or in 72 hours   13:50:40
22  or ten days? I mean, some centers, you know, will  13:50:43
23  sit on patients for ten days and then operate, you 13:50:52
24  know, and their incidence of rebleeding is         13:50:54
25  significant in that time. If you operate in the    13:50:58
```

**Page 189**

```
 1  first 72 hours, it's less.                         13:50:59
 2      But so, in quoting a number, it has to         13:51:01
 3  be tied in to how many days you are talking, over  13:51:06
 4  what period of time from the initial bleed.        13:51:09
 5      Q.  Do you have an opinion as to when          13:51:10
 6  Mr. Allen rebled on the date of the -- on the      13:51:12
 7  19th?                                              13:51:16
 8      A.  Well, I can only say that it likely        13:51:16
 9  happened sometime between the time he laid down    13:51:21
10  and went to sleep, which was, what, about -- was   13:51:25
11  it 1:00 or 1:30? I mean, there are little          13:51:29
12  discrepancies in the time frame, I think, from the 13:51:32
13  different stories, but basically, I think it's     13:51:37
14  somewhere around 1:00 or 1:30 in the afternoon     13:51:39
15  that he went to sleep, and she went out for        13:51:42
16  McDonald's or something and then came back. But    13:51:46
17  sometime between there and, say, 3:00 or 4:00, I   13:51:49
18  would say.                                         13:51:53
19      Q.  Why do you say there -- the time,          13:51:54
20  whatever time he laid down, to 3:00 or 4:00?       13:51:56
21      A.  Well --                                    13:52:00
22      Q.  I am focused on the 3:00 or 4:00           13:52:01
23  part.                                              13:52:03
24      A.  Yeah. I am assuming that when he           13:52:03
25  had the sonorous or stertorous breathing, that --  13:52:05
```