```
 1  Donna J. McCready
    Friedman, Rubin & White
 2  1126 Highland Avenue
    Bremerton, WA  98337
 3  Phone: (360)782-4300
    Fax:   (360)782-4358
 4
 5  Attorney for Kimberly Allen
 6
 7
                    UNITED STATES DISTRICT COURT
 8                   FOR THE DISTRICT OF ALASKA
 9
10  KIMBERLY ALLEN, Personal Representative  )
    of the ESTATE OF TODD ALLEN,             )
11  Individually, on Behalf of the ESTATE OF )
    TODD ALLEN, and on Behalf of the Minor Child )
12  PRESLEY GRACE ALLEN,                     )    Case No. 3:04-CV-0131-JKS
13                                           )
                         Plaintiffs,         )
14                                           )
15        vs.                                )
                                             )
16  UNITED STATES OF AMERICA,                )
                                             )
17                       Defendant.          )
                                             )
18  _____
19
20              NOTICE OF CHANGE OF ADDRESS
21     Please take notice that Donna J. McCready, counsel for plaintiff, is now associated with
22  the law firm of Friedman, Rubin & White.  All pleadings and papers in this action shall be sent
23  to her at:
24
                              Page 1
25  Notice of Change of Address
    Allen v. United States
26  3:04-V-0131-JKS
27                                                    FRIEDMAN, RUBIN & WHITE
                                                           1126 Highland Avenue
28                                                         Bremerton, WA  98337
                                                              (360)782-4358
```

1
2                                     1126 Highland Avenue
                                      Bremerton, WA 98337
3                                     Phone: (360)782-4300
                                      Fax: (360)782-4358
4                                     e-mail: dmccready@frwlaw.us
5
6
7  Dated: 1/11/07                     /s/ Donna J. McCready
                                      1126 Highland Avenue
8                                     Bremerton, WA 98337
9                                     Phone: (360)782-4300
                                      Fax: (360)782-4358
10                                    e-mail: dmccready@frwlaw.us
                                      Alaska Bar No. 9101003
11
12
13   CERTIFICATE OF SERIVCE
14
    I hereby certify that on the 11th day of
15  January, 2007, a copy of the
    foregoing was served electronically on
16  Gary Guarino.
17  /s/ Donna J. McCready
18
19
20
21
22
23
24
                                    Page 2
25  Notice of Change of Address
    Allen v. United States
26  3:04-V-0131-JKS
27                                                    FRIEDMAN, RUBIN & WHITE
                                                        1126 Highland Avenue
28                                                      Bremerton, WA 98337
                                                           (360)782-4358