IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**[PROPOSED] ORDER** |

The parties' Stipulation for Extension of Time to File Opposition and Reply for Plaintiff's Motion In Limine to Limit Defendant's Expert's testimony is GRANTED. Defendant shall have until February 27, 2007 to file its Opposition and Plaintiff shall have until March 7, 2007 to file her Reply.

DATED: _____    _____
                                                            JAMES K. SINGLETON
                                                            United States District Court Judge