NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY FOR PLAINTIFFS' MOTION IN LIMINE TO LIMIT DEFENDANT'S EXPERT'S TESTIMONY**<br><br>*Filed on shortened time* |

The parties, via undersigned counsel, stipulate that the Defendant shall have until March 7, 2007 to file its Opposition to Plaintiff's Motion In Limine To Limit Defendant's Experts testimony (Docket 48 and 59) and Plaintiff shall have until March 16, 2007, to file her Reply.

ASHBURN & MASON

Dated: February 27, 2007                s/Donna J. McCready (consent)
                                        Donna J. McCready
                                        Attorney for Plaintiffs


                                        NELSON P. COHEN
                                        United States Attorney

Dated:  February 27, 2007               s/Gary M. Guarino
                                        Assistant U.S. Attorney
                                        222 West 7th Ave., #9, Rm. 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-5071
                                        Fax: (907) 271-2344
                                        E-mail: gary.guarino@usdoj.gov