IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:04-CV-00131 (JKS)<br><br><br>O R D E R |

　　　The parties' Stipulations at **Docket No. 60** and **61** for Extension of Time to File Opposition and Reply for Plaintiff's Motion in Limine to Limit Defendant's Expert testimony are **GRANTED**. Defendant shall have until Wednesday, March 7, 2007, to file its Opposition and Plaintiff shall have until Friday, March 16, 2007, to file her Reply.

　　　Dated at Anchorage, Alaska, this 28th day of February, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1