## EXHIBIT LIST TO

## UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO LIMIT DEFENDANT'S EXPERTS TO ONLY TESTIFY WITHIN THE SCOPE OF THEIR EXPERTISE

A.	Deposition of Michael Levy, M.D.

B.	Curriculum Vitae of Michael Levy, M.D.

C.	Deposition of Richard A. Rubenstein, M.D.

D.	Deposition of Richard E. Brodsky, M.D.

E.	Deposition of Frank Mannix, M.D.