# Curriculum Vitae: Michael Levy, M.D.

**Personal:**
- Born: June 28, 1957, Canon City, Colorado
- Home address: 12146 Rainwater Circle, Eagle River, Alaska 99577
- Business address: Denali Emergency Medicine Associates, 2841 DeBarr Rd Box 505, Anchorage, AK 99508
- Telephone: 907-696-7386
- Fax: 907-696-7385
- Email: mlevy@gci.net

**Academic:**
- High school: The Abbey School, Canon City, CO
- Undergrad: University of Colorado, Boulder, CO — B.A. 1978; Department of Molecular, Cellular and Developmental Biology
- Medical: Northwestern University School of Medicine, Chicago, IL — Doctor of Medicine 1983
- Residency: McGaw Medical Center of Northwestern University, Chicago, IL — Combined residency in Internal and Emergency Medicine; Completed: June 1987
- Chief Resident, Emergency Medicine, McGaw Medical Center 1986-7

**Professional Societies**
- American College of Physicians, Fellow
- American College of Emergency Physicians, Fellow
- American College of Emergency Physicians Alaska Chapter, Past President
- National Association of EMS Physicians, member
- American Medical Association, member
- Alaska State Medical Association, member

Certifications
    Board certified, Internal Medicine 9/87
    Board certified, Emergency Medicine 10/88, Recertified 1998
    Advanced Cardiac Life Support, Instructor
    Advanced Trauma Life Support, Instructor

Employment
| | |
|---|---|
| 9/84-6-87 | Part time employment at area Chicago hospitals while finishing residency |
| 7/87-7/89 | Chinle Comprehensive Health Care Facility<br>Emergency Physician, Assistant EM Director<br>Chinle, AZ |
| 7/89-6/90 | Alaska Native Medical Center<br>Staff Physician, Emergency Department<br>Anchorage, AK |
| 6/90-present | Alaska Regional Hospital<br>Emergency Physician<br>Anchorage, AK |

Other Professional Positions
    Emergency Department Chairman, Alaska Regional Hospital 1997-1999
    Medical Director, Anchorage Fire Department
    Medical Director, Aeromed International
    Medical Director Northstar EMS Academy
    Mayor's Advisory Board on Emergency Medical Service, Chairman
    Sponsoring physician: Alaska Air National Guard 210th Pararescue Squadron
    Sponsoring physician: Community Service Patrol
    Alaska Division Medical Advisor, National Ski Patrol

Publications
Wolfson AB, Levy ML; "Care of the patient with renal failure" Emergency Management of the Compromised Patient; Cydulka R and Herr R (eds) Lippincott

Reference
    Upon request

Medical License

| | |
|---|---|
| Alaska | 2465 |
| DEA | BL2120765 |