# RICHARD A. RUBENSTEIN, M.D.

Plaza One Office Building
3220 Blume Drive, Suite 151
Richmond, California 94806-1980

Phone: (415) 924-1340 or (800) 426-9558
Fax: (415) 924-5259
Email: rr@rrubenstein.com
Web site: www.rrubenstein.com

## CURRICULUM VITAE

PAGE 1

### EDUCATION AND TRAINING

B.A. (Honors major in Biology), Amherst College, Amherst, Massachusetts, 1962-66. Doctor of Medicine, Boston University School of Medicine, 1966-70. Straight Medical Internship, St. Elizabeth's Hospital of Boston, Tufts University Medical Service, 1970-71. Junior Assistant Resident in Neurology, Boston University School of Medicine and Affiliated Hospitals' Neurology Residency Program, 1971-72. Senior Assistant Resident in Neurology, Boston Veterans Administration Hospital, Boston City Hospital Pediatric Neurology Service, 1972-73. Senior Resident and Chief Resident, Boston Veterans Administration Hospital, Boston University Hospital, 1973-74.

### PROFESSIONAL POSITIONS

Neurologist, Adult and Pediatric Neurology Branch, Naval Regional Medical Center, Oakland, California, 1974-76. Associate and Acting Chief, Neurology Service, Martinez Veterans Administration Hospital, Martinez, California, 1976-77. Practice of Occupational and Forensic Neurology, Plaza One Office Building, 3220 Blume Drive, Suite 151, Richmond, California, 1978-present.

### RESEARCH AND EXPERIENCE

Honors Thesis. Nucleic Acid Content in Developing Chick Embryo, Amherst College, 1965-66.
National Science Foundation Summer Fellowship, nucleic acid synthesis in tumor cells, Boston University School of Medicine, 1967. Commonwealth of Massachusetts Summer Fellowship,
Public Health, Lemuel Shattuck Hospital, Boston, Massachusetts, 1968. Project with Robert Efron, M.D., Professor of Neurology, University of California Davis, VA grant on hemispheric integration of dichotically presented auditory tasks, 1976-77.

### ACADEMIC APPOINTMENTS

Fellow in Neurology, Boston University School of Medicine, 1971-74. Assistant Professor of Neurology in Residence, University of California at Davis, 1976-77. Consultant in Neurology, Martinez Veterans Administration Hospital, Martinez, California, 1978. Assistant Clinical Professor of Neurology, University of California Hospitals, San Francisco, California (UCSF), 1979-94.

### MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

Boston Society of Neurology and Psychiatry, 1972-74. San Francisco Neurologic Society, 1974-present. Fellow Member of American Academy of Neurology, 1976-present. American Association of Electromyography and Electrodiagnosis, Active Member, 1978. American EEG Society, 1979. Examiner, American Association of Electromyography and Electrodiagnosis certification examination, 1980. Alameda-Contra Costa Medical Association, 1980-present. California Medical Association, 1980-present. American Medical Association, 1980-present. 1999-present Association of California Neurologists. (ACN).

# RICHARD A. RUBENSTEIN, M.D.

## CURRICULUM VITAE

PAGE 2

### LICENSES AND CERTIFICATIONS

Diplomate, National Board of Medical Examiners, 1971-present. California State License Certificate G 26537, 1973-present. Alaska State License Certificate 3809, 1997-present. Certified, American Board of Psychiatry and Neurology (Neurology), 1976. Certified, American Association of Electromyography and Electrodiagnosis, 1978. Board Eligible, American Board of Qualification in EEG (ABQEEG), 1980. Elected to Fellowship, American Academy of Neurology, 1982. Independent Medical Examiner, plaintiff and defense counsel, personal injury, 1991. Certified American Board of Electrodiagnostic Medicine, 1990. Independent Medical Examiner, State of California, Division of Industrial Accidents, 1990. Qualified Medical Evaluator, State of California, Division of Industrial Accidents, 1991. Agreed Medical Examiner, 1991.

### HOSPITAL APPOINTMENTS

Active Staff, Doctors Hospital, San Pablo, CA.

### BIBLIOGRAPHY

1. Rubenstein, R., and Benson, D.F., *Treatment of Progressive Supranuclear Palsy* (submitted to Journal of Neurology, Neurosurgery and Psychiatry).
2. Rubenstein, R., *Treatment of Pituitary Microadenomas*, Lancet 2:460, 1977.
3. Rubenstein, R., and Satyamurti, S., *Conduction Aphasia with Normal Praxis*, (Submitted to Cortex).

### PRESENTATIONS

1. Satyamurti, S., and Rubenstein, R., *Conduction Aphasia with Normal Praxis*, presented at the San Francisco Neurologic Society meeting, Yosemite, California, May 15, 1975.
2. Rubenstein, R., *Metastatic Neoplasms of the Spinal Epidural Space*, presented at the San Francisco Neurologic Society meeting, Napa, California, May 21, 1977.
3. Rubenstein, R., *Neurologic Complications of Mycoplasma Infections of the CNS*, presented at the Western Federation of Neurologic Sciences meeting, Stanford Court Hotel, San Francisco, California, February 19, 1981.

### CONTACT

Richard A. Rubenstein, M.D. (800) 426-9558, (415) 924-1340, Fax (415) 924-5259, Email rr@rrubenstein.com, or web site www.rrubenstein.com.

### PERCENTAGE PLAINTIFF/DEFENSE

Fifty/Fifty

### NUMBER OF CASES

200 plus

### TESTIMONY EXPERIENCE

Two hundred depositions, thirty trials, and twenty arbitration hearings

### GEOGRAPHIC LIMITATIONS

None

### REFERENCES

Exhibit 3 – Page 2 of 4
Case 3:04-CV-0131-JKS

From both plaintiff and defense bar upon request

RUBN0000001187

# RICHARD A. RUBENSTEIN, M.D., INC.

FELLOW OF AMERICAN ACADEMY OF NEUROLOGY
DIPLOMATE OF AMERICAN ASSOCIATION OF NEUROMUSCULAR & ELECTRODIAGNOSTIC MEDICINE

PLAZA ONE OFFICE BUILDING
3220 BLUME DRIVE, SUITE 151
RICHMOND, CA 94806
TELEPHONE (510) 243-2380
FAX NO. (510) 243-2382

September 15, 2005

Trial/Arbitration Testimony:

1. Susan McGregor v. Paul Revere life Insurance Company, San Francisco, California. (Federal court)
2. Geoffrey Loeffler v. Allstate Insurance, Anchorage, Alaska. (Arbitration hearing)
3. Cheryl Glass v. Dana Murphy, CSE, et al, Santa Cruz, California. (Arbitration hearing)
4. Angee M. Adams v. San Francisco MUNI, San Francisco, California. (Superior Court)
5. Adam Corona v. City of Richmond, Contra Costa County, California. (Superior Court)
6. William Alizaga v. Keegan Construction, et al., San Francisco. (Superior Court)
7. Jamie Carrero v. Broadway Transportation, Stockton, California. (Superior Court)
8. Shirley Frederico v. Steven Harry Rollins, Solano County, California. (Superior Court)
9. Charles Myer, Jr. v. NW Arctic School Borough, Kotzebue, Alaska.
10. Teva K. Marron v. Lyle Stromstad, Anchorage Alaska.
11. Shirley Frederico v. Steven Harry Rollins, Solano County, California. (Superior Court)
12. Deborah Stern v. Olivia Cruise Lines. (Arbitration hearing)
13. Timothy O'Shea v. Julie Fine, Anchorage, Alaska. (Arbitration hearing)
14. Virgil A. McCormick v. Capitol Electric, Kansas City, Missouri. (Superior Court)
15. Michael A. Beaver v. Ridacan, San Francisco, California. (Superior Court)
16. Scott D. Schlosser v. State of California, Oakland, California. (Superior Court)
17. Stavios Mavromatis v. Darrell Scheulte, Marin County, California. (Superior Court)
18. Jeffrey S. Vetrovec v. Haapsco, Sacramento, California. (Superior Court)
19. Thomas J. Koukis v. David Arnold, Sonoma County, California. (Superior Court)
20. Noemi C. Torres v. Jacobs, San Francisco, California. (Superior Court)
21. Kirk D. Sims v. CalSkate, Sacramento, California. (Superior Court)
22. Susan L. French v. UNUM Life, Sacramento, California. (Federal Court)
23. Julie C. Vital v. Barron, Oakland, California. (Superior Court)
24. Jane K. Wegner (David R. Wegner) v. Department of Veterans Affairs, Napa, California. (Superior Court)
25. Marcel Berry v. California Youth Authority, Stockton, California. (Administrative Law Judge)
26. Michael R. Merry v. Chewy Hugo Valle, Stockton, California. (Superior Court)
27. Arthur G. Webb v. Robert Cowan, M.D., Verde Valley Hospital, et al, Camp Verde, Arizona. (Superior Court)

Exhibit 3 – Page 3 of 4
Case 3:04-CV-0131-JKS

RUBN0000001188

# RICHARD A. RUBENSTEIN, M.D., INC.

FELLOW OF AMERICAN ACADEMY OF NEUROLOGY
DIPLOMATE OF AMERICAN ASSOCIATION OF NEUROMUSCULAR & ELECTRODIAGNOSTIC MEDICINE

PLAZA ONE OFFICE BUILDING
3220 BLUME DRIVE, SUITE 151
RICHMOND, CA 94806
TELEPHONE (510) 243-2380
FAX NO. (510) 243-2382

September 15, 2005

Deposition testimony:

1. Ivoria D. Gerena v. State of California, et al.
2. Arthur G. Webb v. Singer, et al.
3. William I. Newlin v. Chrysler Realty Corporation, et al..
4. Leonard W. Bosenko v. Walmart
5. Kirk D. Sims v. Calskate
6. Kenji Juan v. Foundation Constructors, Inc., et al.
7. Duwayne M. Bahnsen v. Speedshore Corporation
8. Julia Vital v. Francisco Barron
9. Jose Castro v. Walters Wholesale Electric, et al.
10. Oscar Ruiz v. Citrus Grove
11. Jeannie Eichner v. Whole Foods
12. Jane Wegner (David R. Wegner) v. Department of Veterans Affairs

Exhibit 4 – Page 1 of 4
Case 3:04-CV-0131-JKS