1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone:  (360) 782-4300
   Facsimile:  (360) 782-4358
4  E-mail:  dmccready@frwlaw.us

5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE DISTRICT OF ALASKA

7  KIMBERLY ALLEN, Personal                )
   Representative of the Estate of TODD    ) Case No. 3:04-CV-0131-JKS
8  ALLEN, Individually, on behalf of       )
   the Estate of TODD ALLEN, and on        )
9  behalf of the Minor Child, PRESLEY      )
   GRACE ALLEN,                            )
10                                         )
           Plaintiff,                      )
11                                         )
   vs.                                     )
12                                         )
   UNITED STATES OF AMERICA,               )
13                                         )
           Defendant.                      )
14 _____ )

15
**<u>NOTICE OF NON-JURY TRIAL</u>**

16

17     The United States and the plaintiff are filing notice with the court that the above-

18 captioned case is a Federal Torts Claim Act case and, therefore, by statute this case will be

19 judge-tried.

20

Notice of Non Jury Trial
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

FRIEDMAN RUBIN & WHITE

Counsel for Plaintiffs

DATED: April 23, 2007          By: /s/  Donna J. McCready

1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003


By: /s/  Gary Guarino

U.S. Attorney's Office
District of Alaska
222 W. 7th Avenue, Room 253
Anchorage, AK  99513
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
E-mail: Gary.Guarino@usdoj.gov
Alaska Bar No. 8209092

Certificate of Service

I certify that a copy of the foregoing document was served via Electronic Filing upon Gary Guarino on April 23, 2007

   /s/  Donna J. McCready

Notice of Non Jury Trial
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358