Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | ) Case No. 3:04-CV-0131-JKS<br>)<br>)<br>)<br>)<br>)<br>) **JOINT MOTION TO EXTEND**<br>) **PARTICULAR PRETRIAL DATES**<br>)<br>)<br>)<br>)<br>) |

  Come now the parties, by and through their counsel of record, and move the court for an order allowing the extension of the following dates:

| | |
|---|---|
| April 30, 2007 | The parties shall meet to a second time to continue discussions on exhibits. |
| May 2, 2007 | Exhibits shall be lodged. |
| May 9, 2007 | Final Witness List shall be due. |

Joint Motion to Continue Dates
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 1 of 2

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

| | |
|---|---|
| May 9, 2007 | Trial briefs shall be due. |
| May 11, 2007 | First Supplemental briefing shall be due. |

DATED this 25th day of April, 2007.

FRIEDMAN RUBIN & WHITE
Counsel for Plaintiffs


By: /s/   Donna J. McCready
1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003


STATE OF ALASKA
Attorney General's Office


By: s/s Gary M. Guario
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567
Telephone:  (907)271-5071
Facsimile:  (907)271-2344
E-mail:  gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Joint Motion to Continue Dates
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 2 of 2

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358