1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone: (360) 782-4300
   Facsimile: (360) 782-4358
4  E-mail: dmccready@frwlaw.us

5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE DISTRICT OF ALASKA

7

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**PROPOSED ORDER RE MOTION TO EXTEND PARTICULAR PRETRIAL DATES** |

   Having reviewed the parties' Joint Motion based on a stipulation of the parties to continue dates, IT IS HEREBY ORDERED that the parties shall meet a second time to continue their discussions on exhibits on April 30, 2007, exhibits shall be lodged May 2, 2007, trial briefs shall be due May 9, 2007, the Final Witness List shall be due May 9, 2007, and the first supplemental briefing shall be due May 11, 2007.

Proposed Order Re Motion to Extend Particular Pretrial Dates
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 1 of 2

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington  98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

1

2    IT IS SO ORDERED this _____ day of _____, 2007.

3

4
                                                _____
                                               The Honorable Jjames K. Singleton
5                                                  Judge of the U.S. District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Proposed Order Re Motion to Extend Particular Pretrial Dates
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 2 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358