*FILED ON SHORTENED TIME*