NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**JOINT MOTION TO WAIVE EXHIBIT REVIEW WITH CLERK OF COURT**<br><br>*FILED ON SHORTENED TIME* |

        The parties, via undersigned counsel, stipulate and move the Court for

an Order to waive the exhibit review with the Clerk of Court as provided under

Section II(A) of the Court's Order regarding Deadlines for Pretrial Documents.

[Docket No. 58] Counsel for the parties have met and discussed their respective

proposed trial exhibits.  The parties have filed their exhibit lists and have lodged

copies of the proposed trial exhibits with the Court.  The parties will address their

agreements and remaining objections to the proposed trial exhibits in the trial briefs

that will be filed on May 9, 2007.

Therefore, the parties respectfully request that they be permitted to waive the

exhibit review with the Clerk of Court.

Respectfully submitted this 3th day of May, 2007, in Anchorage, Alaska.

Dated: 05/03/2007                           s/Donna J. McCready
                                            DONNA J. MCCREADY
                                            Attorney for Plaintiffs


                                            NELSON P. COHEN
                                            UNITED STATES ATTORNEY


Dated: 05/03/2007                            s/Gary M Guarino
                                            GARY M. GUARINO
                                            Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2007,
a copy of the foregoing **JOINT MOTION
TO WAIVE EXHIBIT REVIEW WITH
CLERK OF COURT** was served
electronically on Donna J. McCready

s/ Gary Guarino


Allen, et al, v. USA
Case No. 3:04-cv-0131-JKS              2