UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal
Representative of the Estate of
TODD ALLEN, Individually, on
Behalf of the Estate of TODD
ALLEN, and On Behalf of the Minor
Child, PRESLEY GRACE ALLEN

               Plaintiff,

     v.

UNITED STATES OF AMERICA,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:04-cv-0131-JKS

**[PROPOSED] ORDER**


*FILED ON SHORTENED TIME*

      Defendant's Joint Motion to Waive Exhibit Review with Clerk of Court is

granted. The parties will address their agreements and remaining objections to the

proposed trial exhibits in the trial briefs on May 9, 2007.

_____
Date

_____
JAMES K. SINGLETON
United States District Judge