UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | ) Case No. 3:04-cv-0131-JKS<br>)<br>)    ORDER<br>)<br>)<br>)<br>)<br>) *FILED ON SHORTENED TIME*<br>)<br>)<br>)<br>) |

Defendant's Joint Motion to Waive Exhibit Review with Clerk of Court is granted. The parties will address their agreements and remaining objections to the proposed trial exhibits in the trial briefs on May 9, 2007.

May 4, 2007           /s/James K. Singleton, Jr.
Date                          JAMES K. SINGLETON, JR.
                              United States District Judge