UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) Case No. 3:04-cv-0131-JKS<br>)<br>)    ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Having reviewed the parties' Joint Motion based on a stipulation* of the parties to continue dates,

IT IS HEREBY ORDERED:

That the parties shall meet a second time to continue their discussions on exhibits on April 30, 2007, exhibits shall be lodged May 2, 2007, trial briefs shall be due May 9, 2007, the Final Witness List shall be due May 9, 2007, and the first supplemental briefing shall be due May 11, 2007.

Date: May 4, 2007              /s/James K. Singleton, Jr.
                               JAMES K. SINGLETON, JR.
                               United States District Judge

*The Court recognizes that the State of Alaska is not a party and that Mr. Guarino represents the United States and not the State of Alaska. The Court assumes that the form of the signature line in the stipulation was a scrivener's error that both parties missed during proofreading.