NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:04-cv-00131-JKS<br><br>**DEFENDANT'S AMENDED TRIAL EXHIBIT LIST** |

Defendant, United States of America, by and through counsel, submits its amended list of exhibits to be introduced at trial in the above-captioned matter:

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-1 | Todd Allen Medical Records | X | | |
| D-1A | Todd Allen Medical Records | X | | |
| D-2 | Providence Alaska Medical Center CT Scan Film and Report for Todd Allen | | X | |
| D-3 | ANMC Patient Tracking History for Todd Allen on 4/19/03 | X | | |
| D-4 | Kimberly Allen Medical Records | | X | |
| D-5 | Plaintiff's Responses to Defendant's First Discovery Requests | X | | |
| D-6 | Plaintiff's Responses to Defendant's Second Discovery Requests | X | | |
| D-7 | Donna Fearey Personnel File and Annual Evaluations | X | | |
| D-8 | C.V. of Donna Fearey | | X | |
| D-9 | C.V. of Dr. Richard Brodsky | | X | |
| D-10 | Expert Report of Dr. Robert Cantu | X | | |
| D-11 | C.V. of Dr. Robert Cantu | | X | |
| D-12 | Expert Report of Diane Duntze, A.N.P. | X | | |
| D-13 | C.V. of Diane Duntze, A.N.P. | | X | |
| D-14 | Expert Report of John Finch, Ph.D. | X | | |
| D-15 | C.V. of John Finch, Ph.D. | | X | |
| D-16 | Expert Report of Dr. Michael Levy | X | | |
| D-17 | C.V. of Dr. Michael Levy | | X | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-18 | Expert Report of Dr. Frank Mannix | X | | |
| D-19 | C.V. of Dr. Frank Mannix | | X | |
| D-20 | Expert Report of Elda Ramirez, R.N. | X | | |
| D-21 | C.V. of Elda Ramirez, R.N. | | X | |
| D-21A | Revised C.V. of Elda Ramirez, R.N. | | X | |
| D-22 | Expert Report of Dr. Richard Rubenstein | X | | |
| D-23 | C.V. of Dr. Richard Rubenstein | | X | |
| D-24 | Expert report of Dr. Ronald Shallat | X | | |
| D-25 | C.V. of Dr. Ronald Shallat | | X | |
| D-26 | Expert report of Susan Shott, Ph.D. | X | | |
| D-27 | C.V. of Susan Shott, Ph.D. | | X | |
| D-28 | Expert report of Paul Taylor, Ph.D. | X | | |
| D-28A | Expert report of Paul Taylor, Ph.D. | X | | |
| D-29 | C.V. of Paul Taylor, Ph.D. | | X | |
| D-30 | Deposition of Kimberly Allen, Volume 1 (04/12/05) | X | | |
| D-31 | Deposition of Kimberly Allen, Volume 2 (09/20/06) | X | | |
| D-32 | Deposition of Todd Allen | X | | |
| D-33 | Deposition of Patricia Ambrose, R.N. | X | | |
| D-34 | Deposition of Dr. Richard Brodsky | X | | |
| D-35 | Deposition of Dr. Robert Cantu | X | | |
| D-36 | Dr. Cantu File and Notes | X | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-37 | Deposition of Dr. Alan Deubner | X | | |
| D-38 | Deposition of Dr. Susan Dietz | X | | |
| D-39 | Deposition of Diane Duntze, A.N.P. | X | | |
| D-40 | Deposition of Dr. David Edwards | X | | |
| D-41 | Deposition of Susan Edwards, L.P.N. | X | | |
| D-42 | Deposition of Donna Fearey, A.N.P. | X | | |
| D-43 | Deposition of Dr. Roberta Lee | X | | |
| D-44 | Deposition of Dr. Michael Levy | X | | |
| D-45 | Deposition of Dr. Frank Mannix | X | | |
| D-46 | Exhibit 1 to Dr. Mannix Deposition | X | | |
| D-47 | Deposition of Elda Ramirez, R.N. | X | | |
| D-48 | Exhibit 1 to Ramirez Deposition | X | | |
| D-49 | Deposition of Dr. Richard Rubenstein | X | | |
| D-50 | Exhibit 4 to Dr. Rubenstein Deposition | X | | |
| D-51 | Exhibit 6 to Dr. Rubenstein Deposition | X | | |
| D-52 | Deposition of Dr. Tim Scheffel | X | | |
| D-53 | Deposition of Dr. Ronald Shallat | X | | |
| D-54 | Deposition of Susan Shott | X | | |
| D-55 | Susan Shott File Correspondence | X | | |
| D-56 | Susan Shott Articles | X | | |
| D-57 | Susan Shott Addendum | X | | |
| D-58 | Social Security Benefit Statements for Kimberly and Presley Allen '03-'06 | X | | |

      RESPECTFULLY SUBMITTED on May 24, 2007, at Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          s/Gary M. Guarino
          Assistant U.S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-2344
          E-mail: gary.guarino@usdoj.gov
          #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2007,
a copy of the foregoing **DEFENDANT'S
TRIAL EXHIBIT LIST** was electronically
served on Donna McCready, Esq.

s/ Gary M. Guarino