\*\*\*Final Report\*\*\*          PROVIDENCE ALASKA MEDICAL CENTER
                                      RADIOLOGY CONSULTATION

Patient:        ALLEN, TODD A
                BOX 3501
                VALDEZ, AK 99686
                (907) 223-8728
Med. Rec. No:   618279                    Exam Date:      Apr 19 2003 6:47
DOB:            Mar 30 1967 - 36Y         Sex:            Male               Room & Bed: IMC-202101
Order No:       90002                     SS#:            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        Pt. Class: ER
Clinician:      SUSAN DIETZ               Admission #:    010310900209
Alt Clinician:  SUSAN DIETZ
Att Clinician:  SUSAN DIETZ

Reason: code 99
Comment: er 2
Clinical Data: CODE 99

                                                              Accession No.  2113616

CAX 4105 - HEAD OR BRAIN NO CONTRAST CT  - CPT's: 70450- - - -:

RESULT: CT BRAIN – The findings were discussed with Dr. Dietz in the Emergency Department.

Bone images demonstrate no acute calvarial changes, but there is a metallic density seen along the posterior aspect of the rt zygomatic arch which is reportedly a plate for repairing bony injury. A few scattered air-fluid levels are seen in the sinuses, in particular the sphenoid sinus, which could represent either sinusitis or blood.

The brain demonstrates diffuse decreased attenuation with loss of the differentiation between the white and the gray matter in the cerebellar hemispheres and in the cerebrum. There is diffuse high-density material in the subarachnoid spaces consistent with a subarachnoid hemorrhage. The ventricles are slightly compressed, but no shift of the midline structures is noted. No abnormal extraaxial fluid collection is seen. The fourth ventricle cannot be visualized, and the third ventricle appears slightly compressed also.

IMPRESSION: 1/ SUBARACHNOID HEMORRHAGE. 2/ FRAGMENTS CONSISTENT WITH DEVELOPING DIFFUSE CEREBRAL EDEMA.

Report called to Dr. Dietz in ER.

Reading Doctor : DAVID A MOELLER M.D.

Transcribed By: PAD On: Apr 20 2003 4:12A

This document has been electronically
Signed by: MOELLER M.D., DAVID A On: Apr 20 2003 9:05A

Copy To:

                                          Page 1 of 2
Imaging Services Consultation   Acc #: 2113616   MR#:  618279   T: KSA   Medical Records Copy