Elda G. Ramirez
PhD, RN, FNP, BC, CEN, FAANP
501 W. 25th St.
Houston, TX 77008
(713) 861-8050 Home
Elda.G.Ramirez@uth.tmc.edu

### Formal Education

Texas Women's University, Houston, TX        2006    PhD

Dissertation Title -

PSYCHOMETRIC TESTING: NURSE PRACTITIONER TREATMENT COMPETENCY INSTRUMENT IN

EMERGENCY PRACTICE

The University of Texas Medical Branch,    1993    MSN    Family Practice Nurse Practitioner
Galveston, TX

The University of Texas Health Science Center    1988    BSN    Nursing
at Houston, School of Nursing, Houston, TX
University of Houston, Houston, TX            1986

### Professional Positions

2003 to present Director Department of Emergency Care University of Texas Health Science Center

1998 to present Assistant Professor, Emergency Care, The University of Texas-Houston School of Nursing, Houston,

1998 to present Clinical Practice Emergency Nurse Practitioner, Memorial Hermann System (Emergency Consultants Incorporated) / UTHSC Medical School, 2003, (6 facilities) Houston, TX

1994 - 1994    Family Nurse Practitioner in emergency care, University Hospital, San Antonio, TX

1994 - 1998    Instructor, Emergency Care, The University of Texas-Houston, School of Nursing, Houston, TX

1993 - 1994    Clinical Coordinator Level III, RN, Hermann Hospital, Houston, TX

1993 - 1993    Family Nurse Practitioner, Harris County Hospital District, Houston, TX

1992 - 1993    Staff Nurse, Emergency Department, Hermann Hospital, Houston, TX

1990 - 1992    Float Nurse, ICU, Hermann Hospital, Houston, TX

1986 - 1990    Staff Nurse, Shock Trauma ICU, Hermann Hospital, Houston, TX

## Clinical Positions

2005 - Director Nursing for George R. Brown Katrina evacuation

1996-1998 then 2005 to Present - Credentialed with: EmCare physician staffing group (Nurse Practitioner)

    Memorial Hermann Southeast emergency and South Oaks intake facility

1998 - Present - Credentialed with: Emergency Consultants Incorporated (Nurse Practitioner)

    Memorial Hermann Southeast, Southwest, Memorial City, Woodlands, and Northwest emergency departments

2002 - Present - Credentialed with: University of Texas Health Science Center Medical School - Department of Emergency Medicine - Nurse Practitioner (Memorial Hermann Hospital)

## Professional Memberships

2001 to present Member, National Hispanic Nurses Association

1997 to 1999 Member, American Nurses' Association

1995 to 1998 Member, Houston Area Nurse Practitioners

1995 to present Member, Minority Faculty Association

1992 to present Member, Emergency Nurses Association

1987 to present Member, Zeta Pi Chapter, Sigma Theta Tau

2005 - present Member, American Academy of Nurse Practitioners

## Honors and Awards

2006    Fellow of the American Academy of Nurse Practitioners

2006    University of Texas Health Science Center Houston Volunteer recognition award for Katrina work

2006    Community Nurse Recognition Award Partners Group

2005    Nomination McGovern Teaching Excellence Award

2005    Nursing Practice Award, Sigma Theta Tau International, Zeta Pi Chapter, Houston, TX

2002    Nomination McGovern Teaching Excellence Award

2000    McGovern Teaching Excellence Award, The University of Texas-Houston, Houston, TX

1999    Healthweek Health Care Excellence Award, Healthweek

1999    Nursing Practice Award, Sigma Theta Tau International, Zeta Pi Chapter, Houston, TX

1991    Outstanding Young Women of America

1990    Who's Who in American Nursing

| | |
|---|---|
| 1988 | National Dean's list |
| 1988 | National Hispanic Scholarship Fund |
| 1987 | Induction, Sigma Theta Tau, Zeta Pi Chapter, Houston, TX |

<u>Grants -- Other</u>

| | |
|---|---|
| 2001- 2004 | Emergency Ambulatory Care Nurse Practitioner training grant, Department of Health and Human Services, Nursing Division |
| 1996 - 2000 | Emergency/Ambulatory Care Nurse Practitioner, Department of Health and Human Services, Health Resources and Services Administration, Bureau of Health Professions. |

<u>Research Grants</u>

Partners research award $9,889.00 for dissertation

Sigma Theta Tau Zeta Pi Chapter research award $5000.00 for dissertation

Texas Woman's University research award fro dissertation $500.00

<u>Publications</u>

Cole, Frank L. PhD, RN, CEN, FNP, FAAN; Ramirez, Elda G. MSN, RN, FNP, CEN Nurse Practitioners in Emergency Care. Topics in Emergency Medicine. 27(2):95-100, April/June 2005.

Ramirez, Elda G. MSN, RN, CEN, FNP; Cole, Frank L. PhD, RN, CEN, CS, FNP, FAAN, FAANP Preparing for Clinical NP Practice in an Emergency Care Setting. Journal of Emergency Nursing. 30(2):176-178, April 2004.

Cole, F.L., & Ramirez, E.G. (2005). Nurse practitioners in emergency care. Topics in Emergency Medicine, 27(2), 95-100

Cole, F. L. & Ramirez, E., Activities and procedures performed by nurse practitioners in emergency care settings.

Cole, F. L. & Ramirez, E., Evaluating an emergency nurse practitioner program for its relevance to the role, Journal of Emergency Nursing, 25, 6, 547-550, 1999.

Cole, F. L. & Ramirez, E., Nurse practitioner autonomy in a clinical setting, Emergency Nurse, 7, 9, 26-30, 2000.

Cole, F. L. & Ramirez, E., Scope of practice for the emergency nurse practitioner, Emergency Nurses' Association, 1999.

Cole, F. L., & Ramirez, E. G., The emergency nurse practitioner: An educational model, Journal of Emergency Nurses Association, 23, 112-115, 1997.

Cole, F. L., Ramirez, E., & Mickanin, J., Creating models for teaching selected skills to nurse practitioners, Journal of Emergency Nursing.

Cole, F. L., Ramirez, E., & Mickanin, J., Emergency nurse practitioner employment by a physician group vs. hospital, Journal of Emergency Nursing, 25, 3, 183-186, 1999.

Cole, F. L., Ramirez, E., & Mickanin, J., Emergency nurse practitioner education: A United States perspective, Emergency Nurse, 6, 4, 12-14, 1998.

Cole, F. L., Ramirez, E., & Mickanin, J., Skill station models for teaching incision and drainage of abscesses, felons, and paronychia to emergency nurse practitioners, Journal of Emergency Nursing, 24, 455-456, 1998.

Ramirez, E., A personal perspective: Nurse practitioner in the emergency department., Journal of Emergency Nurses Association, 22, 538-540, 1996.

## Presentations

Ramirez, E., Cut to the Chase - Just tell me what I need to know The Smart of History Taking. Emergency Nurses Association - Scientific Assembly - Nashville, TN. (ENA -SA), 2005

Ramirez, E., G., "Bioterrorism" for the Houston area. Under the Texas Bioterrorism Continuing Education 2004-2005

Ramirez, E., Hand Assessment - You Put your finger Where? (ENA -SA - Philadelphia, PA), 2003

Ramirez, E., What do you mean we don't use Silvadene anymore? (ENA -SA Philadelphia, PA), 2003

Ramirez, E., G., Multicultural Diversity in the Work Setting, Memorial Hermann Hospital Nurse's week Conference, 2003

Ramirez, E., G., What is Hispanic? National Hispanic Nurses Association Houston Chapter - Globalization of Nursing Educational Conference, 2003

Ramirez, E., Health Care Disparities, National Association of Hispanic Nurses (NAHN). Houston, TX. 2002

Ramirez E., G, Health Care Disparities, (NAHN). Empowerment Educational Conference, Houston, TX, 2001

Ramirez, E., Triage Terrors, (ENA -SA -Washington, DC), 2000

Ramirez, E., Learn from others Mistakes: Avoiding the Litigious Dragon, (ENA -SA - Chicago IL) 1999

Ramirez, E., Educating Advanced Practice Nursing Students for the Role of Emergency Nurse Practitioner: A Model Program, Sigma Theta Tau International 35TH Biennial Convention San Diego, California, 1999

Ramirez, E., Incision and Drainage of Abscesses: Hands on Approach. (ENA -SA) 1999, 2000, 2002, 2003, 2004.

Ramirez, E., Wound Management: Cutting through the layers. (ENA - SA) 2000, 2002, 2003, 2004, 2005.

Ramirez, E., Pediatric Trauma Texas – Region 2 Continuing Education, McAllen, TX. 1998

Calabro, K., Weltge, A., Parnell, S., Ramirez, E., Goldstein, D., & Mackey, T., Preliminary report of an educational module on universal precautions and infection control practices for second year medical students, The University of Texas Health Science Center-Houston, 1996

Cole, F. L. & Ramirez, E., Nurse practitioner issues forum, 2000 Emergency Nurses' Association Scientific Assembly, Emergency Nurses' Association, 9/22/00

Cole, F. L., & Ramirez, E., Emergency nurse practitioner, 22nd National Primary Care Nurse Practitioner Symposium,

Cole, F. L., Lunar-Gonzales, H., Ramirez, E., & Flannagan, T., Educating emergency/ambulatory care nurse practitioners: An unique collaborative program., 1995 Biennial Convention, Sigma Theta Tau International, 1995

Cole, F. L., Ramirez, E., & Luna-Gonzales, H., The emergency nurse practitioner program: An update, 23rd National Primary Care Nurse Practitioner Symposium, 7/9/98

Cole, F. L., Ramirez, E., & Luna-Gonzales, H., emerging role in advanced nursing practice: Role of the emergency nurse practitioner, 23rd National Primary Care Nurse Practitioner Symposium, 7/9/98

Cole, F. L., Ramirez, E., Mackanin, J., Robinson, K., Widick, C., & Luna-Gonzales, H., Creating models to teach incision and drainage, nail trephination, and nail removal skills to advanced practice nursing students, 35th Biennial Convention, Sigma Theta Tau International, 11/6/99

Cole, F. L., Ramirez, E., Mickanin, J., Robinson, K., & Widick, C., Educating nurse practitioner students for practice in the emergency department, NPACE Orlando 1999 National Primary Conference, NPACE, 4/9/99

Cole, F. L., Ramirez, E., Widick, C., & Robinson, K., Oral boards - A method for evaluating and teaching emergency nurse practitioner students, NPACE Orlando 2000 National Primary Care Conference, NPACE, 4/26/00

Mickanin, J., Cole, F. L., & Ramirez, E., Developing models for teaching incision and drainage skills to emergency nurse practitioner students, NPACE Orlando 1999 National Primary Care Conference, NPACE, 4/9/99

Mickanin, J., Cole, F. L., Ramirez, E., Robinson, K., Widick, C., & Luna-Gonzales, H., Emergency nurse practitioners: An emerging role, 35th Biennial Convention, Sigma Theta Tau International, 11/6/99


Ramirez, E. G., Language barriers affecting primary health care in Spanish speaking patients in the emergency center, Hermann Hospital, 1993

Ramirez, E. G., Nurse practitioners and physician assistants in the ED: Answering the hard questions about effective utilization, Texas College of Emergency Physicians, 11/15/96

Ramirez, E., Cole, F. L., Mickanin, J., Robinson, D., Widick, C., & Luna-Gonzales, H., Educating advanced practice nursing students for the role of emergency nurse practitioner, 35th Biennial Convention, Sigma Theta Tau, 1999

Ramirez, E., DIC. Trauma Symposium, Hermann Hospital, 1993

Ramirez, E., Introduction to arterial lines., Hermann Hospital, 1992

Ramirez, E., Westernized nursing in developed countries, National Student Nurse Association Convention, National Student Nurse Association, Belo Horizante, Brazil 1993

**Professional Service**

| | |
|---|---|
| 2005 | Director nursing services Katrina Relief George R. Brown Healthcare Center University of Texas |
| 2005 | Emergency Nurses Association National Committee - Advanced Practice |
| 2001/2002 | Education Committee "Cool Topics in Emergency and Trauma Care", Houston Chapter ENA |
| 2002-2006 | Education Conference Committee National Association of Hispanic Nurses- Houston Chapter |
| 1998 - 1998 | Member, Teaching Award Committee, The University of Texas-Houston, SON, Houston, TX |
| 1996 - 1997 | Member, Faculty Retreat Committee, The University of Texas-Houston, SON, Houston, TX |
| 1996 - 1996 | Member, Lead Task Force Review Exit Exam, Undergraduate Curriculum Committee, The University of Texas-Houston, SON, Houston, TX |
| 1995/1998 | Board Member, Houston Chapter, Emergency Nurses Association |

Community Service

| | |
|---|---|
| 2005 | Hurricane Katrina relief and Red Cross |
| 1998 - 1998 | Region 2 School Nurse CEO, Pediatric Trauma, McAllen, TX |
| 1996 - 1996 | Advanced Cardiac Life Support Instructor, The University of Texas Health Science Center-Houston Medical School, Houston, TX |
| 1996 - 1996 | Member, Advanced Health Assessment of Nurses, Rio Grande Valley Project, McAllen, TX |
| 1996 - 1996 | Member, Rio Grande Valley Project, Advanced Health Assessment of Nurses, Program Development Committee, Brownsville, TX |
| 1996 - 1996 | Standard Precautions Instructor, The University of Texas Health Science Center-Houston Medical School, Houston, TX |

UTH School of Nursing Committees

2003 - Present  Multicultural Affairs

2002 – Present Graduate Curriculum committee

1996 - 1998    Member, Undergraduate Curriculum

Licensure and Certification

Certified Emergency Nurse, Emergency Nursing Board, National

Family Nurse Practitioner, American Nurses Credentialing Center, TX

RN, TX