TABLE I

Todd A. Allen
Summary of Economic Loss

|  |  | Present Value |  |
|---|---|---|---|
| Past Period |  |  |  |
|     Earnings |  | $100,000 |  |
|     Household Services |  | 29,000 |  |
|         Total |  | $129,000 | 6/14/04 Present Value |
|  |  |  |  |
| Future Period |  |  |  |
|     Earnings |  | $430,000 |  |
|     Pension |  | 297,000 |  |
|     Household Services |  | 164,000 |  |
|         Total |  | $891,000 | 6/25/07 Present Value |
|  |  |  |  |
| Total Past and Future |  | $1,020,000 |  |

From TABLES II-VI.

May 2007

1

TABLE II

Todd A. Allen
Earnings
Past Period

|  | Year | Earnings | Supplemental + Pension | Union - Dues | Personal - Consumption | Payroll - Tax | Income - Tax = | Net Loss |
|---|---|---|---|---|---|---|---|---|
| .7 | 2003 | $40,108 | - | $1,498 | $17,923 | $3,068 | $3,358 | $14,261 |
| 1.0 | 2004 | 57,904 | - | 2,158 | 21,367 | 4,430 | 5,121 | 24,828 |
| 1.0 | 2005 | 60,026 | - | 2,222 | 22,150 | 4,592 | 5,334 | 25,728 |
| 1.0 | 2006 | 61,321 | - | 2,261 | 22,627 | 4,691 | 5,413 | 26,329 |
| .5 | 2007 | 31,667 | $1,212 | 1,161 | 12,132 | 1,169 | 2,400 | 16,017 |

| Year | Net Loss From Above | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|
| 2003 | $14,261 |  | 1.0000 |  | $14,261 |
| 2004 | 24,828 |  | .9764 |  | 24,242 |
| 2005 | 25,728 |  | .9308 |  | 23,948 |
| 2006 | 26,329 |  | .8873 |  | 23,362 |
| 2007 | 16,017 |  | .8663 |  | 13,876 |
|  | Total June 14, 2004 Present Value |  |  |  | $99,689 |
|  |  |  | Rounded | = | $100,000 |

See Accompanying Notes.

May 2007

2

TABLE III

Todd A. Allen
Earnings
Future Period

|   | Year | Earnings | + Supplemental Pension | - Union Dues | - Personal Consumption | - Payroll Tax | = Net Loss |
|---|------|----------|------------------------|--------------|------------------------|---------------|------------|
| .5 | 2007 | $31,667 | $1,212 | $1,161 | $12,132 | $2,423 | $17,163 |
| 1.0 | 2008 | 64,473 | 2,450 | 2,355 | 24,695 | 4,932 | 34,941 |
| 1.0 | 2009 | 65,634 | 2,494 | 2,390 | 25,139 | 5,021 | 35,578 |
| 1.0 | 2010 | 66,815 | 2,539 | 2,424 | 25,592 | 5,111 | 36,227 |
| 1.0 | 2011 | 68,018 | 2,585 | 2,462 | 26,053 | 5,203 | 36,885 |
| 1.0 | 2012 | 69,242 | 2,631 | 2,498 | 26,521 | 5,297 | 37,557 |
| 1.0 | 2013 | 70,488 | 2,679 | 2,536 | 26,999 | 5,392 | 38,240 |
| 1.0 | 2014 | 71,757 | 2,727 | 2,574 | 27,485 | 5,489 | 38,936 |
| 1.0 | 2015 | 73,049 | 2,776 | 2,612 | 27,979 | 5,588 | 39,646 |
| 1.0 | 2016 | 74,364 | 2,826 | 2,652 | 28,483 | 5,689 | 40,366 |
| 1.0 | 2017 | 75,703 | 2,877 | 2,692 | 28,996 | 5,791 | 41,101 |
| 1.0 | 2018 | 77,066 | 2,929 | 2,733 | 29,518 | 5,896 | 41,848 |
| 1.0 | 2019 | 78,453 | 2,981 | 2,775 | 30,049 | 6,002 | 42,608 |
| 1.0 | 2020 | 79,865 | 3,035 | 2,817 | 30,590 | 6,110 | 43,383 |
| 1.0 | 2021 | 81,303 | 3,090 | 2,860 | 32,981 | 6,220 | 42,332 |
| 1.0 | 2022 | 82,766 | 3,145 | 2,904 | 41,065 | 6,332 | 35,610 |
| 1.0 | 2023 | 84,256 | 3,202 | 2,949 | 41,805 | 6,446 | 36,258 |
| .2 | 2024 | 17,155 | 652 | 599 | 8,512 | 1,312 | 7,384 |

**TABLE CONTINUED**

May 2007

3

**TABLE III - CONTINUED**
Todd A. Allen
Earnings
Future Period

| Year | Net Loss From Prior Page | x | Present Value Factor | = | Present Value |
|------|-------------------------|---|----------------------|---|---------------|
| 2007 | $17,163 | | .9764 | | $16,758 |
| 2008 | 34,941 | | .9308 | | 32,523 |
| 2009 | 35,578 | | .8873 | | 31,568 |
| 2010 | 36,227 | | .8458 | | 30,641 |
| 2011 | 36,885 | | .8063 | | 29,740 |
| 2012 | 37,557 | | .7687 | | 28,870 |
| 2013 | 38,240 | | .7328 | | 28,022 |
| 2014 | 38,936 | | .6985 | | 27,197 |
| 2015 | 39,646 | | .6659 | | 26,400 |
| 2016 | 40,366 | | .6348 | | 25,624 |
| 2017 | 41,101 | | .6051 | | 24,870 |
| 2018 | 41,848 | | .5769 | | 24,142 |
| 2019 | 42,608 | | .5499 | | 23,430 |
| 2020 | 43,383 | | .5242 | | 22,741 |
| 2021 | 42,332 | | .4998 | | 21,158 |
| 2022 | 35,610 | | .4764 | | 16,965 |
| 2023 | 36,258 | | .4542 | | 16,468 |
| 2024 | 7,384 | | .4498 | | 3,321 |

Total June 25, 2007 Present Value    $430,438

Rounded = $430,000

See Accompanying Notes.

May 2007

4

TABLE IV

Todd A. Allen
Defined Benefit Pension
Future Period

| | Year | Pension | - | Personal Consumption | = | Net Loss | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|
| .8 | 2024 | $61,042 | | $18,923 | | $42,119 | | .4329 | | $18,233 |
| 1.0 | 2025 | 76,303 | | 23,654 | | 52,649 | | .4127 | | 21,728 |
| 1.0 | 2026 | 76,303 | | 23,654 | | 52,649 | | .3934 | | 20,712 |
| 1.0 | 2027 | 76,303 | | 23,654 | | 52,649 | | .3751 | | 19,749 |
| 1.0 | 2028 | 76,303 | | 23,654 | | 52,649 | | .3575 | | 18,822 |
| 1.0 | 2029 | 76,303 | | 23,654 | | 52,649 | | .3408 | | 17,943 |
| 1.0 | 2030 | 76,303 | | 23,654 | | 52,649 | | .3249 | | 17,106 |
| 1.0 | 2031 | 76,303 | | 23,654 | | 52,649 | | .3097 | | 16,305 |
| 1.0 | 2032 | 76,303 | | 23,654 | | 52,649 | | .2953 | | 15,547 |
| 1.0 | 2033 | 76,303 | | 23,654 | | 52,649 | | .2815 | | 14,821 |
| 1.0 | 2034 | 76,303 | | 23,654 | | 52,649 | | .2683 | | 14,126 |
| 1.0 | 2035 | 76,303 | | 23,654 | | 52,649 | | .2558 | | 13,648 |
| 1.0 | 2036 | 76,303 | | 23,654 | | 52,649 | | .2439 | | 12,841 |
| 1.0 | 2037 | 76,303 | | 23,654 | | 52,649 | | .2325 | | 12,241 |
| 1.0 | 2038 | 76,303 | | 23,654 | | 52,649 | | .2216 | | 11,667 |
| 1.0 | 2039 | 76,303 | | 23,654 | | 52,649 | | .2112 | | 11,119 |
| 1.0 | 2040 | 76,303 | | 23,654 | | 52,649 | | .2014 | | 10,604 |
| 1.0 | 2941 | 76,303 | | 23,654 | | 52,649 | | .1920 | | 10,109 |
| 1.0 | 2042 | 76,303 | | 23,654 | | 52,649 | | .1830 | | 9,635 |
| 1.0 | 2043 | 76,303 | | 23,654 | | 52,649 | | .1745 | | 9,187 |
| .1 | 2044 | 7,630 | | 2,365 | | 5,265 | | .1736 | | 914 |

Total June 25, 2007 Present Value     $297,057

Rounded   =   $297,000

See Accompanying Notes.

May 2007

5

TABLE V

Todd A. Allen
Household Services
<u>Past Period</u>

|  | Year | Hours | x | Hourly Rate | = | Value | - | Personal Consumption | = | Net Loss | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .7 | 2003 | 419 |  | $14.01 |  | $5,870 |  | $1,686 |  | $4,184 |  | 1.0000 |  | $4,184 |
| 1.0 | 2004 | 660 |  | 14.71 |  | 9,709 |  | 2,320 |  | 7,389 |  | .9764 |  | 7,215 |
| 1.0 | 2005 | 660 |  | 15.55 |  | 10,263 |  | 2,453 |  | 7,810 |  | .9308 |  | 7,270 |
| 1.0 | 2006 | 660 |  | 15.88 |  | 10,481 |  | 2,505 |  | 7,976 |  | .8873 |  | 7,077 |
| .5 | 2007 | 330 |  | 16.21 |  | 5,349 |  | 1,278 |  | 4,071 |  | .8663 |  | <u>3,527</u> |

Total June 14, 2004 Present Value     $29,273

Rounded   =   $29,000

See Accompanying Notes.

May 2007

TABLE VI

Todd A. Allen
Household Services
<u>Future Period</u>

| | Year | Hours | x | Hourly Rate | = | Value | - | Personal Consumption | = | Net Loss | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .5 | 2007 | 330 | | $16.21 | | $5,349 | | $1,278 | | $4,071 | | .9764 | | $3,975 |
| 1.0 | 2008 | 660 | | 16.55 | | 10,923 | | 2,611 | | 8,312 | | .9308 | | 7,737 |
| 1.0 | 2009 | 660 | | 16.90 | | 11,154 | | 2,666 | | 8,488 | | .8873 | | 7,531 |
| 1.0 | 2010 | 660 | | 17.25 | | 11,385 | | 2,721 | | 8,664 | | .8458 | | 7,328 |
| 1.0 | 2011 | 660 | | 17.61 | | 11,623 | | 2,778 | | 8,845 | | .8063 | | 7,132 |
| 1.0 | 2012 | 660 | | 17.98 | | 11,867 | | 2,836 | | 9,031 | | .7687 | | 6,942 |
| 1.0 | 2013 | 660 | | 18.36 | | 12,118 | | 2,896 | | 9,222 | | .7328 | | 6,758 |
| 1.0 | 2014 | 660 | | 18.75 | | 12,375 | | 2,958 | | 9,417 | | .6985 | | 6,578 |
| 1.0 | 2015 | 660 | | 19.14 | | 12,632 | | 3,019 | | 9,613 | | .6659 | | 6,401 |
| 1.0 | 2016 | 660 | | 19.54 | | 12,896 | | 3,082 | | 9,814 | | .6348 | | 6,230 |
| 1.0 | 2017 | 660 | | 19.95 | | 13,167 | | 3,147 | | 10,020 | | .6051 | | 6,063 |
| 1.0 | 2018 | 660 | | 20.37 | | 13,444 | | 3,213 | | 10,231 | | .5769 | | 5,902 |
| 1.0 | 2019 | 660 | | 20.80 | | 13,728 | | 3,281 | | 10,447 | | .5499 | | 5,745 |
| 1.0 | 2020 | 660 | | 21.24 | | 14,018 | | 3,350 | | 10,668 | | .5242 | | 5,592 |
| 1.0 | 2021 | 643 | | 21.69 | | 13,947 | | 3,531 | | 10,416 | | .4998 | | 5,206 |
| 1.0 | 2022 | 573 | | 22.15 | | 12,692 | | 3,935 | | 8,757 | | .4764 | | 4,172 |
| 1.0 | 2023 | 573 | | 22.62 | | 12,961 | | 4,018 | | 8,943 | | .4542 | | 4,062 |
| 1.0 | 2024 | 919 | | 23.10 | | 21,229 | | 6,581 | | 14,648 | | .4329 | | 6,341 |
| 1.0 | 2025 | 954 | | 23.59 | | 22,505 | | 6,977 | | 15,528 | | .4127 | | 6,408 |
| 1.0 | 2026 | 903 | | 24.09 | | 21,753 | | 6,743 | | 15,010 | | .3934 | | 5,905 |
| 1.0 | 2027 | 852 | | 24.60 | | 20,959 | | 6,497 | | 14,462 | | .3751 | | 5,425 |
| 1.0 | 2028 | 801 | | 25.12 | | 21,121 | | 6,238 | | 13,883 | | .3575 | | 4,963 |
| 1.0 | 2029 | 750 | | 25.65 | | 19,238 | | 5,964 | | 13,274 | | .3408 | | 4,524 |
| 1.0 | 2030 | 699 | | 26.19 | | 18,307 | | 5,675 | | 12,632 | | .3249 | | 4,104 |

TABLE CONTINUED

May 2007

7

TABLE VI - CONTINUED

Todd A. Allen
Household Services
Future Period

| Year | Hours | x | Hourly Rate | = | Value | - | Personal Consumption | = | Net Loss | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 2031 | 648 | | $26.74 | | $17,328 | | $5,372 | | $11,956 | | .3097 | | $3,703 |
| 1.0 2032 | 597 | | 27.30 | | 16,298 | | 5,052 | | 11,246 | | .2953 | | 3,321 |
| 1.0 2033 | 546 | | 27.87 | | 15,217 | | 4,717 | | 10,500 | | .2815 | | 2,956 |
| 1.0 2034 | 495 | | 28.46 | | 14,088 | | 4,367 | | 9,721 | | .2683 | | 2,608 |
| 1.0 2035 | 444 | | 29.06 | | 12,903 | | 4,000 | | 8,903 | | .2558 | | 2,277 |
| 1.0 2036 | 393 | | 29.67 | | 11,660 | | 3,615 | | 8,045 | | .2439 | | 1,962 |
| 1.0 2037 | 342 | | 30.29 | | 10,359 | | 3,211 | | 7,148 | | .2325 | | 1,662 |
| 1.0 2038 | 291 | | 30.93 | | 9,001 | | 2,790 | | 6,211 | | .2216 | | 1,376 |
| 1.0 2039 | 240 | | 31.58 | | 7,579 | | 2,349 | | 5,230 | | .2112 | | 1,105 |
| 1.0 2040 | 189 | | 32.24 | | 6,093 | | 1,889 | | 4,204 | | .2014 | | 847 |
| 1.0 2041 | 138 | | 32.92 | | 4,543 | | 1,408 | | 3,135 | | .1920 | | 602 |
| 1.0 2042 | 87 | | 33.61 | | 2,924 | | 906 | | 2,018 | | .1830 | | 369 |
| 1.0 2043 | 36 | | 34.32 | | 1,236 | | 383 | | 853 | | .1745 | | 149 |
| .1 2044 | - | | 35.04 | | - | | - | | - | | .1736 | | - |

Total June 25, 2007 Present Value    $163,961
Rounded    =    $164,000

See Accompanying Notes.

May 2007

8

<u>Notes To Accompany Todd A. Allen - Economic Loss</u>:

1.) Date of Birth: March 30, 1967

2.) Date of Death: April 20, 2003 at age 36.1

3.) Date of Complaint: June 14, 2004

4.) Date of Trial: June 25, 2007

5.) Dependents:

|  | Date of Birth | Age at Date of Death |
|---|---|---|
| Spouse | May 16, 1970 | 32.9 |
| Daughter | October 18, 2003 | 0 |

6.) Remaining Statistical Life Expectancy as of Date of Death:
    Decedent - 40.8 years to age 76.9
    Spouse - 48.4 years to age 81.3

    From National Center for Health Statistics, <u>United States Life Tables, 2003</u>, Vol. 54, No. 14, Apr 2006, Tables 2 (males) and 3 (females).

7.) Worklife:
    To age 57. Normal retirement age for Laborers Union. From <u>Summary Plan Description</u>, Alaska Laborers-Employers Retirement Fund, May 2004.

8.) Earnings:
    At straight time hourly rates of $20.79 (2003), $21.01 (2004), $21.78 (2005), $22.25 (2006), and $22.98 (2007). Earnings shown in the tables are at 2,756 straight time equivalent (STE) hours/year.

    Straight time rates are from Laborers' Local 341. STE hours are computed as 84 hours/week (40 straight time and 44 overtime) for 26 weeks/year. Work schedule from TCC Personnel Action Notice Forms Bate Stamped 0002-0007.

May 2007

9.) Union Dues

$26 monthly dues. Working dues at 3% of gross plus 5¢/hour. From Laborers' Local 341.

10.) Pension Benefit:

Defined Benefit Pension - Monthly benefit is 2% of total employer contributions. Employer contributions on 2,184 hours/year. Contribution rate on compensable hours at $5.50/hour in 2003, 2004, and 2005, $5.75/hour in 2006, $6.25/hour in 2007, and 21.6% of earnings thereafter.

Pension formula is from Summary Plan Description cited in note 7. Hourly contribution rates from Laborers' Local 341. Compensable hours/year computed as 84 hours/week, 26 weeks/year. 21.6% is the 2007 pension contribution rate expressed as a percent of 2007 earnings.

Defined Contribution (Supplemental) Pension - Contribution is $1.11 per compensable hour (2,184/year) in 2007. After 2007 the contibution is computed as 3.8% of earnings.

11.) Household Services:

At 660 hours/year until daughter reaches age 18, then at 573 hours/year until retirement, then at 1,005 hours/year declining linearly (to account for the debilitating effects of age) throughout his statistically remaining life.

Hours are from Juster, Time, Goods, and Well-Being, University of Michigan 1985, Table 7.3. Hours are for a married man working full-time with child care (660 hours/year), working full-time without child care (573 hours/year), and not working without child care (1,005 hours/year).

Hourly rate at $14.01 (2003), $14.71 (2004) and $15.55 (2005). Average wages for Community and Social Services Occupations, Healthcare Support Occupations, Food Preparation and Serving Related Occupations, Building and Grounds, Cleaning, and Maintenance Occupations, Personal Care and Service Occupations, and Office and Administrative Support Occupations. 2003 and 2004 are for the Railbelt Region, 2005 is for the Balance of State Region. From Bureau of Labor Statistics, Alaska Wage Rates, 2003, 2004, and 2005. 2005 is available online at: http://almis.labor.state.ak.us/

May 2007

12.) Personal Consumption:

Rate is a function of family size and is applied to family income, not just the decedent's.

Statistical rates shown below are for one adult and are the average of 17 studies of multiperson families compiled and published in Martin, Determining Economic Damages, James Publishing, Rev. 17, Jul 2005, p. 5-5.

Adjustment for family income is based upon the 2003 (full year) ratio of decedent's to family earnings (64.8%). No retirement income is assumed for Mrs. Allen and statistical rates are applied to household services.

| Family Size | Statistical Rate | Adjusted To Family Income |
|---|---|---|
| 3 Person | 23.9% | 36.9% |
| 2 Person | 31.0% | 47.8% |

13.) Payroll Tax:

At statutory rate of 7.65% of earnings. From Social Security Administration, 2005 Annual Statistical Supplement to the Social Security Bulletin, SSA Publication No. 13-11700, Feb 2006, Table 2.A3.

14.) Income Tax:

At statutory rates (married, standard deduction, three personal exemptions). From file data.

15.) Growth Rate:

Earnings rate at 1.8%. From Mr. Allen's 2000 date of hire to 2007, straight time hourly rates increased at an average annual rate of 1.7%. During the same time period the CPI-W increased at an average annual rate of 2.6%. Applying the ratio of the two (65.4%) to the forecast rate of increase in the CPI-W (2.8%) over the future loss period yields an expected rate of increase of 1.8%.

Household services rate at 2.1%. During the 1995-2005 time period average wages in the Valdez-Cordova Census Area increased at an average annual rate of 1.9%. During the same time period the CPI-W increased at an average annual rate of 2.5%. Applying the ratio of the two (76.0%) to the forecast rate of increase in the CPI-W (2.8%) over the

May 2007

future loss period yields an expected rate of increase of 2.1%.

Historic wage rates are from Laborers' Local 341.

Historic Valdez-Cordova Census Area wages are from Alaska Dept. of Labor, <u>Employment & Earnings Summary Report</u>, 1995 and 2005. 2005 is available online at: http://almis.labor.state.ak.us/

Historic CPI-W rates are from Bureau of Labor Statistics, <u>CPI Detailed Report</u>, Mar 2007, Table 27.

Forecast rate of increase in the CPI-W is from Social Security Administration, <u>2007 Annual Report of the Board of Trustees</u>, Apr 2007, Table V.B1. Available online at http://www.ssa.gov/OACT/TR/TR07/index.html

16.) Discount Rate:

4.9% Prevailing rate (month ended May 11, 2007) on long-term (10 or more years) government securities. Rates are from U.S. Treasury and are available online at: http://www.treas.gov/offices/domestic-finance/debt-management/interest-rate/index.html

May 2007

## TABLE A

### Presley and Kimberly Allen Social Security Receipts
### Summary

#### Present Value

| | |
|---|---|
| **Past Period** | |
| Presley | $37,204 |
| Kimberly | 15,425 |
| Total Past | $52,629  6/14/04 Present Value |

| | With No Future Employment By Kimberly | With Kimberly Future Employment in 2010 |
|---|---|---|
| **Future Period** | | |
| Presley | $143,556 | $143,556 |
| Kimberly | 125,965 | 75,052 |
| Total Future | $269,521 | $218,608  6/25/07 Present Value |
| | | |
| Total Past and Future | $322,150 | $271,237 |

From TABLES B-F

1

TABLE B

Presley Allen
Social Security Receipts
Past Period

| Year | Social Security Receipts | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|
| 2003 | $1,732 | | 1.0000 | | $1,732 |
| 2004 | 10,832 | | .9764 | | 10,576 |
| 2005 | 11,100 | | .9308 | | 10,332 |
| 2006 | 11,556 | | .8873 | | 10,254 |
| 2007 (5 months) | 4,975 | | .8663 | | 4,310 |
| | Total June 14, 2004 Present Value | | | | $37,204 |

See Computational Notes.

2

TABLE C

Presley Allen
Social Security Receipts
<u>Future Period</u>

| Year | Social Security Receipts | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|
| 2007 (7 months) | $6,975 | | .9764 | | $6,801 |
| 2008 | 12,167 | | .9308 | | 11,325 |
| 2009 | 12,459 | | .8873 | | 11,055 |
| 2010 | 12,795 | | .8458 | | 10,822 |
| 2011 | 13,153 | | .8063 | | 10,605 |
| 2012 | 13,521 | | .7687 | | 10,394 |
| 2013 | 13,900 | | .7328 | | 10,186 |
| 2014 | 14,289 | | .6985 | | 9,981 |
| 2015 | 14,689 | | .6659 | | 9,781 |
| 2016 | 15,100 | | .6348 | | 9,585 |
| 2017 | 15,523 | | .6051 | | 9,393 |
| 2018 | 15,958 | | .5769 | | 9,206 |
| 2019 | 16,405 | | .5499 | | 9,021 |
| 2020 | 16,864 | | .5242 | | 8,840 |
| 2021 (9 months) | 13,002 | | .5046 | | 6,561 |
| | | | Total June 25, 2007 Present Value | | $143,556 |

See Computational Notes.

3

TABLE D

Kimberly Allen
Social Security Receipts
Past Period

| Year | Social Security Receipts | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|
| 2003 | - | | 1.0000 | | - |
| 2004 | - | | .9764 | | - |
| 2005 | $925 | | .9308 | | $861 |
| 2006 | 11,556 | | .8873 | | 10,254 |
| 2007 (5 months) | 4,975 | | .8663 | | 4,310 |
| | Total June 14, 2004 Present Value | | | | $15,425 |

See Computational Notes.

4

TABLE E

Kimberly Allen
Social Security Receipts With No Future Employment
<u>Future Period</u>

| Year | Social Security Receipts | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|
| 2007 (7 months) | $6,975 | | .9764 | | $6,801 |
| 2008 | 12,167 | | .9308 | | 11,325 |
| 2009 | 12,459 | | .8873 | | 11,055 |
| 2010 | 12,795 | | .8458 | | 10,822 |
| 2011 | 13,153 | | .8063 | | 10,605 |
| 2012 | 13,521 | | .7687 | | 10,394 |
| 2013 | 13,900 | | .7328 | | 10,186 |
| 2014 | 14,289 | | .6985 | | 9,981 |
| 2015 | 14,689 | | .6659 | | 9,781 |
| 2016 | 15,100 | | .6348 | | 9,585 |
| 2017 | 15,523 | | .6051 | | 9,393 |
| 2018 | 15,958 | | .5769 | | 9,206 |
| 2019 (9 months) | 12,304 | | .5552 | | <u>6,831</u> |
| | Total June 25, 2007 Present Value | | | | $125,965 |

See Computational Notes.

TABLE F

Kimberly Allen
Social Security Receipts With Future Employment Beginning 2010
Future Period

| Year | Social Security Receipts | x | Present Value Factor | = | Present Value |
|---|---|---|---|---|---|
| 2007 (7 months) | $6,975 | | .9764 | | $6,801 |
| 2008 | 12,167 | | .9308 | | 11,325 |
| 2009 | 12,459 | | .8873 | | 11,055 |
| 2010 | 6,064 | | .8458 | | 5,129 |
| 2011 | 6,234 | | .8063 | | 5,026 |
| 2012 | 6,409 | | .7687 | | 4,927 |
| 2013 | 6,588 | | .7328 | | 4,828 |
| 2014 | 6,772 | | .6985 | | 4,730 |
| 2015 | 6,962 | | .6659 | | 4,636 |
| 2016 | 7,157 | | .6348 | | 4,543 |
| 2017 | 7,357 | | .6051 | | 4,452 |
| 2018 | 7,563 | | .5769 | | 4,363 |
| 2019 (9 months) | 5,831 | | .5552 | | 3,237 |
| | Total June 25, 2007 Present Value | | | | $75,052 |

See Computational Notes.

Computational Notes To Accompany Social Security Receipts:

1.) Receipts for 2003 through 2006 are from Social Security Administration 1099's.

2.) Future receipts are assumed to increase at the Social Security Administration actuarial forecast rate of increase in the CPI-W with a lag of one year. e.g., 2007 receipts are increased at the 2006 rate of increase in the CPI-W (3.3%), 2008 receipts are increased by the 2007 forecast rate of increase in the CPI-W (1.9%), etc. Forecast rates are from the source cited in economic note 15.

3.) Presley will receive her social security survivor's benefit until she reaches age 18. Kimberly will receive her survivor's benefit until Presley reaches age 16. See explanatory materials applicable to survivors on the Social Security Administration website http://www.ssa.gov.

4.) Kimberly's benefit will be reduced by $1 for each $2 of earnings above the Social Security Earnings Test Exempt Amount ($12,960 in 2007). See Social Security How Work Affects Your Benefits and related explanatory materials applicable to survivors available on the Social Security Administration wesite cited above.

5.) In the alternative assuming Kimberly returns to work in 2010, her earnings are assumed to begin at the same amount that she earned in 2005 ($27,351). Her earnings are then assumed to increase at the same rate of inflation as social security benefits.

6.) Discounting to present value is at 4.9% as described in economic note 16.