MAY-05-2007 02:57 AM

P.02

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2003**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| PRESLEY G ALLEN | 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 |

| Box 3. Benefits Paid in 2003 | Box 4. Benefits Repaid to SSA in 2003 | Box 5. Net Benefits for 2003 (Box 3 minus Box 4) |
|---|---|---|
| $1,732.00 | NONE | $1,732.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|
| Paid by check or direct deposit   $1,732.00<br>Benefits for 2003                      $1,732.00 | NONE |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

KIMBERLY ALLEN FOR
PRESLEY G ALLEN
PO BOX 111934
ANCHORAGE AK 99511-1934

Box 8. Claim Number (Use this number if you need to contact SSA.)

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C1

Form SSA-1099-SM (1-2004)   DO NOT RETURN THIS FORM TO SSA OR IRS

001505 PLTF

Exhibit D58
Page 1 of 6

P.03

MAY-05-2007 02:57 AM

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2004**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | | Box 2. Beneficiary's Social Security Number |
|---|---|---|
| PRESLEY G ALLEN | | 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 |

| Box 3. Benefits Paid in 2004 | Box 4. Benefits Repaid to SSA in 2004 | Box 5. Net Benefits for 2004 (Box 3 minus Box 4) |
|---|---|---|
| *$10,832.00 | NONE | $10,832.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $10,832.00 | NONE |
| Benefits for 2004 | $10,832.00 | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

KIMBERLY ALLEN FOR
PRESLEY G ALLEN
8011 ROVENNA ST
ANCHORAGE AK 99518-2450

Box 8. Claim Number (Use this number if you need to contact SSA.)

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C1

*Includes
$82.00 Paid in 2004 for 2003

Form SSA-1099-SM (1-2005)   DO NOT RETURN THIS FORM TO SSA OR IRS

001506 PLTF

Exhibit D58
Page 2 of 6

## FORM SSA-1099 -- SOCIAL SECURITY BENEFIT STATEMENT

**2005**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| KIMBERLY A ALLEN | 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 |

| Box 3. Benefits Paid in 2005 | Box 4. Benefits Repaid to SSA in 2005 | Box 5. Net Benefits for 2005 (Box 3 minus Box 4) |
|---|---|---|
| $1,850.00 | $925.00 | $925.00 |

**DESCRIPTION OF AMOUNT IN BOX 3**

Paid by check or direct deposit      $1,850.00
Benefits for 2005                    $1,850.00

**DESCRIPTION OF AMOUNT IN BOX 4**

Other Repayments                     $925.00
Benefits Repaid to SSA in 2005       $925.00

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

KIMBERLY A ALLEN
8011 ROVENNA ST
ANCHORAGE AK 99518-2450

Box 8. Claim Number (Use this number if you need to contact SSA.)

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E

Form SSA-1099-SM (1-2006)    DO NOT RETURN THIS FORM TO SSA OR IRS

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2005**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| PRESLEY G ALLEN | 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 |

| Box 3. Benefits Paid in 2005 | Box 4. Benefits Repaid to SSA in 2005 | Box 5. Net Benefits for 2005 (Box 3 minus Box 4) |
|---|---|---|
| $11,100.00 | NONE | $11,100.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|
| Paid by check or direct deposit $11,100.00<br>Benefits for 2005 $11,100.00 | NONE |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

KIMBERLY ALLEN FOR
PRESLEY G ALLEN
8011 ROVENNA ST
ANCHORAGE AK 99518-2450

Box 8. Claim Number (Use this number if you need to contact SSA.)

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C1

Form SSA-1099-SM (1-2006)        DO NOT RETURN THIS FORM TO SSA OR IRS

T YU

## FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2006**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| KIMBERLY A ALLEN | 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 |

| Box 3. Benefits Paid in 2006 | Box 4. Benefits Repaid to SSA in 2006 | Box 5. Net Benefits for 2006 (Box 3 minus Box 4) |
|---|---|---|
| $11,556.00 | NONE | $11,556.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $11,556.00 | NONE |
| Benefits for 2006 | $11,556.00 | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

KIMBERLY A ALLEN
8011 ROVENNA ST
ANCHORAGE AK 99518-2450

Box 8. Claim Number (Use this number if you need to contact SSA.)

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E

Form SSA-1099-SM (1-2007)   DO NOT RETURN THIS FORM TO SSA OR IRS

Sent By: FRW;                      360 782 4358 ;         Apr-26-07  2:05PM;         Page 27/32

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2006**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| PRESLEY G ALLEN | 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 |

| Box 3. Benefits Paid in 2006 | Box 4. Benefits Repaid to SSA in 2006 | Box 5. Net Benefits for 2006 (Box 3 minus Box 4) |
|---|---|---|
| $11,556.00 | NONE | $11,556.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $11,556.00 | NONE |
| Benefits for 2006 | $11,556.00 | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

KIMBERLY ALLEN FOR
PRESLEY G ALLEN
8011 ROVENNA ST
ANCHORAGE AK 99518-2450

Box 8. Claim Number (Use this number if you need to contact SSA.)

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C1

Form SSA-1099-SM (1-2007)        DO NOT RETURN THIS FORM TO SSA OR IRS

0001497 PLTF

APR-26-2007 12:01PM   From: 360 782 4358        ID:CIVIL FAX RM        Page:027   Exhibit D58
Page 6 of 6