1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone:  (360) 782-4300
   Facsimile:  (360) 782-4358
4  E-mail:  dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant.<br>_____ | )<br>) Case No. 3:04-CV-0131-JKS<br>)<br>) **JOINT MOTION TO EXTEND THE**<br>) **DEADLINE FOR FILING THE**<br>) **COMPREHENSIVE PROPOSED**<br>) **PRETRIAL ORDER**<br>)<br>)<br>) **FILED ON SHORTENED TIME**<br>)<br>)<br>)<br>) |

The parties respectfully move this Court to allow Counsel in the above-captioned case to file the Proposed Pretrial Order on June 6, 2007.  Counsel have met over the phone and are in the process of working on a joint proposed pretrial order.  However, counsel have been unable to complete the proposed pretrial order as of May 24th for the following reasons:

JOINT MOTION TO EXTEND THE DEADLINE FOR FILING
THE COMPREHENSIVE PROPOSED PRETRIAL ORDER
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

counsel have been preparing for trial in this matter, including taking the trial testimony of two of plaintiff's experts.  At the same time, both counsel have had other litigation responsibilities involving other cases.  Mr. Guarino will be out of his office the week of May 28 traveling and attending a seminar at the federal National Advocacy Center in South Carolina.

Counsel request that they have until June 6th to file the Proposed Pretrial Order as Mr. Guarino will be out of his office the week of May 28th at training in South Carolina making completion of the Proposed Pretrial order the week of May 28th uncertain.

FRIEDMAN RUBIN & WHITE
Counsel for Plaintiffs

DATED:_____    By: /s/  Donna J. McCready_____

1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003

NELSON P. COHEN
UNITED STATES ATTORNEY

DATED:_____    By: /s/  Gary M. Guarino_____
                                Gary M. Guarino
                                Assistant U. S. Attorney

222 West 7th Ave., #9, Rm. 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Facsimile:  (907) 271-2344
E-mail:  gary.guarino@usdoj.gov
Alaska Bar No. 8209092

THE COMPREHENSIVE PROPOSED PRETRIAL ORDER
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

**CERTIFICATE OF SERVICE**

I certify that on the 25 May 2007, a copy of the foregoing Joint Motion to Extend the Deadline for Filing the Comprehensive Proposed Pretrial Order was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567


/s/   Donna J. McCready

W:\Allen v. USA\PLED\Joint Motion re Comp PTO (070525).doc

JOINT MOTION TO EXTEND THE DEADLINE FOR FILING
THE COMPREHENSIVE PROPOSED PRETRIAL ORDER
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 3 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358