Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN, | Case No. 3:04-CV-0131-JKS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR FILING THE COMPREHENSIVE PROPOSED PRETRIAL ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | **FILED ON SHORTENED TIME** |
| Defendant. | |

The parties having respectfully moved this Court to allow counsel in the above-captioned case to file the Proposed Pretrial Order on June 6, 2007, and the Court being advised in the matter,

ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR FILING THE COMPREHENSIVE PROPOSED PRETRIAL ORDER
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

IT IS HEREBY ORDERED that the Comprehensive Proposed Pretrial Order is now due on June 6, 2007.

______________________________
Hon. James K. Singleton
United States District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on the 25 May 2007, a copy of the foregoing Order Granting Joint Motion to Extend the Deadline for Filing the Comprehensive Proposed Pretrial Order was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK 99513-7567

/s/ Donna J. McCready

W:\Allen v. USA\PLED\Joint Motion re Comp PTO O (070525).doc

ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR FILING THE COMPREHENSIVE PROPOSED PRETRIAL ORDER
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358