1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone:  (360) 782-4300
   Facsimile:  (360) 782-4358
4  E-mail:  dmccready@frwlaw.us

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE DISTRICT OF ALASKA

9

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN, | ) <br> ) Case No. 3:04-CV-0131-JKS <br> ) <br> ) **AFFIDAVIT OF DONNA J. McCREADY** <br> ) **IN SUPPORT OF** <br> ) **MOTION FOR SHORTENED TIME** <br> ) **REGARDING JOINT MOTION TO** |
| Plaintiff, | ) **EXTEND THE DEADLINE FOR THE** <br> ) **FILING THE COMPREHENSIVE** |
| vs. | ) **PROPOSED PRETRIAL ORDER** <br> ) |
| UNITED STATES OF AMERICA, | ) <br> ) |
| Defendant. | ) <br> ) |
| _____ | ) |
| STATE OF WASHINGTON | ) |
| | ) ss: |
| COUNTY OF KITSAP | ) |

DONNA J. McCREADY, being first duly sworn upon oath, deposes and states:

AFFIDAVIT OF DONNA J. McCREADY IN SUPPORT OF
MOTION FOR SHORTENED TIME REGARDING THE JOINT
MOTION TO EXTEND THE DEADLINE FOR THE FILING OF
THE COMPREHENSIVE PROPOSED PRETRIAL ORDER
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1. I am the attorney representing Plaintiff in the above-entitled action.

2. Counsel for the defendant, Gary Guarino, and I have met over the phone and are in the process of working on the Comprehensive Proposed Pretrial Order.

3. Both Mr. Guarino and I have been unable to complete the pretrial order because we have been preparing for trial in this matter, including taking the trial testimony in the last ten days of two of plaintiff's experts. These experts were located in Concord, Massachusetts and Houston, Texas.

4. Both counsel have had other litigation responsibilities involving other cases.

5. Mr. Guarino and I discussed the fact that he will be out of his office the week of May 28 traveling and attending a seminar at the federal National Advocacy Center in South Carolina.

6. We have agreed to have this Joint Motion to Extend the Deadline for the Filing of the Comprehensive Proposed Pretrial Order decided by the Court on shortened time.

FURTHER YOUR AFFIANT SAITH NAUGHT.

DATED: _____     By: /s/   Donna J. McCready _____

1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003

AFFIDAVIT OF DONNA J. McCREADY IN SUPPORT OF
MOTION FOR SHORTENED TIME REGARDING THE JOINT
MOTION TO EXTEND THE DEADLINE FOR THE FILING OF
THE COMPREHENSIVE PROPOSED PRETRIAL ORDER
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

**CERTIFICATE OF SERVICE**

I certify that on the 25 May 2007, a copy of the foregoing Affidavit of Donna J. McCready in Support of Joint Motion to Extend the Deadline for the Filing of the Comprehensive Proposed Pretrial Order was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

/s/   Donna J. McCready

W:\Allen v. USA\PLED\Shortened Time A (050725).doc

AFFIDAVIT OF DONNA J. McCREADY IN SUPPORT OF
MOTION FOR SHORTENED TIME REGARDING THE JOINT
MOTION TO EXTEND THE DEADLINE FOR THE FILING OF
THE COMPREHENSIVE PROPOSED PRETRIAL ORDER
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 3 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358