IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR FILING THE COMPREHENSIVE PROPOSED PRETRIAL ORDER**<br><br>**FILED ON SHORTENED TIME** |

    The parties having respectfully moved this Court to allow counsel in the above-captioned case to file the Proposed Pretrial Order on June 6, 2007, and the Court being advised in the matter,

    **IT IS HEREBY ORDERED** that the Comprehensive Proposed Pretrial Order is now due on **June 6, 2007**.

    **DATED:** May 29, 2007.

                                                     __/s/James K. Singleton_____
                                                    Hon. James K. Singleton
                                                    United States District Court Judge