1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone:  (360) 782-4300
   Facsimile:  (360) 782-4358
4  E-mail:  dmccready@frwlaw.us

5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                         FOR THE DISTRICT OF ALASKA
9

10 KIMBERLY ALLEN, Personal            )
   Representative of the Estate of TODD ) Case No. 3:04-CV-0131-JKS
   ALLEN, Individually, on behalf of   )
11 the Estate of TODD ALLEN, and on    ) **NOTICE OF FILING JOINT**
   behalf of the Minor Child, PRESLEY  ) **PROPOSED PRETRIAL ORDER**
12 GRACE ALLEN,                        )
                                       )
13         Plaintiff,                  )
                                       )
14 vs.                                 )
                                       )
15 UNITED STATES OF AMERICA,           )
                                       )
16         Defendant.                  )
   _____)
17
         The parties, by and through their respective counsels, give notice to the Court that they
18
   are filing the Joint Proposed Pretrial Order in this case.
19

20

FRIEDMAN RUBIN & WHITE
Counsel for Plaintiffs

DATED: June 7, 2007          By: /s/ Donna J. McCready

1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003

NELSON P. COHEN
UNITED STATES ATTORNEY

DATED: June 7, 2007          By: /s/ Gary M. Guarino
                                    Gary M. Guarino
                                    Assistant U. S. Attorney

222 West 7th Ave., #9, Rm. 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Facsimile:  (907) 271-2344
E-mail:  gary.guarino@usdoj.gov
Alaska Bar No. 8209092

## CERTIFICATE OF SERVICE

I certify that on the 7 June 2007, a copy of the foregoing NOTICE OF FILING JOINT PROPOSED PRETRIAL ORDER was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

/s/ Donna J. McCready
W:\Allen v. USA\PLED\Notice of Filing (070607).doc

NOTICE OF FILING JOINT
PROPOSED PRETRIAL ORDER
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358