1   Donna J. McCready
    Friedman, Rubin & White
2   1126 Highland Avenue
    Bremerton, WA  98337
3   Telephone:  (360) 782-4300
    Facsimile:  (360) 782-4358
4   E-mail:  dmccready@frwlaw.us

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                     FOR THE DISTRICT OF ALASKA

10  KIMBERLY ALLEN, Personal          )
    Representative of the Estate of TODD  ) Case No. 3:04-CV-0131-JKS
    ALLEN, Individually, on behalf of     )
11  the Estate of TODD ALLEN, and on   ) **JOINT PROPOSED PRETRIAL ORDER**
    behalf of the Minor Child, PRESLEY    )
12  GRACE ALLEN,                       )
                                       )
13              Plaintiff,             )
                                       )
14  vs.                                )
                                       )
15  UNITED STATES OF AMERICA,          )
                                       )
16              Defendant.             )
    _____   )

17                        **I.  PARTIES**

18       The parties are Kimberly Allen, on behalf of herself, her minor daughter, Presley Grace

19  Allen, and the Estate of Todd Allen, and the United States.

20       Kimberly Allen was married to the deceased, Todd Allen.

1    The United States, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C.

2  §§ 2671-80, is deemed to employ the Alaska Native Medical Center ("ANMC") health care

3  providers whose care, Mrs. Allen contends, was negligent and caused the death of Todd Allen.

## II. JURISDICTION

5    This court has jurisdiction under the FTCA.  Jurisdiction is not disputed.

## III. SCHEDULE OF TRIAL

7    Trial is scheduled to commence on June 25, 2007 at the Federal District Court in

8  Anchorage, Alaska.  Because this case falls under the FTCA, it will be a court-tried case.

## IV. NATURE OF ACTION

10    This is a medical malpractice case wherein the plaintiff seeks damages for the alleged

11  wrongful death of Todd Allen and for alleged personal injuries sustained by Mr. Allen and

    herself.  Alaska substantive law applies and federal procedural law applies.

## V. LEGAL ISSUES ALREADY DECIDED BY THE COURT

13    The Court allowed Mrs. Allen to amend her complaint to add a claim of negligent

14  infliction of emotional distress but did not determine whether or not the claim was barred by

15  the statute of limitations [dkt # 27]. The statute of limitations issue was addressed in Mrs.

16  Allen's trial brief [dkt # 79].

17    The Court denied plaintiff's motions in limine concerning shifting the burden of proof

18  and limiting the testimony of defendant's experts, pending the Court's review of the evidence

19  presented at trial.  [dkt # 76].

20

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1

## VI.  JOINT STATEMENT OF ISSUES

2       This is a medical malpractice case and under Alaska law, Mrs. Allen has the burden of

3   proving by a preponderance of the evidence the following:

4           (1)     The degree of knowledge or skill possessed or the degree of care
        ordinarily exercised under the circumstances, at the time of the act complained of,
5       by health care providers in the field or specialty in which the defendant is
        practicing;
6           (2)     That the ANMC health care providers lacked this degree of
        knowledge or skill or that the ANMC health care providers failed to exercise this
7       degree of care.
            (3)     That the negligence of the ANMC providers was the legal cause of
8       Todd Allen's suffering and death and the cause of Kim Allen's injuries.

9   AS 9.55.540 (1976).

10      As argued in plaintiff's Motion for Ruling Regarding Proof of Causation, she will be

11  seeking to shift the burden of proof regarding causation onto the United States once she proves

12  that the standard of care was breached by the Government.  This issue has been briefed by both

parties.  [Dkt ## 41, 42, 53, 56].

13      With respect to Mrs. Allen's claim for negligent infliction of emotional distress, Mrs.

14  Allen has the burden of proving by a preponderance of the evidence that she suffered

15  emotional distress as a result of her being with her husband in the Microtel room and seeing

16  him go into respiratory arrest with what she believed to be blood coming from his mouth.

17          ## VII.   STIPULATED STATEMENT OF FACTS

18      1.     On April 19, 2003, Donna Fearey was an Advanced Nurse Practitioner ("ANP")

19  employed by ANMC.

20

JOINT PROPOSED PRETRIAL ORDER
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 3 of 29

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1    2.    On April 19, 2003, Patricia Ambrose was a Registered Nurse employed by

2    ANMC.

3    3.    On April 19, 2003, Mr. Todd Allen was 36 years old.

4    4.    Mr. Allen's birth date is March 30, 1967.

5    5.    Kim Allen and Todd Allen were married on June 8, 2003.

6    6.    On April 19, 2003, Mrs. Allen was approximately three months pregnant with

7    Mr. Allen's child.

8    7.    On April 19, 2003, Mr. Allen was employed full time for TCC.

9    8.    Mr. Allen had been employed by TCC since 2000.

10   9.    Early on the morning of April 19, 2003, Mr. Allen presented at the Alaska Native

Medical Center Emergency Department ("ANMC ED") with his wife, Kimberly Allen.

11   10.    Nurse Ambrose is the nurse that triaged Mr. Allen the morning of April 19, 2003.

12   11.    Nurse Ambrose triaged Mr. Allen to the ANMC Urgent Care Center ("UCC").

13   12.    The ANMC Emergency Department has two sections, the Emergency Room

14   ("ER") and the UCC.

15   13.    The ER is staffed by physicians and registered nurses.

16   14.    The UCC is staffed by ANPs, physician's assistants, and Licensed Practical

17   Nurses.

18   15.    ANP Donna Fearey was the care provider at the UCC who evaluated Mr. Allen

19   the morning of April 19, 2003.

20   16.    Mr. Allen was discharged from ANMC at approximately 8:15 a.m. that morning.

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

17.    Mr. Allen was in a pedestrian/motor vehicle accident on November 22, 1999, where he was a pedestrian hit by a motor vehicle.

18.    Mr. Allen suffered a jaw fracture as a result of the November 1999 automobile accident.

19.    Mr. Allen had surgery on his jaw the same day as the accident.

20.    Mr. Allen's right jaw was replaced in a second surgery on June 2001.

21.    Mr. Allen had entered into a chronic pain contract with ANMC in January 2003.

22.    Mr. Allen had received a refill of his prescription pain medications on April 18, 2003.

23.    At 3:47 p.m. on April 19, 2003, Mrs. Allen called ANMC about her husband.

24.    At about 5:11 p.m. on April 19th, Mrs. Allen called 911 about her husband.

25.    Mr. Allen was taken to Providence Alaska Medical Center ("PAMC") where he was seen by emergency room physician, Dr. Susan Dietz.

26.    A CT scan was taken of Mr. Allen's brain at approximately 6:47 p.m.

27.    Mr. Allen was admitted to PAMC by Dr. Loretta Lee.

28.    Mr. Allen was declared dead on April 20, 2007.

29.    Mr. Allen is survived by his wife, Kimberly Allen, and his minor daughter, Presley Grace Allen.

30.    Kimberly Allen's birth date is May 16, 1970.

31.    Presley Grace Allen's birth date is October 18, 2003.

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

1

## VIII.  CONTESTED ISSUES OF FACT AND LAW

2 **A.    The Following Are the Issues of Fact to Be Tried and Decided:**

3      **Issue 1**:  Did Nurse Ambrose, the triage nurse, breach the standard of care.

4            **Plaintiff contends**:  Nurse Ambrose did not exercise the degree of care

5 ordinarily exercised when she triaged Mr. Allen to the UCC to see a mid-level practitioner

6 when the standard of care required that he be triaged to see an emergency room physician.

7            **Defendant contends**:  Nurse Ambrose is an experienced triage nurse and it was

8 appropriate for her to use her experience to assess the patient's need to see a physician versus

9 an ANP.

10      **Issue 2**:    What information was communicated to the ANP on the morning of

11 April 19th by Todd Allen.

12            **Plaintiff contends**:  Mr. Allen conveyed that, among other things, he had a

13 severe headache associated with nausea and vomiting.

14            **Defendant contends**:  Mr. Allen conveyed, among other things, that he had ear

15 and jaw pain that was similar to his chronic pain.

16      **Issue 3**:  Did ANP Fearey breach the standard of care.

17            **Plaintiff contends**:  ANP Fearey breached the standard of care by not ruling out

18 a subarachnoid bleed.

19            **Defendant contends**:  ANP Fearey did not breach the standard of care and

20 reasonably concluded that Mr. Allen was experiencing an episode of his chronic pain.

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1    **Issue 4**:   Did any negligence on the part of Nurse Ambrose and/or ANP Fearey cause

2    Todd Allen's injury and death.

3         **Plaintiff contends**:  The triage decision ensured that Mr. Allen would be seen by

4    a mid-level practitioner; had Mr. Allen been seen by a physician his true condition, a

5    subarachnoid bleed, would have been diagnosed and Mr. Allen would have been admitted to

6    the hospital and provided appropriate medical care and would not have suffered to the extent

7    he did on April 19th and he would have lived with a good outcome; alternatively had ANP

8    Fearey's care met the standard of care, Mr. Allen's true condition would have been diagnosed

9    and he would not have suffered to the extent he did and he would have lived with a good

10   outcome.

     **Defendant contends**:  Mr. Allen had a catastrophic subarachnoid hemorrhage ("SAH"),

11   due to bleeding or rebleeding from a ruptured cerebral aneurysm in the early afternoon of

12   April 19, 2003, and that this SAH caused his coma and death.  Even assuming that Mr. Allen

13   had been diagnosed by ANP Fearey or by an emergency room doctor as possibly having a

14   SAH during the morning of April 19th at ANMC, Mr. Allen could not have been examined at

15   ANMC, then transported to another Anchorage hospital for diagnostic studies, and then

16   medevaced to Seattle for surgical treatment before he suffered his catastrophic SAH and coma,

17   in the afternoon of 19th.

18        **Issue 5**:   If there was negligence that caused Todd Allen's injuries and death and Mrs.

19   Allen's injury, what would be the appropriate compensation.

20

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

**Plaintiff contends**:   The economic losses are approximately $1,500,000.   In addition, there are three non-economic damages caps that apply as set forth in Mrs. Allen's trial brief (for Mr. Allen's survival claim, for his death and for Mrs. Allen's negligent infliction of emotional distress claim) [dkt # 79].

**Defendant contends**:   Mr. Allen's estimated past and future economic losses are approximately $1,020,000, and that any damages award should be reduced by the past and future Social Security benefit payments received by Mrs. Allen and Presley Allen as a result of Mr. Allen's death, pursuant to AS 09.55.548(b).   Defendant contends that the noneconomic damages limit in AS 09.17.010 applies to all claims for the alleged injuries and death of Mr. Allen and that the alleged multiple injuries sustained by Mr. Allen shall be treated as a single injury under AS 09.17.010(d).

**B.**   **The Following Are the Issues of Law To Be Tried and Determined:**

**Issue 1**:  What is the standard of care that applies in this case.

**Plaintiff contends**:   There is one standard of care that applies to the ANMC emergency department in this case whether or not Mr. Allen was seen by a physician or an ANP**.**

**Defendant contends**:   A higher standard of care may apply to emergency room physicians than to an ANP.

**Issue 2**:  Should the burden of proof regarding causation be shifted to the government if and when the plaintiff proves that the standard of care was breached in the case

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1

2

**Plaintiff contends**:  The burden should be shifted as detailed in her Motion In Limine.  [dkt ## 41, 42, 56].

3

4

5

**Defendant contends**:  The burden of proof should remain with the plaintiff as provided in AS 09.55.540 and argued in Defendant's opposition to plaintiff's Motion in Limine [dkt # 53].

6

7

**Issue 3**:   Did the government owe Mrs. Allen a duty of care with respect to her claim for negligent infliction of emotional distress.

8

9

**Plaintiff contends**:  As a matter of law, the government owed Mrs. Allen a duty of care in this case.

10

11

**Defendant contends**:  The question of legal duty and legal requirements for Mrs. Allen's claim for negligent infliction of emotional distress depend on the evidence to be presented at trial and cannot be determined as a matter of law.

12

13

14

## IX.  GENERAL QUESTIONS FOR THE JURY, VOIR DIRE JURY QUESTIONNAIRE, PRELIMINARY JURY INSTRUCTIONS, JURY INSTRUCTIONS, AND SPECIAL VERDICT FORMS

15

This is not applicable in this case.

16

## X.  EXHIBITS

17

18

19

The parties will likely have resolved their differences in exhibits relating to medical records by the pretrial conference.  Plaintiff continues to object to the admission of Nurse Fearey's personnel file.

20

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

# PLAINTIFF'S EXHIBITS

It is difficult for Plaintiff to accurately determine the order in which her exhibits will be offered at trial.  The use and order of the exhibits will depend on the nature of the testimony of the witnesses.   With this limitation, she expects that her exhibits will be offered in the following general order:

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-13 | ANMC ED/Urgent Care Center Triage Policy [ANMC 0894- 0904] | | X | |
| P-3 | Triage/ER record.  4/19/03 [ANMC 1] | | X | |
| P-14 | ANMC ED/UCC Regarding Telephone Advice [ANMC 0905-0907] | X | | |
| D-1 | Todd Allen Medical Records | X | | |
| D-1A | Todd Allen Medical Records | X | | |
| P-42 | DVD deposition of Patricia Ambrose | X | | |
| D-33 | Deposition of Patricia Ambrose, RN | X | | |
| P-17 | ED/UCC Nurse Practitioner Job Description Signed 1998 [ANMC 0796-800] | | X | |
| P-18 | ED/UCC Nurse Practitioner Job Description Signed 2000 [ANMC 0792-795] | | X | |
| D-8 | C.V. of Donna Fearey | | X | |

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|-------|-------------|------|-----|-----|
| P-4 | Emergency Visit Record Transcribed by Donna Fearey.<br>[ANMC 0755] | | X | |
| D-42 | Deposition of Donna Fearey, A.N.P. | X | | |
| P-5 | Dr. Dietz ER Report<br>[Allen (Providence) 59 – 62] | | X | |
| D-38 | Deposition of Dr. Susan Dietz | X | | |
| D-10 | Expert Report of Dr. Robert Cantu | X | | |
| D-18 | Expert Report of Dr. Frank Mannix | X | | |
| P-15 | ANMC ER Department Statistics 4/19/03<br>[ANMC 1004 – 1014] | X | | |
| P-16 | ANMC  Workload ER/UCC April 2003<br>[ANMC 1015] | X | | |
| P-7 | Dr. Lee Dictated Note<br>[Allen (Providence) 21 – 23] | | X | |
| P-6 | Dr. Downs Dictated Consult<br>[Allen (Providence) 19-20] | | X | |
| P-9 | Providence Progress Notes<br>[Allen (Providence) – 25 – 30] | | X | |
| P-8 | Dr. Lee Dictated Discharge Summary<br>[Allen (Providence) 17 – 18 ] | | X | |
| D-43 | Deposition of Roberta Lee | X | | |
| D-2 | Providence Alaska Medical Center CT Scan Film and Report for Todd Allen | | X | |
| P-23 | Letters of Administration for Todd Allen's Estate | | X | |

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|-------|-------------|------|-----|-----|
| P-11 | Kimberly Allen Cell Phone Record  4/19/03. | | X | |
| P-24 | Wedding Photo of Todd and Kimberly Allen [Photo – 3] | | X | |
| P-25 | Wedding photo of Todd Allen and family [Photo – 1] | | X | |
| P-26 | Wedding photo – Todd and Kim Allen and family [Photo – 5] | | X | |
| P-27 | Photo of Todd Allen/photo Kim and Presley Allen [Photo – 4] | | X | |
| P-28 | Photo of Todd with family member. [Photo – 6] | | X | |
| P-12 | Death Certificate for Todd Allen. [Allen (death cert.) 1] | | X | |
| D-21A | Revised C.V. of Elda Ramirez | | X | |
| D-20 | Expert Report of Elda Ramirez, R.N. | X | | |
| D-11 | C.V. of Dr. Robert Cantu | | X | |
| D-10 | Expert Report of Dr. Robert Cantu | X | | |
| D-27 | C.V. of Susan Shott, Ph.D. | | X | |
| D-26 | Expert Report of Susan Shott, Ph.D. | X | | |
| D-57 | Addendum to Expert Report of Susan Shott | X | | |
| D-14 | Expert Report of John Finch, Ph.D. | X | | |

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-15 | C.V. of John Finch, Ph.D. | | X | |
| P-19 | Todd Allen's Tax Return 2000 [IRS 0511-0519] | | X | |
| P-20 | Todd Allen's Tax Return 2001 [IRS 0520-0526] | | X | |
| P-21 | Todd Allen's Tax Return 2002 [IRS 0527-0532] | | X | |
| P-22 | Todd Allen's Tax Return 2003 [IRS 0533- 0538] | | X | |
| P-40 | Laborer's Union Wage Rates 2002 – 2007 [2 – 10] | X | | |
| P-39 | Todd Allen Employment Records Excerpt | X | | |
| P-30 | John Finch's Table of Calculations of Past and Future Economic Losses | X | | |
| P-1 | Mission Statement of ANMC Emergency Department. [ANMC 0946] | | X | |
| P-2 | Corporate Goals of South Central Foundation in effect in April, 2003 relating to the ANMC Urgent Care Center. [ANMC 0947 – 0949] | | X | |
| P-36 | ANMC Staff/Provider Scheduling 1/03 - 4/03 [ANMC 0965, 0993] | X | | |
| P-37 | UCC/ER number of patients seen 2000-2003 [ANMC 1121] | X | | |
| P-38 | UCC provider schedule [ANMC 1111] | X | | |
| D-9 | C.V. of Dr. Richard Brodsky | | X | |

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|-------|-------------|------|-----|-----|
| P-34 | Exhibit 4 to Nurse Duntze's Deposition | X | | |
| D-44 | Deposition of Dr. Michael Levy | X | | |
| D-53 | Deposition of Dr. Ronald Shallat | X | | |
| P-35 | Aneurysm Illustration | X | | |
| P-43 | DVD deposition of Nurse Duntze | X | | |
| D-49 | Deposition of Dr. Richard Rubenstein | X | | |
| P-31 | Exhibit 3 to Dr. Rubenstein's Deposition | X | | |
| P-32 | Exhibit 13 to Dr. Rubenstein's Deposition | X | | |
| P-33 | Exhibit 14 to Dr. Rubenstein's Deposition | X | | |

**DEFENDANT'S EXHIBITS**

It is difficult for Defendant to accurately determine the order in which Defendant's exhibits will be offered at trial. The use and order of the exhibits will depend on the nature of the testimony of the witnesses. With this limitation, Defendant expects that its exhibits will be offered in the following general order:

Exhibit D-1          Id

Exhibit D-1A         Id

Exhibit D-2          Adm

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

1    Exhibit D-3         Id

2    Exhibit D-4         Adm

3    Exhibit D-5         Adm

4    Exhibit D-6         Adm

5    Exhibits D-8 to D-29 are the C.V.'s (Adm) and reports (Id) for the respective witnesses

6    and expert witnesses.  Defendant expects that these exhibits may be used or offered during the

7    testimony of the respective witnesses.

8    Exhibits D-30 to D-57 are the deposition testimony and deposition exhibits (all Id) for

9    the respective witnesses and expert witnesses.  Defendant expects that these exhibits may be

10   used or offered during the testimony of the respective witnesses.

11   Exhibit D-58 Id

## XI.  WITNESS LISTS

**PLAINTIFFS' WITNESSES**

Plaintiff intends to call the following witnesses in the order stated to the extent possible:

1.    Patricia Ambrose
      25 Third Avenue, SW
      Cut Bank, MT  59427
      Phone:  (406) 873-2049

Ms. Ambrose is a fact witness.  Ms. Ambrose is the registered nurse who was

working at the ANMC ED the morning of April 19, 2003, and who evaluated and triaged Todd

Allen.  Ms. Ambrose's care is at issue in this case and she will testify regarding her decision

the morning of April 19, 2003 to triage Todd Allen to the UCC to see a mid-level practitioner

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1   as opposed to triaging Mr. Allen to see an emergency room physician on the Emergency Room

2   side of the ED.

3           Ms. Ambrose will be called at trial by videotaped deposition.

4       2.      Donna Fearey, ANP
                c/o Gary Guarino
5               U.S. Attorney's Office
                District of Alaska
6               222 W. 7th Avenue, Room 253
                Anchorage, AK  99513
7               Phone:  (907) 271-5071

8           Ms. Fearey is a fact witness and the mid-level practitioner who evaluated Todd

9   Allen on the morning of April 19, 2003 at ANMC who, plaintiff contends, failed to appreciate

10  the significance of Mr. Allen's presenting symptoms the morning of April 19, 2003 and who

11  failed to rule out the fact that Mr. Allen had a subarachnoid hemorrhage.  Ms. Fearey will

12  testify regarding her examination of Mr. Allen the morning of April 19, 2003.

13          Ms. Fearey will be called at trial.

14      3.      Susan Dietz, MD
                c/o Howard Lazar
15              Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
                1007 W. 3rd Avenue, Suite 400
16              Anchorage, AK  99501
                Phone:  (907) 279-3581

17          Dr. Dietz is a fact witness and the emergency room physician at PAMC who

18  provided emergency services to Todd Allen after Mr. Allen was transported to PAMC by

19  paramedics after 5:00 p.m. on April 19, 2003.  Dr. Dietz will testify regarding her care of

20  Mr. Allen and the statements made by Mrs. Allen regarding her husband's condition that day

    which were made for the purposes of medical diagnosis and/or treatment.

1    Dr. Dietz will be called at trial in person or by deposition.

2    4.    Frank Mannix, M.D.
        1238 Rubenstein Avenue
3       Cardiff By The Sea, CA 92007
        Phone: (760) 942-8652

4       Dr. Mannix is an expert in emergency room medicine and will testify regarding

5    the standard of care applicable to the triage nurse and mid-level practitioner in this case and

6    how Nurse Ambrose's triage decision was negligent, how Nurse Fearey's evaluation and care

7    of Mr. Allen was negligent and that the advice given to Mrs. Allen on the phone by ANMC

8    personnel in the afternoon of April 19, 2003 was negligent. Dr. Mannix was deposed and will

9    testify to any other issues discussed in his deposition.

10      Dr. Mannix will be called at trial.

11   5.    Loretta Lee, MD
        c/o Howard Lazar
12      Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
        1007 W. 3rd Avenue, Suite 400
13      Anchorage, AK 99501
        Phone: (907) 279-3581

14      Dr. Lee is a fact witness and an internal medicine physician who admitted Todd

15   Allen to PAMC on April 19, 2003 and who attended to him until his death on April 20, 2003.

16   Dr. Lee will testify regarding her care of Mr. Allen, Mr. Allen's condition, his death and the

17   statements made by Mrs. Allen regarding her husband's condition that day which were made

18   for the purposes of medical diagnosis and/or treatment.

19      Dr. Lee will likely be called at trial.

20

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

     6.     Kimberly Allen
          c/o Friedman, Rubin & White
          1126 Highland Avenue
          Bremerton, WA 98337
          Phone:  (360) 782-4300
          Attorney Client Privilege Applies

Kim Allen is the plaintiff in the case.  She is the personal representative of her deceased husband's estate and the parent of Presley Grace Allen.  Mrs. Allen is a fact witness who accompanied her husband, Todd Allen, to ANMC on the morning of April 19, 2003. Mrs. Allen will testify regarding the events on the evening of April 18th, the events surrounding her husband's visit to the ANMC Emergency Department on April 19th, the events surrounding her call to ANMC at around 3:47 p.m. later that day, her experience dealing with her husband going into respiratory arrest in their hotel room and what has happened as a result of her losing her husband and the father of her only daughter.

Ms. Allen will be called at trial.

     7.     Elda Ramirez, PhD, MSN, RN, FNP, CS, CEN
          Assistant Professor of Nursing, Clinical
          The University of Texas
          School of Nursing at Houston
          501 W. 25th Street
          Houston, TX 77008
          Phone:  (713) 500-2162

Dr. Ramirez is an expert in emergency room nursing and may testify regarding the standard of care applicable to the triage nurse and nurse practitioner and the fact that the standard of care was breached by Nurse Ambrose and Nurse Fearey.

Dr.  Ramirez may be called at trial by videotaped deposition.

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

8.      Dr. Robert Cantu, M.D.
        John Cuming Building
        131 ORNAC – Suite 820
        Concord, MA  01742
        Phone:  (978) 369-1386

Dr. Cantu is an expert in neurosurgery and will testify regarding his opinions that a CT taken the morning of April 19th would have discovered Mr. Allen's brain bleed and that had his bleed been discovered, how he would have been medically treated and that he, more likely than not, would have had a good outcome.  Dr. Cantu will testify that the CT scan taken at PAMC at 6:47 p.m. on April 19th revealed that Mr. Allen's brain showed extensive swelling which more likely than not had been progressing throughout the day of April 19th and which could have been prevented/treated had Mr. Allen's subarachnoid bleed been diagnosed the morning of April 19, 2003.

Dr. Cantu will be called via videotaped deposition.

9.      Susan Shott, Ph.D.
        Statistical Communications
        7707 Shields Road
        Harvard, IL 60033
        Phone:  (312) 203-3805

Dr. Shott is an Associate Professor in the Department of Medicine at Rush University Medical Center and is an expert in medical biostatistics and statistical analysis. Dr. Shott will testify that Mr. Allen's probability of survival with independent function had Mr. Allen's subarachnoid bleed been diagnosed the morning of April 19, 2003 was over 90%. Dr. Shott will also testify regarding Mr. Allen's probable life expectancy and work-life expectancy had his subarachnoid bleed been timely diagnosed.

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

Dr. Shott will be called at trial.

10.    Lloyd Kompkoff
P.O. Box 2902
Valdez, AK 99686
Phone: (907) 834-6727

Mr. Kompkoff is a fact witness. Mr. Kompkoff was supervising Mr. Allen at his job at TCC at the time of Mr. Allen's death. Mr. Kompkoff was also friends with Mr. and Mrs. Allen. Mr. Kompkoff will testify about Mr. Allen's work abilities and skills, his work ethic, as well as his contributions to his family and the community as a fisherman, provider, husband, friend and mentor.

11.    Dr. John L. Finch, Ph.D.
2018 163rd Street, S.E.
Millcreek, WA 98012
Phone: (206) 363-1640

Dr. Finch is an expert economist and will testify regarding the economic losses in this case.

Dr. Finch will be called at trial unless the parties reach a consensus regarding the economic losses in the case.

11.    Myra Allen
P.O. Box 1836
Cordova, AK 99574
Phone: (907) 424-3684

Myra Allen is Todd's mother and a fact witness. Mrs. Allen may testify about Todd and Kim's relationship, and the losses experienced by Kim, the family and the community as a result of Todd's death.

Myra Allen will likely be called at trial.

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

**DEFENDANT'S WITNESSES**

**Witnesses That Shall Be Called At Trial**

1.      Kimberly Allen
         c/o Friedman, Rubin & White
         1126 Highland Avenue
         Bremerton, WA 98337
         Phone:  (360) 782-4300

Defendant expects that it will question Mrs. Allen when she is called as a witness during Plaintiff's case-in-chief.  Defendant reserves the right to recall Mrs. Allen in its defense case.  Mrs. Allen is expected to testify regarding Mr. Allen, his prior accident and medical history, the events in April 2003 that are involved in this case, and Plaintiff's negligence and damages claims.  See Mrs. Allen's prior discovery depositions.

2.      Pat Ambrose, R.N.
         25 Third Avenue, South West
         Cut Bank, Montana 59427
         Phone:  (406) 873-2049

Defendant expects that it will question Nurse Ambrose when she is called as a witness during Plaintiff's case-in-chief.  Defendant reserves the right to call Nurse Ambrose in its defense case.  Nurse Ambrose is expected to testify by  deposition or telephonically.  Nurse Ambrose has been deposed and she is expected to testify regarding the issues raised in her deposition including her education, training, experience, and duties as a registered nurse, her experience, duties, and practices as a registered nurse working in ANMC's emergency department, her knowledge and experience regarding patient triage and symptoms of chronic pain or subarachnoid hemorrhage, and her knowledge, observations, and actions relating to her assessment of Mr. Allen's condition and her triage of Mr. Allen at ANMC on April 19, 2003.

3.      Donna Fearey, A.P.N.
        State of Alaska Nurse Epidemiologist
        Anchorage, Alaska
        Phone:  (907) 748-2687

Defendant expects that it may question ANP Fearey when she is called as a witness in Plaintiff's case-in-chief.  Defendant reserves the right to call ANP Fearey in its defense case.  ANP Fearey has been deposed and she is expected to testify regarding the issues raised in her deposition including her education, training, experience, and duties as a Registered Nurse and an Advanced Nurse Practitioner, her experience, duties, and practices as an Advanced Nurse Practitioner working in ANMC's emergency department, her knowledge and experience regarding patient triage and the symptoms of chronic pain or subarachnoid hemorrhage, and her knowledge, observations, and actions relating to her exam, interview, and assessment of Mr. Allen at ANMC on April 19, 2003.

4.      Dr. Richard Brodsky
        Medical Directory ANMC Emergency Department
        Alaska Native Medical Center
        4315 Diplomacy Drive
        Anchorage, AK 99508
        Phone:  (907) 563-2662

Dr. Brodsky has been deposed and he is expected to testify regarding the subjects and medical issues that he was questioned about at his deposition, including his medical training and experience, his duties and experience as ANMC Medical Director and physician for the Emergency Department, the staffing and operation of ANMC's emergency care and urgent care clinic, the procedures for intake, triage, examination, and treatment of patients in the ANMC Emergency Department, his knowledge and experience regarding ANP Fearey's

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

skills and work at the ANMC urgent care clinic, the information in the ANMC medical records regarding Mr. Allen's intake, triage, exam, and assessment on April 19, 2003, the medical technology and diagnostic or treatment procedures available at ANMC in April 2003, the practices and procedures at ANMC for the assessment and treatment of patients suspected of having a subarachnoid hemorrhage or aneurysm, including the transfer and medevac of patients to other medical facilities, and ANMC's chronic pain program.

> 5.     Susan Edwards, L.P.N.
>        Alaska Native Medical Center
>        4315 Diplomacy Drive
>        Anchorage, AK 99508
>        Phone:  (907) 563-2662

Nurse Edwards has been deposed and she is expected to testify regarding the issues raised in her deposition including her education, training, experience, and duties as a Licensed Practical Nurse, her experience, duties, and practices as an L.P.N. working in ANMC's Emergency Department, and her knowledge, observations, and actions relating to her contacts with Mr. Allen and his discharge from ANMC on April 19, 2003.

> 6.     Dr. Michael Levy (Expert Witness)
>        Emergency Medicine and Internal Medicine
>        12146 Rainwater Dr.
>        Eagle River, AK 99577
>        Phone:  (907) 696-7386

Dr. Levy has produced a written report and has been deposed.  He is expected to testify regarding the medical issues, information, and opinions that were included in his report and/or that were raised during his deposition including his education, training, and experience as a physician, his knowledge and experience regarding the treatment, transfer, and emergency

JOINT PROPOSED PRETRIAL ORDER
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 23 of 29

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

medevac of patients like Mr. Allen, his knowledge and experience regarding the symptoms, condition, assessment, diagnosis, and treatment in the emergency care setting of patients with chronic pain and patients suspected as having a subarachnoid hemorrhage, his review of Mr. Allen's medical records and chronic pain history, his opinions regarding the assessment and treatment of Mr. Allen at ANMC on April 19, his assessment and opinions regarding Mr. Allen's symptoms, condition, catastrophic SAH and fatal outcome on April 19, and his chronology and timeline for Mr. Allen's likely diagnosis, treatment, medevac, and unfavorable prognosis as a patient with a SAH in Anchorage, Alaska in 2003.

      7.     Dr. Ronald F. Shallat (Expert witness)
           Neurosurgeon
           33 Evergreen Drive
           Orinda, CA  94563
           Phone:  (925) 254-6627

Dr. Shallat has produced a written report and has been deposed.  He is expected to testify regarding the medical issues, information, and opinions that were included in his report and/or that were raised during his deposition including his education, training, and experience as a physician and neurosurgeon, his knowledge and experience regarding the symptoms, condition, diagnosis, treatment, and outcomes for patients with a subarachnoid hemorrhage, his review of Mr. Allen's medical records and chronic pain history, his assessment and opinions regarding Mr. Allen's symptoms and condition at ANMC and his catastrophic SAH and fatal outcome on April 19, his opinions regarding Mr. Allen's likely unfavorable outcome as a patient with a SAH in Anchorage, Alaska in 2003.

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1

2

3

8.      Diane Duntze, R.N., A.N.P. (Expert witness)
        Advanced Nurse Practitioner
        HC01 Box 335
        Gakona, AK  99586
        Phone:  (907) 822-5214

ANP Duntze has produced a written report and has been deposed.  She is expected to testify regarding the medical issues, information, and opinions that were included in her report and/or that were raised during her deposition including her education, training, and experience as a nurse and Advance Nurse Practitioner, her knowledge and experience regarding the symptoms, condition, diagnosis, and treatment in the emergency care setting of patients with chronic pain and patients suspected as having a subarachnoid hemorrhage, her review of Mr. Allen's medical records and chronic pain history, and her opinions regarding Mr. Allen's assessment and treatment at ANMC on April 19, 2003.

9.      Dr. Richard A. Rubenstein (Expert Witness)
        Neurologist
        3220 Blume Drive, Suite 151
        Richmond, CA 94806
        Phone:  (415) 924-1340

Dr. Rubenstein has produced a written report and has been deposed.  He is expected to testify regarding the medical issues, information, and opinions that were included in his report and/or that were raised during his deposition including his education, training, and experience as a physician and neurologist, his knowledge and experience regarding the symptoms, condition, diagnosis, treatment, and outcomes for patients with a subarachnoid hemorrhage, his review of Mr. Allen's medical records and chronic pain history, his opinions regarding the assessment and treatment of Mr. Allen at ANMC on April 19, his opinions

regarding Mr. Allen's symptoms and condition at ANMC and his catastrophic SAH and fatal

outcome on April 19, and his opinions regarding Mr. Allen's likely unfavorable outcome as a

patient with a SAH in Anchorage, Alaska in 2003.

        10.    Paul Taylor (Expert Witness)
                Economist
                2245 Penrose Lane
                Fairbanks, AK 99709
                Phone:  (907) 455-6037

        Mr. Taylor has produced a written report.  He is expected to testify regarding the

opinions, information, and calculations in his report regarding the estimated past and future

economic losses for Mr. Allen and the past and future Social Security benefit payments for

Mrs. Allen and Presley Allen.

**Witnesses That May Be Called At Trial**

        1.     Dr. Susan Dietz
               Providence Alaska Medical Center
               3200 Providence Drive
               Anchorage, AK 99508
               Phone:  (907) 261-3111
               Defendant expects that it will question Dr. Dietz when she is called as a witness

during Plaintiff's case-in-chief.  She is expected to testify regarding her examination and

treatment of Mr. Allen at Providence Alaska Medical Center on April 19, her contact with Mrs.

Allen, and her entries in the Providence medical records.

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

2.     Dr. Loretta Lee
        Providence Alaska Medical Center
        3200 Providence Drive
        Anchorage, AK 99508
        Phone: (907) 261-3111

Defendant expects that it will question Dr. Lee when she is called as a witness during Plaintiff's case-in-chief. She is expected to testify regarding her examination and treatment of Mr. Allen at Providence Alaska Medical Center on April 19, her contact with Mrs. Allen, and her entries in the Providence medical records.

3.     Dr. Maria Freeman
        ANMC Family Medicine Clinic
        4315 Diplomacy Drive
        Anchorage, AK 99508
        Phone: (907) 563-2662

Defendant may call Dr. Freeman to testify regarding Mr. Allen's chronic pain history and his contacts and medical records at ANMC's Family Medicine Clinic in 2000 to 2003 and his entry into the ANMC Chronic Pain Program in December 2002 and January 2003.

4.     Dr. Tim Scheffel
        ANMC UCC Medical Director
        4315 Diplomacy Drive
        Anchorage, AK 99508
        Phone: (907) 563-2662

Dr. Scheffel has been deposed and he may be called to testify regarding the general subjects and medical issues that he was questioned about at his deposition, including his medical training and experience, his duties and experience as ANMC Medical Director for the Urgent Care Clinic, the staffing and operation of ANMC's urgent care clinic, the intake,

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

triage, examination, and treatment of patients in the urgent care clinic, his knowledge and experience regarding ANP Fearey's skills and work at the ANMC urgent care clinic, and the information in the ANMC medical records regarding Mr. Allen's intake, triage, exam, and assessment on April 19, 2003.

     5.     Any witnesses called by Plaintiff.

**Witnesses That Are Unlikely To Be Called At Trial**

     1.     Dr. Eric Kohler
              ANMC Neurosurgeon
              4315 Diplomacy Drive
              Anchorage, AK 99508
              Phone: (907) 563-2662

     Dr. Kohler would have information regarding the diagnostic and treatment procedures available at ANMC in 2003 and the practices and procedures at ANMC for the treatment of patients suspected of having a subarachnoid hemorrhage or aneurysm, including the transfer and medevac of patients to other medical facilities.

     2.     Flossie Spencer or Jeff Ferris
              ANMC Medical Records personnel
              4315 Diplomacy Drive
              Anchorage, AK 99508
              Phone: (907) 563-2662

     ANMC medical records' personnel would be able to authenticate ANMC's medical records.

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

1

## XII.  EFFECT OF THIS ORDER

2          When finalized, this Proposed Pretrial Order shall supersede the pleadings and govern

3   the course of the trial of this cause, unless modified to prevent manifest injustice.

4

5

6   DATED:_____          _____

7                                  Hon. James K. Singleton
                                    United States District Court Judge

8

## CERTIFICATE OF SERVICE

9

10  I certify that on the 7 June 2007, a copy of the foregoing Joint Proposed Pretrial Order was
    served electronically on:

11  Gary M. Guarino
    Assistant U.S. Attorney
12  Office of the U. S. Attorney
    222 W. 7th Ave., #9
13  Anchorage, AK  99513-7567

14

    /s/   Donna J. McCready_____
15

16  W:\Allen v. USA\PLED\Proposed Pretrial Order (070606).doc

17

18

19

20

JOINT PROPOSED PRETRIAL ORDER
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 29 of 29

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358