```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

  KIMBERLEY ALLEN, et al         vs.   UNITED STATES OF AMERICA


BEFORE THE HONORABLE JAMES K. SINGLETON  CASE NO 3:04-cv-00131-JKS

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

APPEARANCES:    PLAINTIFF: DONNA J. MCCREADY

                DEFENDANT: GARY GUARINO

PROCEEDINGS: FINAL PRETRIAL CONFERENCE Held 6/11/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:04 a.m. court convened.

Court and counsel heard.

Court stated trial day will be from 9:00 a.m. until 12:00 Noon and 1:30 p.m. to 4:30 p.m. daily.

Final Arguments will be made orally on the record; an expedited transcript of the closing arguments will be ordered by the court.

Counsel stated a settlement conference would be of no assistance in this matter.

At 10:45 a.m. court adjourned.










DATE:     JUNE 11, 2007     DEPUTY CLERK'S INITIALS:     lc