1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone:  (360) 782-4300
   Facsimile:  (360) 782-4358
4  E-mail:  dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM** |

Plaintiff, by and through counsel Friedman, Rubin & White, gives notice to the court that she intends to utilize the Digital Evidence Presentation System ("DEPS") during the trial in the above-referenced case which is scheduled to go to trial on June 25, 2007 through July 6, 2007.  Plaintiff would like the DEPS equipment to be made available for her use during those

NOTICE OF INTENT TO USE DIGITAL
EVIDENCE PRESENTATION SYSTEM
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1  weeks of trial.  The location of the trial will be in the Anchorage District Court and will be held

2  in front of the Honorable James K. Singleton.

3

                                                 FRIEDMAN RUBIN & WHITE

4                                                   Counsel for Plaintiffs

5

6  DATED:_____    By: /s/   Donna J. McCready_____

7                                                   1126 Highland Avenue
                                               Bremerton, Washington 98337

8                                                 Telephone: (360) 782-4300
                                               Facsimile: (360) 782-4358
                                               E-mail: dmccready@frwlaw.us

9                                                 Alaska Bar No. 9101003

10

11  **CERTIFICATE OF SERVICE**

12  I certify that on the 11 June 2007, a copy of the foregoing _____ was served electronically on:

13  Gary M. Guarino
Assistant U.S. Attorney

14  Office of the U. S. Attorney
222 W. 7th Ave., #9

15  Anchorage, AK  99513-7567

16  /s/   Donna J. McCready_____

17  W:\Allen v. USA\PLED\Digital Evidence Presentation Notice (070611).doc

18

19

20

NOTICE OF INTENT TO USE DIGITAL
EVIDENCE PRESENTATION SYSTEM
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358