1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone:  (360) 782-4300
   Facsimile:  (360) 782-4358
4  E-mail:  dmccready@frwlaw.us

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>) Case No. 3:04-CV-0131-JKS<br>)<br>) **NOTICE OF**<br>) **STIPULATION REGARDING**<br>) **ECONOMIC LOSSES**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|---|---|

PLEASE TAKE NOTICE the parties stipulate that, if the Court finds liability on the part of the Government in the above-captioned case, the economic losses to Mrs. Allen and Presley Grace Allen are $1,126,467.50.

NOTICE OF STIPULATION REGARDING
ECONOMIC LOSSES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

|   |   |
|---|---|
|   | FRIEDMAN RUBIN & WHITE |
|   | Counsel for Plaintiffs |

DATED:_____    By: /s/ Donna J. McCready

1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003

NELSON P. COHEN
UNITED STATES ATTORNEY

DATED:_____    By: /s/ Gary M. Guarino
                                     Gary M. Guarino
                                     Assistant U. S. Attorney

222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Facsimile: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

## CERTIFICATE OF SERVICE

I certify that on the 19 June 2007, a copy of the foregoing Notice of Stipulation Regarding Economic Losses was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK 99513-7567

/s/ Donna J. McCready

W:\Allen v. USA\PLED\Notice of Stipulation Re Economic Losses (070619).doc

NOTICE OF STIPULATION REGARDING
ECONOMIC LOSSES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358