NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 3:04-cv-00131-JKS

**DEFENDANT'S SECOND AMENDED TRIAL EXHIBIT LIST**

Defendant, United States of America, by and through counsel, submits its amended list of exhibits to be introduced at trial in the above-captioned matter:

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-1 | Todd Allen Medical Records | | X | |
| D-1A | Todd Allen Medical Records | | X | |
| D-1B | Todd Allen Medical Records | X | | |
| D-2 | Providence Alaska Medical Center CT Scan Film and Report for Todd Allen | | X | |
| D-3 | ANMC Patient Tracking History for Todd Allen on 4/19/03 | X | | |
| D-4 | Kimberly Allen Medical Records | | X | |
| D-5 | Plaintiff's Responses to Defendant's First Discovery Requests | X | | |
| D-6 | Plaintiff's Responses to Defendant's Second Discovery Requests | X | | |
| D-7 | Donna Fearey Personnel File and Annual Evaluations | X | | |
| D-8 | C.V. of Donna Fearey | | X | |
| D-9 | C.V. of Dr. Richard Brodsky | | X | |
| D-10 | Expert Report of Dr. Robert Cantu | X | | |
| D-11 | C.V. of Dr. Robert Cantu | | X | |
| D-12 | Expert Report of Diane Duntze, A.N.P. | X | | |
| D-13 | C.V. of Diane Duntze, A.N.P. | | X | |
| D-14 | Expert Report of John Finch, Ph.D. | X | | |
| D-15 | C.V. of John Finch, Ph.D. | | X | |
| D-16 | Expert Report of Dr. Michael Levy | X | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-17 | C.V. of Dr. Michael Levy | | X | |
| D-18 | Expert Report of Dr. Frank Mannix | X | | |
| D-19 | C.V. of Dr. Frank Mannix | | X | |
| D-20 | Expert Report of Elda Ramirez, R.N. | X | | |
| D-21 | C.V. of Elda Ramirez, R.N. | | X | |
| D-21A | Revised C.V. of Elda Ramirez, R.N. | | X | |
| D-22 | Expert Report of Dr. Richard Rubenstein | X | | |
| D-23 | C.V. of Dr. Richard Rubenstein | | X | |
| D-24 | Expert report of Dr. Ronald Shallat | X | | |
| D-25 | C.V. of Dr. Ronald Shallat | | X | |
| D-26 | Expert report of Susan Shott, Ph.D. | X | | |
| D-27 | C.V. of Susan Shott, Ph.D. | | X | |
| D-28 | Expert report of Paul Taylor, Ph.D. | X | | |
| D-28A | Expert report of Paul Taylor, Ph.D. | X | | |
| D-29 | C.V. of Paul Taylor, Ph.D. | | X | |
| D-30 | Deposition of Kimberly Allen, Volume 1 (04/12/05) | X | | |
| D-31 | Deposition of Kimberly Allen, Volume 2 (09/20/06) | X | | |
| D-32 | Deposition of Todd Allen | X | | |
| D-33 | Deposition of Patricia Ambrose, R.N. | X | | |
| D-34 | Deposition of Dr. Richard Brodsky | X | | |
| D-35 | Deposition of Dr. Robert Cantu | X | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-36 | Dr. Cantu File and Notes | X | | |
| D-37 | Deposition of Dr. Alan Deubner | X | | |
| D-38 | Deposition of Dr. Susan Dietz | X | | |
| D-39 | Deposition of Diane Duntze, A.N.P. | X | | |
| D-40 | Deposition of Dr. David Edwards | X | | |
| D-41 | Deposition of Susan Edwards, L.P.N. | X | | |
| D-42 | Deposition of Donna Fearey, A.N.P. | X | | |
| D-43 | Deposition of Dr. Roberta Lee | X | | |
| D-44 | Deposition of Dr. Michael Levy | X | | |
| D-45 | Deposition of Dr. Frank Mannix | X | | |
| D-46 | Exhibit 1 to Dr. Mannix Deposition | X | | |
| D-47 | Deposition of Elda Ramirez, R.N. | X | | |
| D-48 | Exhibit 1 to Ramirez Deposition | X | | |
| D-49 | Deposition of Dr. Richard Rubenstein | X | | |
| D-50 | Exhibit 4 to Dr. Rubenstein Deposition | X | | |
| D-51 | Exhibit 6 to Dr. Rubenstein Deposition | X | | |
| D-52 | Deposition of Dr. Tim Scheffel | X | | |
| D-53 | Deposition of Dr. Ronald Shallat | X | | |
| D-54 | Deposition of Susan Shott | X | | |
| D-55 | Susan Shott File Correspondence | X | | |
| D-56 | Susan Shott Articles | X | | |
| D-57 | Susan Shott Addendum | X | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-58 | Social Security Benefit Statements for Kimberly and Presley Allen ‘03-‘06 | X | | |

RESPECTFULLY SUBMITTED on June 20, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
#8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2007, a copy of the foregoing **DEFENDANT'S SECOND AMENDED TRIAL EXHIBIT LIST** was electronically served on Donna McCready, Esq.

s/ Gary M. Guarino