Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN, Plaintiff, vs. UNITED STATES OF AMERICA, Defendant. | Case No. 3:04-CV-0131-JKS **PLAINTIFF'S FOURTEENTH SUPPLEMENTAL DISCLOSURE** |

Plaintiff, by and through her counsel of record, Friedman, Rubin & White, hereby supplements her initial disclosures as follows:

- Southcentral Foundation records for Todd Allen, Bates-stamped SCF-1 through SCF-26.

FRIEDMAN RUBIN & WHITE
Counsel for Plaintiffs

DATED: 6/12/07

By: ______________________
Donna J. McCready
Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was ( ) hand delivered ( ) faxed (X) e-mailed (X) mailed on the 12th day of June 2007 to:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK 99513-7567

FRIEDMAN, RUBIN & WHITE

By: ______________________
Debbie Traver

W:\Allen v. USA\DISC\Supplemental Disclosure (14) (070612).doc



FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

Southcentral Foundation
Behavioral Services Division
4501 Diplomacy Drive
Anchorage, Alaska 99508
907-729-4991

**ATTENTION**
**PROHIBITION ON REDISCLOSURE**

This information has been disclosed to you from records whose confidentiality is protected by federal low. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of this information except with the specific written consent of the person to whom it pertains. A general authorization for the release of medical or other information if held by another party is not sufficient for this purpose. Federal regulations restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse consumer. Federal regulations state that any person who violates any provisions of this law shall be fined not more than $500, in the case of a first offense and not more than $5,000 in the case of each subsequent offense.

I:\SCF HIM\Forms\ROI Forms\Prohibition on redisclosure.doc

## Southcentral Foundation – Behavioral Services

4501 Diplomacy Drive, Anchorage, Alaska 99508

### Authorization to Release Health Information

**Administration** Ph #: (907) 729-4991 Fax #: (907) 729-4934 **Fireweed Program** Ph #: (907) 729-2500 Fax #: (907) 729-5188
**Primary Care Ctr.** Ph #: (907) 729-2500 Fax #: (907) 729-4270 **Dena A Coy – Willas Way** Ph #: (907) 729-5070 Fax #: (907) 729-6316
**Quyana Clubhouse** Ph #: (907) 729-6550 Fax #: (907) 278-6657 **The Pathway Home** #: (907) 729-5020 Fax #: (907) 729-5027
**Elder's Program** Ph #: (907) 729-6500 Fax #: (907) 729-6520 **Early Head Start** Ph #: (907) 729-6170 Fax #: (907) 729-6171
**Head Start CSM** Ph #: (907) 729-6100 Fax #: (907) 729-6160 **Therapeutic Group Home** #: (907) 729-6370 Fax #: (907) 569-0175
**Transitional Living** Ph #: (907) 729-6385 Fax #: (907) 729-5017 **RAISE Program** Ph #: (907) 729-5015 Fax #: (907) 729-5017

| Name of person whose information is to be released: | Date of Birth: | Social Security #: |
|---|---|---|
| Todd Andrew Allen | 3-30-67 | 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 |

| Name of Parent or Legal Guardian, if applicable: (required for minors) | Parent/Guardian Contact Information: |
|---|---|
| Kimberly Ann Allen | 644-0485 (home) (cell) 223-~~8578~~ 8728 KAA |

I authorize Southcentral Foundation – Behavioral Service Division to **Release Information To:**

Person/Organization: Kimberly Allen
Address: 8011 Rovenna KAA
City/State/Zip Code: Anchorage, AK ~~99574~~ 99518
Main Phone Number/Fax Number: (907) 644-0485 (home) 223-8728 (cell)

Description of Specific Information to be disclosed: ***(INITIAL all that apply)***

| | | | | | |
|---|---|---|---|---|---|
| KAA | Behavioral Urgent Response (BURT) | KAA | Laboratory/Radiology Reports | KAA | Summary of Attendance |
| KAA | Discharge Summary | KAA | Medication Lists | KAA | Summary of Participation |
| KAA | FAS/FASD Assessment | KAA | Neuropsychological Assessment | KAA | Transfer Summary |
| KAA | History & Physical | KAA | Nursing Assessments | KAA | Treatment Plan |
| KAA | Immunization Records | KAA | Psychiatric Assessment | KAA | Treatment Plan Review |
| KAA | Intake Assessments | KAA | Psychological Assessment | | |
| KAA | Other: letter regarding treatment | | | | |

**I authorize the release of the following sensitive information by initialing below:** ***(INITIAL all that apply)***
_______ HIV/AIDS _______ Drug/Alcohol Treatment and/or Diagnosis KAA Mental Health Treatment and/or Diagnosis

**Service Date Range of records requested, if applicable:** ______________________

**Specific purpose of this release of information:** ***(INITIAL all that apply)***
____ Coordination of Care KAA Personal Use KAA Legal Use ____ Emergency Contact _____ Other: ______________________

I understand that I am not required to sign this form to receive services. **I understand that I have the right to cancel this authorization in writing at any time except to the extent that information has already been released.** I understand that I may request a copy of this authorization. I understand that a photocopy/fax of this authorization is as valid as the original. I understand that health information released, if covered by federal law 42 C.F.R. Part 2 (Alcohol & drug abuse records); will continue to be protected by law from re-disclosure. I understand that information only covered by HIPAA (45 C.F.R. Parts 160 & 164) is subject to re-disclosure by the recipient and may no longer be protected by the HIPAA Privacy Act. I understand that there may be a fee for copying associated with this request. I hereby authorize the use or disclosure of the health information as listed and described above.

This authorization will expire (date): 6/30/07

Signature of Client/Patient/Student, *(if minor and 12 yr+, client should sign)* Signature Date
Kimberly Allen Personal Rep of the Estate of Todd Allen 6/7/07
Signature of Parent/Legal Guardian, if applicable Signature Date

[signature] 6/7/07
Signature of Witness Signature Date

***REVOCATION SECTION:*** ***This section should NOT be completed when the authorization is initially signed.*** This section should only be completed if the client wishes to revoke authorization. I hereby request that this authorization to release information be revoked; effective on the date of my signature below.

Signature of Client/Patient/Student Signature Date

NOTICE TO RECIPIENT - PROHIBITION OF RE-DISCLOSURE: This information has been disclosed to you from records that may be protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Office Use Only: ☐ Released Records on: ________ ☐ Method: ☐ Picked Up ☐ Mailed ☐ Faxed to: __________ Initials: _____ ☐ File Only
*Revised 05/03/07*
SCF 2

# Discharge Summary

Name: Todd Allen
DOB: 3/30/67
Date of admission: 8/2/02
Date of discharge: 2/3/03
Date of report: 2/3/03

Reason for discharge: TX plan complete

Summary list of the treatment or services provided to the recipient: CA seen in IT for stressors secondary to a MVA wherein he was a pedestrian struck by vehicle. Physical pain, legal stressors, employment, family.

Summary of the course and effectiveness of treatment: Client processed material easily and able to be not overwhelmed by significant stressors.

Diagnosis at discharge: 309.81 PTSD

A summary of the referrals and/or recommendations made at discharge: Case review letter for attorney to resolve legal problems

Additional comments:

Signature and credentials: [signature] MSW



SCF 3

# INTAKE/COMPREHENSIVE MENTAL HEALTH ASSESSMENT

**Identifying information:**

| | |
|---|---|
| **Name:** | TODD Allen |
| **DOB:** | **Date(s) of assessment:** |

| | |
|---|---|
| **Address:** | 5303 E 30th |
| **Phone:** | 337-8895 / work 907-834 |
| **Parent(s)/Legal Guardian(s):** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Age:** | 35 | **Sex:** | M | **Marital Status:** | M | **Ethnicity:** | Aleut |
| **Referral Source:** | ANMC | | | | | | |
| **Reason for Referral:** | Depression; | | | | | | |

**Consumer/guardian statements of presenting problems/concerns:**

I was hit by a car in 1999

**Brief history/symptoms of presenting problem:**

Major head and facial trauma 2° to being hit by car; numerous reconstructive surgeries, Lost law suite - Now has major financial crisis, lost temper c̄ wife - charged c̄ domestic violence on 7/22/0.

**Social History** [relevant to mental health issue(s)]:

Major emotional trauma since being hit by car in 1999, loss of legal battle in 3/02, Under much stress since marriage in June 2002/ Domestic violence charge on 7/22/02

**Current living arrangement:**

Lives c̄ wife before domestic violence charge.

**Family Composition:**

| | |
|---|---|
| | |
| | |
| **Guardianship Issues:** | |
| **Quality of relationships with family members:** | lost temper c̄ wife - DV charge. |
| **Quality of relationships with peers:** | |

Pt. will obtain "deferred Prosecution" if he complies c̄ assessment, psychotherapy, marital therapy and ? anger management. - per attorney Bob Wo[illegible].

| Relevant Social History: | Yes | No | Elaboration of History: |
|---|---|---|---|
| Family Hx of Mental Illness/Alcoholism | ✓ | | |
| Sexual Abuse | | ✓ | |
| Physical Abuse/Domestic Violence | ✓ | | Nuclear family |
| Significant Family Background Issues | | ✓ | |
| History of Violence | | ✓ | |
| Adequate Support Systems | ✓ | | |
| Legal Involvement | ✓ | | |
| Other Losses/Trauma | | | Major head and facial trauma hit by car. |
| Additional Data | | | |

**Work/Education (functioning/success):**

11th grade

**Medical Problems (active/recurrent):**

Numerous reconstructive surgeries of face and jaw; chronic pain.

**Psychiatric/CD treatment history:**

| Is there a current or past psychiatric diagnosis? | (No) | | Yes | |
|---|---|---|---|---|

**Please document current/previous treatment:**

| Facility/City/State | IP/OP | Dates | Reason/Diagnosis | Care Provider | Outcome |
|---|---|---|---|---|---|
| Ø | | | | | |
| | | | | | |
| **Remarks:** | | | | | |

| **Current Medications** | | | | |
|---|---|---|---|---|
| Medication | Dose/ Frequency | Prescribed by | Reason | Taking as Prescribed? |
| Oxycontin | | Dr Freeman | chronic jaw pain | yes. |
| Valium | | " | " | |
| Ibuprofen | | " | | |

| **Past Medications** | | | | |
|---|---|---|---|---|
| Medication | Dose | Dates Used | Reason Prescribed | Reason Discontinued |
| unknown. | | | | |
| | | | | |



SCF 5

**Substance use/abuse history:**

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Barbiturates | | | LSD/Mushrooms | | | Other Stimulants | | |
| Benzodiazapines | | | Marijuana | | | Other hallucinogens | | |
| Cocaine | | | Nicotine | | | | | |
| Crack | | | Caffeine | | | | | |
| Heroin | | | OTC Drugs | | | | | |

None

| Substance | Age of first use | Current frequency | Amount of current use | Last use | Withdrawal symptoms |
|---|---|---|---|---|---|
| | | | NO | | |
| | | | | | |
| **History of blackouts, DTs, DWI's:** | | | | | |

**Developmental history:**

| | Yes | No | Other | |
|---|---|---|---|---|
| Prenatal Hx/Complication Alcohol/Drug use | | | | |
| Postnatal Hx/Complication | | | | |
| Developmental Milestones/Delays | Unknown | | | |
| Attachment/Abandonment Issues | | | | |
| Other | | | | |

## MENTAL STATUS EXAM

| | | | | | | *Other Description:* |
|---|---|---|---|---|---|---|
| Appearance | Appropriate | Inappropriate | | | | |
| Attitude: | (Cooperative) | Guarded | Suspicious | Uncooperative | | |
| Mood: | Euthymic | (Depressed) | Sad | (Anxious) | | |
| | Angry | Happy | Liable | Euphoric | | |
| Affect: | Congruent | (Flat/Blunted) | Constricted | Bright | | |
| | Expansive | Sad | Good Eye Contact | Poor Eye Contact | | |
| Speech: | (Normal) | Loud | Pressured | Soft | | Lisp 2° to loss of Teeth. |
| | Slurred | Excessive | Persevering | | | |
| Motor Activity | (Normal) | Agitated | Retarded | Tremors/Tics | | |
| Orientation: | (Intact – Ox4) | Impaired | | | | |
| Thought Process: | (Logical) | Tangential | Flight of Ideas | Loose Associations | | |
| Thought Content: | (Appropriate) | Hallucinations | Delusions | Paranoia | | |
| | Persecutory | Suspiciousness | Suicidal | Homicidal | | |
| | (Helplessness) | (Hopeless) | (Worthless) | | | |
| Insight | Low | (Average) | High | | | |
| Judgement | (Intact) | Impaired | Minimal | | | |
| Cognitive Functioning | (Gen'l Knowledge Intact) | | Impaired | | | |



SCF 6

**Additional Observations:**

- Pt. has become progressively hopeless and helpless since his major head and face traumas and since the loss of his law suite — leaving him financially destitute.

**Clinical Impressions:**

Post Traumatic Stress c Depression 2o to Above trauma; lost temper c wife leading to DV charge. —

**Diagnostic Impressions:**

| | | | | |
|---|---|---|---|---|
| Axis I | PTSD 309.81 / Depressive Disorder NOS 311 | | | |
| Axis II: | | | | |
| Axis III: | Major head and facial Trauma / S/P reconstructive surgery. | | | |
| Axis IV: | Marital Problem 2o to financial Stress. | | | |
| Axis V: | GAF (current) | 70 | GAF (past) | |

**Does the consumer meet the diagnostic/social/behavioral criteria for expanded services?**

| Yes | No | Explain: | |
|---|---|---|---|
| | X | | |

**Adult** (Role of functioning impairment must be assessed in at least 2 of 3 areas to qualify.)

| Yes | No | |
|---|---|---|
| | | I. Inability to function independently in the role of worker, student, or homemaker |
| | | II. Inability to engage independently in personal care or community living activities. |
| | | III. Inability to exhibit appropriate social behavior, resulting in intervention by the mental health or Judicial system. |

**Child** (A check before each numbered category below qualifies the child for extended services.)

| Yes | No | |
|---|---|---|
| | | I. The child was disabled prior to the age of 18 and is currently under 21. |
| | | II. The child exhibits severe behavioral, emotional, or social disabilities that disrupt the child's educational or developmental progress. |
| | | III. The child is at risk for out of home placement or is placed out of home. |
| | | IV. The child's disabilities cannot be attributed solely to intellectual, physical, or sensory deficits. |
| | | V. The child frequently requires intensive collaborative treatment by an inter-agency team. |

**Problem Summary List:**

- Major physical traumas to head and face
- The need for more reconstructive surgery.
- Major Financial Crisis

**Strengths/resources:**

Intelligent / motivated

**Cultural identification/implications for treatment:**



SCF 7

**Services the family wants:**

**Clinic**

| | | | |
|---|---|---|---|
| | CI Crisis Intervention | | GT Group TX |
| X | IT Individual TX | X | PA Psychiatric Assessment |
| X | FT Family TX | | PTE Psychological Testing/Evaluation |
| | PM Pharmacological Management | | |

**Rehab**

| | | | |
|---|---|---|---|
| | CM Case Management | | CI Crisis Intervention |
| | ISD Individual Skill Development Scvs | | RSS Recipient Support Services |
| | GSD Group Skill Development Scvs | | FA Functional Assessment |
| | FSD Family Skills Development | | DT Day Treatment Services |
| | MA Medication Administration | | |

**Recommendations:**

**Prognosis:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Excellent | | Good | X | Fair | | Poor | Qualifier/Comments | |

**Clinician's signature, credentials, and date:** Helmut G. Kramer PhD [signature]



SCF 8

## **Interim treatment plan** (optional):

**Initial Treatment Problem:**

**Initial Treatment Goal(s):**

**Service Modality:**

**Intervention(s):**

| | |
|---|---|
| **Frequency:** | |
| **Duration:** | |
| **Direct Service Provider:** | |
| **Location:** | |

*For additional goals, use blank goal sheets from treatment plans.

**Clinician's signature, credentials and date:** ______________________________

# INTAKE/COMPREHENSIVE MENTAL HEALTH ASSESSMENT

**Identifying information:**

**Name:** Todd Allen
**DOB:** 3/30/67 **Date of assessment:** 8/16/02

**Address:** 5303 East[illegible] Anch. AK 99508
**Phone:** 337-8895
**Parent(s)/Legal Guardian:**

**Current Status:**
Age: 35 Sex: M Marital status: M Ethnicity: AK Native
Living Situation: own place
Referral Source: Court/lawyer Reason for Referral: Court ordered counseling
Other: for "stress management"

**Consumer/guardian statements of presenting problems/concerns:** The client is ordered into counseling by the court system following an incident of Domestic Violence during stressful period involving physical injury, ~~and~~ medical complications, and legal proceedings.

**Current History/Symptomology:** Client was struck by a car in 1999 and has physical impairments (namely face/jaw related) which have altered his life significantly; including vocation, financial stress, repeated hospitalization/rehabilitation, chronic pain, powerful medication(s), and stress regarding legal insurance claims. Reports he lost his temper with his wife and became aggressive. Reports ~~[illegible]~~ couple recovered and sought to dismiss charges, but prosecuted by state. The client reports a plea agreement of attending "14 sessions of stress management" in order to have D.V. charges dismissed.

**Social History** [relevant to mental health issue(s)]:
Current living arrangement: Client reports overwhelming medical fees and having to represent self in medical insurance (ANMC) IHS coverage for services and procedures. Also, recently lost law-suit case for damages and having stress over appealing case.

**Family Composition:** Client & wife. Ø children involved.

Guardianship Issues: Ø N/A
Quality of relationships with family members: Good
Quality of relationships with peers: Good

| Relevant Social History: | | | Elaboration of History: |
|---|---|---|---|
| Family Hx of Mental Illness/Alcoholism | Yes (circled) | No | Family hx of ETOH abuse. |
| Sexual Abuse | Yes | No (circled) | |
| Physical Abuse/Domestic Violence | Yes (circled) | No | x 1 |
| Significant Family Background Issues | Yes | No (circled) | |
| History of Violence | Yes | No (circled) | |
| Adequate Support Systems | Yes (circled) | No | Close family + social supports |
| Legal Involvement | Yes (circled) | No | Insurance & lawsuit cases open |
| Other Losses/Trauma | Yes (circled) | No | Head and Facial trauma: hit by car |

Additional Data: ______________________________

**Work/Education (functioning/success):** ______________________________

**Medical Problems (active/recurrent):** Numerous reconstructive surgeries
Chronic pain

**Psychiatric/CD treatment history:**
Is there a current or past psychiatric diagnosis? No (circled) Yes Define: ______________
Please document current/previous treatment:

| Facility/City/State | IP/OP | Dates | Reason/Diagnosis | Care Provider | Outcome |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Remarks: ______________________________

| Current Medication | | | | |
|---|---|---|---|---|
| Medication | Dose/ Frequency | Prescribed by | Reason | Taking as Prescribed? |
| Oxycontin | | | Pain | yes |
| Valium | | | ↓ | |
| Ibuprofen | | | ↓ | |
| | | | | |
| | | | | |

Remarks: ____________________

| Past Medication N/A | | | | |
|---|---|---|---|---|
| Medication | Dose | Dates Used | Reason Prescribed | Reason Discontinued |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Remarks: ____________________

**Substance use/abuse history:**

____Alcohol
____Cocaine/crack
____Heroin
____Other hallucinogens
____Methamphetamine
____OTC Drugs
____Inhalents
____Barbituates
____Other sedatives/hypnotics
____Caffeine
____Other stimulants
____Other
____Marijuana
____Benzodiazapines
____LSD/Mushrooms
____Nicotene
____Other amphetamines

| Substance | Age of first use | Current frequency | Amount of current use | Last use | Withdrawal symptoms |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

History of blackouts, DTs, DWIs: ____________________

**Developmental history:**

Prenatal Hx/Complication: ☐ Alcohol/Drug use ☐ Other: Ø

Postnatal Hx/Complication: ______

Check/add other areas of concern and explain:

Developmental Milestones/Delays ______

Attachment/Abandonment Issues ______

Other ______

Explain: ______

## MENTAL STATUS EXAM

| | | | | | Other Description: |
|---|---|---|---|---|---|
| General Appearance: | Appropriate (circled) | Inappropriate | | | |
| Attitude: | Cooperative (circled) | Guarded | Suspicious | Uncooperative | |
| Mood: | Euthmymic | Depressed (circled) | Sad | Anxious | |
| | Angry | Happy | Liable | Euphoric | |
| Affect: | Congruent | Flat/Blunted (circled) | Constricted | Bright | |
| | Expansive | Sad | Good Eye Contact | Poor Eye Contact | |
| Speech: | Normal (circled) | Loud | Pressured | Soft | |
| | Slurred | Excessive | Persevoring | | |
| Motor Activity | Normal (circled) | Agitated | Retarded | Tremors/Tics | |
| Orientation: | Intact (circled) or Impaired: | Person/Place/Time/Situation | | | |
| Thought Process: | Logical (circled) | Targential | Flight of Ideas | Loose Associations | |
| Thought Content: | Appropriate (circled) | Hallucinations | Delusions of Grandiosity | Paranoia | |
| | Feelings of persecution | Suspiciousness | Suicidal/ Homocidal ideation | Helpless/ Hopelessness/ Worthlessness | |
| Insight: | High | Average (circled) | Low | | |
| Judgement: | Intact (circled) or Impaired: | Minimal | Moderate | Severe | |
| Cognitive Function: | General Knowledge Intact (circled) | Impaired | | | |

Additional Observations: Client reports his wife may benefit from having individual or joint sessions to process stress.

**Clinical Impressions:** The client's severe and life-altering injuries combined c̄ extreme financial burden of medical expenses combined c̄ very stressful meetings representing himself c̄ insurance and medical professionals advocating for services, combined c̄ very stressful lawsuit, unexpected defeat, and ~~risk~~ mounting legal fees considering appeal, have controlled the client's life for almost three years, and will continue indefinitely.

**Diagnostic Impressions:**

Axis I 309.81 PTSD. 311 Dep. D/O NOS

Axis II No Dx

Axis III Major head & facial trauma 1999. Chronic pain

Axis IV Marital problems 2° stress

Axis V GAF (current) 70 GAF (past year) ______

SCF 13

**Does the consumer meet the diagnostic/social/behavioral criteria for expanded services?**

Yes _______ No __/__

**Eligibility Summary:**

Adult

____ I. Inability to function independently in the role of worker, student, or homemaker.
____ II. Inability to engage independently in personal care or community living activities.
____ III. Inability to exhibit appropriate social behavior, resulting in intervention by the mental health or judicial system.

Child

____ I. The child was disabled prior to the age of 18 and is currently under 21.
____ II. The child exhibits severe behavioral, emotional, or social disabilities that disrupt the child's educational or developmental progress.
____ III. The child is at risk for out of home placement or is placed out of home.
____ IV. The child's disabilities cannot be attributed solely to intellectual, physical, or sensory deficits.
____ V. The child frequently requires intensive collaborative treatment by an interagency team.

**Problem Summary List:** Financial Stressors
Loss of physical functioning
Chronic Pain
Ongoing reconstructive surgery
Legal pressure (Lawsuit)
Legal pressure (Domestic Violence)

**Strengths/resources:** Intelligent
Articulate
Resilient
Excellent stress management skills
Good Support System

**Cultural identification/implications for treatment:** None indicated

SCF 14

**Services the family wants:**

Clinic

CI-Crisis Intervention ___
IT-Individual Therapy ✓
PTE-Psychological Testing and Evauation ___
FT-Family Therapy ✓
PM-Pharmacologic Management ___
GT-Group Therapy___
PA-Psychiatric Assessment ___

Rehab

GSD-Group Skill Development Services ___
DT-Day Treatment Services ___
FSD-Family Skills Development ___
MA-Medication Administration ___
ISD-Individual Skill Development Services ___
CM-Case Management ___
RSS-Recipient Support Services ___
CI-Crisis Intervention ___
FA-Functional Assessment ___

Remarks: ___

**Recommendations:** Client is court-ordered for "14" sessions. Rx that Ind or couple's or Ind c̄ wife all count toward satisfying "14" session mandate.

**Prognosis:** ☐ **Excellent** ☑ **Good** ☐ **Fair** ☐ **Poor**

**Comment/Qualifier** Client appears to utilize Tx process very well and appears to have significant Sx reduction from session(s).

**Clinician's signature, credentials, and date:** Mark Smith MSW 8/16/02

INTERIM TREATMENT PLAN

**Preliminary problem identified:** Overwhelming stressors

**Initial treatment goal(s):** Identify /name individual stressors

**Service Modality:** IT

**Intervention(s):** Discussion / Supportive

**Frequency:** PRN (client works out of town often)

**Duration:** "14" sessions per court order

**Direct service provider:** Mark Sutton

**Location:** BHS

*For additional problems, use treatment plan addendum.

**Clinician's signature, credentials and date:** Mark Sutton, MSW 8/16/02

# INITIAL PSYCHIATRIC ASSESSMENT

**Identifying information:**

**Date:** 8.2.02 **DOB:** 3.30.1967
**Name:** TODD ALLEN
**Parent(s)/Guardian(s):**

**Historical data reviewed by reporter: Intake Report** ☐ **Other** ☑ Interview

**Current status:**
Age: 35 Sex: M Marital status: M Ethnicity: ALEUT
Living Situation: Lives c̄ wife
Referral Source: self Reason for Referral:
**Other:**

**Presenting problem (consumer/guardian statements and clinical impressions):**
"In 1999 I was struck by a vehicle and my world came to an end"; LOST LAW SUITE in MARCH 2002; feels increasingly overwhelmed. Feels he was at fault; guilt, enormous financial stressors; recently charged c̄ domestic violence toward wife. S/P numerous restoration surgeries.

**Psychiatric History:**

**FAMILY:**

**Description of Family**

Born on Cordova. village of [illegible]; Parents living., left for architectural school in Arizona (Arizona Institute of technology)

**Medical** (Pt)

(Major head trauma followed by numerous reconstruction surgeries since 1999. Chronic pain syndrome of face, jaw, headaches has required prescribed oxycontin.) [margin: Patient]
Mother – Obesity.
Father – Alcohol obesity; Diabetes
Family – much domestic violence,
Alcoholism.

**Psychiatric/Mental Health**

- Mother attempted suicide.

**Drug and Alcohol**

"Everyone in the family drank"

**PATIENT:**

**Medical**

- Major head and facial trauma - 1999 - followed by numerous reconstructive surgeries;
- Chronic jaw and facial pains; severe headache.
- on prescribed oxycontin.

**Developmental History**

Unknown

**Medication**

Ibuprofen
oxycontin
Valium
) Dr. Freeman ANMC

**Psychiatric/Mental Health**

Reactive depression x 3 years following collision c car.

**Drug and alcohol**

occasional Alcohol; denies alcohol and illicit drug Abuse.

**Social history**

- 11th grade HS → enrolled in Arizona Tech. - Architecture;
- worked at TCC in Valdez as laborer;
- married [illegible] - [illegible] - June 8th.
- Major financial stressors since having lost law-suit.
- Charged c Domestic Violence 7.22 - jailed - he and wife [illegible] come to an agreement.

**Mental status exam:**

Alert, cooperative; pleasant; oriented x 3; facial scars and disfigured jaw c evident. Feels hopeless, helpless, clearly overwhelmed by financial burdens; Pt. has a lisp - he lost all teeth; denies suicidal or homicidal ideation.

Revised 11/99



SCF 19

**Clinical summary:**
Pt c̄ major head trauma (1995); numerous reconstructive surgeries; lost law suit in 3/2002 — he has major financial consequences, chronic pain; recent loss of temper c̄ wife leading to Domestic violence charge. — meets to be seen in counselling to have "deferred Prosecution"

**Diagnosis:**
PTSD 309.81
Axis I Depressive Disorder NOS 311
Axis II
Axis III S/P Major head and Face Trauma
Axis IV Marital conflict
Axis V GAF (current) 60.76 GAF (past year)

**Psychiatric problem list:**
Depressive Disorder 2° to major Financial setbacks;

**Consumer strengths and resources:**
Intelligent; motivated.

**Recommendations:**
Psychotherapy
Marital Therapy.
Pharmacotherapy? — PAXIL 20mg. q.d.

**Prognosis:**
good.

**Psychiatrist or Nurse Practitioner signature and credentials:**
Helmut G. Kramer MD MSc

# MASTER TREATMENT PLAN

Intake Date: 8/16/02

CLINIC / ADULT REHAB ___ CHILD REHAB ___

Treatment plan review due date: 11/30/02

Date 90-day comprehensive review done (for clinic / adult rehab): ________

Client Name: Todd Allen

Date of Plan: From 8/30/02 To 8/30/03

Assessments reviewed: Psychiatric Evaluation, Intake interview

Additional eval/assessment needed:

Diagnosis: PTSD & Relational problem Related to a Medical Condition Current GAF score 70

Problem #1: Overwhelming stress as manifested by: extreme medical expenses, self-advocacy to insurance/medical professionals, stressful lawsuit (expenses) & appeal, chronic pain,

LTG:

Objectives:

#1: Identify all pertinent stressors; partialize & prioritize

#2: Identify aspects of self, relationship(s), etc that are controlable

#3: Learn self-soothing including relaxation / breath techniques of pain management

#4: Reinforce cognitive perception of decission-making for long term goals

#5: Reinforce marital relationship as team work & future building.

| Obj# | Service Modality | Intervention(s) | Frequency | Duration | Location | Direct Service Provider | Projected Resolution Date | Actual Resolution Date |
|---|---|---|---|---|---|---|---|---|
| 1 | IT | 21, 26 | PRN | "14" sessions | BHS | Mark Sutton | 8/03 | |
| 2 | IT/FT | 21, 23, 26, 28 | ↓ | ↓ | ↓ | ↓ | ↓ | |
| 3 | IT | " " | ↓ | ↓ | ↓ | ↓ | ↓ | |
| 4 | IT/FT | " " | ↓ | ↓ | ↓ | ↓ | ↓ | |
| 5 | FT | " " | ↓ | ↓ | ↓ | ↓ | ↓ | |

Revised 1/26/00



SCF 21

Problem#2:______________________ as manifested by: ______________________

LTG: ______________________

Objectives
#1: ______________________
#2: ______________________
#3: ______________________
#4: ______________________
#5: ______________________

| Obj# | Service Modality | Intervention(s) | Frequency | Duration | Location | Direct Service Provider | Projected Resolution Date | Actual Resolution Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Service Modalities:**

Clinic
IT- Individual Therapy
FT- Family Therapy
GT- Group Therapy
CI- Crisis Intervention
PA-Psychiatric Assessment
PM-Pharmacologic Management
PTE- Psychological Testing and Evaluation

Rehab
FA-Functional Assessment
ISD-Individual Skill Development Services
CM-Case Management
CI-Crisis Intervention
MA-Medication Administration
RSS-Recipient Support Services
FSD-Family Skills Development
DT- Day Treatment Services
GSD-Group Skill Development Services

**Interventions: (Describe in progress note the activity that was conducted from within these theraputic frameworks)**
20 Referral
21 Discussion
22 Play Therapy
23 Insight Based
24 Role-play
25 Role-modeling
26 Behavioral
27 Supportive
28 Cognitive Restructuring
29 Talking Circle
30 Traditional Healing Practice
31 Anger Management
32 Skill Building
33 Parenting Skills
34 Psychoeducation
35 Desensitization
36 Linkage to Services
37 Community Support
38 Other: ______________________

**Criteria for moving to less intensive services or discharge criteria:**

**Recipient/Parent/Guardian participation comments** (If active involvement is not possible, state reasons for lack of participation):

**Team Members' signatures, credentials and date:**

| Person | Title | Credentials | Date |
|---|---|---|---|
| [signature] | Clinician | MSW | 8/30/02 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Southcentral Foundation

8/12/02

Dear Mr. Woofter,

I am writing you today regarding your client, Todd Allen. I was able to locate his chart and review the psychiatric evaluation he conducted with Dr. Kramer, M.D. the information in the evaluation appears consistent with that presented in your letter: that the client has experienced financial and emotional crisis since his debilitating accident in 1999. Your letter also refers to "stress management counseling". While there is no stress management curriculum per say, the life altering events described are typical of those motivating persons to seek counseling; whether the issues be of unresolved loss of physical functioning, career, relationship difficulties or any number of complications to adjustment, coping and problem solving. In which case Mr. and Mrs. Allen appear to be appropriate candidates for counseling services, and may benefit from processing their experiences and identifying realistic adjustments to their lives.
I will be glad to work with them during their difficult transition if they choose to pursue therapy; either individually or in relationship counseling. I'll look forward to hearing from them in order to arrange an assessment and treatment planning session. I can be reached at 265-4220.

Sincerely,

Mark Sutton, MSW

4501 Diplomacy Drive • Anchorage, Alaska 99508
**(907) 729-4955 · Fax (907) 729-5000**



SCF 24





**AGLIETTI & OFFRET**
ATTORNEYS AT LAW
733 WEST FOURTH AVENUE, SUITE 206
ANCHORAGE, ALASKA 99501

TERRY C. AGLIETTI
RONALD A. OFFRET
J. ROBERT WOOFTER, JR.

TELEPHONE
(907) 279-8657
FACSIMILE
(907) 279-5534

August 1, 2002

Via Facsimile
(907) 265-4233

Val Central Foundation
Behavioral Health Services
Attn: Mark Sutton, Counselor

Re: Todd A. Allen
Case No. 3AN-M02-6316 CR

Dear Mr. Sutton,

I am Todd Allen's lawyer in the aftermath of an incident involving him and his wife Kimberly Allen, which is alleged to have happened on or about July 21, 2002. I have put forth a proposal to Municipality of Anchorage assistant prosecutor Nicholas Spiropoulos, for a deferred prosecution, subject to Mr. Allen fulfilling certain conditions, the most important of which would be his completion of his stress management therapeutic counseling. As I write this letter, I understand that no release has been executed, and that your agency cannot even acknowledge that Mr. Allen has done a telephonic intake and is due to complete intake assessment in person on August 2, 2002. Nevertheless, I believe Mr. Allen will execute the necessary release when he is there on the 2nd.

I would appreciate a short letter faxed directly to Mr. Spiropoulos, with a copy to me. Mr. Spiropoulos can be faxed at 274-6689. Before Mr. Spiropoulos can properly consider or approve stress management counseling, as opposed to the more commonly used anger management counseling, he needs a more detailed understanding of "the curriculum." My understanding, from speaking with counselor Laura Hensley of your agency, is that while there is no specific curriculum for stress management counseling, there is one-on-one therapy, i.e. individualized treatment, which could also involve marital counseling, specifically tailoring your counseling services to the Todd Allen family situation better than group sessions in anger management would. If you are able to assure Mr. Spiropoulos that it is not a "lightweight" substitute for anger management, and if it could be specified in the contract between Mr. Allen and the Municipality of Anchorage as part of the deferred prosecution, that Mr. Allen would remain in therapy until the **counselor** decided that the goals of diffusing marital tensions and giving Mr.

SCF 25

Allen the tools to deal with financial and other relationship stressors within the family, that would help ensure a deferred prosecution, which would in turn, be better for Mr. Allen and the Allen family finances.

On the other hand, if the stress management is simply left as an open ended situation where Mr. Allen could simply quit at any time it was inconvenient for him or he chose to, I doubt that the Municipality would approve of making the stress management counseling the linchpin of the deferred prosecution agreement.

I would greatly appreciate hearing from you on August 2 or 9, 2002, because I will be gone from my office on a long-planned trip from August 5 through August 8, 2002, and Mr. and Mrs. Allen would very much like me to have resolved this matter with the municipal prosecutor as soon as possible.

Very truly yours,

J. Robert Woofter

J. Robert Woofter, Jr.
Counsel to Todd Allen

cc: Nicholas Spiropoulos
274-6689