Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**PLAINTIFF'S AMENDED FINAL EXHIBIT LIST** |

Plaintiff, by and through counsel, submits her amended list of exhibits to be introduced at trial in this matter.

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-1 | Mission Statement of ANMC Emergency Department.<br>[ANMC 0946] | | x | |

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-2 | Corporate Goals of South Central Foundation in effect in April, 2003 relating to the ANMC Urgent Care Center. [ANMC 0947 – 0949] | | x | |
| P-3 | Triage/ER record.  4/19/03 [ANMC 1] | | x | |
| P-4 | Emergency Visit Record Transcribed by Donna Fearey. [ANMC 0755] | | x | |
| P-5 | Dr. Dietz ER Report [Allen (Providence) 59 – 62] | | x | |
| P-6 | Dr. Downs Dictated Consult [Allen (Providence) 19-20] | | x | |
| P-7 | Dr. Lee Dictated Note [Allen (Providence) 21 – 23] | | x | |
| P-8 | Dr. Lee Dictated Discharge Summary [Allen (Providence) 17 – 18 ] | | x | |
| P-9 | Providence Progress Notes [Allen (Providence) – 25 – 30] | | x | |
| P-10 | Microtel Phone Record  4/19/03. | | x | |
| P-11 | Kimberly Allen Cell Phone Record  4/19/03. | | x | |

**FRIEDMAN, RUBIN & WHITE**
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-12 | Death Certificate for Todd Allen.<br>[Allen (death cert.) 1] |  | x |  |
| P-13 | ANMC ED/Urgent Care Center Triage Policy<br>[ANMC 0894- 0904] |  | x |  |
| P-14 | ANMC ED/UCC Regarding Telephone Advice<br>[ANMC 0905-0907] | x |  |  |
| P-15 | ANMC ER Department Statistics 4/19/03<br>[ANMC 1004 – 1014] | x |  |  |
| P-16 | ANMC  Workload ER/UCC April 2003<br>[ANMC 1015] | x |  |  |
| P-17 | ED/UCC Nurse Practitioner Job Description Signed 1998<br>[ANMC 0796-800] |  | x |  |
| P-18 | ED/UCC Nurse Practitioner Job Description Signed 2000<br>[ANMC 0792-795] |  | x |  |
| P-19 | Todd Allen's Tax Return 2000<br>[IRS 0511-0519] |  | x |  |
| P-20 | Todd Allen's Tax Return 2001<br>[IRS 0520-0526] |  | x |  |
| P-21 | Todd Allen's Tax Return 2002<br>[IRS 0527-0532] |  | x |  |

**FRIEDMAN, RUBIN & WHITE**
1227 W . 9th Avenue, Suite 301
Anchorage, AK  99501
907-258-0704 ~ Fax: 907-278-6449

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-22 | Todd Allen's Tax Return 2003 [IRS 0533- 0538] | | x | |
| P-23 | Letters of Administration for Todd Allen's Estate | | x | |
| P-24 | Wedding Photo of Todd and Kimberly Allen [Photo – 3] | | x | |
| P-25 | Wedding photo of Todd Allen and family [Photo – 1] | | x | |
| P-26 | Wedding photo – Todd and Kim Allen and family [Photo – 5] | | x | |
| P-27 | Photo of Todd Allen/photo Kim and Presley Allen [Photo – 4] | | x | |
| P-28 | Photo of Todd with family member. [Photo – 6] | | x | |
| P-29 | Defendant's Responses to Plaintiff's Second Discovery Request. | x | | |
| P-30 | John Finch's Table of Calculations of Past and Future Economic Losses | x | | |
| P-31 | Exhibit 3 to Dr. Rubenstein's Deposition | x | | |

**FRIEDMAN, RUBIN & WHITE**
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-32 | Exhibit 13 to Dr. Rubenstein's Deposition | x | | |
| P-33 | Exhibit 14 to Dr. Rubenstein's Deposition | x | | |
| P-34 | Exhibit 4 to Nurse Duntze's Deposition | x | | |
| P-35 | Aneurysm Illustration | x | | |
| P-36 | ANMC Staff/Provider Scheduling 1/03 - 4/03 [ANMC 0965, 0993] | x | | |
| P-37 | UCC/ER number of patients seen 2000-2003 [ANMC 1121] | x | | |
| P-38 | UCC provider schedule [ANMC 1111] | x | | |
| P-39 | Todd Allen Employment Records Excerpt | x | | |
| P-40 | Laborer's Union Wage Rates 2002 – 2007 [2 – 10] | x | | |
| P-41 | Dr. Rubenstein's Chronology [Ex. 6 to his deposition] | x | | |
| P-42 | DVD deposition of Patricia Ambrose, May 10, 2005 | x | | |
| P-43 | DVD deposition of Nurse Duntze, February 24, 2006 | x | | |
| P-44 | Exhibit 3 to Frank Mannix, MD's February 14, 2006 deposition | x | | |

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-45 | Exhibit 4 to Richard Rubenstein, MD's February 22, 2006 deposition | x | | |
| P-46 | Exhibit 5 to Richard Rubenstein, MD's February 22, 2006 deposition | x | | |
| P-47 | Transcript of Patricia Ambrose, RN's June 18, 2007 deposition | x | | |
| P-48 | DVD of Patricia Ambrose, RN's Deposition of June 18, 2007, edited for trial | x | | |

FRIEDMAN RUBIN & WHITE
Counsel for Plaintiffs

DATED: June 21, 2007     By: /s/   Donna J. McCready

1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I certify that on June 21, 2007 a copy of the foregoing document was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

/s/   Donna J. McCready

W:\Allen v. USA\PLED\Exhibit List -- FIRST AMENDED (070621).doc

PLAINTIFF'S AMENDED FINAL EXHIBIT LIST
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 6 of 6

**FRIEDMAN, RUBIN & WHITE**
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449