MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

KIMBERLY ALLEN, et al.          vs.    UNITED STATES OF AMERICA

BEFORE THE HONORABLE   JAMES K. SINGLETON
CASE NO.                 3:04-CR-00131-JKS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON/SAMANTHA LARK

APPEARANCES:   PLAINTIFF:    DONNA J. MCCREADY

               DEFENDANT:    GARY M. GUARINO

PROCEEDINGS: TRIAL BY COURT DAY 1 HELD 06-25-07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:16 a.m. court convened.

Court and counsel heard re summary of case, claims, witnesses,
opening statements, and exhibits.

At 10:23 a.m. court recessed until 10:37 a.m.

Court and counsel heard re trial scheduling, witnesses and
depositions.

Opening Statements heard.

Patricia Ambrose sworn and testified on behalf of the plaintiff
by video deposition.  Plaintiff's exhibits p-3, P-13 **IDENTIFIED**
(Previously Admitted by Stipulation).  Plaintiff's exhibit D-33
**IDENTIFIED.**

At 12:43 p.m. court recessed until 1:40 p.m.

Court and counsel heard re trial scheduling.

Donna A. Fearey sworn and testified on behalf of the plaintiff.
Plaintiff's exhibits P-4,P-17 **IDENTIFIED** (Previously Admitted by
Stipulation).  Defendant's exhibits D-1A **IDENTIFIED** (Previously
Admitted by Stipulation).

Continued To Page 2


DATE:     June 25, 2007      DEPUTY CLERK'S INITIALS:  CME/SAL

Revised 6/18/07

```
                    Continuation - Page 2
       Kimberly Allen, et al vs.  United States of America
                      3:04-CV-00131-JKS
                       Trial by Court
                       June 25, 2007
----------------------------------------------------------------
```

At 3:19 p.m. court recessed until 3:35 p.m.

Frank Lee Mannix sworn and testified on behalf of the plaintiff, as an expert.  Defendant's exhibit D-10 **IDENTIFIED**.

At 4:04 p.m. court recessed this matter to reconvene **Tuesday, June 26, 2007 at 10:00 a.m.**

DATE:_____June 25, 2007_____ DEPUTY CLERK'S INITIALS:__CME/SAL__

Revised 6/18/07