```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

KIMBERLY ALLEN, et al.           vs.   UNITED STATES OF AMERICA

BEFORE THE HONORABLE   JAMES K. SINGLETON
CASE NO.               3:04-CR-00131-JKS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON/SAMANTHA LARK

APPEARANCES:   PLAINTIFF:    DONNA J. MCCREADY

               DEFENDANT:    GARY M. GUARINO

PROCEEDINGS: TRIAL BY COURT DAY 2 HELD 06-26-07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:09 a.m. court convened.

Court and counsel heard re trial scheduling.

Loretta Leih-Sheng Lee sworn and testified on behalf of the plaintiff. Plaintiff's exhibit P-7, P-8, P-9 **IDENTIFIED** (Previously Admitted by Stipulation). Defendant's exhibit D-43 **IDENTIFIED.**

Court and counsel heard re Defendant's exhibit D-43 is misidentified as Deposition of Dr. Roberta Lee and should read Deposition of Dr. Loretta Lee.

Frank Lee Mannix resumed the stand and testified further on behalf of the plaintiff, as an expert.

At 11:55 a.m. Court recessed until 1:20 p.m.

Frank Lee Mannix resumed the stand and testified further on behalf of the plaintiff, as an expert. Defendant's exhibit D-18, D-45 **IDENTIFIED.**

Susan Kathleen Deitz sworn and testified on behalf of the plaintiff. Plaintiff's exhibit P-5, P-6 **IDENTIFIED** (Previously Admitted by Stipulation). Defendant's exhibit D-38 **IDENTIFIED.**

Continued To Page 2

DATE:     June 26, 2007       DEPUTY CLERK'S INITIALS:  CME/SAL

Revised 6/18/07

```
                    Continuation - Page 2
         Kimberly Allen, et al vs.  United States of America
                         3:04-CV-00131-JKS
                       Trial by Court - Day 2
                          June 26, 2007
-----------------------------------------------------------------
```
At 2:40 p.m. court recessed until 3:00 p.m.

Dr. Robert Cantu sworn and testified on behalf of the plaintiff by Video Deposition.  Defendant's exhibit D-2, D-11 **IDENTIFIED** (Previously Admitted by Stipulation).  Defendant's exhibit D-10, D-35 **IDENTIFIED.**

At 4:30 p.m. court recessed this matter to reconvene **Wednesday, June 27, 2007 at 10:00 a.m.**

DATE:＿＿＿＿June 26, 2007＿＿＿＿＿＿   DEPUTY CLERK'S INITIALS:＿CME/SAL＿

Revised 6/18/07