```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

KIMBERLY ALLEN, et al.       vs.   UNITED STATES OF AMERICA

BEFORE THE HONORABLE   JAMES K. SINGLETON
CASE NO.               3:04-CR-00131-JKS

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON/SAMANTHA LARK

APPEARANCES:   PLAINTIFF:    DONNA J. MCCREADY

               DEFENDANT:    GARY M. GUARINO

PROCEEDINGS: TRIAL BY COURT DAY 3 HELD 06-27-07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:13 a.m. court convened.

Lloyd Kompkoff sworn and testified on behalf of the plaintiff.

Susan Shott sworn and testified on behalf of plaintiff, as an expert. Defendant's exhibit D-26, D-57 **IDENTIFIED**. Defendant's exhibit D-27 **IDENTIFIED** (Previously Admitted by Stipulation).

At 11:33 a.m. court recessed until 11:43 a.m.

Susan Shott resumed the stand and testified further on behalf of the plaintiff, as an expert.  Defendant's exhibit D-30, D-54, D-55, D-56 **IDENTIFIED**.

At 1:13 p.m. Court recessed until 2:21 p.m.

Kimberly Ann Allen sworn and testified on her own behalf.

At 3:11 p.m. court recessed until 3:26 p.m.

Kimberly Ann Allen resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibit's P-25, P-26, P-27, P-28 **IDENTIFIED** (Previously Admitted by Stipulation). Defendant's exhibit D-31, D1-B **IDENTIFIED.** Defendant's exhibit D1-B **ADMITTED.**

At 4:31 p.m. court recessed this matter to reconvene **Thursday June 28, 2007 at 10:00 a.m.**


DATE:     June 27, 2007       DEPUTY CLERK'S INITIALS:   CME/SAL

Revised 6/18/07