Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:04-CV-0131-JKS

**PLAINTIFF'S THIRD AMENDED FINAL EXHIBIT LIST**

Plaintiff, by and through counsel, submits her amended list of exhibits to be introduced at trial in this matter.

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-1 | Mission Statement of ANMC Emergency Department. [ANMC 0946] | | x | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-2 | Corporate Goals of South Central Foundation in effect in April, 2003 relating to the ANMC Urgent Care Center.<br>[ANMC 0947 – 0949] | | x | |
| P-3 | Triage/ER record. 4/19/03<br>[ANMC 1] | | x | |
| P-4 | Emergency Visit Record Transcribed by Donna Fearey.<br>[ANMC 0755] | | x | |
| P-5 | Dr. Dietz ER Report<br>[Allen (Providence) 59 – 62] | | x | |
| P-6 | Dr. Downs Dictated Consult<br>[Allen (Providence) 19-20] | | x | |
| P-7 | Dr. Lee Dictated Note<br>[Allen (Providence) 21 – 23] | | x | |
| P-8 | Dr. Lee Dictated Discharge Summary<br>[Allen (Providence) 17 – 18 ] | | x | |
| P-9 | Providence Progress Notes<br>[Allen (Providence) – 25 – 30] | | x | |
| P-10 | Microtel Phone Record 4/19/03. | | x | |
| P-11 | Kimberly Allen Cell Phone Record 4/19/03. | | x | |

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-12 | Death Certificate for Todd Allen. [Allen (death cert.) 1] | | x | |
| P-13 | ANMC ED/Urgent Care Center Triage Policy [ANMC 0894- 0904] | | x | |
| P-14 | ANMC ED/UCC Regarding Telephone Advice [ANMC 0905-0907] | x | | |
| P-15 | ANMC ER Department Statistics 4/19/03 [ANMC 1004 – 1014] | x | | |
| P-16 | ANMC Workload ER/UCC April 2003 [ANMC 1015] | x | | |
| P-17 | ED/UCC Nurse Practitioner Job Description Signed 1998 [ANMC 0796-800] | | x | |
| P-18 | ED/UCC Nurse Practitioner Job Description Signed 2000 [ANMC 0792-795] | | x | |
| P-19 | Todd Allen's Tax Return 2000 [IRS 0511-0519] | | x | |
| P-20 | Todd Allen's Tax Return 2001 [IRS 0520-0526] | | x | |
| P-21 | Todd Allen's Tax Return 2002 [IRS 0527-0532] | | x | |

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-22 | Todd Allen's Tax Return 2003 [IRS 0533- 0538] | | x | |
| P-23 | Letters of Administration for Todd Allen's Estate | | x | |
| P-24 | Wedding Photo of Todd and Kimberly Allen [Photo – 3] | | x | |
| P-25 | Wedding photo of Todd Allen and family [Photo – 1] | | x | |
| P-26 | Wedding photo – Todd and Kim Allen and family [Photo – 5] | | x | |
| P-27 | Photo of Todd Allen/photo Kim and Presley Allen [Photo – 4] | | x | |
| P-28 | Photo of Todd with family member. [Photo – 6] | | x | |
| P-29 | Defendant's Responses to Plaintiff's Second Discovery Request. | x | | |
| P-30 | John Finch's Table of Calculations of Past and Future Economic Losses | x | | |
| P-31 | Exhibit 3 to Dr. Rubenstein's Deposition | x | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-32 | Exhibit 13 to Dr. Rubenstein's Deposition | x | | |
| P-33 | Exhibit 14 to Dr. Rubenstein's Deposition | x | | |
| P-34 | Exhibit 4 to Nurse Duntze's Deposition | x | | |
| P-35 | Aneurysm Illustration | x | | |
| P-36 | ANMC Staff/Provider Scheduling 1/03 - 4/03 [ANMC 0965, 0993] | x | | |
| P-37 | UCC/ER number of patients seen 2000-2003 [ANMC 1121] | x | | |
| P-38 | UCC provider schedule [ANMC 1111] | x | | |
| P-39 | Todd Allen Employment Records Excerpt | x | | |
| P-40 | Laborer's Union Wage Rates 2002 – 2007 [2 – 10] | x | | |
| P-41 | Dr. Rubenstein's Chronology [Ex. 6 to his deposition] | x | | |
| P-42 | DVD deposition of Patricia Ambrose, May 10, 2005 | x | | |
| P-43 | DVD deposition of Nurse Duntze, February 24, 2006 | x | | |
| P-44 | Exhibit 3 to Frank Mannix, MD's February 14, 2006 deposition | x | | |

PLAINTIFF'S THIRD AMENDED FINAL EXHIBIT LIST
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 5 of 7

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| P-45 | Exhibit 4 to Richard Rubenstein, MD's February 22, 2006 deposition | x | | |
| P-46 | Exhibit 5 to Richard Rubenstein, MD's February 22, 2006 deposition | x | | |
| P-47 | Transcript of Patricia Ambrose, RN's June 18, 2007 deposition | x | | |
| P-48 | DVD of Patricia Ambrose, RN's Deposition of June 18, 2007, edited for trial | x | | |
| P-49 | Transcript of Elda Ramirez, PhD, RN, FNP, FAANP May 22, 2007 Deposition | x | | |
| P-50 | Transcript of Robert C. Cantu, M.D.'s May 16, 2007 Deposition | x | | |
| P-51 | Dr. Rubenstein articles | x | | |

FRIEDMAN RUBIN & WHITE
Counsel for Plaintiffs

DATED: July 2, 2007

By: /s/ Donna J. McCready

1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2007 a copy of the foregoing document was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

/s/   Donna J. McCready

W:\Allen v. USA\PLED\Exhibit List -- FIRST AMENDED (070621).doc

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

PLAINTIFF'S THIRD AMENDED FINAL EXHIBIT LIST
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 7 of 7