NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**STIPULATION REGARDING TRIAL EXHIBITS** |

The parties, via undersigned counsel, stipulate and agree that the following

exhibits, previously listed in the parties' respective trial exhibit lists, shall be deemed

**Admitted** by the Court in this case:

| | |
|---|---|
| **Plaintiff's Exhibits** | P-1 to P-14 |
| | P-15 (only pages stamped ANMC 1004 to 1011) |
| | P-17 to P-28,   P-32 |
| | P-47, P-49, and P-50 (witness trial testimony) |
| **Defendant's Exhibits** | D-1, pages 1-143, 179-84, 187-496 |
| | D-1A,   D-1B |
| | D-2,   D-3 (only page 2),   D-4 |
| | D-8, D-9,   D-11,   D-13,   D-15 |
| | D-17,   D-19,   D-21A,   D-23,   D-25 |
| | D-27,   D-29 |

ASHBURN & MASON

Dated: July 6, 2007

s/Donna J. McCready (consent)
Donna J. McCready
Attorney for Plaintiffs

NELSON P. COHEN
United States Attorney

Dated: July 6, 2007

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov