IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**[PROPOSED] ORDER** |

　　　The parties' Stipulation Regarding Trial Exhibits is GRANTED and the designated Exhibits shall be deemed Admitted in the trial in this matter.


DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　United States District Court Judge