Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY** |

Plaintiff, by and through counsel, designates the entire deposition testimony of Nurse Diane Duntze dated February 24, 2006 as being part of the record. The deposition transcript is Defense Exhibit D-39.

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Suite 301
Anchorage, AK 99501
907-258-0704 ~ Fax: 907-278-6449

|  |  |  |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | FRIEDMAN RUBIN & WHITE<br>Counsel for Plaintiffs |
| 5 | | |
| 6 | DATED: July 9, 2007 | By: /s/ Donna J. McCready |
| 7 | | 1126 Highland Avenue |
| 8 | | Bremerton, Washington 98337<br>Telephone: (360) 782-4300 |
| 9 | | Facsimile: (360) 782-4358<br>E-mail: dmccready@frwlaw.us |
| 10 | | Alaska Bar No. 9101003 |

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2007 a copy of the foregoing document was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

/s/   Donna J. McCready

W:\Allen v. USA\PLED\Exhibit List -- FIRST AMENDED (070621).doc

FRIEDMAN, RUBIN & WHITE
1227 W. 9th Avenue, Suite 301
Anchorage, AK  99501
907-258-0704 ~ Fax: 907-278-6449

PLAINTIFF'S DESIGNATION OF WITNESS TESTIMONY
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 2 of 2

**Marty Callison**

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Monday, July 09, 2007 1:27 PM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:04-cv-00131-JKS Allen et al v. USA Transcript |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 7/9/2007 at 1:26 PM ADT and filed on 7/9/2007
**Case Name:**     Allen et al v. USA
**Case Number:**   3:04-cv-131
**Filer:**
**Document Number:** 103(No document attached)

**Docket Text:**
PARTIAL TRANSCRIPT of Proceedings; Trial By Court Day 4 held on 06/28/2007 before Judge James K. Singleton. Court Recorder: sal/cme. This transcript is available for review in the Clerk's Office in Anchorage, Alaska. (SAL, COURT STAFF)


**3:04-cv-131 Notice has been electronically mailed to:**

Gary M. Guarino     gary.guarino@usdoj.gov, christine.belenski@usdoj.gov, usaak.ecf@usdoj.gov, usaak.ecf_civil@usdoj.gov

Donna J. McCready     dmccready@frwlaw.us, dtraver@frwlaw.us, mcallison@frwlaw.us, msimonian@frwlaw.us

**3:04-cv-131 Notice has been delivered by other means to:**

7/9/2007