IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**ORDER** |

The parties' Stipulation Regarding Trial Exhibits is GRANTED and the designated Exhibits shall be deemed Admitted in the trial in this matter.


DATED: <u>July 9, 2007</u>            <u>/s/ James K. Singleton, Jr.      </u>
                                      JAMES K. SINGLETON
                                      United States District Court Judge