(Rev 6/07)                             **LIST OF EXHIBITS**

------------------------------------------------------------------------

Case No.   3:04-CV-00131-JKS            Judge: JAMES K. SINGLETON

Title   ALLEN KIMBERLY, et al.

   vs.

        UNITED STATES OF AMERICA

Dates of Trial: June 25, 2007 thru June ____, 2007

Deputy Clerk/Recorder: Caroline Edmiston/Samantha Lark

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Donna J. McCready | Gary M. Guarino |
| | |
| | |

------------------------------**EXHIBITS**------------------------------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| P-1 | X | A/S | Mission Statement ANMC | D-1 | X | A/S | Todd Allen medical Records |
| P-2 | | | | D-1A | X | A/S | Todd Allen medical Records |
| P-3 | X | A/S | Triage/ER record 4.19.03 (ANMC) | D-1B | X | X | Todd Allen medical Record |
| P-4 | X | A/S | Emergency visit Record Transcribed by Perry | D-2 | X | A/S | Providence CT scan |
| P-5 | X | A/S | Dr. Dietz ER Record | D-3 | X | X | ANMC Patient tracking History for Todd Allen |
| P-6 | X | A/S | Dr. Downs Dictated Note | D-4 | X | A/S | Kimberly Allen Medical Records |
| P-7 | X | A/S | Dr. Lee Dictated Note | D-5 | | | |
| P-8 | X | A/S | Dr. Lee Discharge Summary | D-6 | | | |
| P-9 | X | A/S | Providence Progress | D-7 | | | |
| P-10 | | | | D-8 | | | |

(Rev 6/07)

Continuation
List of Exhibits

Page: 2

Case No: 3:04-CV-00131-JKS     Judge: JAMES K. SINGLETON

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| P-11 | X | A/S | Kim Allen Phone Record | D-9 | X | A/S | C.V. of Dr. Richard Dooley |
| P-12 | X | A/S | Death Certificate | D-10 | X | | Expert Report of Dr. Robert Cantu |
| P-13 | X | A/S | ANMC ED/Urgent Care Center Triage Center | D-11 | X | A/S | C.V. of Dr. Robert Cantu |
| P-14 | X | | ANMC ED/UCC Recording Telephone Advice | D-12 | | | |
| P-15 | X | | ANMC ER Department Statistics 4.19.03 | D-13 | | | |
| P-16 | | | | D-14 | | | |
| P-17 | X | A/S | ED/UCC Nurse Prac. Job Description | D-15 | | | |
| P-18 | | | | D-16 | X | | Expert Report Dr. Michael Levy |
| P-19 | | | | D-17 | X | A/S | C.V. of Dr. Michael Levy |
| P-20 | | | | D-18 | X | | Expert Report Dr. Frank Mannix |
| P-21 | | | | D-19 | | | |
| P-22 | | | | D-20 | | | |
| P-23 | | | | D-21 | | | |
| P-24 | X | A/S | Wedding Photo | D-21A | | | |
| P-25 | X | A/S | Wedding Photo | D-22 | | | |
| P-26 | X | A/S | Wedding Photo | D-23 | | | |
| P-27 | X | A/S | Todd, Kim & Presley | D-24 | | | |
| P-28 | X | A/S | Todd w/ Family | D-25 | X | A/S | C.V. of Dr. Ronald Shallat |
| P-29 | | | | D-26 | X | | Susan Shott Expert Report |
| P-30 | | | | D-27 | X | A/S | CV of Susan Shott |

Continuation
List of Exhibits

Page: 3

| Case No: 3:04-CV-00131-JKS | | | | Judge: JAMES K. SINGLETON | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| P-31 | | | | D-28 | | | |
| P-32 | X | | Exhibit 13 to Dr. Rubenstein Deposition | D-28A | | | |
| P-33 | | | | D-29 | | | |
| P-34 | | | | D-30 | X | | Deposition of Kimberly Allen |
| P-35 | | | | D-31 | X | | Deposition of Kimberly Allen Vol #2 |
| P-36 | | | | D-32 | | | |
| P-37 | | | | D-33 | X | | Deposition of Patricia Ambrose, R.N. |
| P-38 | | | | D-34 | X | | Deposition of Dr. Brodsky |
| P-39 | | | | D-35 | X | | Deposition Dr. Cantu |
| P-40 | | | | D-36 | | | |
| P-41 | | | | D-37 | | | |
| P-42 | | | | D-38 | X | | Deposition of Dr. Susan Dietz |
| P-43 | | | | D-39 | | | |
| P-44 | X | | Exhibit 3 to Frank Mannix Deposition | D-40 | | | |
| P-45 | | | | D-41 | | | |
| P-46 | | | | D-42 | | | |
| P-47 | | | | D-43 | X | | Dr. Loretta Lee Deposition |
| P-48 | | | | D-44 | | | |
| P-49 | | | | D-45 | X | | Deposition of Frank Mannix |
| P-50 | | | | D-46 | | | |

Case No: 3:04-CV-00131-JKS        Judge: JAMES K. SINGLETON

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| P-51 | X | | Headache, Characteristics Article | D-47 | | | |
| | | | | D-48 | | | |
| | | | | D-49 | | | |
| | | | | D-50 | X | | Susan Shott file Correspondence |
| | | | | D-51 | | | |
| | | | | D-52 | | | |
| | | | | D-53 | X | | Deposition Ronald Shallat |
| | | | | D-54 | X | | Susan Shott Deposition |
| | | | | D-55 | | | |
| | | | | D-56 | X | | Susan Shott Articles |
| | | | | D-57 | X | | Susan Shott Addendum |
| | | | | D-58 | | | |