NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY |

  Defendant, via counsel, submits its response and general non-opposition to

Plaintiff's designation of the deposition testimony [Trial Exhibit D-39] for

Advanced Nurse Practitioner Dede Duntze [Docket 104]. Defendant does object to the comments of Plaintiff's counsel at Deposition p. 135, lines 18-23, on the grounds that the comments misstate ANP Duntze's opinion either because Plaintiff's counsel simply spoke incorrectly or because the transcription did not accurately reflect counsel's wording during the deposition. ANP Duntze's expert opinion was that ANP Donna Fearey did not breach the standard of care and that she provided appropriate medical care for Todd Allen based on his presentation at ANMC on the morning of April 19, 2003.

Respectfully submitted this 12th day of July, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK# 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2007,
a copy of the foregoing **DEFENDANT'S
RESPONSE TO PLAINTIFF'S DESIGNATION
OF DEPOSITION TESTIMONY** was served
electronically on Donna McCready.


s/ Gary M. Guarino