```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

KIMBERLY ALLEN, et al.        vs.    UNITED STATES OF AMERICA

BEFORE THE HONORABLE   JAMES K. SINGLETON
CASE NO.               3:04-CR-00131-JKS

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON/SAMANTHA LARK

APPEARANCES:   PLAINTIFF:    DONNA J. MCCREADY

               DEFENDANT:    GARY M. GUARINO

PROCEEDINGS: TRIAL BY COURT DAY 4 HELD 06-28-07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:35 a.m. court convened.

Kimberly Ann Allen resumed the stand and testified further on her own behalf. Plaintiff's exhibit P-11 **IDENTIFIED** (Previously Admitted by Stipulation)

Plaintiff rested.

Richard Brodsky sworn and testified on behalf of the defendant. Defendant's exhibit D-9 **IDENTIFIED** (Previously Admitted by Stipulation).  Defendant's exhibit D-3 **ADMITTED**. Plaintiff's exhibit P-1 **IDENTIFIED** (Previously Admitted by Stipulation). Plaintiff's exhibit P-14, P-15 **IDENTIFIED**. Defendant's exhibit D-34 **IDENTIFIED**.

At 1:02 p.m. court recessed until 2:03 p.m.

Michael Levy sworn and testified on behalf of the defendant, as an expert.  Defendant's exhibit D-17 **IDENTIFIED** (Previously Admitted by Stipulation).  Plaintiff's exhibit P-12 **IDENTIFIED** (Previously Admitted by Stipulation). Defendant's exhibit D-16 **IDENTIFIED**.

At 3:43 p.m. court recessed until 4:02 p.m.

Michael Levy resumed the stand and testified further on behalf of the defendant.

At 5:13 p.m. court recessed this matter to reconvene **Monday, July 2, 2007 at 9:00 a.m.**


DATE:      June 28, 2007        DEPUTY CLERK'S INITIALS:  CME/SAL


Revised 6/18/07