```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

KIMBERLY ALLEN, et al.           vs.    UNITED STATES OF AMERICA

BEFORE THE HONORABLE    JAMES K. SINGLETON
CASE NO.                3:04-CR-00131-JKS

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON/SAMANTHA LARK

APPEARANCES:    PLAINTIFF:      DONNA J. MCCREADY

                DEFENDANT:      GARY M. GUARINO

PROCEEDINGS: TRIAL BY COURT DAY 5 HELD 07-02-2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:12 a.m. court convened.

Susie Edwards sworn and testified on behalf of the defendant.

Ronald Shallat sworn and testified on behalf of the defendant, as an expert. Defendant's exhibit D-25 **IDENTIFIED** (Previously Admitted by Stipulation).

At 10:31 a.m. court recessed until 10:50 a.m.

Ronald Shallat resumed the stand and testified further on behalf of the defendant, as an expert. Defendant's exhibit D-53 **IDENTIFIED.**

At 11:26 a.m. court recessed until 12:52 p.m.

Richard A. Rubenstein sworn and testified on behalf of the defendant, as an expert. Defendant's exhibit D-56 **IDENTIFIED.**

At 1:48 p.m. court recessed until 2:05 p.m.

Richard A. Rubenstein resumed the stand and testified further on behalf of the defendant, as an expert. Plaintiff's exhibit P-32,P-51,P-44 **IDENTIFIED.**

Defendant rest.

At 3:42 p.m. court recessed until 3:55 p.m.

Kimberly Allen resworn on behalf of the plaintiff on rebuttal.

Continued To Page 2

DATE:      July 2, 2007        DEPUTY CLERK'S INITIALS:   CME/SAL

Revised 6/18/07

```
                    Continuation - Page 2
        Kimberly Allen, et al vs.  United States of America
                         3:04-CV-00131-JKS
                       Trial by Court - Day 5
                           July 2, 2007
----------------------------------------------------------------
```
Plaintiff rested.

Defendant rested.

Court and Counsel Heard Re Trial scheduling, exhibits, closing arguments, and further deposition testimony.

At 4:29 p.m. court recessed this matter to reconvene **Tuesday, July 3, 2007 at 10:00 a.m.**

DATE:_____July 2, 2007_____   DEPUTY CLERK'S INITIALS:__CME/SAL__

Revised 6/18/07