MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

KIMBERLY ALLEN, et al.          vs.    UNITED STATES OF AMERICA

BEFORE THE HONORABLE    JAMES K. SINGLETON
CASE NO.                3:04-CR-00131-JKS

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON/SAMANTHA LARK

APPEARANCES:    PLAINTIFF:      DONNA J. MCCREADY

                DEFENDANT:      GARY M. GUARINO

PROCEEDINGS: TRIAL BY COURT DAY 6 HELD 07-03-2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:07 a.m. court convened.

Closing Arguments heard.

Court heard; this Matter **UNDER ADVISEMENT**, written ruling to
issue on the liability and causation.

Court to schedule final arguments on the damages portion after
court has reviewed the transcripts of witnesses.

Court and counsel heard re exhibits.  Court ordered parties to go
over exhibits and if there are additional exhibits to be admitted
by stipulation then the parties are to file a Stipulation of
Exhibits with the court as soon as possible.

At 1:26 p.m. court adjourned.

All admitted exhibits retained by court.

List of Exhibits and List of Witnesses to be filed separately.

DATE:      July 3, 2007        DEPUTY CLERK'S INITIALS:  CME/SAL

Revised 6/18/07