NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br><br>**UNITED STATES' MOTION ON SHORTENED TIME**<br><br><br>**UNITED STATES' MOTION FOR A CONTINUANCE OF ORAL ARGUMENT ON DAMAGES** |

The United States, through counsel, **on shortened time,** moves for a

1

continuance of oral argument on damages.  This request is needed because Attorney Guarino sustained an injury to his back and is bed ridden for the week of August 27.  Attorney Lindquist informed Ms. McCready of this injury on Tuesday and Ms. McCready was concerned because she had already purchased her plane ticket.  Mr. Guarino reported on Wednesday that he would be bed ridden for the rest of the week.  Ms. Lindquist telephoned Ms. McCready to ask if the motion for a continuance could be non-opposed, but Ms. McCready was unavailable..

Nelson P. Cohen
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2006,
a copy of the foregoing  **UNITED STATES'
MOTION ON SHORTENED TIME UNITED
STATES' MOTION FOR A CONTINUANCE OF
ORAL ARGUMENT ON DAMAGES** was served
electronically on Donna McCready.

s/ Gary M. Guarino

Allen v. USA
Case No. 3:04-cv-0131-JKS            2