IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**[PROPOSED]**<br>**ORDER GRANTING THE UNITED STATES' MOTION FOR A CONTINUANCE OF ORAL ARGUMENT ON DAMAGES** |

The United States' motion **on shortened time** for a continuance of oral argument on damages is hereby **GRANTED**. The new hearing will be _____.

_____
JAMES K. SINGLETON
U.S. Senior Judge

1