Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA  98337
Telephone:  (360) 782-4300
Facsimile:  (360) 782-4358
E-mail:  dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**NON-OPPOSITION TO UNITED STATES' MOTION ON SHORTENED TIME AND OPPOSITION TO UNITED STATES' MOTION FOR A CONTINUANCE OF ORAL ARGUMENT ON DAMAGES** |

Counsel for plaintiff non-opposes the United States' Motion on Shortened Time but opposes its Motion for a Continuance of Oral Argument on Damages.

PLAINTIFF'S NON-OPPOSITION TO UNITED STATES' MOTION ON SHORTENED TIME AND OPPOSITION TO THE UNITED STATES' MOTION FOR A CONTINUANCE OF ORAL ARGUMENT ON DAMAGES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1  Counsel objects based on the understanding that if there is a delay, it would be at least a one month delay. On that basis, counsel for plaintiff objects to continuing the hearing. Counsel is prepared to argue the non-economic damages issue on August 30, 2007.

If the hearing cannot be held on August 30, the undersigned suggests that the Court decide the non-economic damages issue based on *existing* briefing. Counsel does object to additional briefing.

> FRIEDMAN RUBIN & WHITE
> Counsel for Plaintiffs
>
> By: /s/   Donna J. McCready
>
> 1126 Highland Avenue
> Bremerton, Washington 98337
> Telephone: (360) 782-4300
> Facsimile: (360) 782-4358
> E-mail: dmccready@frwlaw.us
> Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I certify that on the 29 August 2007, a copy of the foregoing was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

/s/   Donna J. McCready

W:\Allen v. USA\PLED\Opp to USA's Motion to Continue OA on Damages (070829).doc

---

PLAINTIFF'S NON-OPPOSITION TO UNITED STATES'
MOTION ON SHORTENED TIME AND OPPOSITION TO THE
UNITED STATES' MOTION FOR A CONTINUATION OF ORAL
ARGUMENT ON DAMAGES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358