NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE WRITTEN FINAL ARGUMENTS<br><br>*Filed on shortened time* |

Defendant, through its counsel, files this motion for extension of time to file

its written arguments regarding Plaintiff's damage claims, as required by the

Court's Order. [Docket 119] See attached Declaration of Assistant U.S. Attorney Gary M. Guarino.

Defendant requests an extension of time until September 17, 2007, to file its written final arguments. Undersigned counsel has contacted Plaintiff's counsel, Donna McCready, who indicated that Plaintiff would not oppose this motion for extension of time.

RESPECTFULLY SUBMITTED on September 14, 2007.

NELSON P. COHEN
United States Attorney

s/ Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2007,
a copy of the foregoing UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE WRITTEN
FINAL ARGUMENTS was served
electronically on Donna McCready.

s/ Gary M. Guarino

Allen v. USA
Case No. 3:04-cv-0131-JKS      2