UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) Case No. 3:04-cv-0131-JKS<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING MOTION FOR**<br>) **EXTENSION OF TIME TO FILE**<br>) **WRITTEN FINAL ARGUMENT**<br>)<br>)<br>)<br>) *FILED ON SHORTENED TIME*<br>)<br>)<br>)<br>)<br>) |

Defendant's Motion for Extension of Time to File Written Final Argument is granted. The Defendant is granted until September 17, 2007, to file its written final arguments.

_____   _____
Date                                          JAMES K. SINGLETON
                                                 United States District Judge