## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Kimberly Allen et al. v. United States of America*
Case No. 3:04-CV-00131-JKS

| | |
|---|---|
| By: | THE HONORABLE JAMES K. SINGLETON |
| Deputy Clerk: | Dan Maus, Case Management: 677-6123* |
| PROCEEDINGS: | ORDER FROM CHAMBERS |

      Defendant, through its counsel, has filed an unopposed motion for extension of time to file its written arguments regarding Plaintiff's damage claims. Docket No. 120. Defendant requests an extension of time until September 17, 2007, to file its written final arguments. This motion is supported by an affidavit at Docket No. 121.

      **IT IS THEREFORE ORDERED:**
The motion at **Docket No. 120** is **GRANTED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: September 14, 2004

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* Fed. R. Civ. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.