1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA 98337
3  Telephone: (360) 782-4300
   Facsimile: (360) 782-4358
4  E-mail: dmccready@frwlaw.us

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF ALASKA

10 KIMBERLY ALLEN, Personal           )
   Representative of the Estate of TODD ) Case No. 3:04-CV-0131-JKS
   ALLEN, Individually, on behalf of   )
11 the Estate of TODD ALLEN, and on    ) **NOTICE OF**
   behalf of the Minor Child, PRESLEY  ) **STIPULATION REGARDING**
12 GRACE ALLEN,                        ) **ECONOMIC LOSSES**
                                       )
13         Plaintiff,                  )
                                       )
14 vs.                                 )
                                       )
15 UNITED STATES OF AMERICA,           )
                                       )
16         Defendant.                  )
                                       )

17

18      PLEASE TAKE NOTICE the parties stipulate that, if the Court finds liability on the

19 part of the Government in the above-captioned case, the economic losses to Mrs. Allen and

20 Presley Grace Allen are $1,126,467.50.

---

NOTICE OF STIPULATION REGARDING          ATTACHMENT A           **FRIEDMAN, RUBIN & WHITE**
ECONOMIC LOSSES                          Page 1 of 2            1126 Highland Avenue
*Allen v. USA*, Case No. 3:04-CV-0131-JKS                       Bremerton, Washington 98337
Page 1 of 2                                                     Phone: (360) 782-4300
                                                                Facsimile: (360) 782-4358

                                FRIEDMAN RUBIN & WHITE
                                Counsel for Plaintiffs

DATED:_____    By: /s/ Donna J. McCready_____

                                1126 Highland Avenue
                                Bremerton, Washington 98337
                                Telephone: (360) 782-4300
                                Facsimile: (360) 782-4358
                                E-mail: dmccready@frwlaw.us
                                Alaska Bar No. 9101003

                                NELSON P. COHEN
                                UNITED STATES ATTORNEY

DATED:_____    By: /s/ Gary M. Guarino_____
                                  Gary M. Guarino
                                  Assistant U. S. Attorney

                                222 West 7th Ave., #9, Rm. 253
                                Anchorage, AK 99513-7567
                                Phone: (907) 271-5071
                                Facsimile: (907) 271-2344
                                E-mail: gary.guarino@usdoj.gov
                                Alaska Bar No. 8209092

## CERTIFICATE OF SERVICE

I certify that on the 19 June 2007, a copy of the foregoing Notice of Stipulation Regarding Economic Losses was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK 99513-7567

/s/ Donna J. McCready_____

W:\Allen v. USA\PLED\Notice of Stipulation Re Economic Losses (070619).doc

NOTICE OF STIPULATION REGARDING
ECONOMIC LOSSES
*Allen v. USA*, Case No. 3:04-CV-0131-JKS
Page 2 of 2

ATTACHMENT A
Page 2 of 2

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358