Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**STIPULATION OF THE PARTIES** |

The Government and Mrs. Allen stipulate that the deadline for supplemental briefs may be extended to September 26, 2007 so that the parties can explore whether or not they can reach agreement on the issue of non-economic losses. Therefore, the parties will either file their supplemental briefs on September 26, 2007 or they will file notice with the court that they

STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

1  have been able to resolve the remaining issue of the value of the non-economic losses suffered

2  by the Allens.

3               FRIEDMAN RUBIN & WHITE
   Counsel for Plaintiffs

4

5  DATED:_____       By: /s/   Donna J. McCready_____

6               1126 Highland Avenue
   Bremerton, Washington 98337
7  Telephone: (360) 782-4300
   Facsimile: (360) 782-4358
8  E-mail: dmccready@frwlaw.us
   Alaska Bar No. 9101003

9

10              NELSON P. COHEN
   UNITED STATES ATTORNEY

11

12 DATED:_____       By:  /s/   Gary M. Guarino_____
          Gary M. Guarino
          Assistant U. S. Attorney
13

14 222 West 7th Ave., #9, Rm. 253
   Anchorage, AK  99513-7567
   Phone:  (907) 271-5071
15 Facsimile:  (907) 271-2344
   E-mail:  gary.guarino@usdoj.gov
16 Alaska Bar No. 8209092

17

18

19

20

STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 3

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington 98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

## CERTIFICATE OF SERVICE

I certify that on the 17 September 2007, a copy of the foregoing _____ was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567


/s/   Donna J. McCready

W:\Allen v. USA\PLED\Stipulation of the Parties (070917).doc

STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 3 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358