1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone:  (360) 782-4300
   Facsimile:  (360) 782-4358
4  E-mail:  dmccready@frwlaw.us

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____ | ) Case No. 3:04-CV-0131-JKS<br>)<br>) **SECOND STIPULATION OF THE PARTIES**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Government and Mrs. Allen stipulate that the deadline for supplemental briefs may be extended to October 3, 2007 so that the parties can continue to explore whether or not they can reach a final settlement in the case.  Therefore, the parties will either file their

SECOND STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1  supplemental briefs on or before October 3, 2007 or they will file notice with the court that
2  they have been able to finally resolve the case.

3
4                                                FRIEDMAN RUBIN & WHITE
                                                 Counsel for Plaintiffs
5
6  DATED: September 25, 2007          By: /s/  Donna J. McCready

7                                                1126 Highland Avenue
                                                 Bremerton, Washington 98337
8                                                Telephone: (360) 782-4300
                                                 Facsimile: (360) 782-4358
                                                 E-mail: dmccready@frwlaw.us
9                                                Alaska Bar No. 9101003

10
                                                 NELSON P. COHEN
11                                               UNITED STATES ATTORNEY

12
   DATED: September 25, 2007          By: /s/  Gary M. Guarino
                                                 Gary M. Guarino
13                                               Assistant U. S. Attorney

14                                               222 West 7th Ave., #9, Rm. 253
                                                 Anchorage, AK  99513-7567
15                                               Phone: (907) 271-5071
                                                 Facsimile: (907) 271-2344
16                                               E-mail: gary.guarino@usdoj.gov
                                                 Alaska Bar No. 8209092
17
18
19
20

SECOND STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 3

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

**CERTIFICATE OF SERVICE**

I certify that on the 25 September 2007, a copy of the foregoing Second Stipulation of the Parties was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

/s/   Donna J. McCready

W:\Allen v. USA\PLED\Stipulation of the Parties - Second (070925).doc

SECOND STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 3 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358