Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**THIRD STIPULATION OF THE PARTIES** |

The Government and Mrs. Allen stipulate that the deadline for supplemental briefs may be extended to October 9, 2007 so that the parties can continue to explore whether or not they can reach a final settlement in the case. Therefore, the parties will either file their

THIRD STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington 98337
Phone: (360) 782-4300
Facsimile: (360) 782-4358

1  supplemental briefs on or before October 9, 2007 or they will file notice with the court that
2  they have been able to finally resolve the case.

3
                                              FRIEDMAN RUBIN & WHITE
4                                             Counsel for Plaintiffs

5

6  DATED: October 3, 2007            By: /s/   Donna J. McCready

7                                    1126 Highland Avenue
                                     Bremerton, Washington 98337
8                                    Telephone: (360) 782-4300
                                     Facsimile: (360) 782-4358
                                     E-mail: dmccready@frwlaw.us
9                                    Alaska Bar No. 9101003

10
                                     NELSON P. COHEN
11                                   UNITED STATES ATTORNEY

12
   DATED: October 3, 2007            By: /s/   Gary M. Guarino
                                          Gary M. Guarino
13                                        Assistant U. S. Attorney

14                                   222 West 7th Ave., #9, Rm. 253
                                     Anchorage, AK  99513-7567
15                                   Phone:  (907) 271-5071
                                     Facsimile:  (907) 271-2344
16                                   E-mail:  gary.guarino@usdoj.gov
                                     Alaska Bar No. 8209092
17

18

19

20

THIRD STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

**CERTIFICATE OF SERVICE**

I certify that on the 3 October 2007, a copy of the foregoing Third Stipulation of the Parties was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

/s/   Donna J. McCready

W:\Allen v. USA\PLED\Stipulation of the Parties - Third (071003).doc

THIRD STIPULATION OF THE PARTIES
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 3 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358