NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0131-JKS<br><br>**UNITED STATES' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEFING RE:  COMPENSATION** |

　　　　Pursuant to the Court's Order [Docket 134] the United States submits its response to Plaintiff's Supplemental Briefing Regarding Compensation.

Plaintiff has revised her position and claims regarding non-economic damages to "waive her arguments to this Court that more than one damages cap applies" in this case. [Docket 133, pp. 2-3] Plaintiff now seeks an award of non-economic damages up to the maximum of $400,000. AS 09.17.010. The United States relies on its opening brief [Docket 125] and will not offer additional argument on these issues.

Plaintiff has proposed an "allocation of the economic losses and the non-economic losses attributable to the wrongful death claim," as between Mrs. Allen and her minor child, Presley Grace Allen, as set out in her initial brief. [Docket 133, p. 4; Docket 123, pp. 12-13] The Defendant is not in a position to properly assess or comment on the reasonableness or fairness of the allocation of wrongful death damages proposed by Plaintiff. Thus, the Defendant does not offer any argument on these issues.

Finally, Defendant's position is that it has not agreed or stipulated to any proposal or condition that the damages awarded to the Plaintiff, or any portion thereof, be payable in the form of a structured annuity or any other form of deferred or periodic payment method. Since no specific proposal has been presented by Plaintiff to date, the Defendant reserves its right to assert any objections it may have to any such future proposal.

RESPECTFULLY SUBMITTED on October 16, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Gary M. Guarino
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: gary.guarino@usdoj.gov
        #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2007,
a copy of the foregoing **UNITED STATES'
RESPONSE TO PLAINTIFF'S
SUPPLEMENTAL BRIEFING
RE: COMPENSATION** was served
electronically on Donna McCready.

s/ Gary M. Guarino