RECEIVED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-00131 (JKS)<br><br>JUDGMENT IN A CIVIL CASE |

This case came to trial before the Court. The issues have been tried and a decision of even date herewith has been entered.

IT IS ORDERED AND ADJUDGED:

That Plaintiff Kimberly Allen, individually, and on behalf of the minor child, Presley Grace Allen be awarded $1,126,467.50 in economic damages plus $400,000 in non-economic damages plus $_____ in costs for a total judgment of $_____. After costs and fees of the action are paid, 69.34% of the judgment shall be allocated to Kimberly Allen individually, and 30.66% shall be allocated to her on behalf of the minor child, Presley Allen. Post-judgment interest pursuant to 28 U.S.C. Section 1961 at 3.30%.

Date: November 24, 2007
Approved by:

REDACTED SIGNATURE
JAMES K. SINGLETON, JR.
United States District Judge

Entered by:

Ida Romack
Clerk