## *Allen v. U.S.A.*
## Case No. 3:04-cv-00131-JKS
## ATTACHMENT TO BILL OF COSTS

| Fee Description | Doc. No.[1] | Subtotal | Total |
|---|---|---|---|
| **FEES OF THE CLERK** | | | |
| Filing Fee | | 150.00 | |
| **TOTAL – FEES OF THE CLERK:** | | | **150.00** |
| | | | |
| **FEES FOR SERVICE OF SUMMONS & SUBPOENA** | | | |
| **Patricia Ambrose, RN, Cutbank, MT** | | | |
| 6/06/07 – Northern Tier Investigations re Service of Process for Deposition | 1 | 50.00 | |
| **Donna Fearey, RN, Anchorage, AK:** | | | |
| 6/22/07 – North Country Process re Service of Subpoena for Trial | 2 | 65.00 | |
| **Lloyd Kompkoff Valdez, AK** | | | |
| 9/13/07 – Alaska Court Services For Service of Subpoena for Trial In June | 3 | 50.00 | |
| **TOTAL – SERVICE OF SUMMONSES AND SUPOENAES** | | | **165.00** |
| | | | |
| | | | |

---

[1] Document Numbers refer to documentation relating to that entry. The number is marked in the lower right-hand corner of the corresponding document.

| *Allen v. U.S.A.*<br>Case No. 3:04-cv-00131-JKS<br>**ATTACHMENT TO BILL OF COSTS** | | | |
|---|---|---|---|
| **Fee Description** | **Doc.<br>No.**[1] | **Subtotal** | **Total** |
| **FEES OF THE COURT<br>REPORTER FOR ALL OR ANY<br>PART OF THE TRANSCRIPT<br>NECESSARILY OBTAINED FOR<br>USE IN THE CASE** | | | |
| **Patricia Ambrose, RN<br>5/10/05 Deposition**<br>Alaska Stenotype | | | |
| Transcript Fee | 4 | 413.55 | |
| **Patricia Ambrose, RN<br>6/18/07 Deposition**<br>Naegeli Reporting | | | |
| Transcript Fee | 5 | 1,420.90 | |
| **Richard Brodsky, MD<br>4/11/05 Deposition**<br>Alaska Stenotype | | | |
| Transcript Fee | 6 | 667.30 | |
| **Robert Cantu, MD<br>5/16/07 Deposition**<br>Naegeli Reporting | | | |
| Transcript Fee | 7 | 1,000.82 | |
| **Susan Kathleen Deitz, MD<br>4/15/05 Deposition**<br>Alaska Stenotype | | | |
| Transcript Fee | 8 | 291.50 | |
| **Diane Duntze, RN, ANP<br>2/24/06 Deposition**<br>Pacific Rim Reporting | | | |
| Transcript Fee | 9 | 965.50 | |

## *Allen v. U.S.A.*
### Case No. 3:04-cv-00131-JKS
## ATTACHMENT TO BILL OF COSTS

| Fee Description | Doc. No.[1] | Subtotal | Total |
|---|---|---|---|
| **Susie (Susan) Edwards, LPN**<br>**6/09/05 Deposition**<br>Alaska Stenotype | | | |
| Transcript Fee | 10 | 263.50 | |
| **Donna A. Fearey, RN**<br>**4/11/05 Deposition**<br>Alaska Stenotype | | | |
| Transcript Fee | 11 | 472.05 | |
| **Loretta Leih-Sheng Lee, MD**<br>**4/29/05 Deposition**<br>Alaska Stenotype | | | |
| Transcript Fee | 12 | 263.80 | |
| **Michael Levy, MD**<br>**2/24/06 Deposition**<br>Pacific Rim Reporting | | | |
| Transcript Fee | 13 | 1,030.45 | |
| **Elda Ramirez, RN**<br>**5/22/07 Deposition**<br>Keais Reporting - Texas | | | |
| Transcript Fee | 14 | 626.60 | |
| **Richard A. Rubenstein, MD**<br>**2/22/06 Deposition**<br>Atkinson-Baker | | | |
| Transcript Fee | 15 | 1,532.26 | |
| **Tim W. Scheffel, MD**<br>**4/12/05 Deposition**<br>Alaska Stenotype | | | |
| Transcript Fee | 16 | 536.10 | |
| | | | |

## Allen v. U.S.A.
## Case No. 3:04-cv-00131-JKS
# ATTACHMENT TO BILL OF COSTS

| Fee Description | Doc. No.[1] | Subtotal | Total |
|---|---|---|---|
| **Ronald Shallat, MD** **2/17/06 Deposition** Atkinson-Baker | | | |
| Transcript Fee | 17 | 1,417.14 | |
| **TOTAL FEES OF COURT REPORTER** | | | **10,901.47** |
| | | | |
| **FEES & DISBURSEMENTS FOR PRINTING** | | | |
| **PHOTOCOPYING** | 18 | | |
| **Alaska Legal Copy** | | | |
| 8/05/05 | | 19.30 | |
| 8/05/05 | | 78.60 | |
| 8/05/05 | | 31.40 | |
| **Copy America** | | | |
| 2/16/06 | | 36.62 | |
| 2/22/06 | | 16.09 | |
| **In-House Copies** | | | |
| 4,741 x $.15 | | 711.15 | |
| 4,929 x $.15 | | 739.35 | |
| **Northern Duplicating, Inc.** | | | |
| 4/25/07 | | 395.43 | |

## *Allen v. U.S.A.*
## Case No. 3:04-cv-00131-JKS
## ATTACHMENT TO BILL OF COSTS

| Fee Description | Doc. No.[1] | Subtotal | Total |
|---|---|---|---|
| 5/17/07 | | 105.16 | |
| **Professional Legal Copy** | | | |
| 11/14/05 | | 77.67 | |
| **Valdez Regional Health Authority** | | | |
| 1/28/05 | | 15.88 | |
| **TOTAL: PHOTOCOPYING** | | | **2,226.65** |
| | | | |
| **PHOTOCOPYING – DEPOSITION COPIES:** | | | |
| **Kimberly Ann Allen 4/12/05 Deposition** Stenotype | | | |
| Transcript Fee | 19 | 98.90 | |
| **Kimberly Ann Allen 9/20/06 Deposition** Stenotype | | | |
| Transcript Fee | 20 | 85.65 | |
| **Robert Cantu, MD 2/15/06 Deposition** Atkinson-Baker | | | |
| Transcript Fee | 21 | 624.65 | |
| **Frank Mannix, MD 2/24/06 Deposition** Atkinson-Baker | | | |
| Transcript Fee | 22 | 454.85 | |
| | | | |

## *Allen v. U.S.A.*
## Case No. 3:04-cv-00131-JKS
## ATTACHMENT TO BILL OF COSTS

| Fee Description | Doc. No.[1] | Subtotal | Total |
|---|---|---|---|
| **Elda Ramirez**<br>**2/21/06 Deposition**<br>Atkinson-Baker | | | |
| Transcript Fee | 23 | 422.05 | |
| **Susan Shott, PhD**<br>**5/02/06 Deposition**<br>Atkinson-Baker | | | |
| Transcript Fee | 24 | 296.80 | |
| **TOTAL:  PHOTOCOPYING/ DEPOSITION COPIES** | | | **1,982.90** |
| | | | |
| **OTHER COSTS:** | | | **-0-** |
| | | | |
| **WITNESS FEES:** | | | |
| **Patricia Ambrose, RN,**<br>**Cutbank, MT** | | | |
| 6/06/07 – Appearance Fee for Deposition (includes mileage) | 25 | 54.64 | |
| **Susan Dietz, MD,**<br>**Anchorage, AK** | | | |
| 4/15/05 – Appearance Fee for Deposition | 26 | 40.00 | |
| 5/15/07 – Witness Fee for Trial | 27 | 40.00 | |
| **Diane Duntze, RN, ANP**<br>**Anchorage, AK** | | | |
| 2/24/06 – Appearance Fee for Deposition | 28 | 40.00 | |
| | | | |

## *Allen v. U.S.A.*
### Case No. 3:04-cv-00131-JKS
## ATTACHMENT TO BILL OF COSTS

| Fee Description | Doc. No.[1] | Subtotal | Total |
|---|---|---|---|
| **Donna Fearey, RN, Anchorage, AK** | | | |
| 6/22/07 – Witness Fee for Trial | 29 | 40.00 | |
| **Loretta Lee, MD Anchorage, AK** | | | |
| 5/15/07 – Witness Fee for Trial | 30 | 40.00 | |
| **Michael Levy, MD Anchorage, AK** | | | |
| 2/24/06 – Appearance Fee for Deposition | 31 | 40.00 | |
| **Robert Cantu, MD 5/16/07 Deposition** | | | |
| Appearance Fee for Deposition | 32 | 40.00 | |
| **Lloyd Kompkoff, Valdez, AK:** | | | |
| 6/26/07 - Per diem and mileage from Valdez to Anchorage for Trial<br><br>156.00 – Meals ($78 x 2/days)<br>293.61 – Mileage<br>    (299.6/miles x 2<br>    x .49/mile)<br>38.00 – Incidentals<br>    (19/day x 2) | 33 | 488.00 | |
| Hotel ($181/day) | | 181.00 | |
| Witness Fee for Trial | | 40.00 | |
| | | | |
| | | | |

## *Allen v. U.S.A.*
## Case No. 3:04-cv-00131-JKS
## ATTACHMENT TO BILL OF COSTS

| Fee Description | Doc. No.[1] | Subtotal | Total |
|---|---|---|---|
| **Frank Mannix, MD** <br> **Cardiff By The Sea, CA** | | | |
| Subsistence (Food and Lodging) at maximum Per Diem Lodging at Capt. Cook Hotel $278 x 3 (6/24/07-6/27/07) | 34 | 834.00 | |
| Incidental Rate ($19/day x 3) | | 57.00 | |
| Witness Fee for Trial (2 days) | | 80.00 | |
| Airfare for Trial | | 1,511.10 | |
| **Susan Shott, MD,** <br> **Harvard, IL:** | | | |
| Subsistence (Food and Lodging) at maximum Per Diem Lodging at Sheraton Anchorage $278/day (x 1 day) | 35 | 278.00 | |
| Incidental Rate ($19/day x 2) | | 38.00 | |
| Witness Fee for Trial (1 day) | | 40.00 | |
| Airfare for Trial | | 1,542.30 | |
| | | | |
| **TOTAL: WITNESS FEES** | | | **5,424.04** |
| | | | |
| | | | |
| **GRAND TOTAL:** | | | **$20,850.06** |

W:\Allen v. USA\PLED\Bill of Costs Attachment (071203).doc

Northern Tier Investigations

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---|--------------|-------------|----------|---------|
| | | | | | 6/7/2007 | | |
| 6/7/2007 | Bill | Allen | | 50.00 | 50.00 | | 50.00 |
| | | | | | | | 50.00 |

Check Amount

Key Bank Operating    Allen/Process Service

50.00

North Country Process, Inc.

| | | | | | 7/20/2007 | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 7/18/2007 | Bill | Inv. 4/1/9492bi | 65.00 | 65.00 | | 65.00 |
| | | | | Check Amount | | 65.00 |

Key Bank Operating    Return NO. 62462/Allen/Service on Fearey

65.00



**NORTH COUNTRY PROCESS, INC.**

P.O. Box 101126
Anchorage, AK 99510
(907) 274-2023

# STATEMENT

| TO: |
|---|
| FRIEDMAN, RUBIN & WHITE |
| 1227 West 9th Avenue, Suite 201 |
| Anchorage, Alaska  99501 |

| DATE |
|---|
| 7/2/2007 |

| TOTAL AMOUNT DUE: |
|---|
| $65.00 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/31/2007 | Balance forward | | 0.00 |
| 07/02/2007 | INV #4/1/9492 bi. Due 07/17/2007. | 65.00 | 65.00 |
| | --- SERVICE $65.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | $65.00 |

## THANK YOU FOR YOUR BUSINESS!

email:  ncpi@alaska.net

www.northcountryprocess.com

# INVOICE

Alaska Court Services Inc.
PO Box 212041
Anchorage, AK 99521-2041

| DATE | INVOICE NO. |
|------|-------------|
| 9/13/2007 | 10281 |

| BILL TO |
|---------|
| Friedman, Ruben & White<br>1227 W 9th Ave #301<br>Anchorage, AK 99501 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|-----|-----------|----------|-----|---------|
| | Due on receipt | | 9/13/2007 | | | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| SUBP | KIMBERLY ALLEN vs UNITED STATES OF AMERICA<br>Lloyd Kompkoff | 2 | 50.00 | 100.00 |

*Janet: has this been paid? I don't recall receiving a prior invoice.*

| | Total | $100.00 |
|--|-------|---------|

**3**

**FRIEDMAN, RUBIN & WHITE**

6444

Alaska Court Services Inc.

9/21/2007

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---|---------------|-------------|----------|---------|
| 9/18/2007 | Bill | Allen | | 100.00 | 100.00 | | 100.00 |
| | | | | | Check Amount | | 100.00 |



Key Bank Operating      Process Service/Allen/Inv. 10281

100.00

 38016



**RECEIVED**

JUN 0 6 2005

**ASHBURN & MASON**

*ALASKA STENOTYPE REPORTERS, INC.*
*511 WEST NINTH AVENUE*
*ANCHORAGE, AK 99501*
*907-276-1680*

*DONNA J. McCREADY*
*ASHBURN & MASON*
*1130 W 6TH AVENUE*
*SUITE 100*
*ANCHORAGE, AK 99501*

*Inv.No.*
*87353*

*Inv.Date*
*06/02/2005     3168     A04-0131*

*Re: ALLEN v USA*
*Assignment Date: May 10, 2005*

*DEPOSITION OF: PATRICIA A. AMBROSE*

| | | | | |
|---|---|---|---|---|
| *ORIGINAL AND ONE COPY* | *93.0  Pages @* | *3.60* | | *334.80* |
| *APPEARANCE FEE* | | | | *78.75* |
| | | | | ========== |
| | | *Total Amount $* | | *413.55* |

*PAYMENT DUE UPON RECEIPT OF INVOICE*

*ALASKA STENOTYPE REPORTERS, INC.*
*Federal Tax Id#: 92-0082177*

**4**

18259

**ASHBURN & MASON, INC.**
1130 W. 6TH AVE., SUITE 100
ANCHORAGE, AK 99501
(907) 276-4331

FIRST NATIONAL BANK A L A S K A
89-6-1252

6/15/2005

PAY TO THE
ORDER OF___ Alaska Stenotype Reporters                    $ **413.55

Four Hundred Thirteen and 55/100********************************************************************************DOLLARS

Alaska Stenotype Court Reporters
511 West 9th Ave.
Anchorage, AK  99501

MEMO _____

---

**ASHBURN & MASON, INC.**
　　Alaska Stenotype Reporters                6/15/2005        **18259**
　　　　　　　　　　　　　10194.008                                   413.55

*charged*

112 - 1st Nat'l Bank/A                                        413.55

**ASHBURN & MASON, INC.**
　　Alaska Stenotype Reporters                6/15/2005        **18259**
　　　　　　　　　　　　　10194.008                                   413.55

PAYMENT RECORD

112 - 1st Nat'l Bank/A                                        413.55

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# NAEGELI REPORTING CORPORATION



**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163

Remit to the Corporate Office:
2020 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204

*DONNA J. MCCREADY ATTORNEY AT LAW*
FRIEDMAN, RUBIN & WHITE
1126 HIGHLAND AVENUE

BREMERTON,WA 98337

Tax ID Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 06/18/2007 | | |
| **Case\Assg No.** | 7437-2 | **Invoice #** | 23097 |
| **Case Caption:** | ALLEN, KIMBERLY, ET AL   vs.   UNITED STATES OF AMERICA | **Invoice Date** | 06/20/2007 |

*ORIGINAL / INDEX VIDEO DEPOSITION OF PATRICIA AMBROSE R.N.*

**Remarks**

"MONTANA RATES APPLY"

FREE CONDENSED TRANSCRIPT!

APPEARANCE $524.10, REQUESTED DELIVERY TRANSCRIPT $896.80, DELIVERY $15.00.

THANK YOU FOR YOUR BUSINESS!!

| | |
|---|---|
| **Total Amount $** | $1,435.90 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,435.90 |

FILE COPY - BBB

REC'D 6-25-07
CAL/INT _____
C/O _____
VIA _____

— 15.00 delivery
1420.90

**OK TO PAY?** ✓

A. Kersh

Phone: (800) 528-3335          www.naegelireporting.com          Fax: (503) 227-7123

## Method of Payment:

☐ Check Enclosed
Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ Visa  ☐ MasterCard
☐ American Express

Signature (AS IT APPEARS ON YOUR CREDIT CARD)

Print Name (AS IT APPEARS ON YOUR CREDIT CARD)

Credit Card #          Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)

5

**FRIEDMAN, RUBIN & WHITE**

6176

Naegeli Reporting Corporation

7/13/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/13/2007 | Bill | Inv. 23099 | 1,070.05 | 1,070.05 | | 1,070.05 |
| 7/13/2007 | Bill | Inv. 23097 | 1,435.90 | 1,435.90 | | 1,435.90 |
| | | | | | Check Amount | 2,505.95 |

Key Bank Operating

2,505.95

38016

*ALASKA STENOTYPE REPORTERS, INC.*
*511 WEST NINTH AVENUE*
*ANCHORAGE, AK  99501*
*907-276-1680*

**RECEIVED**

MAY 1 1 2005

ASHBURN & MASON

*DONNA J. McCREADY*
*ASHBURN & MASON*
*1130 W 6TH AVENUE*
*SUITE 100*
*ANCHORAGE, AK  99501*

*Inv.No.*
*87244*

*Inv.Date*
*05/06/2005     3168     A04-0131*

*Re: ALLEN v USA*
*Assignment Date: April 11, 2005*

*DEPOSITION OF: RICHARD E. BRODSKY, MD*

| | | | |
|---|---|---|---|
| *ORIGINAL AND ONE COPY* | *147.0  Pages @* | *3.60* | 529.20 |
| *APPEARANCE FEE* | | | 135.00 |
| *SCANNED EXHIBITS  TO DISK* | | | 3.10 |
| | | | ========== |
| | | *Total Amount $* | 667.30 |

*PAYMENT DUE UPON RECEIPT OF INVOICE*

# 10194/008

Ok to pay.

*ALASKA STENOTYPE REPORTERS, INC.*
*Federal Tax Id#: 92-0082177*

**6**

# NAEGELI REPORTING CORPORATION

**Portland, OR**
**(503) 227-1544**

**Seattle, WA**
**(206) 622-3376**

**Spokane, WA**
**(509) 838-6000**

**Coeur d'Alene, ID**
**(208) 667-1163**

*DONNA J. MCCREADY ATTORNEY AT LAW*
**FRIEDMAN, RUBIN & WHITE**
1126 HIGHLAND AVENUE
BREMERTON, WA 98337

Remit to the Corporate Office:
**2020 US Bancorp Tower**
**111 S.W. Fifth Avenue**
**Portland, OR 97204**

Tax ID Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 05/16/2007 | **Invoice #** | 22615 |
| **Case\Assg No.** | 7437-1 | **Invoice Date** | 05/24/2007 |
| **Case Caption:** | ALLEN, KIMBERLY, ET AL vs. UNITED STATES OF AMERICA | | |

*ORIGINAL / INDEX / CONDENSED VIDEO DEPOSITION OF ROBERT CANTU MD*

**Remarks**
"CONCORD, MA.....RATES APPLY!!"

APPEARANCE FEE - $120.00. REQUESTED DELIVERY TRANSCRIPT - $880.82, DELIVERY - $15.00

| | |
|---|---|
| **Total Amount $** | $1,015.82 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,015.82 |

— 15.00
1000.82

**Phone: (800) 528-3335**          www.naegelireporting.com          **Fax: (503) 227-7123**

Method of Payment:

☐ Check Enclosed
Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ Visa  ☐ MasterCard
☐ American Express

Signature (AS IT APPEARS ON YOUR CREDIT CARD)

Print Name (AS IT APPEARS ON YOUR CREDIT CARD)

Credit Card #                Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)

6045

Naegeli Reporting Corporation

6/6/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/5/2007 | Bill | 22617 | 645.00 | 645.00 | | 645.00 |
| 6/5/2007 | Bill | 22615 | 1,015.82 | 1,015.82 | | 1,015.82 |
| | | | | | Check Amount | 1,660.82 |

Key Bank Operating

1,660.82

38016

*ALASKA STENOTYPE REPORTERS, INC.*
*511 WEST NINTH AVENUE*
*ANCHORAGE, AK  99501*
*907-276-1680*


*DONNA J. MCCREADY*
*ASHBURN & MASON*
*1130 W 6TH AVENUE*
*SUITE 100*
*ANCHORAGE, AK  99501*

*Inv.No.*
*87240*


*Inv.Date*
*05/06/2005    3168    A04-0131*

*Re: KIMBERLY ALLEN v USA*
*Assignment Date: April 15, 2005*


*DEPOSITION OF: SUSAN DIETZ, M.D.*

*ORIGINAL AND ONE COPY     59:0  Pages @     3.60        212.40*
*APPEARANCE FEE                                            78.75*
*PHOTOSTATIC EXHIBITS                                       0.35*
                                                     ==========
                               *Total Amount $      291.50*

*PAYMENT DUE UPON RECEIPT OF INVOICE*


#10194.008
Ok to pay.
BM


*ALASKA STENOTYPE REPORTERS, INC.*
*Federal Tax Id#: 92-0082177*

8

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Ashburn & Mason
1130 W. 6th Avenue, Suite 100
Anchorage, AK 99501

| ATTENTION: | D. McCready |
|------------|-------------|

## Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/13/2006 | 06-7102 |

| TERMS |
|-------|
| Due on Receipt |

Hand Delivered

## RECEIVED

MAR 1 3 2006

ASHBURN & MASON

| REPORTER: | BROOKING |
|-----------|----------|

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| | ALLEN v USA | |
| 2/24/2006 | DEPOSITION OF DIANE "DEDE" DUNTZE, R.N.<br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | 210.00<br>736.75<br>18.75 |
| 2/24/2006 | DEPOSITION OF MICHEAL LEVY, M.D.<br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | 240.00<br>780.20<br>10.25 |

| *Thank you for using Pacific Rim Reporting.* | **Total** | $1,995.95 |
|----------------------------------------------|-----------|-----------|

*ALASKA STENOTYPE REPORTERS, INC.*
*511 WEST NINTH AVENUE*
*ANCHORAGE, AK  99501*
*907-276-1680*

RECEIVED
JUN 2 4 2005
ASHBURN & MASON



*DONNA J. McCREADY*
*ASHBURN & MASON*
*1130 W 6TH AVENUE*
*SUITE 100*
*ANCHORAGE, AK  99501*

*Inv.No.*
*87443*

*Inv.Date*
*06/23/2005    3168    A04-0131CV(JKS)*

*Re: KIMBERLY ALLEN v USA*
*Assignment Date: June 09, 2005*


*DEPOSITION OF: SUSAN EDWARDS*

| | | | | |
|---|---|---|---|---|
| *ORIGINAL AND ONE COPY* | 48.0 | Pages @ | 3.60 | 172.80 |
| *APPEARANCE FEE* | | | | 90.00 |
| *PHOTOSTATIC EXHIBITS* | | | | 0.70 |
| | | | | ========== |
| | | Total Amount $ | | 263.50 |

*PAYMENT DUE UPON RECEIPT OF INVOICE*




*ALASKA STENOTYPE REPORTERS, INC.*
*Federal Tax Id#: 92-0082177*

**10**

**18311**

**ASHBURN & MASON, INC.**
1130 W. 6TH AVE., SUITE 100
ANCHORAGE, AK 99501
(907) 276-4331

FIRST NATIONAL BANK A L A S K A
89-6-1252

6/28/2005

PAY TO THE
ORDER OF_____ Alaska Stenotype Reporters

$ **263.50

Two Hundred Sixty-Three and 50/100************************************************************************ DOLLARS

Alaska Stenotype Court Reporters
511 West 9th Ave.
Anchorage, AK  99501

MEMO _____                                    MP

⑈018311⑈ ⑆125200060⑆ 0115 075 4⑈

---

**SHBURN & MASON, INC.**
Alaska Stenotype Reporters                10194.008                6/28/2005                **18311**
                                                                                             263.50

*changed*

                                                                                             263.50

112 - 1st Nat'l Bank/A

**ASHBURN & MASON, INC.**
Alaska Stenotype Reporters                10194.008                6/28/2005                **18311**
                                                                                             263.50

PAYMENT RECORD

112 - 1st Nat'l Bank/A                                                                        263.50

DELUXE BUSINESS FORMS 1+800-528-0304 www.deluxeforms.com

*ALASKA STENOTYPE REPORTERS, INC.*
*511 WEST NINTH AVENUE*
*ANCHORAGE, AK  99501*
*907-276-1680*


*DONNA J. McCREADY*
*ASHBURN & MASON*
*1130 W 6TH AVENUE*
*SUITE 100*
*ANCHORAGE, AK  99501*

*Inv.No.*
*87238*


*Inv.Date*
*05/06/2005    3168   A04-0131*

*Re: KIMBERLY ALLEN v USA*
*Assignment Date: April 11, 2005*


*DEPOSITION OF: DONNA FEAREY*

| | | | | |
|---|---|---|---|---|
| *ORIGINAL AND ONE COPY* | *102.0  Pages @* | *3.60* | *367.20* |
| *APPEARANCE FEE* | | | *101.25* |
| *SCANNED EXHIBITS TO DISK* | | | *3.60* |
| | | *Total Amount $* | *472.05* |

*PAYMENT DUE UPON RECEIPT OF INVOICE*

# 10194.008
ok to pay.

*ALASKA STENOTYPE REPORTERS, INC.*
*Federal Tax Id#: 92-0082177*