*ALASKA STENOTYPE REPORTERS, INC.*
*511 WEST NINTH AVENUE*
*ANCHORAGE, AK  99501*
*907-276-1680*

**RECEIVED**

MAY 2 4 2005

ASHBURN & MASON

*DONNA J. McCREADY*
*ASHBURN & MASON*
*1130 W 6TH AVENUE*
*SUITE 100*
*ANCHORAGE, AK  99501*

*Inv.No.*
*87313*

*Inv.Date*
*05/20/2005    3168    A04-0131*

*Re: KIMBERLY ALLEN v USA*
*Assignment Date: April 29, 2005*

*DEPOSITION OF: LORETTA LEE, MD*

| | | | | |
|---|---|---|---|---|
| *ORIGINAL AND ONE COPY* | 52.0 | *Pages @* | 3.60 | 187.20 |
| *APPEARANCE FEE* | | | | 67.50 |
| *PHOTOSTATIC EXHIBITS* | | | | 9.10 |

*Total Amount $*    263.80

#10194-008
OK to pay

*ALASKA STENOTYPE REPORTERS, INC.*
*Federal Tax Id#: 92-0082177*

12

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 • Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

| BILL TO: |
| --- |
| Ashburn & Mason<br>1130 W. 6th Avenue, Suite 100<br>Anchorage, AK 99501 |

| ATTENTION: | D. McCready |
| --- | --- |

## Invoice

| DATE | INVOICE NO. |
| --- | --- |
| 3/13/2006 | 06-7102 |

Hand Delivered

| TERMS |
| --- |
| Due on Receipt |

**RECEIVED**

MAR 1 3 2006

ASHBURN & MASON

*handwritten: Bal 10194.00 pd 1939.9 3/29/06*

| REPORTER: | BROOKING | |
| --- | --- | --- |
| **DATE TAKEN** | **DESCRIPTION** | **AMOUNT** |
| 2/24/2006 | ALLEN v USA<br><br>DEPOSITION OF DIANE "DEDE" DUNTZE, R.N.<br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | <br><br><br>210.00<br>736.75<br>18.75 |
| 2/24/2006 | DEPOSITION OF MICHEAL LEVY, M.D.<br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | <br>240.00<br>780.20<br>10.25 |

*handwritten: 1,030.45*

| *Thank you for using Pacific Rim Reporting.* | **Total** | $1,995.95 |
| --- | --- | --- |

**13**

Keais Reporting
1010 Lamar, 3rd Floor
Houston, TX 77002
(713) 224-6865   Fax  (713) 224-6880

FILE COPY - BREM

REC'D ___6 / 1 / 07___
CAL/INT _____
C/C _____
VIA _____

Donna McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337-1828

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 587 | 05/30/2007 | 01-481 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/22/2007 | MERRDA | 3:04-CV-0131-J |
| **CASE CAPTION** | | |
| KIMBERLY ALLEN v. UNITED STATES OF AMERICA | | |
| **TERMS** | | |
| Due upon receipt | | |

```
FOR THE ORIGINAL & 1 COPY OF THE VIDEOTAPED DEPOSITION OF:           626.60
   Elda Ramirez, Ph.D., RN, FNP, FAANP
(TAXABLE   $    626.60)

                                  TOTAL  DUE  >>>>            626.60

                           AFTER 06/29/2007 PAY              664.20
```

TAX ID NO. :  71-0938618                          (360) 782-4300

*Please detach bottom portion and return with payment.*



Keais Reporting

6/14/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/13/2007 | Bill | Inv. 586 | 468.00 | 468.00 | | 468.00 |
| 6/13/2007 | Bill | Inv. 587 | 626.60 | 626.60 | | 626.60 |
| | | | | Check Amount | | 1,094.60 |

Key Bank Operating

1,094.60

38016

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA  91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

INVOICE # A000DE4A
FIRM # 1186475
INVOICE DATE: 3/09/2006
DUE UPON RECEIPT

**Donna J. McCready**
**Ashburn & Mason**
**1130 West Sixth Avenue**
**Suite 100**
**Anchorage, AK  99501**

Please refer to the Invoice # and your Firm # in any
correspondence.  Contact Diana Pozo, dpozo@depo.com.

ABI's Federal ID#:  95-4189037

| | |
|---|---|
| Setting Firm: | Ashburn & Mason |
| Taking Attorney: | Donna J. McCready |
| Case Name: | Kimberly Allen v. USA |
| Case #: | 3:04-CV-0131-JKS |
| Claim #: | |
| Insurance Co.: | |
| Insured: | |
| Client's Ref. #1: | |
| Client's Ref. #2: | |
| Adjuster: | |

DOL:

# RECEIVED

MAR 2 7 2006

ASHBURN & MASON

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of Richard A. Rubenstein MD, taken February 22, 2006. | $    1,532.26 |
| BALANCE DUE | $    1,532.26 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . .  Fold and tear at this perforation

**15**

*ALASKA STENOTYPE REPORTERS, INC.*
*511 WEST NINTH AVENUE*
*ANCHORAGE, AK   99501*
*907-276-1680*


*DONNA J. McCREADY*
*ASHBURN & MASON*
*1130 W 6TH AVENUE*
*SUITE 100*
*ANCHORAGE, AK   99501*

*Inv.No.*
*87242*


*Inv.Date*
*05/06/2005    3168    A04-0131*

*Re: ALLEN v USA*
*Assignment Date: April 12, 2005*


*DEPOSITION OF: TIM SCHEFFEL, DO*

| | | | | |
|---|---|---|---|---|
| *ORIGINAL AND ONE COPY* | *111.0* | *Pages @* | *3.60* | *399.60* |
| *APPEARANCE FEE* | | | | *135.00* |
| *SCANNED EXHIBITS TO DISK* | | | | *1.50* |
| | | | | *==========* |
| | | *Total Amount $* | | *536.10* |

*PAYMENT DUE UPON RECEIPT OF INVOICE*


# 1094.008
Ok to pay
B


*ALASKA STENOTYPE REPORTERS, INC.*
*Federal Tax Id#: 92-0082177*


**16**

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA  91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

INVOICE # A000DA7A
FIRM # 1186475
INVOICE DATE: 3/02/2006
DUE UPON RECEIPT

Donna J. McCready
Ashburn & Mason
1130 West Sixth Avenue
Suite 100
Anchorage, AK  99501

Please refer to the Invoice # and your Firm # in any
correspondence.  Contact Diana Pozo, dpozo@depo.com.

ABI's Federal ID#:  95-4189037

RECEIVE

MAR 1 0 2006

ASHBURN & MAS

| | |
|---|---|
| Setting Firm: | Ashburn & Mason |
| Taking Attorney: | Donna J. McCready |
| Case Name: | Kimberly Allen vs USA |
| Case #: | 3:04-CV-0131-JKS |
| Claim #: | |
| Insurance Co.: | |
| Insured: | |
| Client's Ref. #1: | |
| Client's Ref. #2: | 10194.008 |
| Adjuster: | |

DOL:

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of Ronald F. Shallat, M.D., taken February 17, 2006. | $    1,417.14 |
| | |
| **BALANCE DUE** | $    1,417.14 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

pd
19396
3/29/06

**17**



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/5/2005 | 218199 |

| BILL TO |
|---------|
| Ashburn & Mason<br>1130 W. 6th Ave., #100<br>Anchorage, AK  99501 |

| SHIP TO |
|---------|
| Same<br>Attn: Barbara<br>276-4331 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
|  | Net 30 | JMJ |  | 10194 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 140 | 8.5 x 11, 8.5 x 14, copying partial | 193 | 0.10 | 19.30 |

| Signature: | **Total** | $19.30 |
|------------|-----------|--------|

**18**



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/5/2005 | 218202 |

| BILL TO | SHIP TO |
|---------|---------|
| Ashburn & Mason<br>1130 W. 6th Ave., #100<br>Anchorage, AK  99501 | Same<br>Attn: Barbara<br>276-4331 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
| | Net 30 | JMJ | | 10194.008 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 140 | 8.5 x 11,8.5 x 14, copying partial | 786 | 0.10 | 78.60 |

| Signature: | **Total** | $78.60 |
|------------|-----------|--------|



# Alaska Legal Copy



# Invoice

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

| DATE | INVOICE # |
|------|-----------|
| 8/5/2005 | 218200 |

| BILL TO |
|---------|
| Ashburn & Mason |
| 1130 W. 6th Ave., #100 |
| Anchorage, AK  99501 |

| SHIP TO |
|---------|
| Same |
| Attn: Barbara |
| 276-4331 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
|  | Net 30 | JMJ |  | 10194.008 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 140 | 8.5 x 11,8.5 x 14, copying partial | 314 | 0.10 | 31.40 |

| | Total | $31.40 |
|--|-------|--------|

gnature:

COPY AMERICA
115 SANSOME ST
SAN FRANCISCO, CA 94104

TIME  6:00 PM     DATE 02/16/06
TERM# 0020201Z     MER# 008325187260998
TRAN TYPE SALE
#xxxxxxxxxxxx0611
CARD TYPE VISA
SEQ #     002
TICKET # 000000560
AUTH CODE 011311

TOTAL                    $36.62

SIGN X_____
          DONNA MCCREADY

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

CUSTOMER COPY

---

COPY AMERICA
115 SANSOME STREET
SAN FRANCISCO
415 433 0101
8AM TO 6PM

02-16-06 MC #:0000

                15x
                2.25@
C RENTAL    $33.75T1
            $2.87T1

TOTAL
            $36.62
CHARGE   $36.62

PM 6-18  0039

CORY AMERICA
115 SANSOME ST
SAN FRANCISCO, CA 94104

TIME 12:17 PM    DATE 02/22/06
TERM# 00002017   MER# 000025167200599
TRAN TYPE SALE
#xxxxxxxxxxxx0611
CARD TYPE VISA
SEQ #    001
TICKET # 0000000565
AUTH CODE 011645

TOTAL              $16.09

SIGN X_____
              DONNA MCCREADY

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

CUSTOMER COPY

---

COPYAMERICA
115 SANSOME STREET
SAN FRANCISCO
415 433 0101
DAN TO 6PM

10194.008

02-22-06 MC #:00000

10194.008

                   15x
                   0.170

SELF SERVICE
              *2.55T1
              6.5x
              0.850

SELF SERVICE
              *5.53T1
              15x
              0.450

C RENTAL   *5.75T1
           *1.25T1

TOTAL
           *16.09
CHARGE     *16.09

     PM12-35   0061

[ Counter per User Code ]

Date of Today:Thu Mar  1 09:36:33 2007

| User Code | User Name | Copier/Docu. Server | | Printer | | Pages |
|---|---|---|---|---|---|---|
| | | A3/DLT | Others | A3/DLT | Others | Others |
| 1 | 000 Screen | | 0 | 1210 | 0 | 1210 |
| 2 | 111 Office | | 0 | 2263 | 0 | 2263 |
| 3 | 200 Smith, Thomas | | 0 | 0 | 0 | 0 |
| 4 | 201 Anderson, John | | 0 | 0 | 0 | 0 |
| 5 | 203 Roy | | 0 | 0 | 0 | 0 |
| 6 | 204 Kowakski | | 0 | 3 | 0 | 3 |
| 7 | 205 Murtagh | | 0 | 0 | 0 | 0 |
| 8 | 207 Levine | | 0 | 0 | 0 | 0 |
| 9 | 208 Allen | | 0 | 1 | 0 | 1 |
| 10 | 210 Dow v. Poole | | 0 | 0 | 0 | 0 |
| 11 | 211 Dimientieff | | 0 | 0 | 0 | 0 |
| 12 | 212 Rabalais | | 0 | 0 | 0 | 0 |
| 13 | 213 CVRF Pavlof Sanko | | 0 | 131 | 0 | 131 |
| 14 | 214 Buntea | | 0 | 0 | 0 | 0 |
| 15 | 215 Griffith | | 0 | 0 | 0 | 0 |
| 16 | 216 Chimienti | | 0 | 1003 | 0 | 1003 |
| 17 | 217 Lutes | | 0 | 1826 | 0 | 1826 |
| 18 | 218 Rollins | | 0 | 0 | 0 | 0 |
| 19 | 220 Bechtol | | 0 | 0 | 0 | 0 |
| 20 | 221 Drones | | 0 | 80 | 0 | 80 |
| 21 | 224 Putney | | 0 | 0 | 0 | 0 |
| 22 | 225 Favor | | 0 | 2 | 0 | 2 |
| 23 | 227 Carlson v. Hartford | | 0 | 1113 | 0 | 1113 |
| 24 | 228 Bashaw | | 0 | 0 | 0 | 0 |
| 25 | 229 Almeida | | 0 | 0 | 0 | 0 |
| 26 | 230 Oakland-Alameda | | 0 | 0 | 0 | 0 |
| 27 | 231 Santer | | 0 | 0 | 0 | 0 |
| 28 | 232 Merrick | | 0 | 20 | 0 | 20 |
| 29 | 234 Fera | | 0 | 0 | 0 | 0 |
| 30 | 235 Coastal v. Trident | | 0 | 19 | 0 | 19 |
| 31 | 236 Dodson | | 0 | 0 | 0 | 0 |
| 32 | 237 Waskey | | 0 | 0 | 0 | 0 |
| 33 | 238 Martinez | | 0 | 0 | 0 | 0 |
| 34 | 239 Husselbee | | 0 | 0 | 0 | 0 |
| 35 | 240 Okitun | | 0 | 0 | 0 | 0 |
| 36 | 242 Van. Emon | | 0 | 179 | 0 | 179 |
| 37 | 243 Poole | | 0 | 0 | 0 | 0 |
| 38 | 244 Esera | | 0 | 17 | 0 | 17 |
| 39 | 245 Moffitt | | 0 | 137 | 0 | 137 |
| 40 | 246 Young | | 0 | 0 | 0 | 0 |

Handwritten annotations:
- 45 = 5 Ent
- = 3 Ent
- = 1 Ent
- = 131 Ent
- = 1003 Ent
- = 1826 Ent
- = 80 Ent
- = 2 ent /1278 = 2391 Ent
- →120 = 120 Ent
- = 20 Ent
- = 19 Ent
- = 179 Ent
- = 17 Ent
- = 137 Ent

Data of Today:Tue Apr  3 08:58:45 2007

# [ Counter per User Code ]

| User Code | User Name | Copier/Docu. Server | | Printer | | Pages | |
|---|---|---|---|---|---|---|---|
| | | A3/DLT | Others | A3/DLT | Others | A3/DLT | Others |
| 1 | 000 Screen | 0 | 0 | 200 | 0 | 200 | 0 |
| 2 | 111 Office | 0 | 0 | 2649 | 0 | 2649 | 0 |
| 3 | 200 Smith, Thomas | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | 201 Anderson, John | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | 203 Roy | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 204 Kowalski | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 205 Murtagh | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 207 Levine | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 208 Allen | 0 | 0 | 4 | 0 | 4 | 0 |
| 10 | 210 Dow v. Poole | 0 | 0 | 319 | 0 | 319 | 0 |
| 11 | 211 Dimientieff | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | 212 Rabalais | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | 213 CVRF Pavlof Sanko | 0 | 0 | 56 | 0 | 56 | 0 |
| 14 | 214 Buntea | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 215 Griffith | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 216 Chimienti | 0 | 0 | 34 | 0 | 34 | 0 |
| 17 | 217 Lutes | 0 | 0 | 52 | 0 | 52 | 0 |
| 18 | 218 Rollins | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 220 Bechtol | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 221 Drones | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 223 YAK Rogers | 0 | 0 | 68 | 0 | 68 | 0 |
| 22 | 224 Putney | 0 | 0 | 628 | 0 | 628 | 0 |
| 23 | 225 Favor | 0 | 0 | 6128 | 0 | 6128 | 0 |
| 24 | 227 Carlson v. Hartford | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 228 Bashaw | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | 229 Almeida | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | 230 Oakland-Alameda | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | 231 Santer | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 232 Merrick | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | 234 Fera | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | 235 Coastal v. Trident | 0 | 0 | 37 | 0 | 37 | 0 |
| 32 | 236 Dodson | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | 237 Waskey | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | 238 Martinez | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 | 239 Husselbee | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | 242 Van Emon | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 | 243 Poole | 0 | 0 | 6930 | 0 | 6930 | 0 |
| 38 | 244 Esera | 0 | 0 | 0 | 0 | 0 | 0 |
| 39 | 245 Moffitt | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 | 246 Young | 0 | 0 | 0 | 0 | 0 | 0 |

Handwritten annotations in right margin:
- +179 = 179 ✓
- = 4
- 319 = 319 ✓
- 56 = 54 ✓
- 34 = 34 ✓
- 52 = 52 ✓
- 68 = 68 ✓
- 628 = 628 ✓
- 6128 = 1627 / +1627 = 1627 ✓
- +13 = 13 ✓
- 37 = 37 ✓
- 6930 + 260 = 7190 ✓

[ Counter per User Code ]

Data of Today:Fri Apr 27 15:56:30 2007

| User Code | User Name | Copier/Docu. Server | | Printer | | Pages |
|---|---|---|---|---|---|---|
| | | A3/DLT | Others | A3/DLT | Others | |
| 1 | 000 Screen | 0 | 42 | 0 | 0 | 42 |
| 2 | 111 Office | 14 | 1862 | 0 | 0 | 1876 |
| 3 | 200 Smith, Thomas | 0 | 0 | 0 | 0 | 0 |
| 4 | 201 Anderson, John | 0 | 0 | 0 | 0 | 0 |
| 5 | 203 Roy | 0 | 0 | 0 | 0 | 0 |
| 6 | 204 Kowakski | 0 | 0 | 0 | 0 | 0 |
| 7 | 205 Murtagh | 0 | 0 | 0 | 0 | 0 |
| 8 | 207 Levine | 0 | 147 | 0 | 0 | 147 |
| 9 | 208 Allen | 0 | 3959 | 0 | 0 | 3959 |
| 10 | 210 Dow v. Poole | 0 | 0 | 0 | 0 | 0 |
| 11 | 211 Dimientieff | 0 | 0 | 0 | 0 | 0 |
| 12 | 212 Rabalais | 0 | 0 | 0 | 0 | 0 |
| 13 | 213 CVRF Pavlof Sanko | 0 | 0 | 0 | 0 | 0 |
| 14 | 214 Buntea | 0 | 0 | 0 | 0 | 0 |
| 15 | 215 Griffith | 0 | 0 | 0 | 0 | 0 |
| 16 | 216 Chimlenti | 0 | 55 | 0 | 0 | 55 |
| 17 | 217 Lutes | 0 | 5 | 0 | 0 | 5 |
| 18 | 218 Rollins | 0 | 0 | 0 | 0 | 0 |
| 19 | 220 Bechtol | 0 | 0 | 0 | 0 | 0 |
| 20 | 221 Drones | 0 | 42 | 0 | 0 | 42 |
| 21 | 223 YAK Rogers | 0 | 323 | 0 | 0 | 323 |
| 22 | 224 Putney | 0 | 354 | 0 | 0 | 354 |
| 23 | 225 Favor | 0 | 445 | 0 | 0 | 445 |
| 24 | 227 Carlson v. Hartford | 0 | 0 | 0 | 0 | 0 |
| 25 | 228 Bashaw | 0 | 0 | 0 | 0 | 0 |
| 26 | 229 Almeida | 0 | 0 | 0 | 0 | 0 |
| 27 | 230 Oakland-Alameda | 0 | 3 | 0 | 0 | 3 |
| 28 | 231 Sahter | 0 | 0 | 0 | 0 | 0 |
| 29 | 232 Merrick | 0 | 0 | 0 | 0 | 0 |
| 30 | 234 Fera | 0 | 0 | 0 | 0 | 0 |
| 31 | 235 Coastal v. Trident | 0 | 445 | 0 | 0 | 445 |
| 32 | 236 Dodson | 0 | 0 | 0 | 0 | 0 |
| 33 | 237 Waskey | 0 | 0 | 0 | 0 | 0 |
| 34 | 238 Martinez | 0 | 0 | 0 | 0 | 0 |
| 35 | 239 Husselbee | 0 | 0 | 0 | 0 | 0 |
| 36 | 241 Osei | 0 | 0 | 0 | 0 | 0 |
| 37 | 242 Van Emon | 0 | 0 | 0 | 0 | 0 |
| 38 | 243 Poole | 0 | 2494 | 0 | 0 | 2494 |
| 39 | 244 Esera | 0 | 0 | 0 | 0 | 0 |
| 40 | 245 Moffitt | 0 | 0 | 0 | 0 | 0 |

+1800 46 = 46 Ent
+ 300 = 300 Ent
147 + 115 = 262 Ent
3959 = 3959 Ent
+ 138 = 138 Ent
= 55 Ent
= 5 Ent
0 + 100 = 100 Ent
= 42 Ent
= 323 Ent
= 354 Ent
= 445 Ent
1630 = 1630 Ent
= 3 Ent
+ 13 = 13 Ent
= 445 Ent
2494 + 470 = 2964 Ent

[ Counter per User Code ]

| # | User Code | User Name | Copier/Docu. Server A3/DLT | Copier/Docu. Server Others | Printer A3/DLT | Printer Others | Pages |
|---|---|---|---|---|---|---|---|
| 1 | 000 | Screen | 0 | 0 | 151 | 0 | 151 |
| 2 | 111 | Office | 0 | 1 | 1811 | 0 | 1812 |
| 3 | 200 | Smith, Thomas | 0 | 0 | 0 | 0 | 0 |
| 4 | 201 | Anderson, John | 0 | 0 | 0 | 0 | 0 |
| 5 | 203 | Roy | 0 | 0 | 0 | 0 | 0 |
| 6 | 204 | Kowakski | 0 | 0 | 0 | 0 | 0 |
| 7 | 205 | Murtagh | 0 | 0 | 0 | 0 | 0 |
| 8 | 207 | Levine | 0 | 0 | 0 | 0 | 0 |
| 9 | 208 | Allen | 0 | 0 | 3650 | 0 | 3650 |
| 10 | 210 | Doe 2 v. Poole | 2 | 0 | 9219 | 0 | 9221 |
| 11 | 211 | Dimientleff | 0 | 0 | 0 | 0 | 0 |
| 12 | 212 | Rabalais | 0 | 0 | 0 | 0 | 0 |
| 13 | 213 | CVRF Pavlof Sanko | 0 | 0 | 0 | 0 | 0 |
| 14 | 214 | Buntea | 0 | 0 | 0 | 0 | 0 |
| 15 | 215 | Griffith | 0 | 0 | 0 | 0 | 0 |
| 16 | 216 | Chimienti | 0 | 0 | 0 | 0 | 0 |
| 17 | 217 | Lutes | 0 | 0 | 5 | 0 | 5 |
| 18 | 218 | Rollins | 0 | 0 | 5 | 0 | 5 |
| 19 | 220 | Bechtol | 0 | 0 | 0 | 0 | 0 |
| 20 | 221 | Drones | 0 | 0 | 0 | 0 | 0 |
| 21 | 223 | YAK Rogers | 0 | 0 | 0 | 0 | 0 |
| 22 | 224 | Putney | 0 | 0 | 32 | 0 | 32 |
| 23 | 225 | Favor | 0 | 0 | 9 | 0 | 9 |
| 24 | 227 | Carlson v. Hartford | 0 | 0 | 143 | 0 | 143 |
| 25 | 228 | Bashaw | 0 | 0 | 55 | 0 | 55 |
| 26 | 229 | Almeida | 0 | 0 | 0 | 0 | 0 |
| 27 | 230 | Oakland-Alameda | 0 | 0 | 83 | 0 | 83 |
| 28 | 231 | Santer | 0 | 0 | 0 | 0 | 0 |
| 29 | 232 | Merrick | 0 | 0 | 0 | 0 | 0 |
| 30 | 234 | Fera | 0 | 0 | 0 | 0 | 0 |
| 31 | 235 | Coastal v. Trident | 0 | 0 | 0 | 0 | 0 |
| 32 | 236 | Dodson | 0 | 0 | 1698 | 0 | 1698 |
| 33 | 237 | Waskey | 0 | 0 | 0 | 0 | 0 |
| 34 | 238 | Martinez | 0 | 0 | 0 | 0 | 0 |
| 35 | 239 | Husselbee | 0 | 0 | 192 | 0 | 192 |
| 36 | 240 | Nettles | 0 | 0 | 1507 | 0 | 1507 |
| 37 | 241 | Osei | 0 | 0 | 23 | 0 | 23 |
| 38 | 242 | Van Emon | 0 | 0 | 0 | 0 | 0 |
| 39 | 243 | Poole | 0 | 0 | 0 | 0 | 0 |
| 40 | 244 | Esera | 0 | 0 | 1081 | 0 | 1081 |

Handwritten marginalia (illegible calculations): "www Cnt 1"; "949 cnt"; "157 cnt"; "4461 cnt"; "83 cnt"; "=9221 cnt"; "5 cnt"; "88=88 cnt"; "32 cnt"; "143 cnt"; "380 cnt"; "1045 cnt"; "1698 cnt"; "192 cnt"; "1507 cnt"; "23 cnt"; "=1115 cnt"

Data of Today:Fri Jun 29 15:11:18 2007

[ Counter per User Code ]

| User Code | User Name | Copier/Docu. Server | | Printer | | Pages |
|---|---|---|---|---|---|---|
| | | A3/DLT | Others | A3/DLT | Others | |
| 1 | 000 Screen | 0 | 0 | 0 | 0 | 12 |
| 2 | 111 Office | 0 | 2025 | 0 | 2025 | 2025 |
| 3 | 200 Smith, Thomas | 0 | 0 | 0 | 0 | 0 |
| 4 | 201 Anderson, John | 0 | 0 | 0 | 0 | 0 |
| 5 | 203 Roy | 0 | 0 | 0 | 0 | 0 |
| 6 | 204 Kowakski | 0 | 0 | 0 | 0 | 0 |
| 7 | 205 Murtagh | 0 | 0 | 0 | 0 | 0 |
| 8 | 207 Levine | 0 | 0 | 0 | 0 | 0 |
| 9 | 208 Allen | 0 | 939 | 0 | 939 | 939 |
| 10 | 210 Doe 2 v. Poole | 0 | 0 | 0 | 0 | 0 |
| 11 | 211 Dimlentieff | 0 | 0 | 0 | 0 | 0 |
| 12 | 212 Rabalais | 0 | 0 | 0 | 0 | 0 |
| 13 | 213 CVRF Pavlof Sanko | 0 | 0 | 0 | 0 | 0 |
| 14 | 214 Buntea | 0 | 0 | 0 | 0 | 0 |
| 15 | 215 Griffith | 0 | 0 | 0 | 0 | 0 |
| 16 | 216 Chimienti | 0 | 0 | 0 | 0 | 0 |
| 17 | 217 Lutas | 0 | 143 | 0 | 143 | 143 |
| 18 | 218 Rollins | 0 | 0 | 0 | 0 | 0 |
| 19 | 220 Bechtol | 0 | 0 | 0 | 0 | 0 |
| 20 | 221 Drones | 0 | 0 | 0 | 0 | 0 |
| 21 | 223 YAK Rogers | 0 | 0 | 0 | 0 | 0 |
| 22 | 224 Putney | 0 | 0 | 0 | 0 | 0 |
| 23 | 225 Favor | 0 | 399 | 0 | 399 | 399 |
| 24 | 227 Carlson v. Hartford | 0 | 122 | 0 | 122 | 122 |
| 25 | 228 Bashaw | 0 | 0 | 0 | 0 | 0 |
| 26 | 229 Almeida | 0 | 0 | 0 | 0 | 0 |
| 27 | 230 Oakland-Alameda | 0 | 472 | 0 | 472 | 472 |
| 28 | 231 Santer | 0 | 0 | 0 | 0 | 0 |
| 29 | 232 Merrick | 0 | 0 | 0 | 0 | 0 |
| 30 | 234 Fera | 0 | 0 | 0 | 0 | 0 |
| 31 | 235 Coastal v. Trident | 0 | 0 | 0 | 0 | 0 |
| 32 | 236 Dodson | 0 | 2296 | 0 | 2296 | 2296 |
| 33 | 237 Waskey | 0 | 0 | 0 | 0 | 0 |
| 34 | 238 Martinez | 0 | 0 | 0 | 0 | 0 |
| 35 | 239 Husselbee | 0 | 0 | 0 | 0 | 0 |
| 36 | 240 Nettles | 0 | 10 | 0 | 10 | 10 |
| 37 | 241 Osei | 0 | 0 | 0 | 0 | 0 |
| 38 | 242 Van Emon | 0 | 0 | 0 | 0 | 0 |
| 39 | 243 Poole | 0 | 0 | 0 | 0 | 0 |
| 40 | 244 Esera | 0 | 738 | 0 | 738 | 738 |

Handwritten annotations:
all entry
3154 ✓
+ 489 ✓
+ 3421 = 4360 ✓
+ 1051 ✓
+ 166 ✓
+ 167 ✓
+ 167 ✓
+ 2055 ✓
2296 ✓
4652 = 821 ✓

In House Copies

| | | |
|---|---|---|
| Dec-06 | 18 @ .15 | $2.70 |
| Nov-06 | 234 @ .15 | $35.10 |
| Oct-06 | 90 @ .15 | $13.50 |
| Aug-06 | 61 @ .15 | $9.15 |
| Jul-06 | 15 @ .15 | $2.25 |
| May-06 | 78 @ .15 | $11.70 |
| Mar-06 | 14 @ .15 | $2.10 |
| Feb-06 | 256 @ .15 | $38.40 |
| Jan-06 | 70 @ .15 | $10.50 |
| | | |
| Dec-05 | 1298 @ .15 | $194.70 |
| Nov-05 | 177 @ .15 | $26.55 |
| Oct-05 | 66 @ .15 | $9.90 |
| Sep-05 | 567 @ .15 | $85.05 |
| Aug-05 | 611 @ .15 | $91.65 |
| Jul-05 | 289 @ .15 | $43.35 |
| Jun-05 | 39 @ .15 | $5.85 |
| May-05 | 299 @ .15 | $44.85 |
| Apr-05 | 467 @ .15 | $70.05 |
| Mar-05 | 82 @ .15 | $12.30 |
| Feb-05 | 26 @ .15 | $3.90 |
| | | |
| Dec-04 | 44 @ .15 | $6.60 |
| Nov-04 | 104 @ .15 | $15.60 |
| Oct-04 | 24 @ .15 | $3.60 |

4929 copies x .15 = 739.35



4011 Arctic Blvd Suite 103
Anchorage, Alaska. 99503
Ph (907) 561-4060
Fax (907)561-4086

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/25/2007 | 16587 |

| BILL TO | SHIP TO |
|---------|---------|
| Friedman Rubin & White<br>1227 W 9th Ave.<br>Anchorage, Alaska. 99501 | Same<br>Attn: Angela<br>258-0704 |

| P.O. NO. | TERMS | JOB NUMBER |
|----------|-------|------------|
|  | Net 30 | Allen |

| ORIGINALS | # OF SETS | DESCRIPTION | QTY | RATE | AMOUNT |
|-----------|-----------|-------------|-----|------|--------|
| 1189 | 3 | 8.5 x 11 Copies | 3,567 | 0.10 | 356.70 |
| 5 | 3 | 8.5 x 11 Color Copies | 15 | 0.99 | 14.85 |
| 1194 | 4 | 3 Hole Drilling | 4,776 | 0.005 | 23.88 |

*Trial Exhibit*

Received By: *[signature]*

| Total | $395.43 |
|-------|---------|

FRIEDMAN, RUBIN & WHITE

5973

Northern Duplicating Inc.

| | | | | 5/11/2007 | | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 5/10/2007 | Bill | 16587 Allen | 395.43 | 395.43 | | 395.43 |
| 5/10/2007 | Bill | 16650 Drones | 510.72 | 510.72 | | 510.72 |
| 5/10/2007 | Bill | 16647 Dimentieff | 154.96 | 154.96 | | 154.96 |
| | | | | | Check Amount | 1,061.11 |

Key Bank Operating

1,061.11

38016

# Northern Duplicating Inc.

4011 Arctic Blvd Suite 103
Anchorage, Alaska. 99503
Ph (907) 561-4060
Fax (907)561-4086

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/17/2007 | 16792 |

**BILL TO**

Friedman Rubin & White
1227 W 9th Ave.
Anchorage, Alaska. 99501

**SHIP TO**

Same
Attn: Angela
258-0704

| P.O. NO. | TERMS | JOB NUMBER |
|---|---|---|
| | Net 30 | Allen |

| ORIGINALS | # OF SETS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 876 | 1 | 8.5 x 11 Copies | 876 | 0.11 | 96.36 |
| 44 | 2 | Staples | 88 | 0.10 | 8.80 |
| | | *(allen)* | | | |
| | | | info re defense expert R. Rebenstein | | |
| | | Orig's to: Dillon & Finnley | | | |

Received By: _____

| **Total** | **$105.16** |
|---|---|

6047

FRIEDMAN, RUBIN & WHITE

Northern Duplicating Inc.

6/6/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/25/2007 | Bill | Inv. 16792 *allen* | 105.16 | 105.16 | | 105.16 |
| 6/5/2007 | Bill | Inv. 16876 *Drones* | 33.69 | 33.69 | | 33.69 |
| | | | | | Check Amount | 138.85 |

Key Bank Operating

138.85

|||||||||||||  38016



**P**rofessional
**L**egal
**C**opy

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2678
www.prolegalcopy.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2005 | 70623 |

| Bill To |
|---------|
| Ashburn & Mason<br>1130 W. 6th Ave. Suite 100<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Ashburn & Mason<br>1130 W. 6th Ave. Suite 100<br>Anchorage, AK 99501 |

| Client.Matter | Terms | Ship Via |
|---------------|-------|----------|
| 10194.008 | Delivery | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 863 | 0.09 | 77.67 |
| | | | |
| Attn: Jennifer | | | |

| All work is complete! | **Total** | **$77.67** |
|-----------------------|-----------|------------|

18900

**ASHBURN & MASON, INC.**
1130 W. 6TH AVE., SUITE 100
ANCHORAGE, AK 99501
(907) 276-4331

FIRST NATIONAL BANK A L A S K A
89-6-1252

11/28/2005

PAY TO THE
ORDER OF___ Professional Legal Copy _____ $ **77.67

Seventy-Seven and 67/100***************************************************************************** DOLLARS

Professional Legal Copy

MEMO

⑈018900⑈ ⑆125200060⑆ 0115 075 4⑈

---

ASHBURN & MASON, INC.                                                    18900
    Professional Legal Copy                                  11/28/2005
                            10194.008                                    77.67



112 - 1st Nat'l Bank/A                                                   77.67

**ASHBURN & MASON, INC.**                                                18900
    Professional Legal Copy                                  11/28/2005
                            10194.008                                    77.67

112 - 1st Nat'l Bank/A                                                   77.67

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

17673

**ASHBURN & MASON, INC.**
1130 W. 6TH AVE., SUITE 100
ANCHORAGE, AK 99501
(907) 276-4331

FIRST NATIONAL BANK A L A S K A
89-6-1252

1/28/2005

PAY TO THE
ORDER OF____ Valdez Regional Health Authority                          $ **15.88

Fifteen and 88/100************************************************************************ DOLLARS

Valdez Regional Health Authority
P.O. Box 550
Valdez, AK  99686

MEMO _____

⑈017673⑈ ⑆125200060⑆ 0115 075 4⑈

---

**ASHBURN & MASON, INC.**
    Valdez Regional Health Authority        1/28/2005        17673
          10194.008                                    15.88



CHANGED

112 - 1st Nat'l Bank/Anch.                                              15.88

**ASHBURN & MASON, INC.**
    Valdez Regional Health Authority        1/28/2005        17673
          10194.008                                    15.88

PAYMENT RECORD

112 - 1st Nat'l Bank/Anch.                                              15.88

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

# Invoice
## Records Release
Valdez Regional Health Authority
PO Box 550 Valdez, AK 99686
907-835-2249, Fax: 907-835-3735
Confidential Fax: 907-835-2503

*After records will run this gets paid DM 1/18/05*

Tax ID# 92-0151985

Invoice Number:    99

Department:    HIM        Date:    1/13/2005

Provided to:    Ashburn and Mason, PC

Address:    1130 West Sixth Ave, Suite 100

City/State:    Anchorage, AK 99501

| | QTY | PRICE | TOTAL |
|---|---|---|---|
| | 12 | 11.00 | 11.00 |

Enclosed is copy of the records requested for:    Todd Allen    DOB:    3/30/1967

Medical Record Number:    **27468**

Records Release or Request was dated:    **1/5/2005**

| Copy Fee: | | | | |
|---|---|---|---|---|
| 1-10 pages | 1.00 per page | | 10 | 1.00 | 10.00 |
| 11+ pages | .50 per page | | 2 | 0.50 | 1.00 |

Standard Certified Mail Fee    4.05
Standard Postage Fee    0.83

**TOTAL DUE UPON RECEIPT**    **15.88**

# 10194.008

Records released by    Janell Adamson

*OK to pay*