ALASKA STENOTYPE REPORTERS, INC.
511 WEST NINTH AVENUE
ANCHORAGE, AK  99501
907-276-1680

DONNA J. McCREADY
ASHBURN & MASON
1130 W 6TH AVENUE
SUITE 100
ANCHORAGE, AK  99501

Inv.No.
87236

Inv.Date
05/06/2005    3168    A04-0131

Re: KIMBERLY ALLEN v USA
Assignment Date: April 12, 2005

DEPOSITION OF: KIMBERLY ALLEN

| | | | |
|---|---|---|---|
| ONE COPY | 59.0 Pages @ 1.60 | | 94.40 |
| SCANNED EXHIBITS TO DISK | | | 4.50 |
| | | Total Amount $ | 98.90 |

PAYMENT DUE UPON RECEIPT OF INVOICE

#10194.008
OK do pay
B

ALASKA STENOTYPE REPORTERS, INC.
Federal Tax Id#: 92-0082177

19

Alaska Stenotype Reporters

511 West Ninth Ave.
Anchorage, AK 99501

RECEIVED
JAN 0 2 2007
ASHBURN & MASON

# Invoice

| Date | Invoice # |
|---|---|
| 1/2/2007 | 755 |

*Allen v US*
*Dw*
*oky*

| Bill To |
|---|
| MCCREADY, DONNA<br>ASHBURN AND MASON, PC<br>1130 WEST SIXTH AVE<br>SUITE 100<br>ANCHORAGE, AK 99501 |

| 09/20/2006 |
|---|
| Assignment Date |

| Deponent | Terms | Due Date | Reporter | Case # |
|---|---|---|---|---|
| KIMBERLY ALLEN | Due on receipt | 1/2/2007 | BC | 3:04-CV-000131 JKS |

| Item | Description | Pg./Hr. | Rate | Amount |
|---|---|---|---|---|
| R-CO... | ONE COPY-KIMBERLEY ALLEN PERSON REP. OF THE ESTATE OF TODD ALLEN | 45 | 1.90 | 85.50 |
| EXHI... | EXHIBITS SCANNED TO DISC | 1 | 0.15 | 0.15 |
| DELI... | DELIVERY FEE | | 4.00 | 4.00 |
| | THANKS | | | |

*85.65*

| | Total | $89.65 |
|---|---|---|

TAX ID # 92-0082177
THANKS FOR YOUR BUSINESS!

| | Balance Due | $89.65 |
|---|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| (907) 276-1680 | (907) 276-8016 | aksteno@acsalaska.net |



**FRIEDMAN, RUBIN & WHITE**  5457

| | Alaska Stenotype Reporters, Inc. | | | 1/11/2007 | | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 01/10/2007 | Bill | INv. 755 | 89.65 | 89.65 | | 89.65 |
| | | | | | Check Amount | 89.65 |

Key Bank Operating    Inv. No. 755/Allen/Dep of Kim Allen    89.65

 38016



**Atkinson-Baker, Inc. -- Main Office**
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

INVOICE # A000F66B
FIRM # 1186475
INVOICE DATE: 3/09/2006
DUE UPON RECEIPT

**Donna J. McCready**
**Ashburn & Mason**
**1130 West Sixth Avenue**
**Suite 100**
**Anchorage, AK 99501**

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozo@depo.com.

ABI's Federal ID#: 95-4189037

Setting Firm: United States Department of Justice
Taking Attorney: Gary M. Guarino
Case Name: Allen vs USA
Case #: 3:04-cv-0131-JKS

10194.008

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Robert Clark Cantu, M.A., taken February 15, 2006. | $ 624.65 |
| BALANCE DUE | $ 624.65 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

pd
19396
3/29/06

**21**

**Atkinson-Baker, Inc. -- Main Office**
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozo@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # A000F65B**
**FIRM # 1186475**
**INVOICE DATE: 3/16/2006**
**DUE UPON RECEIPT**

Setting Firm: United States Department of Justice
Taking Attorney: Gary M. Guarino
Case Name: Kimberly Allen vs. United States of Amer
Case #: 3:04-cv-0131-JKS

**Donna J. McCready**
Ashburn & Mason
1130 West Sixth Avenue
Suite 100
Anchorage, AK 99501

*okor DOM / 101944.069*

**RECEIVED**
MAR 2 7 2006
ASHBURN & MASON

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Frank Mannix, M.D., taken February 14, 2006. | $ 454.85 |
| **BALANCE DUE** | $ 454.85 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

*pd 19396 3/29/06*

**22**

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA 91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

**INVOICE # A000F67B**
**FIRM # 1186475**
**INVOICE DATE: 3/08/2006**
**DUE UPON RECEIPT**

**Donna J. McCready**
**Ashburn & Mason**
**1130 West Sixth Avenue**
**Suite 100**
**Anchorage, AK 99501**

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozo@depo.com.

ABI's Federal ID#: 95-4189037

Setting Firm: United States Department of Justice
Taking Attorney: Gary M. Guarino
Case Name: Allen vs USA
Case #: 3:04-cv-0131-JKS

10194.008

**RECEIVED**
MAR 2 0 2006
ASHBURN & MASON

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Elda Ramirez, taken February 21, 2006. | $ 422.05 |
| BALANCE DUE | $ 422.05 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · ·

pd
19396
3/29/06

**23**

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA 91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

INVOICE # A0039F7B
FIRM # 1186475
INVOICE DATE: 5/30/2006
DUE UPON RECEIPT

**Donna J. McCready**
**Ashburn & Mason**
**1130 West Sixth Avenue**
**Suite 100**
**Anchorage, AK 99501**

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozo@depo.com.

ABI's Federal ID#: 95-4189037

Setting Firm: United States Department of Justice
Taking Attorney: Gary M. Guarino
Case Name: Allen vs USA
Case #: 3:04-cv-0131-JKS

10194.008  140

**RECEIVED**

JUN 0 9 2006

ASHBURN & MASON

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Susan Shott, Ph.D., taken May 2, 2006. | $ 296.80 |
| BALANCE DUE | $ 296.80 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE  $296.80

INVOICE # A0039F7B
FIRM # 1186475

From:

Donna J. McCready
Ashburn & Mason
1130 West Sixth Avenue
Suite 100
Anchorage, AK 99501

For: Certified copy of the reporter's transcript of the deposition of Susan Shott, Ph.D., taken May 2, 2006.

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



19680

**ASHBURN & MASON, INC.**
1130 W. 6TH AVE., SUITE 100
ANCHORAGE, AK 99501
(907) 276-4331

FIRST NATIONAL BANK ALASKA
89-6-1252

6/14/2006

PAY TO THE
ORDER OF   Atkinson-Baker, Inc                                                   $ **296.80

Two Hundred Ninety-Six and 80/100************************************************************************ DOLLARS

Atkinson- Baker, Inc.
500 N. Brand Blvd.
3rd Floor
Glendale, CA  91203-4725

MEMO   Inv #A0039F7B

---

**ASHBURN & MASON, INC.**                                                              19680
1130 W. 6TH AVE., SUITE 100
Atkinson-Baker, Inc                                              6/14/2006
                              Inv #A0039F7B  10194.008                       296.80

112 - 1st Nat'l Bank/A   Inv #A0039F7B                                         296.80

**ASHBURN & MASON, INC.**                                                              19680
1130 W. 6TH AVE., SUITE 100
Atkinson-Baker, Inc                                              6/14/2006
                              Inv #A0039F7B  10194.008                       296.80

**PAYMENT RECORD**

112 - 1st Nat'l Bank/A   Inv #A0039F7B                                         296.80

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|---|
| | Patricia Ambrose | | | | 6/7/2007 | | |
| 6/7/2007 | Bill | Allen | | 54.64 | 54.64 | | 54.64 |
| | | | | | Check Amount | | 54.64 |

Key Bank Operating     Allen/Witness Fee                                54.64

38016

ENT&
ENT.T.S

**25**

## *INVOICE*

April 29, 2005

Re:                Allen vs US Government

Deposition date:   04/15/2005

Deposed:           Susan K. Dietz M.D.

Hourly rate:       $250

Please remit to:
Susan K. Dietz M.D.
11900 Trails End Road
Anchorage AK 99507

*[handwritten notes: "Okay", "Allen 10194.008", "okay to pay"]*

**26**

18262

**ASHBURN & MASON, INC.**
1130 W. 6TH AVE., SUITE 100
ANCHORAGE, AK 99501
(907) 276-4331

FIRST NATIONAL BANK ALASKA
89-6-1252

6/15/2005

PAY TO THE ORDER OF: Susan K. Dietz M.D.        $ **250.00

Two Hundred Fifty and 00/100************************************************************************ DOLLARS

Susan K. Dietz M.D.
11900 Trails End Road
Anchorage, AK 99507

MEMO

⑈018262⑈ ⑆125200060⑆ 0115 075 4⑈

---

ASHBURN & MASON, INC.                                                    18262
   Susan K. Dietz M.D.                           6/15/2005
                          10194.008                                      250.00

*changed*

112 - 1st Nat'l Bank/A                                                   250.00

ASHBURN & MASON, INC.                                                    18262
   Susan K. Dietz M.D.                           6/15/2005
                          10194.008                                      250.00

**PAYMENT RECORD**

112 - 1st Nat'l Bank/A                                                   250.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**Main Identity**

From: "Angela Pittman" <apittman@frwusa.com>
To: "'Janet Crook'" <jcrook@frwlaw.us>
Sent: Tuesday, May 15, 2007 12:18 PM
Subject: checks written today.

1218 - Dr. Loretta Lee, $40.00 – Allen witness fee
1219 – Dr. Susan Deitz, $40.00 – Allen witness fee

*[Handwritten annotations:]* Ent'd. Ent'd. Copy w Allen

*[Handwritten note:]* Marty or Angela hand delivered Subpoena to Atty

**27**

5/15/2007



KeyBank
P.O. Box 22114
Albany, NY 12201-2114

**Business Banking Statement**
July 31, 2007
page 1 of 2

4       T 0180  00000  R  EM  T1
FRIEDMAN, RUBIN & WHITE
1126 HIGHLAND AVE
BREMERTON WA 98337-1828

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**Key Business Free Checking**
FRIEDMAN, RUBIN & WHITE

| | |
|---|---:|
| Beginning balance 6-30-07 | $2,495.61 |
| 4 Subtractions | -382.00 |
| **Ending balance 7-31-07** | **$2,113.61** |

## Subtractions

*Paper Checks*    * check missing from sequence

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| 1218 | 7-16 | $40.00 | *1227 | 7-9 | 90.00 | **Paper checks paid** | **$382.00** |
| 1219 | 7-26 | 40.00 | 1228 | 7-24 | 212.00 | | |

Diane L. Duntze, F.N.P.
HC01 Box 335
Gakona, AK 99586
Phone/fax: 907-822-3937
*alaskadede@cvinternet.net*

Invoice

Services provided to:

United States Attorney's Office
Attn: Colleen Dow
222 West 7th Avenue
#9, Room # 253
Anchorage, AK 99513-7567

Invoice date 2/28/06

Re: Allen v USA; A04-131 CV (JKS)

Diane L. Duntze, Family Nurse Practitioner

*[handwritten: 10194.008]*

Deposition:
2/24/06       4.5 hours

Total hours: 4.5 @ $150 hour = $ 675.00

Respectfully submitted,

Diane Duntze

**28**

19411

**ASHBURN & MASON, INC.**
1130 W. 6TH AVE., SUITE 100
ANCHORAGE, AK 99501
(907) 276-4331

FIRST NATIONAL BANK A L A S K A
89-6-1252

3/29/2006

PAY TO THE ORDER OF  Diane L. Duntze, F.N.P          $ **675.00

Six Hundred Seventy-Five and 00/100************************************************************************ DOLLARS

Diane L. Duntze, F.N.P.
HC01 Box 335
Gakona, AK  99586

MEMO

---

**ASHBURN & MASON, INC.**                                                              19411
  Diane L. Duntze, F.N.P                              3/29/2006
                              10194.008                                                 675.00




112 - 1st Nat'l Bank/A                                                                  675.00

**ASHBURN & MASON, INC.**                                                              19411
  Diane L. Duntze, F.N.P                              3/29/2006
                              10194.008                                                 675.00

PAID TO RECORD

112 - 1st Nat'l Bank/A                                                                  675.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

**Main Identity**

From: "Marty Callison" <mcallison@frwlaw.us>
To: "'Janet Crook'" <jcrook@frwlaw.us>
Sent: Friday, June 22, 2007 8:35 AM
Subject: Travel Account

I used check number 1225 for a witness fee to Donna Fearey (Allen trial) for $40.00. It is dated June 21, 2007. THANKS.

**KeyBank**
P.O. Box 22114
Albany, NY 12201-2114

**Business Banking Statement**
**August 31, 2007**
page 1 of 2



4　　　　T 0180　00000 R EM T1
FRIEDMAN, RUBIN & WHITE
1126 HIGHLAND AVE
BREMERTON WA 98337-1828

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

**Enroll in Online Banking today at Key.com.**
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### KeyNotes

*As a U.S. business, KeyBank is required to comply with the U.S. laws administered by the Office of Foreign Assets Control ("OFAC"). In order to aid in KeyBank's compliance effort, effective October 8, 2007, KeyBank will restrict access to its website, www.Key.com and www.KeyDirect.com while clients are in the following OFAC sanctioned countries: Cuba, Iran, Liberia, Myanmar/ Burma, North Korea, Sudan, and Syria. This will restrict the use of all services that are accessed by KeyBank's website, including but not limited to, Online Banking, Bill Pay, Account to Account Transfer and Apply Online.*

---

### Key Business Free Checking
FRIEDMAN, RUBIN & WHITE

Beginning balance 7-31-07
4 Subtractions
**Ending balance 8-31-07**

### Subtractions

Paper Checks　　　* check missing from sequence

| Check | Date | Amount | Check | Date | Amount | |
|---|---|---|---|---|---|---|
| 1225 | 8-6 | $40.00 | 1230 | 8-9 | 40.00 | **Paper checks paid** |
| *1229 | 8-6 | 100.00 | 1231 | 8-29 | 125.02 | |

**Main Identity**

From: "Angela Pittman" <apittman@frwusa.com>
To: "'Janet Crook'" <jcrook@frwlaw.us>
Sent: Tuesday, May 15, 2007 12:18 PM
Subject: checks written today.

1218 – Dr. Loretta Lee, $40.00 – Allen witness fee
1219 – Dr. Susan Deitz, $40.00 – Allen witness fee

*Entrs.*
*Entrs.*
*Copy in Allen*

Marty or Angela
hand delivered
Subpoena to Atty

**30**

*c fee.*

KeyBank
P.O. Box 22114
Albany, NY 12201-2114

**Business Banking Statement**
**July 31, 2007**
page 1 of 2



4            T 0180  00000  R EM T1
FRIEDMAN, RUBIN & WHITE
1126 HIGHLAND AVE
BREMERTON WA 98337-1828

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

## Key Business Free Checking
FRIEDMAN, RUBIN & WHITE

Beginning balance 6-30-07
4 Subtractions
**Ending balance 7-31-07**

## Subtractions

*Paper Checks*   * check missing from sequence

| 1218 | 7-16 | $40.00 | *1227 | 7-9  | 90.00  | **Paper checks paid** |
|------|------|--------|-------|------|--------|-----------------------|
| 1219 | 7-26 | 40.00  | 1228  | 7-24 | 212.00 |                       |

# MICHAEL LEVY MD, FACEP, FACP
12146 Rainwater Drive, Eagle River, Alaska 99577



Invoice for Professional Services Allen v. USA
Case #A04-0131 Civil (JKS)

| Date | Activity | Hours@$500/h |
|---|---|---|
| February 24, 2006 | Deposition | 3 |

Please Remit: $1500

Michael Levy MD

Date of Receipt 4/21 ...I verify that the goods and/or services have been received and accepted and the amount charged/math is accurate.

SIGNATURE                           DATE

Michael Levy MD
Allen v USA

4/17/06  **31**