19594

**ASHBURN & MASON, INC.**
1130 W. 6TH AVE., SUITE 100
ANCHORAGE, AK 99501
(907) 276-4331

FIRST NATIONAL BANK A L A S K A
89-6-1252

5/17/2006

PAY TO THE ORDER OF   Michael Levy MD,FACEP,FACP         $ **1,500.00

One Thousand Five Hundred and 00/100************************************************************************ DOLLARS

Michael Levy MD,FACEP,FACP
12146 Rainwater Drive
Eagle River, AK  99577

MEMO

---

**ASHBURN & MASON, INC.**                                                                 19594
1130 W. 6TH AVE., SUITE 100
   Michael Levy MD,FACEP,FACP                              5/17/2006
                          10194.008                                       1,500.00

112 - 1st Nat'l Bank/A                                                                    1,500.00

**ASHBURN & MASON, INC.**                                                                 19594
1130 W. 6TH AVE., SUITE 100
   Michael Levy MD,FACEP,FACP                              5/17/2006
                          10194.008                                       1,500.00

112 - 1st Nat'l Bank/A                                                                    1,500.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

Robert C. Cantu, M.D., F.A.C.S., F.A.C.S.M.
*131 Old Road to Nine Acre Corner*
*John Cuming Building*
*Suite 820*
*Concord, MA 01742*

# INVOICE

| Date | Invoice # |
|---|---|
|  |  |

COPY - BREM 6/18/07

| Bill To |
|---|
| Donna McCready, Esq.<br>Ashburn & Mason<br>1130 West Sixth Avenue<br>Suite 100<br>Anchorage, AK 99501-5914 |

| Terms | Due Date | Job Location |
|---|---|---|
| Net 30 |  |  |

| Quantity | Description | Payments | Amount chg |
|---|---|---|---|
|  | TAX ID 04-2472865 |  |  |
|  | Page 2   Allen Case   Retainer |  |  |
| 2.0 | RR/Depos |  | 1,500.00 |
| 2.5 | RR/Depos |  | 1,875.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $19,000.00 |
| **Balance Due** | $3500.00 |
| **Attorney Credit Balance** | $-0- |

| Phone # | Fax # |
|---|---|
| 978-369-1386 | 978-287-0047 |

**32**

ILEAGE P...
Alaska Airlines 

**Bank of America**

ared for: JANET C CROOK

July 2007 Statement
Credit Line:
Cash or Credit Available

### Customer Service
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 17322
BALTIMORE, MD 21297-1322
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-552-7302
TDD hearing-impaired 1-800-222-7365

### Account Information

**Summary of Transactions**
- Previous Balance
- Payments and Credits  −
- Cash Advances  +
- Purchases and Adjustments  +
- Periodic Rate Finance Charges  +
- Transaction Fee Finance Charges  +
- New Balance Total

**Billing Cycle and Payment Information**
- Days in Billing Cycle
- Closing Date
- Payment Due Date
- Current Payment Due
- Past Due Amount  +
- Total Minimum Payment Due

### Transactions

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT - THANK YOU | 07/09 | | | | | 450.00 CR |
| **Purchases and Adjustments** | | | | | | |
| PAYPAL TLCOLLEGE 402-935-7733 CA  3924029357733 | 06/27 | 06/26 | 0060 | 8916 | C Tax Prep | 207.00 |
| WSDOT GOOD TO GO 360-7057530 WA  932475WW9E1382920X | 06/27 | 06/26 | 0651 | 8916 | A C mine | 30.00 |
| CLARION SUITES ANCHORAGE AK  0009449  ARRIVAL DATE 6/25/07 | 06/29 | 06/27 | 7906 | 8916 | Ent C Alum Trip | 453.52 |
| ESTA MCIPREPAID 800-317-1656 OR  66645 | 06/29 | 06/28 | 5100 | 8916 | C Phoneminutes in mine | 108.60 |
| ESTA MCIPREPAID 800-317-1656 OR  66728 | 06/29 | 06/28 | 5878 | 8916 | C Phoneminutes Maine | 108.60 |
| CLARION SUITES ANCHORAGE AK  0009488  ARRIVAL DATE 6/26/07 | 06/30 | 06/28 | 9353 | 8916 | Ent C Alumni | 226.76 |
| D KAY'S FLOWERS BELLAIRE TX  90009062907 | 06/30 | 06/28 | 8517 | 8916 | C Ent Preft | 70.34 |
| CAPTAIN COOK HOTEL ANCHORAGE AK  60868  ARRIVAL DATE 6/28/07 | 06/30 | 06/29 | 0057 | 8916 | Ent C Alumni Company | 1,105.38 |
| STAPLES DIRECT0020990 800-3333330 CA  3721207000 | 07/02 | 06/29 | 7348 | 8916 | C Supplies | 59.35 |
| AMZ AMAZON PAYMENTS AMZN.COM/BILLWA  32714517210 | 07/05 | 07/03 | 1933 | 8916 | Ent C Essra | 86.99 |
| ALASKA AIR 027214841 SEATTLE WA  08 OAK/SEA RNDTRP SEA/OAK | 07/06 | 07/03 | 1640 | 8916 | Ent C | 510.80 |
| HEALEY PUBLICATIONS 800-632-5397 PA  0000118006325397 | 07/06 | 07/05 | 0111 | 8916 | C JKR | 1,325.00 DISB Paid |
| P PRINTING & DOCUME BREMERTON WA | 07/11 | 07/09 | 0380 | 8916 | C Oakland Scandals | 514.77 |

Transactions continued on page 3

**33**

**Main Identity**

From: "Marty Callison" <mcallison@frwlaw.us>
To: "'Janet Crook'" <jcrook@frwlaw.us>
Sent: Tuesday, June 26, 2007 6:14 PM
Subject: Travel Check Book

I wrote check number 1226 to Lloyd Kompkoff, a witness in Allen, for $488.00 on June 25. This was his per diem and mileage from Valdez - Anchorage - Valdez. I know this sounds like a lot, but we got the figures from the U. S. Marshal's office. Thanks.


**Business Banking Statement**
**June 30, 2007**
**page 3 of 5**



## Key Business Free Checking

FRIEDMAN, RUBIN & WHITE

Beginning balance 5-31-07
1 Addition
5 Subtractions
**Ending balance 6-30-07**

### Additions

| Transfers | Date | Serial # | Source | | | |
|---|---|---|---|---|---|---|
| | 6-6 | | | | 4731 | $2,500.00 |
| | | | **Total additions** | | | **$2,500.00** |

### Subtractions

*Paper Checks*      * check missing from sequence

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1220 | 6-7 | $40.00 | 1222 | 6-15 | 21.75 | *1226 | 6-27 | 488.00 |
| 1221 | 6-15 | 10.00 | 1223 | 6-6 | 84.04 | **Paper checks paid** | | **$643.79** |

### Account messages

*Important Information About Revisions to Your KeyBank National Association Funds Availability Policy and Other Processing Changes*

*Revisions to the KeyBank Funds Availability Policy*

*We understand that it is important to you to effectively manage your account to avoid items presented being returned unpaid or to prevent overdrafts to your account. Effective August 17, 2007, the following revisions will be made to the KeyBank Funds Availability Policy:*

*Current policy is to make funds from your cash deposits available to you on the first business day after the day we receive your deposit. The revised policy will be to make funds from deposits of cash and checks drawn on KeyBank available to you no later than the next business day after the day we receive your deposit. (In some instances funds may be available on the same business day.)*

*In addition, today we make funds from most local check deposits available to you on the first business day after the day we receive your deposit and funds from some local check deposits available to you on the second business day after the*

# MAXIMUM PER DIEM RATES OUTSIDE THE CONTINENTAL UNITED STATES
# TRAVEL PER DIEM ALLOWANCES

## COUNTRY/STATE: ALASKA

### NOTES

1. Use the **OTHER** rate if neither the **LOCATION** nor **MILITARY INSTALLATION** is listed.

2. For other allowances that are based on per diem rates (e.g., TLE, TLA, TQSE, TQSA), see the appropriate rules for those allowances regarding what per diem rate to use.

3. The standard **ONBASE INCIDENTAL RATE** is $3.50 OCONUS wide.

4. When **Government meals** are directed, the appropriate Government meal rate, as prescribed in Appendix A, is applicable.

5. Per Diem Rate = Max Lodging + Meals (Local, Proportional, or Government) + Incidental Rate (Local or OnBase)

\* All rates are in US Dollars

| Locality | Seasons (Beg-End) | Maximum Lodging | Local Meals | Prop. Meals | Local Incidental | Maximum Per Diem | Effective Date |
|---|---|---|---|---|---|---|---|
| ADAK | 01/01-12/31 | 120 | 63 | 36 | 16 | 199 | 07/01/2003 |
| ANCHORAGE [INCL NAV RES] | 05/01-09/15 | 181 | 78 | 44 | 19 | 278 | 04/01/2007 |
| ANCHORAGE [INCL NAV RES] | 09/16-04/30 | 99 | 71 | 40 | 18 | 188 | 04/01/2007 |
| BARROW | 01/01-12/31 | 159 | 76 | 43 | 19 | 254 | 05/01/2002 |
| BETHEL | 01/01-12/31 | 125 | 62 | 36 | 16 | 203 | 05/01/2006 |
| BETTLES | 01/01-12/31 | 135 | 50 | 30 | 12 | 197 | 10/01/2004 |
| CLEAR AB | 01/01-12/31 | 90 | 66 | 38 | 16 | 172 | 10/01/2006 |
| COLD BAY | 01/01-12/31 | 90 | 58 | 34 | 15 | 163 | 05/01/2002 |
| COLDFOOT | 01/01-12/31 | 165 | 56 | 33 | 14 | 235 | 10/01/2006 |
| COPPER CENTER | 05/01-09/30 | 129 | 60 | 35 | 15 | 204 | 04/01/2006 |

Copy in
Allen

LC

12:20
5/30/07
Lloyd Kompkoff $40
witness fee
Allen    ENTER
         ENTTS.

6/5/2007

MILEAGE PLAN
*Alaska Airlines*


Bank of America

Prepared for: JANET C CROOK

July 2007 Statement
Credit Line:
Cash or Credit Available:

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 17322
BALTIMORE, MD 21297-1322
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-552-7302
TDD hearing-impaired 1-800-222-7365

## Account Information

Summary of Transactions
Previous Balance
Payments and Credits          −
Cash Advances                 +
Purchases and Adjustments     +
Periodic Rate Finance Charges +
Transaction Fee Finance Charges +
New Balance Total

Billing Cycle and Payment Information
Days in Billing Cycle
Closing Date

Payment Due Date
Current Payment Due
Past Due Amount              +
Total Minimum
Payment Due

## Transactions

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT - THANK YOU | 07/09 | | | | | 450.00 CR |
| **Purchases and Adjustments** | | | | | | |
| PAYPAL TLCOLLEGE  402-935-7733 CA  39924029357733 | 06/27 | 06/26 | 0060 | 8916 | C | 207.00 |
| WSDOT GOOD TO GO  360-7057530 WA  932475WW9E1382920X | 06/27 | 06/26 | 0651 | 8916 | C | 30.00 |
| CLARION SUITES  ANCHORAGE  AK  00009449  ARRIVAL DATE 6/25/07 | 06/29 | 06/27 | 7906 | 8916 | C | 453.52 |
| ESTA MCIPREPAID  800-317-1656 OR  66645 | 06/29 | 06/28 | 5100 | 8916 | C | 108.60 |
| ESTA MCIPREPAID  800-317-1656 OR  66728 | 06/29 | 06/28 | 5878 | 8916 | C | 108.60 |
| CLARION SUITES  ANCHORAGE  AK  00009488  ARRIVAL DATE 6/26/07 | 06/30 | 06/28 | 9353 | 8916 | C | 226.76 |
| D KAY'S FLOWERS  BELLAIRE  TX  90009062907 | 06/30 | 06/28 | 8517 | 8916 | C | 70.34 |
| CAPTAIN COOK HOTEL  ANCHORAGE  AK  60868  ARRIVAL DATE 6/28/07 | 06/30 | 06/29 | 0057 | 8916 | C | 1,105.38 |
| STAPLES DIRECT0020990 800-3333330 CA  37721207000 | 07/02 | 06/29 | 7348 | 8916 | C | 59.35 |
| AMZ AMAZON PAYMENTS  AMZN.COM/BILL WA  32714517210 | 07/05 | 07/03 | 1933 | 8916 | C | 86.99 |
| ALASKA AIR 027214841 SEATTLE  WA  OAK/SEA RNDTRP SEA/OAK | 07/06 | 07/03 | 1640 | 8916 | C | 510.80 |
| HEALEY PUBLICATIONS  800-632-5397 PA  000118006325397 | 07/06 | 07/05 | 0111 | 8916 | C | 1,325.00 |
| P PRINTING & DOCUME BREMERTON  WA | 07/11 | 07/09 | 0380 | 8916 | C | 514.77 |

Transactions continued on page 3

**34**

# FRANK L. MANNIX, M.D.
A CALIFORNIA PROFESSIONAL CORPORATION

FILE COPY - BREM

*Frank L. Mannix, MD, APC*
*Tax ID # 95-3563494*

OK to pay?

7/5/07
7/2/07

Donna J. McCready
Friedman, Rubin, and White
1126 Highland Avenue
Bremerton WA 98337

Dear Ms. McCready,

Enclosed please find a final bill for my additional time in the matter of Todd A. Allen. Good luck with the outcome.

Sincerely,

Frank L. Mannix, M.D., F.A.C.E.P.

| | | |
|---|---|---:|
| 6/21,22 | Review and preparation for trial | 5.50 hr |
| 6/22 | Phone consultation Ms. McCready | 1.50 hr |
| 6/23 | Review and preparation for trial | 6.00 hr |
| 6/23 | Phone consultation Ms. McCready | 0.50 hr |
| 6/30 | Phone consultation Ms. McCready | 0.50 hr |

**Charges @ $375/hr**                                                                 $5250.00

6/24 6 am through 6/28 9 pm:

> travel to and from Anchorage, intensive review and prep for trial, multiple meetings with Ms. McCready, and testimony on 6/25 and 6/26

**Charges this bill at $375/hr 2 days plus $475/hr 2 days vs.**

**$5000/day maximum**                                                                $20,000.00

**Parking (airport San Diego) and cabs in Anchorage**                 124.00

**Total charges this bill..........................................................**   $25,374.00

1238 RUBENSTEIN AVENUE / CARDIFF BY THE SEA, CALIFORNIA 92007-2408
(760) 942-8652 / FAX (760) 942-6863 / flm@cox.net

```
ALADDIN AIRPORT PARKING
         SAN DIEGO
LANE 4      06/28/07 20:13
Receipt 044109

Short-term parking tkt
SP   No. 057481
06/24/07 06:22 -
06/28/07 20:13
Period 4d13h52'
(Tax)                   $70.00
                      ---------
Total                   $70.00

Payment Received
AMEX                    $70.00
     --Thank You----
     --ALADDIN AIRPORT PARKI
    2548 KETTNER BLVD.SD --
    ---619 696-7434-----

Sub Total               $70.00

     All amounts in USD.
         Date=Receipt Date
```

```
   0·C

  70·+
  20·+
   9·=
  99·*

  99·+
  25·=
 124·*
```

**CHECKER CAB**
3215 Mt. View Drive · Anchorage, AK · 99503
*CASH RECEIPT*     276-1234
Date: 6/28/07
From: Cook
To: Airport
Amount: $25    Cab No. 72
Signature: NC

**Anchorage Yellow Cab    272-2422**
☒ Cash  ☐ Check
PASSENGER'S RECEIPT, TAXICAB FARE
Date: 6/24/07
To: Capt Cook Hotel
From: T.S. Int'l Airport
Total ........ $20
Driver's Name: K. Rwta
Cab Number: 53

40374
**CHECKER CAB**
3215 Mt. View Drive
Anchorage, Alaska 99501
Business Office (907) 274-3333
Dispatch Office (907) 276-1234

Date 6-26 20 07
Time Out _____ Time In _____
Charge to/Receipt: Cash
Service Rendered: Cap Cook to Fed Bldg
Charge $ 9.00
Authorized Signature _____
Driver's Name: Kat   Cab No. 82

# MAXIMUM PER DIEM RATES OUTSIDE THE CONTINENTAL UNITED STATES
# TRAVEL PER DIEM ALLOWANCES

## COUNTRY/STATE: ALASKA

### NOTES

1. Use the **OTHER** rate if neither the **LOCATION** nor **MILITARY INSTALLATION** is listed.

2. For other allowances that are based on per diem rates (e.g., TLE, TLA, TQSE, TQSA), see the appropriate rules for those allowances regarding what per diem rate to use.

3. The standard **ONBASE INCIDENTAL RATE** is $3.50 OCONUS wide.

4. When **Government meals** are directed, the appropriate Government meal rate, as prescribed in Appendix A, is applicable.

5. Per Diem Rate = Max Lodging + Meals (Local, Proportional, or Government) + Incidental Rate (Local or OnBase)

\* All rates are in US Dollars

| Locality | Seasons (Beg-End) | Maximum Lodging | Local Meals | Prop. Meals | Local Incidental | Maximum Per Diem | Effective Date |
|---|---|---|---|---|---|---|---|
| ADAK | 01/01-12/31 | 120 | 63 | 36 | 16 | 199 | 07/01/2003 |
| ANCHORAGE [INCL NAV RES] | 05/01-09/15 | 181 | 78 | 44 | 19 | 278 | 04/01/2007 |
| ANCHORAGE [INCL NAV RES] | 09/16-04/30 | 99 | 71 | 40 | 18 | 188 | 04/01/2007 |
| BARROW | 01/01-12/31 | 159 | 76 | 43 | 19 | 254 | 05/01/2002 |
| BETHEL | 01/01-12/31 | 125 | 62 | 36 | 16 | 203 | 05/01/2006 |
| BETTLES | 01/01-12/31 | 135 | 50 | 30 | 12 | 197 | 10/01/2004 |
| CLEAR AB | 01/01-12/31 | 90 | 66 | 38 | 16 | 172 | 10/01/2006 |
| COLD BAY | 01/01-12/31 | 90 | 58 | 34 | 15 | 163 | 05/01/2002 |
| COLDFOOT | 01/01-12/31 | 165 | 56 | 33 | 14 | 235 | 10/01/2006 |
| COPPER CENTER | 05/01-09/30 | 129 | 60 | 35 | 15 | 204 | 04/01/2006 |

FRIEDMAN, RUBIN & WHITE

6311

Frank L. Mannix, M.D.                                                                    8/24/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/18/2007 | Bill | Allen | 25,374.00 | 25,374.00 | | 25,374.00 |
| | | | | | Check Amount | 25,374.00 |

Key Bank Operating    Expert Fee/Allen                                                    25,374.00

38016

"Alaska/Horizon Airlines" <Alaska.IT@AlaskaAir.com>
**Alaska Airlines/Horizon Air Confirmation Letter for 6/24/07**
May 29, 2007 9:44:22 AM PDT
flmannix@cox.net

Thank you for choosing Alaska Airlines / Horizon Air!

For questions, changes or cancellations on an Alaska Airlines or Horizon Air purchased or Mileage Plan award ticket, please call 1-800-ALASKAAIR (1-800-252-7522) for Alaska Airlines, or 1-800-547-9308 for Horizon Air. (If calling from Mexico, precede these telephone numbers with 001.)

For questions, changes, or cancellations on an American Airlines, British Air, Continental Airlines, Delta Air Lines, Hawaiian Airlines or Northwest Airlines Partner Award ticket, please call the Partner Desk at 1-800-307-6912.

Confirmation Code: LLWYUM

Name: MANNIX/FRANK
Ticket Number: 027-2143050461
Base Fare: 1404.86
Tax: 106.24
Total: 1511.10
Mileage Plan: Alaska Airlines #******146


REMINDERS AND RESTRICTIONS

This electronic ticket is not transferable and may include non-refundable segments. If you choose to change your itinerary, any fare increases and a change fee will be collected at the time the change is made. If you choose to change your itinerary, any fare increases and a change fee will be collected at the time the change is made.

PAYMENT INFORMATION

The amount of $1511.10 (USD) was charged to the American Express ***********4005 held by FRANK L MANNIX MD on 2/20/2007, using electronic ticket number 027-2143050461. This document is your receipt.

ITINERARY

June 24 2007

# FRANK L. MANNIX, M.D.
A CALIFORNIA PROFESSIONAL CORPORATION

*Okay to pay*
*Allen*

6/18/07

6/13/07

Donna J. McCready
Friedman, Rubin, and White
1126 Highland Avenue
Bremerton WA 98337

Frank L. Mannix, MD, APC
Tax ID # 95-3563494

Dear Ms. McCready,

Enclosed please find a bill for my additional time in the matter of Todd A. Allen.

Sincerely,

Frank L. Mannix, M.D., F.A.C.E.P.

| Date | Description | Time |
|---|---|---|
| 3/29/07 | Review my deposition, sign and mail | 1.25 hr |
| | Phone consultation, Ms. McCready | 0.25 hr |
| 4/2+6 | Phone consultations Ms. McCready | 0.25 hr |
| 5/9, 6/3,4,5 | Multiple calls with office re. testifying schedule and reservations | 0.5 hr |
| 6/7 | Phone consultation, Ms. McCready | 0.25 hr |
| 6/12 | Review depositions (Cantu #2 and Ramirez #2) | 1.75 hr |
| 6/13 | Phone consultation, Ms. McCready | 0.75 hr |
| Total charges this bill @ $375/hr | | $1875.00 |
| Reimburse air travel to and from trial (invoice enclosed) | | $1511.10 |
| **Total due**.................................................................... | | **$3386.10** |

1238 RUBENSTEIN AVENUE / CARDIFF BY THE SEA, CALIFORNIA 92007-2408
(760) 942-8652 / FAX (760) 942-6863 / flm@cox.net

**FRIEDMAN, RUBIN & WHITE**

6307

Dr. Susan Shott                                                                8/24/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/19/2007 | Bill | Allen | 6,491.08 | 6,491.08 | | 6,491.08 |

Check Amount    6,491.08

Key Bank Operating    Final Bill/Allen/Expert Fee                                6,491.08

38016

**35**

SUSAN SHOTT, PHD
STATISTICAL COMMUNICATIONS
7707 SHIELDS ROAD
HARVARD, IL 60033
312-203-3805 (phone)
312-333-9422 (pager)
stattwit@aol.com

FILE COPY - BREM
REC'D 7-10-07
CAL/INT _____
C/C _____
VIA _____

Date: July 10, 2007

To: Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA 98337

OK TO PAY? [signature]

From: Susan Shott, PhD [signature]

Re: *Kimberly Allen v. United States of America*
File No.: 10194.008
Case No.: A04-0131 (JKS)

This is the final invoice for my trial work and expenses for the Allen case.

Fees:

Preparation for 7/27/2007 trial testimony: 11 hours at $300.00 per hour = $3300.00
7/27/2007 trial testimony: 1 hour at $450.00 per hour = $450.00
2 days of travel at a flat rate of $1200.00 per day = $2400.00

Total fees = $6150.00

Expenses:

1-day stay at Anchorage Sheraton Hotel: $290.08
Taxi fare to Anchorage airport: $25.00
Parking at Chicago O'Hare airport: $26.00

Total expenses: $341.08

Total due: $6491.08

Please send payment to:

Dr. Susan Shott
Statistical Communications
7707 Shields Road
Harvard, IL 60033

My Social Security number is

**Come back soon**

Sheraton Anchorage Hotel
401 East 6th Avenue
Anchorage, Alaska 99501
T 907 276 8700   F 907 276 7561
sheraton.com/anchorage

GUEST | | | | TRAVEL AGENT/CHARGE TO

Susan Shott

7707 Shields Road
Harvard, IL 60033
USA

| | |
|---|---|
| Room | 820 |
| Rate | 259.00 |
| No pers | 1 |
| Folio | 624134   EX-A |
| Page | 1 |
| Arrive | 26-JUN-07   20:45 |
| Depart | 27-JUN-07 |
| Payment | VI |

| DATE | REFERENCE | DESCRIPTION | CHARGES/CREDIT |
|---|---|---|---|
| 26-JUN-07 | RT820 | Room Charge | 259.00 |
| 26-JUN-07 | RT820 | Room Tax | 31.08 |

Total Charges   290.08
Total Credits   290.08
Balance Due   0.00

EXPENSE REPORT SUMMARY

| Date | Room | Rm Tax | Telephone | Food/Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 26-JUN-07 | 259.00 | 31.08 | 0.00 | 0.00 | 0.00 | 290.08 | 290.08 |
| Total | 259.00 | 31.08 | 0.00 | 0.00 | 0.00 | 290.08 | 290.08 |

```
      THANK YOU
O'Hare International Airport
Parking Facility - Lot G
P.O.Box 66179, Chicago, Il. 60666-0179
    Tel: (773) 686-7532

      TRANSIENT TICKET
TRANSACTION NUMBER      801007960
ENTRY TIME/DATE         13:35  06-26-07
PAYMENT TIME/DATE       09:15  06-28-07
PAY MACHINE             CE38 Booth14
LICENSE:                IL XBC764
OPERATOR                180
FEE                     $26.00
CASH                    $50.00
CHANGE                  $24.00
   Includes All Applicable Taxes
```

**ALASKA CAB**   563-5353

☐ Cash  ☐ Credit Card  ☐ Check _____
**PASSENGER'S RECEIPT, TAXICAB FARE**

Date: 6-27/07
To: _____
From: _____
Total ......... $25.00
Driver's Name _Carlos_
Cab Number _3_

_____
Signature

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges

As a Starwood Preferred Guest, you could have earned 518
Starpoints for this visit. Please provide your member number
or enroll today.

| Susan Shott | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO   624134 | 26-JUN-07 | 820 | | |

Member of Starwood Preferred Guest

# MAXIMUM PER DIEM RATES OUTSIDE THE CONTINENTAL UNITED STATES
# TRAVEL PER DIEM ALLOWANCES

## COUNTRY/STATE: ALASKA

### NOTES

1. Use the **OTHER** rate if neither the **LOCATION** nor **MILITARY INSTALLATION** is listed.

2. For other allowances that are based on per diem rates (e.g., TLE, TLA, TQSE, TQSA), see the appropriate rules for those allowances regarding what per diem rate to use.

3. The standard **ONBASE INCIDENTAL RATE** is $3.50 OCONUS wide.

4. When **Government meals** are directed, the appropriate Government meal rate, as prescribed in Appendix A, is applicable.

5. Per Diem Rate = Max Lodging + Meals (Local, Proportional, or Government) + Incidental Rate (Local or OnBase)

\* All rates are in US Dollars

| Locality | Seasons (Beg-End) | Maximum Lodging | Local Meals | Prop. Meals | Local Incidental | Maximum Per Diem | Effective Date |
|---|---|---|---|---|---|---|---|
| ADAK | 01/01-12/31 | 120 | 63 | 36 | 16 | 199 | 07/01/2003 |
| ANCHORAGE [INCL NAV RES] | 05/01-09/15 | 181 | 78 | 44 | 19 | 278 | 04/01/2007 |
| ANCHORAGE [INCL NAV RES] | 09/16-04/30 | 99 | 71 | 40 | 18 | 188 | 04/01/2007 |
| BARROW | 01/01-12/31 | 159 | 76 | 43 | 19 | 254 | 05/01/2002 |
| BETHEL | 01/01-12/31 | 125 | 62 | 36 | 16 | 203 | 05/01/2006 |
| BETTLES | 01/01-12/31 | 135 | 50 | 30 | 12 | 197 | 10/01/2004 |
| CLEAR AB | 01/01-12/31 | 90 | 66 | 38 | 16 | 172 | 10/01/2006 |
| COLD BAY | 01/01-12/31 | 90 | 58 | 34 | 15 | 163 | 05/01/2002 |
| COLDFOOT | 01/01-12/31 | 165 | 56 | 33 | 14 | 235 | 10/01/2006 |
| COPPER CENTER | 05/01-09/30 | 129 | 60 | 35 | 15 | 204 | 04/01/2006 |




**Bank of America**

**May 2007 Statement**
Credit Line:
Cash or Credit Available:

pared for:

### Transactions Continued

**Purchases and Adjustments**

| Description | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| ALASKA AIR 027214620 SEATTLE WA 28 SEA/SEA ONEWAY SEA/ANC | 05/11 | 05/09 | 7235 | 8916 | C | 584.30 |
| XPEDIA TRAVEL 800-367-3476 NV 19700j9rg11st | 05/11 | 05/10 | 1254 | 8916 | C | 199.76 |
| XPEDIA TRAVEL 800-367-3476 NV 1a700vgl82nqt | 05/11 | 05/10 | 9101 | 8916 | C | 162.93 |
| XPEDIA TRAVEL 800-367-3476 NV 19800jm78h3qt | 05/11 | 05/10 | 9606 | 8916 | C | 219.92 |
| UNITED AIR 016215837 ROSEMONT IL 26 CHI/ANC RNDTRP ANC/CHI | 05/12 | 05/10 | 3903 | 8916 | C | 1,542.30 |
| AMAZON.COM AMZN.COM/BILL WA 072206579081 SALES TAX AMT 0.01 | 05/12 | 05/10 | 6068 | 8916 | C | 14.07 |
| DELTA AIR 006233281 ATLANTA GA 10 SLC/MSO RNDTRP MSO/SLC | 05/16 | 05/15 | 4451 | 8916 | C | 1,478.80 |
| INTUIT QB-SOFTW/SUPP 800-446-8848 CA B_11202549092 | 05/16 | 05/15 | 1904 | 8916 | C | 25.00 |
| STAPLES DIRECT0020990 800-3333330 CA 253040B000 | 05/17 | 05/15 | 6002 | 8916 | C | 354.36 |
| DIRECTV SERVICE 800-347-3288 CA CC00D | 05/17 | 05/16 | 3056 | 8916 | C | 68.95 |
| STAPLES DIRECT0020990 800-3333330 CA 2618217000 | 05/21 | 05/18 | 7233 | 8916 | C | 159.41 |
| NFI WWW.NETFLIX.COM/C NETFLIX.COM CA 227340 | 05/23 | 05/22 | 0033 | 8916 | C | 19.54 |

```
           ALASKA AIRLINES CREDIT CARD REWARDS
    7,424  PURCHASE MILES THIS PERIOD
      918  PROMOTIONAL MILES
        0  ADJUSTMENTS
    8,342  MILES TO ALASKA AIRLINES
```

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.041753% DLY * | 15.24% | $0.00 |
| B. ATM, Bank | 0.066410% DLY * | 24.24% | $0.00 |
| Purchases | 0.041753% DLY * | 15.24% | $0.00 |

**Annual Percentage Rate for this Billing Period:** See Corresponding Annual Percentage Rate Above
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

* Periodic Rate May Vary

### Important Information About Your Account

ALL PAYMENTS BY PHONE WILL BE MADE ELECTRONICALLY. YOU MAY AUTHORIZE AN ELECTRONIC PAYMENT BY PROVIDING THE PAYMENT AMOUNT AND DATE, YOUR BANK ACCOUNT NUMBER, AND SECURITY INFORMATION. A SERVICE FEE MAY APPLY. TO CANCEL, CALL US BY 3:30PM ET ON THE PAYMENT DATE. PLEASE RETAIN THESE TERMS.





**Main Identity**

| | |
|---|---|
| From: | <UNITED-CONFIRMATION@UNITED.COM> |
| To: | <JCROOK@FRWLAW.US> |
| Sent: | Thursday, May 10, 2007 3:12 PM |
| Subject: | Your United flight confirmation - Chicago to Anchorage |

Reservation complete: See ticket details

## Your itinerary was upgraded successfully.

**Ticket delivery**

Your ticket(s) will be delivered to you via **E-Ticket**

**Your confirmation number is XGVLGA**

EasyCheck-in Online
Register for united.com
Join Mileage Plus

**Total price: USD 1,542.30**

Tue, Jun 26, 2007 - ORD to ANC

| United 0797 | Depart: ORD 03:35 PM<br>Arrive: ANC 07:05 PM | Non-stop<br>6h 30m<br>Boeing 757-200<br>2,846 miles traveled | Fare basis code:<br>QUAUP<br>Booking class: A<br>First<br>2,846 Award miles<br>Food for Purchase | 03D |
|---|---|---|---|---|

Wed, Jun 27, 2007 - ANC to ORD

| United 0796 | Depart: ANC 08:01 PM<br>Arrive: ORD 04:55 AM<br>Next day<br>Jun 28 | Non-stop<br>5h 54m<br>Boeing 757-200<br>2,846 miles traveled | Fare basis code:<br>QUAUP<br>Booking class: A<br>First<br>2,846 Award miles<br>Food for Purchase | 04D |
|---|---|---|---|---|

**Additional information:**

**Check-in information**

Please note that valid, government-issued photo identification must be presented at check-in.

Go to My itineraries    Frequently asked questions    Go to EasyUpdate

**Passenger(s)**

Name   SUSAN SHOTT                                          **Flight   Seat**

6/5/2007