Donna J. McCready
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA  98337
Telephone:  (360) 782-4300
Facsimile:  (360) 782-4358
E-mail:  dmccready@frwlaw.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on behalf of the Estate of TODD ALLEN, and on behalf of the Minor Child, PRESLEY GRACE ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-CV-0131-JKS<br><br>**VERIFICATION OF BILL OF COSTS AND ATTACHMENT THERETO** |

DONNA J. McCREADY, being first duly sworn upon oath, deposes and states:

1. I am an attorney with the firm of Friedman, Rubin & White, counsel for plaintiff Kimberly Allen in the above-captioned case.

2. I have filed this date a Bill of Costs, along with an Attachment to such document.

VERFICATION OF BILL OF COSTS AND
ATTACHMENT THERETO
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1  3. I have full knowledge of the facts, that such items listed in the Bill of Costs and attachment are correct and have been necessarily incurred in the case, and that the services for which fees have been charged were actually and necessarily performed.

4. A Notice of Hearing is also being filed this same date regarding the costs. The Cost hearing is scheduled for Wednesday, December 12, 2007 at 9:00 a.m. in the clerk's office at the United States District Court.

FURTHER YOUR AFFIANT SAITH NAUGHT.

FRIEDMAN RUBIN & WHITE
Counsel for Plaintiffs


By: /s/   Donna J. McCready

1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-mail: dmccready@frwlaw.us
Alaska Bar No. 9101003


### CERTIFICATE OF SERVICE

I certify that on the 3 December 2007, a copy of the foregoing Bill of Costs Verification was served electronically on:

Gary M. Guarino
Assistant U.S. Attorney
Office of the U. S. Attorney
222 W. 7th Ave., #9
Anchorage, AK  99513-7567

VERFICATION OF BILL OF COSTS AND
ATTACHMENT THERETO
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 2 of 3

FRIEDMAN, RUBIN & WHITE
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1 | and

2 | a hard copy of the Bill of Costs Verification was mailed to the Clerk of Court for the United States District Court at Anchorage, Alaska, via Federal Express, to the following address:

3
4 |     222 West 7th Avenue, Box 4, Room 229
      Anchorage, AK  99513-7564

5 | /s/   Donna J. McCready

6 | W:\Allen v. USA\PLED\Bill of Costs Verification (071203).doc

VERFICATION OF BILL OF COSTS AND
ATTACHMENT THERETO
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 3 of 3

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358