1  Donna J. McCready
   Friedman, Rubin & White
2  1126 Highland Avenue
   Bremerton, WA  98337
3  Telephone:  (360) 782-4300
   Facsimile:  (360) 782-4358
4  E-mail:  dmccready@frwlaw.us

5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                          FOR THE DISTRICT OF ALASKA
9

   KIMBERLY ALLEN, Personal              )
10 Representative of the Estate of TODD  ) Case No. 3:04-CV-0131-JKS
   ALLEN, Individually, on behalf of     )
11 the Estate of TODD ALLEN, and on      ) **NOTICE OF COST BILL HEARING**
   behalf of the Minor Child, PRESLEY    )
12 GRACE ALLEN,                          )
                                         )
13         Plaintiff,                    )
                                         )
14 vs.                                   )
                                         )
15 UNITED STATES OF AMERICA,             )
                                         )
16         Defendant.                    )
   _____)
17

18      PLEASE TAKE NOTICE that a Cost Bill Hearing has been scheduled with the Clerk of

19 Court for Wednesday, December 12, 2007, at 9:00 a.m.  This hearing will be held in the office

   of the Clerk of Court, 222 West Seventh Avenue, Room 229, Anchorage, Alaska.
20

NOTICE OF COST BILL HEARING
*Allen v. USA,* Case No. 3:04-CV-0131-JKS
Page 1 of 2

**FRIEDMAN, RUBIN & WHITE**
1126 Highland Avenue
Bremerton, Washington  98337
Phone:  (360) 782-4300
Facsimile:  (360) 782-4358

1    FRIEDMAN RUBIN & WHITE
     Counsel for Plaintiffs

2

3
     DATED:_____    By: /s/   Donna J. McCready_____
4
                               1126 Highland Avenue
5                              Bremerton, Washington 98337
                               Telephone: (360) 782-4300
6                              Facsimile: (360) 782-4358
                               E-mail: dmccready@frwlaw.us
7                              Alaska Bar No. 9101003

8

9                    **CERTIFICATE OF SERVICE**

     I certify that on the 3 December 2007, a copy of the foregoing Notice of Cost Bill Hearing was
10   served electronically on:

11   Gary M. Guarino
     Assistant U.S. Attorney
12   Office of the U. S. Attorney
     222 W. 7th Ave., #9
13   Anchorage, AK  99513-7567

14   and

     a hard copy of the Bill of Costs Verification was mailed to the Clerk of Court for the United
15   States District Court at Anchorage, Alaska, via Federal Express, to the following address:

16   222 West 7th Avenue, Box 4, Room 229
     Anchorage, AK  99513-7564
17

18

     /s/   Donna J. McCready_____
19

20   W:\Allen v. USA\PLED\Notice of Cost Bill Hearing (071203).doc