NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the Estate of TODD ALLEN, Individually, on Behalf of the Estate of TODD ALLEN, and On Behalf of the Minor Child, PRESLEY GRACE ALLEN<br><br>Plaintiff/Appellee,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant/Appellant. | Case No. 3:04-cv-0131-JKS<br><br>**NOTICE OF TRANSCRIPTS TO BE ORDERED FOR CIVIL APPEAL** |

The United States submits its notice and designation of the portions of the

transcript to be ordered for purposes of the civil appeal in this case. The

designated dates for the trial proceedings and transcripts are:

1. The daily trial transcripts for June 25, 2007 through June 28, 2007

2. The daily trial transcripts for July 2, 2007 and July 3, 2007

Including the live and videotaped testimony of witnesses: Kimberly Allen, Pat Ambrose, R.N., Dr. Richard Brodsky, Dr. Robert Cantu, Dr. Susan Dietz, Susie Edwards, R.N., Donna Fearey R.N., Lloyd Kompkoff, Dr. Loretta Lee, Dr. Michael Levy, Dr. Frank Mannix, Elda Ramirez R.N., Dr. Richard Rubenstein, Dr. Ronald Shallat, and Susan Shott Ph.D., and

Plaintiff's and Defendant's Closing Arguments.

Within ten (10) days after this notice by appellant, the appellee shall serve on the appellant notice of any additional portions of the transcripts which are deemed necessary for the purposes of appeal.

RESPECTFULLY SUBMITTED on February 6, 2008, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ Gary M. Guarino
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-2344
> E-mail: gary.guarino@usdoj.gov
> #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, a copy of the foregoing **NOTICE OF TRANSCRIPTS TO BE ORDERED FOR CIVIL APPEAL** was served electronically on Donna McCready.

s/ Gary M. Guarino

Allen v. USA
Case No. 3:04-cv-0131-JKS                 3