RECEIVED

MAR 18 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 08-35123                    U.S. District Court # 3:04-cv-00131

Short Case Title Allen et al. v. USA

Date Notice of Appeal Filed by Clerk of District Court 1/25/08

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | ~~VOIR DIRE~~ |
| 6/25/07 | Caroline Edmiston (CME)/Samantha Lark (SAL) | OPENING STATEMENTS |
| | | ~~SETTLEMENT INSTRUCTIONS~~ |
| 7/3/07 | Samantha Lark (SAL)/Caroline Edmiston (CME) | CLOSING ARGUMENTS |
| | | ~~JURY INSTRUCTIONS~~ |
| | | ~~PRE-TRIAL PROCEEDINGS~~ |
| 6/26/07, 6/27/07, 6/28/07, 7/2/07 | SAL/CME | OTHER Trial days #2,3,4,5 |

**(Attach Additional Page for Designations if Necessary)**

( ✓ )   As retained counsel I have designated the portion(s) of transcript(s) and will notify
all counsel of this intention.  As retained counsel (or litigant proceeding in pro
per), I request a copy of the transcript and guarantee payment to the reporter of the
cost thereof upon demand.  I further agree to pay for work done prior to cancellation
of this order.  ***I have attached a completed AO-435, Transcript Order Form, to this
designation for purposes of ordering the transcript(s).***

( )   I have designated the portion(s) of transcript(s) and will notify all counsel of this
intention.  The transcripts have previously been produced and are already on file with
the court.

( )   I do not intend to designate any portion of the transcript and will notify counsel of
this intention.

( )   As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing
preparation of the transcript at the expense of the United States has been, or within 5
days hereof will be, obtained and delivered to the Court.  I agree to recommend payment
for work done prior to cancellation of this order.

Date Transcript Ordered 3/18/08          Estimated Date for Completion _____

Signature of Attorney X _Gary W. Guan_          Phone Number (907) 271-4264

Address 222 West 7th Ave., #9, Rm. 253

Anchorage, AK 99513

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
       (Signature of Court Reporter)

( )  Arrangements for payment were made on _____

( )  Arrangements for payment have not been made pursuant to FRAP 10(b).

       Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**

       Date Transcript Filed _____  Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)