**FILED**

JUN 23 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant - Appellant. | No. 08-35123<br><br>D.C. No. CV-04-00131-JKS<br>District of Alaska<br>Anchorage<br><br>ORDER |
|---|---|



RECEIVED

JUN 26 2008

CLERK, U.S. ... COURT
ANCHORAGE, A.K.

The parties' stipulation to voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

With the exception that the government has agreed to pay for the cost of the prepared transcript, each party is to bear its own costs to the appeal. A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
    and Ninth Circuit Rule 27-10

LKK/6.16/08/Pro Mo

| | |
|---|---|
| KIMBERLY ALLEN, Personal Representative of the ESTATE OF TODD ALLEN<br>    Plaintiff - Appellee | William S. Cummings, Esq., Attorney<br>Direct: 907-258-0704<br>Fax: 907-278-6449<br>[COR LD NTC Retained]<br>FRIEDMAN RUBIN &WHITE<br>Suite 301<br>1227 W. Ninth Avenue<br>Anchorage, AK 99501-0000<br><br>Donna J. McCready, Esq., Attorney<br>Direct: 360-782-4300<br>Fax: 360-782-4358<br>[COR LD NTC Retained]<br>FRIEDMAN RUBIN &WHITE<br>1126 Highland Avenue<br>Bremerton, WA 98337 |
| ESTATE OF TODD ALLEN<br>    Plaintiff - Appellee | William S. Cummings, Esq., Attorney<br>Direct: 907-258-0704<br>[COR LD NTC Retained]<br>(see above)<br><br>Donna J. McCready, Esq., Attorney<br>Direct: 360-782-4300<br>[COR LD NTC Retained]<br>(see above) |
| PRESLEY GRACE ALLEN<br>    Plaintiff - Appellee | William S. Cummings, Esq., Attorney<br>Direct: 907-258-0704<br>[COR LD NTC Retained]<br>(see above)<br><br>Donna J. McCready, Esq., Attorney<br>Direct: 360-782-4300<br>[COR LD NTC Retained]<br>(see above) |
| v. | |
| UNITED STATES OF AMERICA<br>    Defendant - Appellant | Gary M. Guarino, Esq., Attorney<br>Direct: 907/271-5071<br>Fax: 907/271-3907<br>[COR LD NTC Assist US Attorney]<br>OFFICE OF THE U.S. ATTORNEY<br>Federal Bldg. &U.S. Courthouse<br>Rm. 253<br>222 W. Seventh Avenue, #9<br>Anchorage, AK 99513-7567 |